# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

American Center for Excellence in Surgical Assisting Inc.

          Plaintiff,

v.

Case No.: 1:15−cv−07290

Honorable Gary Feinerman

Community College District 502, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 11, 2016:

      MINUTE entry before the Honorable Gary Feinerman:Rule 26(a)(1) disclosures shall be served by 4/29/2016. Initial written discovery requests shall be served by 5/13/2016. Deadline for serving written discovery requests is 6/20/2016. Fact discovery shall be completed by 11/11/2016. Plaintiff shall serve its Rule 26(a)(2) disclosure(s) by 12/15/2016. Plaintiff's expert(s) shall be deposed by 1/19/2017. Defendants shall serve their Rule 26(a)(2) disclosure(s) by 2/16/2017. Defendants 9; expert(s) shall be deposed by 3/16/2017. Dispositive motions shall be filed by 4/13/2017. Motions to amend the pleadings or add new parties shall be filed by 5/29/2016. Status hearing set for 3/17/2016 [28] is stricken and re−set for 6/15/2016 at 9:00 a.m. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.