## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

| | | |
|---|---|---|
| American Center for Excellence in Surgical Assisting Inc. | | |
| | Plaintiff, | |
| v. | | Case No.: 1:15−cv−07290 |
| | | Honorable Gary Feinerman |
| Community College District 502, et al. | | |
| | Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 7, 2016:

    MINUTE entry before the Honorable Gary Feinerman:For the reasons set forth in the accompanying Memorandum Opinion and Order, Defendants' motion to dismiss [20] is granted in part and denied in part. The unjust enrichment, conversion, and promissory estoppel claims are dismissed without prejudice. If Plaintiff wishes to replead those claims, it has until 6/22/2016 to do so. If Plaintiff repleads any or all of those claims, Defendants will have until 7/6/2016 to answer or otherwise plead to the repleaded claims and to answer the other claims. If Plaintiff does not replead any of the dismissed claims, Defendants will have until 6/29/2016 to answer the surviving portions of the complaint.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.