**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

American Center for Excellence in Surgical Assisting Inc.

          Plaintiff,

v.

Community College District 502, et al.

          Defendant.

Case No.: 1:15−cv−07290

Honorable Gary Feinerman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 7, 2016:

    MINUTE entry before the Honorable Gary Feinerman:Motion for extension of time to complete discovery [37] is denied as moot given that a ruling on the motion to dismiss has issued. Moreover, the court does not believe that it indicated at the 3/3/2016 status hearing that it would dismiss the claims against the defendant doctors. Motion hearing set for 6/13/2016 [38] is stricken.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.