IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN CENTER FOR EXCELLENCE IN SURGICAL ASSISTING INC., <br><br>Plaintiff, <br><br>v. <br><br>COMMUNITY COLLEGE DISTRICT 502, COLLEGE OF DUPAGE, DR. THOMAS CAMERON, DR. KAREN M. SOLT, and KATHY CABAI, <br><br>Defendants. | Case No. 15-CV-07290 |

## MOTION FOR ENTRY OF AGREED ORDER MODIFING DISCOVERY SCHEDULE

Plaintiff American Center for Excellence in Surgical Assisting, Inc., through undersigned counsel, without opposition from Defendants Community College District 502, College of DuPage, Thomas Cameron, Karen Solt and Kathy Cabai, respectfully moves this Court for an order resetting the discovery deadlines in this case and in support thereof states as follows:

1. Plaintiff filed its Complaint on August 19, 2015, alleging numerous claims including breach of contract, fraud, and misappropriation of trade secrets, in relation to Plaintiff's historical surgical assistant program vis-à-vis College of DuPage's surgical assistant program.

2. On November 24, 2015, Defendants filed a Motion to Dismiss.

3. Prior to ruling on the Motion to Dismiss, the Court set the deadlines in this case as follows:

   Rule 26(a)(1) disclosures shall be served by 4/29/2016. Initial written discovery requests shall be served by 5/13/2016. Deadline for serving written discovery requests is 6/20/2016. Fact discovery shall be completed by 11/11/2016. Plaintiff

1

    shall serve its Rule 26(a)(2) disclosure(s) by 12/15/2016. Plaintiff's expert(s) shall be deposed by 1/19/2017. Defendants shall serve their Rule 26(a)(2) disclosure(s) by 2/16/2017. Defendants' expert(s) shall be deposed by 3/16/2017. Dispositive motions shall be filed by 4/13/2017. Motions to amend the pleadings or add new parties shall be filed by 5/29/2016.

4. The Court ruled on Defendants' Motion to Dismiss three months later, on June 7, 2016, and Defendants answered nearly four months later, on June 29, 2016.

5. While the Parties issued written discovery by the deadline of June 20, 2016, that discovery was naturally limited by the pending Motion to Dismiss and the fact that Defendants had not answered.

6. In addition, the Parties recently reached agreement concerning the terms of a protective order governing the exchange of written discovery. On October 11, 2016, the Parties jointly moved for entry of the protective order, which the Court signed on October 12, 2016.

7. The Parties require additional time to conduct discovery now that the case is at issue and a protective order is in place. For example, the Parties require additional time to exchange documents under the protective order, issue supplemental requests as necessary, conduct depositions, and engage in expert discovery.

8. Therefore, the Parties have stipulated to the proposed modified discovery deadlines as follows:

    Responses to existing requests: 10/31/2016
    Close of written discovery: 12/31/2016
    Completion of fact discovery: 3/31/2017
    Plaintiffs' expert disclosures: 4/30/2017
    Deposition of Plaintiff's experts: 5/31/2017
    Defendants' expert disclosures: 6/30/2017
    Deposition of Defendants' experts: 7/31/2017

9. The parties further stipulate to extend the deadline for dispositive motions to August 31, 2017.

10. On October 11, 2016, undersigned counsel meaningfully conferred with counsel for Defendants, who stipulated to the relief requested herein and who further stipulated to the proposed dates herein.

11. No parties will be prejudiced by the granting of this Motion.

Dated this 13th day of October, 2016.

                                                      By: /s/ Michael J. Davis
                                                      BKN Murray LLP
                                                      2777 Finley Rd., Suite 12
                                                      Downers Grove, IL 60515
                                                      630-915-3999 (phone)
                                                      303-758-5055 (fax)
                                                      mdavis@bknmurray.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Motion for Entry of Agreed Modified Discovery Schedule and Memorandum in Support of Motion for Entry of Agreed Modified Discovery Schedule were electronically filed and served using the CM/ECF system which will send notification of such filing, on this 13th day of October, 2016, to the following:

Michael T. Roche
Ryan T. Johnson
Daniel V. Kinsella
Thomas G. Draths
Parker E. Lawton
Schuyler, Roche & Crisham, P.C.
180 N. Stetson Avenue, Suite 3700
Chicago, Illinois 60601
(312) 565-2400

Janice Lynn Driggers
Brian Wright & Associates, P.C.
2777 Finley Road, Suite 12
Downers Grove, IL 60515
(630) 478-9292

                                                                                      By: /s/ Michael J. Davis
                                                                                      BKN Murray LLP