# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

American Center for Excellence in Surgical Assisting Inc.

                              Plaintiff,

v.

                              Case No.: 1:15−cv−07290

                              Honorable Gary Feinerman

Community College District 502, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 1, 2017:

      MINUTE entry before the Honorable Maria Valdez:On the Court's own motion, the settlement conference set for 4/6/17 at 2:00 p.m. is hereby stricken and reset to 4/26/17 at 9:00 a.m. before recalled Magistrate Judge Aaron Goodstein in Courtroom 1041. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.