1              IN THE UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF ILLINOIS

3                     EASTERN DIVISION

4    AMERICAN CENTER FOR EXCELLENCE )

5    IN SURGICAL ASSISTING INC.,    )

6           Plaintiff,              )

7           -vs-                    )  No. 1:15-CV-07290

8    COMMUNITY COLLEGE DISTRICT 502,)

9    COLLEGE OF DUPAGE, DR. THOMAS  )

10   CAMERON, DR. KAREN M. SOLT,    )

11   and DR. KATHY CABAI,           )

12          Defendants.             )

13          The deposition of DANIEL BUMP called for

14   examination pursuant to Notice and the Rules of

15   Civil Procedure for the United States District

16   Courts pertaining to the taking of depositions,

17   taken before Gina Callahan, a notary public

18   within and for the County of Iroquois and State

19   of Illinois, at 180 North Stetson Avenue, Suite

20   3700, Chicago, Illinois, on the 4th day of

21   April, 2017, at the hour of 9:00 a.m.

22

23

24



```
 1    APPEARANCES:

 2         DLG LAW GROUP, by

 3         MR. MICHAEL J. DAVIS

 4         2777 Finley Road, Suite 12

 5         Downers Grove, Illinois  80212

 6         (720)-361-6036

 7         mdavis@dlglaw.net

 8              Representing the Plaintiff;

 9

10         SCHUYLER, ROCHE & CRISHAM, P.C., by

11         MR. MICHAEL T. ROCHE

12         180 North Stetson Avenue, Suite 3700

13         Chicago, Illinois  60601

14         (312) 565-8333

15         mtroche@SRCattorneys.com

16              Representing the Defendants;

17

18    ALSO PRESENT:

19         Mr. John Kness, General Counsel, College

20         of DuPage.

21

22

23

24
```



```
1                    I N D E X

2    WITNESS                        EXAMINATION

3    DANIEL BUMP

4      By Mr. Roche                      4

5

6                  E X H I B I T S

7    NUMBER                      MARKED FOR ID

8    Bump Deposition

9      Exhibit No. 1                    13

10     Exhibit No. 2                    20

11     Exhibit No. 3                    22

12     Exhibit No. 4                    26

13     Exhibit No. 5                    28

14     Exhibit No. 6                    36

15     Exhibit No. 7                    44

16     Exhibit No. 8                    80

17     Exhibit No. 9                   143

18     Exhibit No. 10                  144

19     Exhibit No. 11                  145

20     Exhibit No. 12                  150

21     Exhibit No. 13                  151

22     Exhibit No. 14                  161

23     Exhibit No. 15                  167

24     Exhibit No. 16                  168
```



| | | |
|---|---|---|
| 1 | Exhibit No. 17 | 170 |
| 2 | Exhibit No. 18 | 171 |
| 3 | Exhibit No. 19 | 183 |
| 4 | Exhibit No. 20 | 184 |
| 5 | Exhibit No. 21 | 191 |
| 6 | Exhibit No. 22 | 204 |
| 7 | Exhibit No. 23 | 205 |
| 8 | Exhibit No. 24 | 208 |
| 9 | Exhibit No. 25 | 223 |
| 10 | Exhibit No. 26 | 225 |
| 11 | Exhibit No. 27 | 227 |
| 12 | Exhibit No. 28 | 229 |
| 13 | Exhibit No. 29 | 233 |
| 14 | Exhibit No. 30 | 237 |
| 15 | Exhibit No. 31 | 240 |
| 16 | Exhibit No. 32 | 244 |
| 17 | Exhibit No. 33 | 245 |
| 18 | (EXHIBITS RETAINED BY COUNSEL.) | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |

1     MR. ROCHE:  Let the record reflect that

2   this is the discovery deposition of Dan Bump in

3   his individual capacity taken pursuant to due

4   notice under the applicable Federal Rules of

5   Civil Procedure.

6         Mr. Bump, could you please state your

7   name and spell it for the record?

8               (Whereupon, the witness was duly

9                sworn.)

10              DANIEL BUMP,

11  having been first duly sworn, was examined and

12  testified as follows:

13              EXAMINATION

14  BY MR. ROCHE:

15      Q.    Have you ever been deposed before,

16  Mr. Bump?

17      A.    A long time ago.  Once.

18      Q.    Okay.  You have been deposed before?

19      A.    It was in a malpractice suit for a

20  doctor I was working for.  I was deposed as a

21  witness.

22      Q.    Do you remember approximately what year

23  that was?

24      A.    I would -- it would be a guess.  It was



Daniel Bump 04/04/2017

```
 1    somewhere in the 90s.
 2         Q.   Okay.  Well, just to refresh your
 3    recollection about depositions, the court
 4    reporter, if you could just, you know, answer
 5    the questions verbally and nods and shakes of
 6    the head and that type of stuff, if you could
 7    please avoid that, I'd appreciate it so the
 8    court reporter could take down an accurate
 9    recitation of your testimony today.  The other
10    thing is if you don't understand my question,
11    please tell me.
12         A.   Okay.
13         Q.   I will be asking you, obviously, a
14    series of questions.  And if some of the
15    questions are incomprehensible or you simply
16    don't understand, please just let me know;
17    otherwise, I will assume you do understand the
18    question.
19         A.   Okay.
20         Q.   Is that okay?
21         A.   Uh-huh.
22         Q.   All right.  What is your home address,
23    Mr. Bump?
24         A.   8592 East Oxford Drive, Denver,
```



```
 1    Colorado.
 2         Q.    And your date of birth?
 3         A.    6/4/55.
 4         Q.    Are you married?
 5         A.    Yes.
 6         Q.    Do you have children?
 7         A.    Yes.
 8         Q.    How many?
 9         A.    Two of my own and three stepkids.
10         Q.    What is your highest level of formal
11    education, Mr. Bump?
12         A.    High school and military training.
13         Q.    Did you ever attend a secondary
14    institution?
15         A.    No.
16         Q.    Did you go into the military after high
17    school?
18         A.    Yes.
19         Q.    And which branch of the military did
20    you enter?
21         A.    Navy.
22         Q.    Navy.
23               What year was that approximately,
24    Mr. Bump?
```



1    A.    73.

2    Q.    In the medical field, can you just

3 describe for me your professional -- have you

4 obtained any professional certifications in the

5 medical field, Mr. Bump?

6    A.    I'm certified as a tech; and I have two

7 certification as surgical assistant, as a

8 surgical tech.  I don't remember if I said that

9 or not.

10    Q.    Is that what is called a CST?

11    A.    Yes.

12    Q.    And you mentioned you had two

13 certifications in the surgical assistant --

14    A.    Correct.

15    Q.    -- field.

16          And what are those two?

17    A.    CSFA and SA-C.

18    Q.    What does CSFA stand for?

19    A.    Certified surgical first assistant.

20    Q.    And how did you obtain that

21 certification?

22    A.    It's an exam that's offered by the

23 NBSTSA.

24    Q.    And what is the NBSTSA?



```
 1          A.     I was hoping you weren't going to ask
 2    that one.   National Board of Surgical Techs and
 3    Surgical Assistants.
 4          Q.     When did you obtain the certification
 5    as a CSFA?
 6          A.     That was back in 1990, I think.
 7          Q.     Did you have to take any -- strike
 8    that.
 9                 To become a CSFA, did you have to do
10    anything else other than take the exam that was
11    offered by the NBSTSA?
12          A.     You had to demonstrate some experience
13    as a surgical assistant.  I did have some
14    training as a surgical assistant.  I was offered
15    by a company that I joined who offered surgical
16    assisting services in the Denver metro area.  So
17    they had a training program that's kind of like
18    an apprenticeship-type program.
19          Q.     How about an SA-C, what does that stand
20    for?
21          A.     Surgical assistant certified.
22          Q.     How do you become an SA-C?
23          A.     You have to take an exam.
24          Q.     Who is that exam administered by?
```



Daniel Bump 04/04/2017

1    A.    The American Board of Surgical

2    Assistants.    ABSA.

3    Q.    And did you have to engage in any other

4    activities aside from simply taking the exam to

5    become an SA-C?

6    A.    Not at that time.

7    Q.    All you had to do was take an exam?

8    A.    Well, I had to prove that I had

9    experience working in the surgical assistant

10   field, and they were also accepting the CSFA as

11   part of the credentials that they accepted.

12   Q.    Okay.    I may have asked this earlier.

13        When did you become an SA-C?

14   Approximately what year?

15   A.    That was maybe five years ago.

16   Something like that.    It hasn't been that long.

17   Q.    Do you have any other professional

18   certifications in the medical field?

19   A.    No.

20   Q.    Have you ever been convicted of any

21   crime other than a misdemeanor or a traffic

22   offense?

23   A.    No.

24   Q.    Are you presently taking any



Daniel Bump 04/04/2017

1   medications that could affect your ability to

2   testify truthfully and accurately today?

3       A.    No.

4       Q.    You mentioned a few minutes ago that

5   you had been deposed as a witness in a

6   malpractice action?

7       A.    Uh-huh.

8       Q.    Have you ever -- aside from that, have

9   you ever been a party to a lawsuit?

10      A.    No.

11      Q.    Aside from this present action ACE

12   brought against the College of DuPage and the

13   other defendants, are you aware if ACE has ever

14   been a party to a lawsuit?

15      A.    No.

16      Q.    Let's discuss the steps you took to

17   prepare for today's deposition, Mr. Bump.  Did

18   you meet with counsel?

19      A.    Yes.

20      Q.    Okay.  I don't want to know any of

21   those discussions or communications.  But aside

22   from your counsel or any instances where your

23   counsel was not present, did you meet with

24   anyone else who is affiliated with ACE?



Daniel Bump 04/04/2017

1        A.    No.

2        Q.    You did not discuss today's

3   deposition -- well, strike that.

4              Did you discuss today's deposition with

5   Keith Bump?

6        A.    Not in any -- not to any depth at all.

7        Q.    You did discuss your testimony with

8   Keith Bump?

9        A.    I might have had a five-minute

10  conversation on the phone.

11       Q.    Do you recall what was discussed?

12       A.    But not -- no details.  He's just

13  wondering if there is any way he could help me

14  out or we needed to have a meeting, and we

15  didn't, though.

16       Q.    Did you discuss your testimony today

17  with Tabitha Bump?

18       A.    No.

19       Q.    Who is Tabitha Bump?

20       A.    She is my daughter.

21       Q.    Okay.  How about Maggie Parrish, did

22  you discuss today's deposition testimony with

23  Maggie?

24       A.    No.



```
 1        Q.    Sorry.   The court reporter can't get
 2   it.
 3              Let's look at our first exhibit.
 4                    (Whereupon, Bump Deposition
 5                    Exhibit No. 1 was marked for
 6                    identification.)
 7   BY MR. ROCHE:
 8        Q.    Showing you what has been marked as
 9   your deposition Exhibit No. 1, it is a Complaint
10   that was filed in this action, Mr. Bump.
11              Did you review the Complaint in
12   connection with preparing for today's
13   deposition?
14        A.    It's been a while since I looked at
15   this.
16        Q.    Did you review it in preparation for
17   today's deposition?
18        A.    The thing that I reviewed mostly in
19   preparation for today's deposition was a
20   document that was sent to me by my lawyer that
21   outlined the things we'd be talking about.
22        Q.    Do you know if that -- strike that.
23              So I understand it correctly, you did
24   not review this Complaint in connection with
```



1    today's deposition?

2        A.    Not this particular document.

3        Q.    Okay.

4        A.    That I'm aware of.  Let me check.

5        Q.    Sure.  Of course.

6        A.    No.

7        Q.    Did you review the Complaint, Mr. Bump,

8    before it was filed in August of 2015?

9        A.    I can't testify that this is the

10   particular document I looked at.  I was made

11   aware of what was filed.

12       Q.    Did you review -- do you recall?  I'm

13   just simply asking.

14       A.    Uh-huh.

15       Q.    If you recall reviewing a document

16   styled Complaint that was filed in this action?

17       A.    Yes.

18       Q.    Okay.  Do you recall if Keith Bump

19   reviewed the Complaint in this case before it

20   was filed?

21       A.    I'm nearly certain he did.  He lives in

22   Virginia, I live in Denver.  So I wasn't like

23   over the shoulder, looking at his review of the

24   document.



Daniel Bump 04/04/2017

1      Q.    I understand.

2      A.    But I'm fairly sure he saw everything I

3  saw.

4      Q.    The document that you reviewed before

5  the Complaint was filed in this action, do you

6  recall if you approved what was asserted in that

7  document?

8      A.    Sure.   Yes.

9      Q.    Do you recall reviewing -- and please

10 take your time to review the exhibits.   There is

11 several exhibits to this.   But my question,

12 simply, Mr. Bump, is:   Do you recall reviewing

13 the documents appended as the exhibits to this

14 Complaint before it was filed in this action?

15     A.    Are these mostly just email exhibits?

16     MR. DAVIS:   You're supposed to answer

17 the question, not ask it.   So could you repeat

18 the question?

19                 (Whereupon, the record was read

20                 as requested.)

21     THE WITNESS:   The answer is there wasn't

22 anything in there I didn't -- that I would

23 refute having seen; but I don't recall what time

24 frame because I've seen all of these exhibits

Daniel Bump 04/04/2017

1    over periods of time.

2    BY MR. ROCHE:

3        Q.    Okay.   Let's talk about email

4    communications, Mr. Bump.   And this is -- the

5    context of this line of questioning again is

6    what did you, you know, did you review emails in

7    connection with preparing for today's

8    deposition.   So my question simply is:   Did you

9    review any email communications in preparing for

10   today's deposition?

11       A.    I'm not sure I understand the question.

12   In other words, did I -- is there a time frame

13   relatively close to here where I reviewed all

14   the email, all the e-mails related to this?   And

15   the answer would be I didn't have like a set

16   time that I sat down and reviewed all the

17   e-mails for this Complaint, but I'm familiar

18   with them over time.

19       Q.    Are you aware, Mr. Bump, that in

20   connection with this litigation, the defendants,

21   which I'll refer to as the College of DuPage,

22   have produced email communications between the

23   college and representatives of ACE?

24       A.    I'm familiar with that, yes.



Daniel Bump 04/04/2017

1      Q.    Do you recall if you've reviewed those

2   email communications?

3      A.    Not in the recent time.   Maybe.

4      Q.    And that's --

5      A.    A month or so.

6      Q.    Okay.

7      A.    I looked at them.

8      Q.    Are you aware, Mr. Bump, that ACE has

9   produced email communications between ACE

10  representatives and College of DuPage

11  representatives?

12     A.    Yes.

13     Q.    Have you reviewed those communications

14  since this lawsuit has been instituted?

15     A.    Yes.

16     Q.    You're familiar with a company by the

17  name of your extra -- Your Extra Hands Surgical

18  Services?

19     A.    Yes.

20     Q.    Are you aware that Your Extra Hands

21  Surgical Services have produced email

22  communications in connection with this

23  litigation?

24     A.    I understand that they were subpoenaed



Daniel Bump 04/04/2017

1    for.  I didn't see any of their e-mails.

2         Q.   You have not reviewed them?

3         A.   No.

4         Q.   Okay.  Have you reviewed, Mr. Bump,

5    what ACE is claiming are its trade secrets in

6    this litigation in connection with preparing for

7    today's deposition?

8         A.   Yes.

9         Q.   All right.  Have you reviewed

10   documents, Mr. Bump, relating to ACE's damages

11   claim in connection with today's deposition?

12        A.   Have I reviewed documents related to

13   it?  The specific damages?

14        Q.   Yes.

15        A.   Only in documents like this that were

16   produced to me.

17        Q.   Have you reviewed any financial

18   documents?

19        A.   I produced the financial documents.

20        Q.   Okay.  The ACE financial documents?

21        A.   Yes.

22        Q.   All right.  Have you brought any

23   documents with you this morning for your

24   deposition, Mr. Bump?



1    A.    Do you have any?

2          MR. DAVIS:   No.

3          THE WITNESS:   No.

4  BY MR. ROCHE:

5    Q.    Have you reviewed -- to the best of

6  your knowledge, have you reviewed any documents

7  that relate to the claims in this case that have

8  not been produced?

9    A.    No.

10   Q.    What other efforts, Mr. Bump, have you

11 engaged in, in connection with preparing for

12 your deposition today?

13   A.    None other than that.

14   Q.    Okay.  As we've discussed a few minutes

15 ago, at least with respect to the email

16 communications, are you aware, Mr. Bump, that

17 ACE has produced approximately a thousand pages

18 in this case?

19   A.    I didn't count the pages, but that

20 wouldn't surprise me.

21   Q.    Who at ACE, if you know, was

22 responsible for assembling those documents and

23 ultimately producing them?

24   A.    A big part of that work was done by



Daniel Bump 04/04/2017

1   Maggie Parrish, in cooperation with Keith Bump.

2       Q.    Did you play any role, Mr. Bump, in

3   connection with retrieving the documents that

4   have been produced in this case?

5       A.    Only to the extent that documents came

6   from my own email.

7       Q.    And how did you go about that process?

8       A.    I have a file that contained all the

9   e-mails related to COD, and I did a search on

10  top of that.

11      Q.    A search in your general email?

12      A.    Uh-huh.

13      Q.    Mailbox?

14      A.    Yes.

15      Q.    Okay.

16                      (Whereupon, Bump Deposition

17                       Exhibit No. 2 was marked for

18                       identification.)

19  BY MR. ROCHE:

20      Q.    Mr. Bump, are you aware that the

21  parties in this litigation have agreed on the

22  retrieval process or protocol for e-mails in

23  this matter?

24      A.    Yes.



Daniel Bump 04/04/2017

1    Q.    Okay.   The document I marked as Exhibit

2    No. 2 memorializes the agreed upon search

3    process for the e-mails.   My question simply is:

4    Did you conduct your email search according to

5    what's outlined in that exhibit?   Take your time

6    to read it.

7    A.    If it is the same as the document that

8    I received, then I did.   I think, though, that

9    there was also a request to search personal

10   e-mails, and I do have a personal email that I

11   never use.   I just got it in relationship to my

12   phone to have an account with the phone company,

13   basically, but I never use it for any reason.

14   Q.    So there are no email communications

15   between ACE or the College of DuPage on your

16   personal email account?

17   A.    No, no.

18   Q.    Did you, Mr. Bump, in 2014 -- excuse

19   me, 2013 and 2014, did you have access to ACE

20   employees' email accounts?

21   A.    I never accessed it, but I would have

22   had access to it.

23   Q.    Okay.   Let's go over another exhibit.

24



Daniel Bump 04/04/2017

```
 1                    (Whereupon, Bump Deposition
 2                     Exhibit No. 3 was marked for
 3                     identification.)
 4  BY MR. ROCHE:
 5       Q.   I will show you what's been marked as
 6  Exhibit No. 3.
 7            Have you ever seen this document
 8  before, Mr. Bump?
 9       A.   I don't recall this specific document.
10            MR. ROCHE:   Can we go off the record for
11  a second?
12                    (Whereupon, a discussion was had
13                     off the record.)
14                    (Whereupon, a short break was
15                     taken.)
16            MR. ROCHE:   Do you mind reading back
17  the last Q and A?
18                    (Whereupon, the record was read
19                     as requested.)
20  BY MR. ROCHE:
21       Q.   If you could turn to the last page of
22  Exhibit 3, Mr. Bump.
23       A.   Is that the one you just gave us?
24       Q.   Yes.
```



Daniel Bump 04/04/2017

1              To the best of your knowledge, is that

2     Keith Bump's signature?

3         A.    It appears to be.

4         Q.    Keith is your brother, right, Mr. Bump?

5         A.    Yes.

6         Q.    Okay.  Older or younger?

7         A.    Younger.

8         Q.    And it indicates his position is VP of

9     sales and marketing.  Do you see that?

10        A.    Yes.

11        Q.    Was that Mr. Bump -- Keith Bump's

12    position with ACE in 2013?

13        A.    Yes.

14        Q.    How about 2014, was --

15        A.    Since the time he was employed.

16        Q.    And when did Keith first become

17    employed with ACE?

18        A.    I don't remember the date.

19        Q.    Do you remember the year?

20        A.    I know he's been with us probably about

21    four or five years.

22        Q.    Okay.  Do you have any reason to

23    believe, Mr. Bump, that Keith, when he signed

24    this verification, was not authorized by ACE to



1    sign it?

2        A.    He was authorized.

3        Q.    Did you authorize him?

4        A.    Yes.

5        Q.    Okay.  I believe you testified you do

6    not recall the specific document, but if you

7    could go through it, Mr. Bump, right now, and

8    take a look at both the questions and the

9    answers.  And my question simply will be:  Do

10   you agree with the answers that ACE provided?

11       A.    Okay.  I agree.

12       Q.    Okay.  I direct your attention to

13   Interrogatory No. 2.

14       A.    Oh, on this?  Okay.

15       Q.    If you look at the answer in bold, the

16   last line states, "representatives from

17   Blackboard will provide in the course of further

18   discovery."  Do you see that?

19       A.    Yes.

20       Q.    Do you know if those names have been

21   provided, Mr. Bump?

22       A.    People at Blackboard?

23       Q.    Yes.

24       A.    No, I don't know if that's been



Daniel Bump 04/04/2017

1    provided or not.   All there were with Blackboard

2    was just phone conversations in preparation for

3    moving forward.

4          Q.    Okay.   Do you recall who you had the

5    phone -- well --

6          A.    I didn't have any conversations.   That

7    is Keith and Kyle.   Keith and Kyle.

8          Q.    Did you have any communications with

9    representatives of Blackboard?

10         A.    No.   Our company did, I didn't.

11         Q.    Do you know if there were any email

12   communications between representatives of ACE

13   and Blackboard?

14         A.    Not that I've seen.   My understanding

15   is the only phone communications were made up to

16   that point.

17         Q.    Okay.   And you did not participate --

18         A.    No.

19         Q.    -- in any of those phone conversations.

20               Do you know, Mr. Bump, whether ACE paid

21   any sums of money to Blackboard in connection

22   with --

23         A.    We did not.

24         Q.    You did not.   Okay.



Daniel Bump 04/04/2017

1    I direct your attention now to

2  Interrogatory No. 4.  Do you see that, Mr. Bump?

3    A.    Yes.

4    Q.    It asks for ACE to identify all the

5  documents or other materials ACE provided to COD

6  that it believes constituted trade secrets.  Do

7  you see that?

8    A.    Uh-huh.

9    Q.    And the first response is self-study

10 and all included documents.  I just want to mark

11 some exhibits to make sure we're all on the same

12 page.

13                (Whereupon, Bump Deposition

14                Exhibit No. 4 was marked for

15                identification.)

16    MR. DAVIS:  This is Exhibit 4?

17    MR. ROCHE:  Exhibit 4.

18 BY MR. ROCHE:

19    Q.    My question, Mr. Bump, simply, is:  Is

20 this a self study-what has been marked as

21 Exhibit 4, is this a self-study that was

22 identified in ACE's answer to Interrogatory

23 No. 4?

24    A.    Yes.



Daniel Bump 04/04/2017

1     Q.   Can you identify by Bates label ACE's

2 self-study for the record, Mr. Bump?

3     A.   By?  What do you mean Bates label?

4     Q.   If you turn to the third page on that,

5 you see at the bottom right there?

6     A.   Uh-huh.

7     Q.   ACE 1107.  Do you see that?

8     A.   Those look -- no, I'm not familiar with

9 the Bates label.  This?

10     MR. DAVIS:  Well, that was placed there

11 by you, right?  Or no, it was placed there by

12 us.  Okay.  Right.  Okay.

13 BY MR. ROCHE:

14     Q.   Can you identify --

15     A.   I didn't.

16     Q.   Mr. Bump, that's called a Bates label.

17     A.   Uh-huh.

18     Q.   And all I'm trying to ask you is can

19 you identify the self-study, ACE's self-study by

20 Bates label beginning with the first Bates label

21 and then ending with the last Bates label?

22     A.   And this is a marking that we put on

23 there?

24     Q.   Correct.



1        A.    Or my attorney put on there.

2              MR. DAVIS:   Correct.

3              THE WITNESS:   I never saw the document

4    with its Bates label on it.

5    BY MR. ROCHE:

6        Q.    But this is the ACE self-study?

7        A.    This is the ACE self-study, yes.

8        Q.    That is the ACE self-study that ACE is

9    claiming in this litigation was an ACE trade

10   secret?

11       A.    Yes.

12       Q.    All right.   Your next answer in

13   Interrogatory No. 4 is curriculum consisting of

14   master syllabi, catalog, SA program and

15   textbooks.   Do you see that, Mr. Bump?

16       A.    Yes.

17                   (Whereupon, Bump Deposition

18                    Exhibit No. 5 was marked for

19                    identification.)

20   BY MR. ROCHE:

21       Q.    What is the exhibit number on that?

22             THE REPORTER:   5.

23             MR. ROCHE:   5.   Thanks.

24



BY MR. ROCHE:

Q.    My question, Mr. Bump, is, simply, is
that the curriculum which consists of the master
syllabi, catalog, SA program that you identified
or ACE has identified as a trade secret?

A.    Catalog and master curriculum is what
we're claiming, yes.

Q.    And that document, Exhibit 5, is ACE's
trade secret?

A.    That is correct.

Q.    All right.  Textbooks.  Are you aware
if ACE has produced any of the textbooks that it
is claiming as a trade secret in this case?

A.    Produced to your office?

Q.    Produced to, yes, defendants.

MR. DAVIS:  Let's go off the record.

MR. ROCHE:  Sure.

(Whereupon, a discussion was had
off the record.)

THE WITNESS:  Can you reread the
question?

BY MR. ROCHE:

Q.    Are you aware if ACE has produced the
textbooks that it claims constitute its trade



Daniel Bump 04/04/2017

1     secrets in this case?

2         A.    We have not.

3         Q.    Okay.  What textbooks are -- is ACE

4     referring to in this answer?

5         A.    It's an anatomy textbook on Moore's

6     Anatomy.  It is a current surgical treatment and

7     diagnosis.

8         Q.    Who is the author of that book?  Is

9     there an author?

10        A.    Doherty is his last name.  I'm not

11    familiar with his entire name.  And Surgical

12    Technology for the Surgical Technologist.

13        Q.    Who is the author of that publication?

14        A.    There is several.  I'm familiar with

15    one of them, so I'll give you his name.  Kevin

16    Frye.

17        Q.    Any other textbooks that ACE is

18    claiming constitute its trade secrets?

19        A.    We have an online textbook.

20        Q.    What is that called?

21        A.    ACE Workbook.

22        Q.    And who is the author of the ACE

23    Workbook?

24        A.    I am.  Well, I'm the editor of it.



1    There are multiple authors.

2        Q.    Who are the multiple authors?

3        A.    We took, basically, reports that

4    students wrote and compiled them, put them into

5    a textbook format.  So we took the best papers

6    that were available.

7        Q.    What do you mean by best papers that

8    were available?

9        A.    As part of the program, students are

10   required to write a report on a specific

11   subject.  The outstanding ones were compiled

12   with the permission of the student and put in

13   textbook form for an online textbook form for

14   the use of our future students.

15       Q.    Did the students who approved the

16   publication of their reports receive any

17   monetary compensation?

18       A.    No.  And we don't charge for it,

19   either.

20       Q.    Don't charge for what?

21       A.    That workbook.  It is just part of the

22   curriculum.

23       Q.    It is part of the ACE surgical

24   assistant program?



1    A.    But no charge for it.   Yes.

2    Q.    Did the students whose outstanding

3  reports were published in connection with the

4  ACE textbook -- I'm sorry, ACE Workbook receive

5  any licensing rights or copyrights?

6    A.    No.   They signed over the copyrights to

7  us.

8    Q.    Let's go back to the first textbook by

9  Doherty, Current Surgical Treatment and

10 Diagnosis.   Does ACE have any licensing rights

11 in that textbook?

12   A.    No.

13   Q.    Does ACE have any copyright?

14   A.    No.

15   Q.    To the information in that textbook?

16   A.    No.

17   Q.    Does ACE have any other -- well, strike

18 that.

19         Was ACE a contributing editor to that

20 textbook?

21   A.    No.

22   Q.    Did you contribute at all individually,

23 based on your experience in surgical tech, to

24 the information contained in the Doherty



1    textbook?

2        A.    No.

3        Q.    Why then do you claim that this is a

4    trade secret of ACE?

5        A.    We don't claim that the textbook in

6    itself is a trade secret.  Our compilation of

7    the different reading materials in there, as it

8    contributes to the specific subject under

9    discussion, the way we compiled that is our

10   trade secret.

11       Q.    How about the second textbook that you

12   identified, the one in which Frye is the author?

13   Surgical Tech for the Surgical Technologist,

14   does ACE have any licensing rights to that

15   textbook?

16       A.    No.

17       Q.    Does ACE have any copyright interest in

18   that textbook?

19       A.    No.

20       Q.    Was ACE a contributing author to that

21   textbook?

22       A.    No.

23       Q.    Was ACE a contributing editor to that

24   textbook?



1    A.    No.

2    Q.    Did ACE have any sort of legal interest

3 whatsoever in the Frye textbook?

4    A.    No.

5    Q.    You personally, did you contribute at

6 all to the information contained in the Frye

7 textbook?

8    A.    No.

9    Q.    So why does ACE consider the Frye

10 textbook to be a trade secret of ACE?

11    A.    It is how we utilize the material in

12 order to create an approved program.

13    Q.    Are you aware, Mr. Bump, if the Doherty

14 and Frye textbooks were ever given to any

15 representative of the College of DuPage?

16    A.    Yes, they were.

17    Q.    When were they given, if you recall?

18    A.    They were given pretty -- like in the

19 middle of our whole process.  I don't know the

20 dates.

21    Q.    Do you know to whom they were given to?

22    A.    They were given to Kyle Black, and he

23 was to deliver them, I believe, to Kathy Cabai.

24    Q.    And who is Kyle Black?



Daniel Bump 04/04/2017

```
 1        A.    He's a representative of Your Extra
 2   Hands Surgical Services.
 3        Q.    And did Your Extra Hands Surgical
 4   Services have any type of legal relationship
 5   with ACE at the time that ACE gave --
 6        A.    Not related.  I'm sorry.
 7        Q.    Let me finish the question.  At the
 8   time ACE gave these textbooks to Mr. Black?
 9        A.    We didn't have a contractual
10   relationship relating to the College of DuPage.
11   We had one, a training relationship with them.
12        Q.    Okay.  What do you mean by training
13   relationship?
14        A.    So from time to time, they would send
15   some of their employees for training at our
16   facility.  And also, they had a service they
17   called insourcing which was a unique way of
18   providing surgical assistant services to
19   hospitals.  We had a contract with them.  If we
20   were to interact with any healthcare facilities
21   that might be able to take advantage of that,
22   then we would -- then we would get a portion of
23   that, the receipts from that relationship.
24        Q.    Okay.  We'll get into that a little bit
```



1    later.   Let's move on back to the trade secrets.

2                        (Whereupon, Bump Deposition

3                        Exhibit No. 6 was marked for

4                        identification.)

5    BY MR. ROCHE:

6        Q.    I will show you what's been marked as

7    Exhibit No. 6 to your deposition, Mr. Bump.

8              Can you describe this document for me?

9        A.    This is a discussion of Kathy needed to

10   provide a budget for this service.   And so a

11   document was sent to her, basically, with, you

12   know, what things were expected to cost to put

13   on the lab, and also, the fee that ACE would be

14   requiring as part of that relationship.

15       Q.    Okay.   If you could turn to the second

16   page, the top says lab budget items for COD.   Do

17   you see that?

18       A.    Yes.

19       Q.    Is this the subject -- if you look at

20   your ACE's interrogatory answer, specifically to

21   number 4.   If you could go back to that just for

22   a second, Mr. Bump.

23       A.    Okay.

24       Q.    The third line says, budgetary



Daniel Bump 04/04/2017

1    information?

2         A.    Uh-huh.

3         Q.    Was a trade secret of ACE.  My question

4    is:  Is that what is in front of you as Exhibit

5    6, is that the budgetary information that ACE is

6    claiming constitutes its trade secret?

7         A.    Yes.  It was basically a document that

8    was put together to help her decide what her

9    facility's budgets is going to be.  So these are

10   a list of materials.  We didn't provide prices

11   or anything like that.  But it gave them

12   information on how they would move forward to

13   purchase all the things that would be necessary

14   for them to purchase under the terms of our

15   agreement.

16        Q.    Is that the -- what is identified as

17   Exhibit 6, is that the budgetary information

18   that is identified as an ACE trade secret?

19        A.    Yes.

20        Q.    Okay.  Is there any other budgetary

21   information going back again to ACE's

22   interrogatory answer, aside from what has been

23   identified as Exhibit 6?

24        A.    I don't recall us providing anything



Daniel Bump 04/04/2017

1    else besides this.

2         Q.    Okay.   Let's go back, last question, on

3    Interrogatory No. 4, Mr. Bump.

4              The last one is a Denver surgical skill

5    lab.   Why does -- why do you believe that this

6    was a trade secret of ACE's?

7         A.    Why do I believe the lab is a trade

8    secret?

9         Q.    Yes.

10        A.    Because it's unique to us and not only

11   in what we cover, but how we teach it, the

12   teaching methods, what's covered, and the actual

13   performance of the lab itself is unique to us.

14   As part of our contract, we had Kathy attend the

15   full six-day lab because she was going to be the

16   one that was teaching it in relationship to our

17   consortium.

18             And I actually had laid out to her on

19   the phone, or I can't remember how we actually

20   communicated this to her, but what our plan was

21   for getting her up to speed on being able to

22   teach the lab.   Part of it was to just attend

23   one, see how that goes.

24             And in the performance, in her



1    performance there, she exhibited a fairly astute

2    understanding, more so than the other students

3    who were there, of what we were teaching.  So

4    she had a grasp of it.

5           I actually made a comment to her at

6    that point that it doesn't look like we're going

7    to have to go through this entire range of what

8    I had planned for us.  In fact, in my mind, I

9    was thinking probably, you know, spending maybe

10   a week with her or so, just to go over some of

11   the highlights, how to teach the lab and stuff

12   like that, what the -- almost like what the

13   script would be.  And then just attend while she

14   was teaching a class or two would be probably

15   the full limit of what we would have to do in

16   order for her to get up to speed on that lab and

17   for her to teach it the way that we would want

18   her to teach it.

19   Q.   We'll discuss the skill lab that Kathy

20   attended in July of 2013 a little bit later in

21   your deposition.  I just want to go back and ask

22   you another question about Interrogatory Answer

23   No. 4.

24   A.   Uh-huh.



1    Q.    Is there any other information that's

2    not identified in this answer that as you sit

3    here today you believe constituted an ACE trade

4    secret that was provided to the College of

5    DuPage?

6    A.    I can't think of anything else.

7    Q.    Okay.  Interrogatory No. 5, do you see

8    that that one asks ACE to identify all documents

9    or other materials ACE provided to COD that it

10   believes was proprietary to ACE.  And do you see

11   the answer being the same as above?

12   A.    Right.

13   Q.    My question simply is:  As you sit here

14   now, can you think of any other documents or

15   other materials that ACE gave COD that it

16   believes was proprietary to ACE other than what

17   is identified in your answer or ACE's answer to

18   Interrogatory No. 4?

19   A.    The only other thing that I can think

20   of but I don't know to the extent that this was

21   done or not, just from memory, was access to our

22   website of the training portion of our website.

23   I can't recall if -- I don't believe it was, but

24   I don't know if when she was here, if she sat



1  down with anybody and was able to peruse the

2  backside of our website, how we deal with our

3  students on the website.

4       I just know that at some point they

5  were saying they didn't want to use our website.

6  I don't know if that was just because they

7  preferred theirs or they saw ours and they

8  preferred theirs as a result of seeing ours.  I

9  can't answer it with absolute certainty whether

10  they saw it or not.

11       Q.   Do you know --

12       A.   But if they did, I would add that to

13  that.

14       Q.   Okay.  Do you know if they -- if anyone

15  at COD was ever granted access by ACE to the ACE

16  website?

17       A.   I don't specifically recall that.

18       Q.   Do you know if anyone else at ACE would

19  have a specific recollection as to whether COD

20  representatives had access to ACE's website?

21       A.   Keith or Maggie Parrish, if it

22  happened, they would probably have a better read

23  on that than I did.

24       Q.   And by website, I'm referring to



1    signing in.

2        A.    Yeah.   Sign in.   You could either gain

3    access to how students see the website, like if

4    we gave you access as a student, they would get

5    that, or if you needed to see what happens on

6    the administrator's side, how we log in specific

7    things that students have done, how papers are

8    graded, for instance, you know, that kind of

9    thing.   I think it was well described to them.

10   I just don't recall if they were actually able

11   to see it themselves.

12       Q.    Keith or Maggie may have knowledge as

13   to whether or not --

14       A.    If it happened.

15       Q.    -- COD representatives had access to

16   both how students see the website?

17       A.    Yeah.

18       Q.    And how the website is administrated?

19       A.    If it happened.

20       Q.    If it happened.   Okay.

21       A.    My answer was strictly related to if

22   that happened, we would assume that would be

23   part of our allegation, as well.   But I'm

24   assuming it didn't happen, basically, because it



1   is not in the list.

2        Q.   Okay.  Moving on to number 6.

3        A.   Uh-huh.

4        Q.   ACE's answer to Interrogatory No. 6.

5   Do you see that?

6        A.   I would say the same as above.

7        Q.   Is there any other -- as you sit here

8   right now, Mr. Bump, are there any other

9   documents or other materials that ACE believes

10  COD is using that was information, materials

11  that was provided by ACE to COD?

12       A.   No.

13       Q.   Okay.  Interrogatory No. 7 asks ACE to

14  identify the date of the contract between ACE

15  and COD.  Do you see that?

16       A.   I do.

17       Q.   And do you see ACE's answer is December

18  9, 2013?

19       A.   I see it, yes.

20       Q.   And is that the -- do you have any

21  reason to believe that the date of the contract

22  between ACE and COD was not December 9, 2013?

23       A.   No.

24       Q.   Okay.  Great.



Daniel Bump 04/04/2017

```
 1                    (Whereupon, Bump Deposition
 2                    Exhibit No. 7 was marked for
 3                    identification.)
 4    BY MR. ROCHE:
 5         Q.    Mr. Bump, I show you what's been marked
 6    as Exhibit No. 7.  Have you seen this document
 7    before?
 8         A.    Yes.
 9         Q.    Do you recall reviewing the answers to
10    that document?
11         A.    I believe I do.  Yes.
12         Q.    Did you approve those answers?
13         A.    Yes.
14         Q.    Okay.  Let's discuss the corporate
15    structure of ACE.
16               ACE was -- what year was ACE
17    incorporated in?
18         A.    In September, I believe, of 2002.
19         Q.    In 2013, who was -- who were the owners
20    of ACE?
21         A.    Just me.
22         Q.    You were 100 percent shareholder?
23         A.    Yes.
24         Q.    Okay.  Are you presently, today, 100
```



```
 1    percent -- the 100 percent shareholder of ACE?
 2         A.    Yes.
 3         Q.    Have you always been the sole
 4    shareholder of ACE?
 5         A.    Yes.
 6         Q.    From the date ACE was incorporated in
 7    2002 to the present?
 8         A.    Yes.
 9         Q.    In 2013, did ACE have a board of
10    directors?
11         A.    Yes.
12         Q.    Who was on the board of directors in
13    2013 at ACE?
14         A.    That was just me and Ramona Bump.
15         Q.    Is Ramona your wife?
16         A.    Yes.
17         Q.    How about 2013 and 2014, did ACE have a
18    board of directors?
19         A.    Yes.
20         Q.    And who were the members of the board
21    of directors for ACE in 2014?
22         A.    The same.  That's all it has ever been.
23         Q.    Ramona and yourself?
24         A.    Yes.
```



1     Q.     From 2002 through 2017?

2     A.     Yes.

3     Q.     The board of directors for ACE has

4     consisted of your wife, Ramona, and you?

5     A.     Yes.

6     Q.     In 2013, did -- who were the officers

7     of ACE, if you recall?

8     A.     That was myself, Keith, and Maggie.

9     Q.     And what was your role as officer of

10    ACE in 2013?

11    A.     President, CEO, and program director.

12    Q.     What was Keith Bump's role as an

13    officer of ACE in 2013?

14    A.     Vice president sales and marketing.

15    Q.     What was Maggie Parrish's role as an

16    officer of ACE in 2013?

17    A.     Vice president of student affairs.

18    Q.     What was -- in 2013, what was Maggie

19    Parrish's duties and responsibilities as vice

20    president of student affairs for ACE?

21    A.     She was -- she handled student -- how

22    would I say it?  The same as customer service,

23    only just for students.

24    Q.     In 2003 -- excuse me.  In 2013, what



Daniel Bump 04/04/2017

 1    was Keith Bump's duties and responsibilities at

 2    ACE in connection with his position as vice

 3    president of sales and marketing?

 4         A.   He was to -- if I remember right, he

 5    was -- we had other people in the sales

 6    department at that time.  So he was sales

 7    manager.  He's currently the only person in

 8    sales, but I'm trying to remember back then.  He

 9    was sales manager.  I think there were three

10    other salespeople.  And he was also in charge of

11    selling the service that we had between ACE and

12    YEHSS, Y-E-H-S-S.

13         Q.   Is that Your Extra Hands Surgical

14    Services?

15         A.   Yes.

16         Q.   It is going to be -- it's the acronym

17    for that will be Y-E-H-S-S.

18              Who were the other three salespeople,

19    if you recall, Mr. Bump, that your brother Keith

20    was in charge of in 2013?

21         A.   There was Gabriel.  I only remember

22    first naming.  Bicking.  Gabriel Bicking.

23         Q.   Can you spell it?

24         A.   B-I-C-K-I-N-G.



1           John Redmond.

2     Q.   Can you spell Mr. Redmond's last name?

3     A.   R-E-D-M-O-N-D.

4          And Jack Simmons, S-I-M-M-O-N-S.

5     Q.   And Gabriel, John, and Jack are no

6 longer employed at ACE?

7     A.   Correct.

8     Q.   Do you recall --

9     A.   They had nothing to do with any of

10 this.

11     Q.   Do you recall when Gabriel, is that a

12 male or a female?

13     A.   A male.

14     Q.   A male.  Do you remember when

15 Mr. Bicking left ACE?

16     A.   No.  We would have it in our HR

17 records.

18     Q.   How about Mr. Redmond, do you recall

19 when Mr. Redmond terminated his employment?

20     A.   It was some time after.  Those two left

21 probably six months later, something like that.

22     Q.   In 2014?

23     A.   If that's --

24     Q.   If you remember?



1   A.   I don't remember the date.

2   Q.   That's fine.

3        How about Mr. Simmons, do you recall?

4   A.   The same date as John.

5   Q.   In 2014, did ACE have officers other

6   than yourself, Keith, and Maggie Parrish?

7   A.   No.

8   Q.   In 2013, how many employees did ACE

9   have, Mr. Bump?

10  A.   Counting me, I think seven.

11  Q.   And the employees would have been

12  yourself, Keith Bump, Maggie Parrish, Gabriel

13  Bicking, John Redmond, and Jack Simmons?

14  A.   And we have a receptionist as well.

15  Her name was Tina.  I don't remember her last

16  name.  I don't remember her last name.

17  Q.   She was ACE's receptionist?

18  A.   Uh-huh.

19  Q.   Maggie Parrish.  In 2013, did Maggie

20  Parrish have any formal training in surgical

21  assisting?

22  A.   No.  She wasn't a surgical assistant.

23  Q.   To your knowledge, has Ms. Parrish ever

24  had any training in surgical assisting?



Daniel Bump 04/04/2017

1      A.    No, she hasn't.

2      Q.    How about 2014, do you recall in 2014

3  how many employees ACE had?

4      A.    It would be the same.

5      Q.    And presently, how many employees does

6  ACE have?

7      A.    Four.

8      Q.    And who are those employees?

9      A.    Myself, Tabitha, Keith, and Maggie.

10     Q.    Okay.  You testified earlier, Mr. Bump,

11  that I believe in 1973, you joined the Navy; is

12  that right?

13     A.    Yes.

14     Q.    In what capacity did you join the Navy?

15     A.    Enlisted.  Is that what you're looking

16  for?

17     Q.    Yeah.  Well, I think you said you went

18  into surgical tech in the Navy?

19     A.    Right.  I went through a school that

20  they had for surgical tech.  I was first --

21  first I went into -- I became a medic or what

22  they call a hospital corpsman.  That was my

23  first level of training.  Two years later, I

24  went to a surgical tech program which was more

Daniel Bump 04/04/2017

1    advanced.

2        Q.    Did at one point you serve at the Naval

3    Submarine Medical Center; is that right?

4        A.    Yeah.

5        Q.    Do you recall what years those were,

6    Mr. Bump?

7        A.    75 through 78.

8        Q.    And then when did you leave the service

9    in the Navy?

10       A.    At the end of 78.

11       Q.    What did you do from the time you left

12   the service in the Navy in 1978?

13       A.    Well, first of all, I tried to get a

14   job in the hospital that was local.  They

15   weren't hiring people like me, military people.

16   And eventually, I got in, and it's probably

17   about a couple years later.  And in the

18   meantime, I had taken on several, like, just any

19   kind of jobs I could get.

20            And so, the hospital where I finally

21   got a job at was called Lawrence Memorial

22   Hospital.  And for a while, I just took any job

23   in there so I'd just get my foot in the door.

24   So I worked in central sterile services for a



Daniel Bump 04/04/2017

1    while, and then I finally got a job in the

2    operating room there as a surgical tech.

3         Q.    And how long were you employed at

4    Lawrence Hospital for?

5         A.    Until 1989.

6         Q.    Do you recall when you began your

7    employment at Lawrence Hospital?

8         A.    It would be a little bit of a guess,

9    but I think it was maybe 1980 or something like

10   that.

11        Q.    When did you at Lawrence Hospital, when

12   did you -- if you remember, when did you become

13   a surgical tech at Lawrence Hospital?

14        A.    I probably worked as a surgical tech

15   there for five years or so.  So if you back time

16   that.

17        Q.    Okay.  And then where did you go after

18   you left Lawrence Hospital in 1989?

19        A.    I was invited to Denver, Colorado, to

20   join a group of surgical assistants.  The same

21   group I told you had an apprenticeship-type

22   program to train you to be a surgical assistant.

23        Q.    And what was the name of that entity?

24        A.    Colorado Surgical Assisting.  They're



 1    no longer in business.

 2        Q.    What were your duties and

 3    responsibilities at Colorado Surgical Assisting?

 4        A.    To provide surgical assisting services

 5    to the Denver area surgeons and to train people

 6    for.  So I became in charge of that

 7    apprenticeship-type program I was telling you

 8    about.

 9        Q.    Uh-huh.

10        A.    At some point we had decided that --

11    actually, I kind of instigated this.  We decided

12    that instead of just inviting people to join us

13    and provide that training for them, that we

14    should open that training up for anybody that

15    was qualified to take it.

16            And after, I don't know, maybe a year,

17    year and a half, the partner who owned the

18    Colorado Surgical Assistant just decided to let

19    that go.  And because he was really just

20    interested in taking people under his arms,

21    teaching them everything that he knew for the

22    purpose of populating that company with

23    well-trained assistants, and I thought that it

24    might be a better idea if we made it available.



1    Because the reason I thought that was because as
2    a result of the training that I got, I was able
3    to do things in surgery I never thought I'd be
4    able to do unless I went to medical school.  And
5    I was able to make a living that I thought maybe
6    I'd have to go to medical school to make.
7              So as a surgical tech, I was making
8    like $35,000 a year working 50, 60 hours a week,
9    to make that back in the mid-80s.  And the first
10   year that I started with Colorado Surgical
11   Assisting -- and by the way, just to explain
12   that a little further.  I wasn't an employee.
13        Q.   You were not an employee?
14        A.   I was not an employee.
15        Q.   Of Colorado Surgical Assisting?
16        A.   Right.  I was not like a partner, but I
17   was an associate in that group.  And so we
18   basically all owned.  Everybody that was
19   assisting were self-employed.  And Colorado
20   Surgical Assisting just provided extra services
21   that we needed and we were able to like unit
22   together as a group.
23        Q.   During your employment -- or well,
24   during your affiliation with Colorado Surgical



Daniel Bump 04/04/2017

1    Assisting, did you serve as a surgical assistant

2    in operating rooms?

3         A.    Yes.

4         Q.    At hospitals?

5         A.    Yes.

6         Q.    Can you describe to me, Mr. Bump, what

7    a surgical assistant is in the operating room?

8         A.    Sure.

9               I have to take you back a little bit to

10   what a tech is to compare it.

11        Q.    Okay.

12        A.    Okay.   A surgical tech is the person

13   that hands instruments to the surgeon and to his

14   assistant.

15        Q.    Okay.

16        A.    Okay.   And they -- so they monitor --

17   they set up and monitor the surgical field, make

18   such the surgeon has everything they need during

19   a case and are so familiar with what happens

20   during the case that they can provide an

21   instrument, for instance, almost before the

22   surgeon even knows they need it.   That's their

23   job.

24              The person that stands right across



Daniel Bump 04/04/2017

1       from the surgeon and helps them do the surgery

2       and needs all the same skills as a surgeon has

3       is the surgical assistant.  So there is,

4       actually, in some surgeries that you might do

5       with a surgeon, you might have to do half the

6       surgery yourself, not with the surgeon gone.

7       The surgeon has to be there to supervise.

8              Like, for instance, as an example, if

9       we were doing a total abdominal hysterectomy and

10      you have ligaments and vessels going on each

11      side of the uterus and they have to be ligated,

12      cut and tied off and there is dissections that

13      have to take place.  Well, a surgeon would work

14      on their side.  They would expect us to do all

15      those same things on our side.

16             So we, basically, had to have all the

17      same skills a surgeon has and bring with us the

18      same kind of knowledge to the surgery that

19      another surgeon would if they were assisting on

20      the procedure.  And that's what our mission is

21      at ACE, is to train students to have those kinds

22      of skills and that kind of knowledge.

23      Q.   To be a certified surgical first

24      assistant, does an individual have to obtain an



Daniel Bump 04/04/2017

1   M.D.?

2       A.   No.

3       Q.   They do not need to attend medical --

4   do they need to even attend medical school?

5       A.   No.   They're referred to as non-M.D.

6   surgical assistants.

7       Q.   But surgical assistants do perform

8   procedures on patients during surgery?

9       A.   Under the supervision of the surgeon.

10      Q.   Okay.   Whereas --

11      A.   Not autonomous at all.

12      Q.   Whereas, surgical assistants do not

13  perform any procedures on the particular patient

14  during surgery?

15      A.   Are you messing up surgical tech and

16  surgical assistant?  It sounds like you're

17  asking me.

18      Q.   Or surgical tech.  I'm sorry.

19      A.   No, they do not.

20      Q.   Okay.   All right.

21           So back to the Colorado Surgical

22  Assisting.  I believe you testified you were

23  also serving as a first assistant in operating

24  rooms?



1    A.    Right.   About half my time I was

2   working in the operating room.   The other half I

3   was working on education programs.

4    Q.    And was that the first time you had

5   started working on educational programs for

6   surgical assisting?

7    A.    When I joined that group, yes.

8    Q.    When you were affiliated with Colorado

9   Surgical Assisting?

10    A.    Yes.

11    Q.    When you were at Lawrence, Lawrence

12   Memorial Hospital, did you serve as the first

13   assistant during your tenure then?

14    A.    Not -- that wasn't my job description.

15   But what happens with surgical techs is that the

16   first assistant -- the first assistant doesn't

17   show up or they're late, usually it is another

18   tech, a surgical tech or the same one is handing

19   instruments will also assist in the surgery.   So

20   I -- and when I was in the military, I had first

21   assisting experience.

22    Q.    Okay.   Back to surgical assistant.   To

23   become one, do you have to have a college degree

24   to become a certified surgical first assistant?



1    A.    No.

2    Q.    Do you have to have a college degree to

3  become SA-C certified?

4    A.    No.

5    Q.    Back to your employment.

6    A.    Most people --

7    Q.    Go ahead.

8    A.    -- do have.  But it is not required.

9  Like, for instance, if you're a tech, and this

10 is pretty recent.  This wasn't back when I was a

11 tech.  Usually a tech now graduates with an

12 associate's degree.  So people now becoming

13 assistants usually at least have that or they're

14 a nurse and they have a degree.  We also get

15 M.D.s in our program.  We get physician's

16 assistants and nurse practitioners who want to

17 do what we do.

18   Q.    When did your affiliation with Colorado

19 Surgical Assisting end, if you remember the

20 year?

21   A.    Yeah.  1995.

22   Q.    And then what did you do?

23   A.    I started a school.

24   Q.    What was the name of the school?

Daniel Bump 04/04/2017

1    A.    The National Institute of First

2    Assisting.   So, basically, remember I said I was

3    having issues with the guy that owned Colorado

4    Surgical Assisting.   He wanted to go back to the

5    original thing that we were doing which is just

6    training people for our school alone -- I mean,

7    for our agency alone.   And so we kind of bumped

8    heads on that, and I just left and started my

9    own school at that point.

10    Q.    What was your view of what Colorado

11    Surgical Assisting, the direction the company

12    should have gone?

13    A.    I think it was fine.   I mean, I just

14    wanted to do something different.   I wanted

15    Colorado Surgical Assisting to become a national

16    school that could provide that same kind of

17    training to people who wanted to either start

18    their own agency or go back to their hospital

19    and provide those services.

20    Q.    Okay.   And then you started your own

21    company called National Institute of First

22    Assisting?

23    A.    NIFA for short.

24    Q.    NIFA?



1        A.    N-I-F-A. I thought that was an

2    appropriate surgical name.

3        Q.    Were you the sole share shoulder, sole

4    owner of that?

5        A.    No, I still own it.

6        Q.    I'm sorry?

7        A.    I would still own it if I was.  I was

8    there with a partner.  He wasn't a medical guy.

9    He was just sales and marketing.  We started

10   something new, basically.  There wasn't anything

11   like this in the country.  And so I needed

12   somebody who had sales and marketing savvy to

13   get that word out.  And it worked out pretty

14   good.

15       Q.    What was your partner's name?

16       A.    Jerry Kekos.

17       Q.    Can you spell the last name?

18       A.    K-E-K-O-S.  And he still owns NIFA.

19       Q.    Is NIFA a competitor of ACE's?

20       A.    It would have been if he kept it like

21   it was.

22       Q.    How did he change it?

23       A.    He changed -- well, see, there is a lot

24   of different people that can take advantage of



1    this kind of training.  So like I said, nurses

2    that are operating room nurses, surgical techs,

3    nurse practitioners, physicians assistants,

4    doctors even like to take this course.  And he

5    decided that after I left, he wanted to narrow

6    that down to just nurses.  So, yeah, he competes

7    with us in that small little niche, but we also

8    have these other people take our program as

9    well.

10        Q.    Did you have an ownership interest in

11   NIFA?

12        A.    50/50.

13        Q.    50/50.

14              And how long were you at NIFA for?

15        A.    Until I left and started ACE.  That's

16   around 2000 -- the end of 2002.

17        Q.    What was your job responsibilities

18   during your employment at NIFA?

19        A.    I was the president.  And I had a full

20   responsibility for everything, training and

21   medical.

22        Q.    And then there was -- you started ACE,

23   incorporated ACE in 2002; is that right?

24        A.    Yes.



Daniel Bump 04/04/2017

1    Q.    Okay.

2    A.    I believe it was September.  Then we

3 started offering the program in March, the next

4 year.

5    Q.    Okay.

6         MR. ROCHE:  Let's take a quick break.

7              (Whereupon, a short break was

8              taken.)

9 BY MR. ROCHE:

10   Q.    Back on the record.

11        Mr. Bump, let's talk about ACE from the

12 time it was incorporated in 2002 up through

13 2013.

14   A.    Okay.

15   Q.    Can you just describe, Mr. Bump, the

16 nature of ACE's business during that time

17 period?

18   A.    The nature of ACE's business hasn't

19 really changed.  It's, basically, we advertise

20 that we have a training program that's related

21 to hospital -- that's related to surgical

22 assisting, and it's to kind of a niche audience

23 because there are requirements that you have to

24 have before you can get into the program.  It



Daniel Bump 04/04/2017

 1    might be you have to be a tech or a nurse or,

 2    you know, so on.  You have to provide those

 3    credentials.  Generally speaking, you have to

 4    have a certain level of experience in the

 5    operating room to even qualify to get in.

 6         Q.    Into ACE?

 7         A.    Right.

 8         Q.    Okay.  And what is ACE -- so it is a

 9    surgical assistant program?

10         A.    Right.

11         Q.    Okay.  From 2002 to 2013 -- well, let

12    me ask it this way.

13              From 2002 up to the present, has ACE

14    basically, has the surgical assisting program

15    for ACE effectively remained the same?

16         A.    Fairly close.  We had to make some

17    changes, just objective changes in our distance

18    learning to qualify for CAAHEP accreditation.

19         Q.    How does the program work?  How did the

20    program work?

21         A.    Well, still the same.  So there is nine

22    months or so of distance learning unless you

23    sign up under the enhanced access program which

24    allows you to speed that up, basically.  So



Darrel Bump 04/04/2017

1    there is nine modules.  You get one a month

2    under the routine of the program.  If you get

3    enhanced access, you don't have to wait for the

4    month to be over.  As soon as you're done, you

5    can move on to the next thing.

6        Q.    Does a student have to pay extra to

7    have the enhanced access?

8        A.    Yes.

9        Q.    How much is that?

10       A.    695.  That probably has changed over

11   the years, but I don't recall how much.

12       Q.    Okay.  Nine online modules can be

13   completed either within the nine-month period?

14       A.    Or sooner or later.  Somebody might

15   say, well, I know this material real well.  I

16   can speed through this.  But I want to take even

17   more than a month on this one.

18       Q.    Are there any other features of the ACE

19   surgical assistant program aside from the online

20   modules?

21       A.    Yeah.  There is they have to write a

22   report like the ones I was telling you about

23   before.  And they have to attend the six-day

24   lab.  That's where they get their surgeon-like



1    skills.  And then they have to do a clinical

2    internship at the hospital where they were sent

3    from.  And then that consists of doing 135 cases

4    as a first assistant.  And there are specific

5    specialties that they have to go through.

6         Q.    Was ACE ever accredited with the

7    Commission on Allied Health Education Programs?

8         A.    Yes.

9         Q.    Is the acronym for the Commission on

10   Accreditation on Allied Health Education

11   Programs CAAHEP?

12        A.    Yes.

13        Q.    C-A-A-H-E-P; is that right, Mr. Bump?

14        A.    Yes.

15        Q.    What is CAAHEP?

16        A.    They're an accrediting body that

17   accredits allied health education programs.  Not

18   just surgical assisting.  They accredit surgical

19   tech.  They accredit fields not related to

20   surgery.  Like I think they accredit

21   phlebotomists and that kind of thing, too.

22        Q.    Lobotomy?

23        A.    No.  Phlebotomist.

24        Q.    Phlebotomists.  Okay.



1      A.    You just opened up a whole new career
2   avenue.
3      Q.    Don't perform those surgeries.
4            Do you recall the years ACE was CAAHEP
5   certified?
6      A.    Accredited.
7      Q.    Or accredited?
8      A.    From January 2009 to February 2012.
9      Q.    Why did ACE decide to pursue
10  accrediting with CAAHEP?
11     A.    The industry thought highly of that,
12  and so we gained access to a whole new market as
13  a result of getting that CAAHEP accreditation.
14     Q.    What new market are you describing?
15     A.    Well, the accreditation comes, is
16  basically for a group of people who think highly
17  of the Association of Surgical Technologists.
18  So that CAAHEP accreditation came out of that
19  institution.  And so people that are members of
20  that institution are taught to think highly of
21  CAAHEP accreditation.  So that would open that
22  market up to us of people who thought highly of
23  CAAHEP accreditation.
24     Q.    Can you just elaborate when you say



Daniel Bump 04/04/2017

1    people, are you referring to hospitals?

2        A.    Sometimes hospitals.  Sometimes

3    hospitals are biased in favor of that.  But

4    mainly hospitals are just concerned about their

5    people being able to get certified.  The members

6    of AST are the ones that I'm referring to.  If

7    you're a member of the Association of Surgical

8    Technologists.

9        Q.    That's AST, the acronym?

10       A.    Yes.

11       Q.    Okay.

12       A.    Then they -- they're -- I don't want to

13   use the word brainwashed, but it is almost like

14   they're brainwashed in favor of that as opposed

15   to other alternatives.

16       Q.    Did -- what do you mean by -- Mr. Bump,

17   what do you mean by new market?  New market of

18   students?

19       A.    Yes, new market of students.

20       Q.    Okay.  And the students would come from

21   where?

22       A.    They would usually be AST members.

23       Q.    Students who were AST members would go

24   to ACE because ACE was CAAHEP certified because



1    AST members thought so highly they were
2    brainwashed to think highly of CAAHEP?
3        A.    That whole thought process came out of
4    that organization.  So they highly touted and
5    put other alternatives down.
6        Q.    Did ACE's enrollment of students
7    increase during this time period?
8        A.    Absolutely.
9        Q.    From 2009 to 2012?
10       A.    Yes.  I can't really comment on how
11   much, but I definitely can comment.
12           MR. DAVIS:  When he asks the question,
13   let him finish the question before you answer.
14           THE WITNESS:  Okay.  Sorry.  Are you
15   ready?
16   BY MR. ROCHE:
17       Q.    Yes.
18       A.    Okay.  I'm kind of like that in real
19   life too.  Sorry.
20           I can't really comment so much on how
21   much it increased, but I know much it decreased
22   when we lost it.  We lost about half of our
23   business.
24       Q.    Half the student enrollment?



1      A.    Student enrollment went down about

2  half.

3      Q.    ACE's student enrollment declined about

4  50 percent when ACE was no longer certified by

5  CAAHEP?

6      A.    Correct.

7      Q.    Do you recall what ACE's enrollment was

8  during the time it was accredited by CAAHEP?

9      A.    I mean, if we use the figures I just

10  said, we're currently enrolling between 90 and

11  100 students.  So it is near double that.

12      Q.    During 2009 through 2012?

13      A.    Uh-huh.

14      Q.    Why did ACE no longer -- well, strike

15  that.

16            Why did ACE become unaccredited by

17  CAAHEP?

18      A.    They instituted a new rule.  The new

19  rule -- and the way it was put to me because we

20  appealed the whole thing.  The way it was put to

21  me in the appeal was we weren't doing that just

22  to get you out, this new rule.  We wanted to

23  eliminate the entire realm of what we would call

24  mom-and-pop organizations.



1        So the new rule was not only did -- not

2   only do you have to get CAAHEP accredited for

3   your program, but from now on, we will only

4   accept CAAHEP accredited programs from

5   accredited institutions like community colleges

6   and stuff like that.

7        Q.   Could ACE become an accredited

8   institution?

9        A.   Yes.   We could have.   And in fact, we

10  tried that but weren't given enough time.   We

11  could have done it if we had an extension on the

12  time that we were given, but CAAHEP didn't go

13  for it.   They weren't going to allow an

14  extension.

15       Q.   Do you recall what the requirements

16  were to become an accredited institution by

17  CAAHEP?

18       A.   Well, CAAHEP didn't -- there is lots of

19  organizations that accredit institutions rather

20  than programs.   And they had a list of people we

21  could go through.   So we had a guy who was a

22  consultant for us that recommended this one, and

23  so we went with that.   And we had about nine

24  months to make it happen.   And that was a rush.



1   We had to really rush.  And that didn't work out

2   right.

3       Q.   Do you recall what ACE had to do to try

4   and become accredited institution during this

5   nine-month period?

6       A.   Well, it was very similar to getting

7   CAAHEP accredited because we remember before

8   that CAAHEP had to cover all the issues relating

9   to the institution, as well as to the program.

10  And I don't know if this was part of their

11  strategy so that they could just streamline

12  their function and relate it just to programs

13  and leave the institutional stuff to somebody

14  else or it could have been that they were just

15  trying.  Like they even said, let's get rid of

16  these small organizations and go for the -- like

17  the community colleges and stuff like that.

18          So we really had two routes we could

19  have gone through.  We could have gotten

20  institution accreditation ourselves, if we had

21  enough time to do it, or we could have gone with

22  somebody like College of DuPage, which was our

23  reason why we wanted to do that, so that they

24  could sponsor the program and they would count



Darrel Bump 04/04/2017

1   that as the institutional accreditation that

2   they were looking for.

3       Q.    Do you know if the College of DuPage

4   was accredited with CAAHEP during 2013?

5       A.    Well, CAAHEP doesn't --

6       Q.    Just my --

7       A.    Yes or no?

8       Q.    Yes.  Well, do you understand my

9   question?  I'm just -- my question simply is:

10  Do you know if the College of DuPage was

11  accredited by CAAHEP in 2013 for its surgical

12  assistant program?

13          MR. DAVIS:  Well, I'm going to object to

14  form on that because CAAHEP doesn't accredit

15  colleges.  So your question is did they credit

16  COD?  CAAHEP doesn't accredit colleges.

17  BY MR. ROCHE:

18      Q.    Okay.  I'll withdraw it.

19          ACE is -- in 2013, ACE was --

20          MR. DAVIS:  Let me -- did COD have

21  programs that were accredited by CAAHEP?

22          THE WITNESS:  I think so.  I don't know

23  that for sure.

24          MR. DAVIS:  Okay.



1          THE WITNESS:  But they have a surgical

2     tech program, and that probably was CAAHEP

3     accredited.

4     BY MR. ROCHE:

5          Q.    Do you know as you sit here today if it

6     was CAAHEP accredited in 2013?

7          A.    No.

8          Q.    As you sit here today, do you know if

9     it was -- if the COD's surgical tech program was

10    accredited with CAAHEP in 2014?

11         A.    I don't know.

12         Q.    ACE is -- strike that.

13              In 2013, was ACE accredited with any

14    institution?

15         A.    Well, we got our -- we weren't

16    accredited.  We got our educational credential

17    by approval process because in this industry,

18    surgical assistant programs either get their

19    education credential from accredited body or a

20    certifying body.  And we have our credential

21    through a certifying body and we always have.

22    So during the period of time where we had CAAHEP

23    accreditation, we also had this approval via a

24    certified agency.



1      Q.    What was the name of the certifying

2   agency?

3      A.    The American Board of Surgical

4   Assistants.   ABSA.

5      Q.    Do you own any interest, legal interest

6   in the ABSA?

7      A.    No.

8      Q.    What did ACE have to do to obtain

9   certification by the ABSA?

10     A.    We had to submit our curriculum for

11  approval, and that includes the lab and

12  everything.

13     Q.    And what year, if you remember,

14  Mr. Bump, did ACE become approved or certified

15  by the ABSA?

16     A.    Well, when we started offering programs

17  in 2003, March 2003, we were approved at that

18  point.  I don't know what the specific month

19  was.

20     Q.    What is the difference, Mr. Bump,

21  between a certifying body such as the ABSA and

22  an accrediting body such as CAAHEP?

23     A.    The difference, as we experience it, is

24  the whole reason to get either one, is so that



1    graduates of your program can become certified

2    in their field.  And so the way that the AST

3    does that is they've outsourced that to CAAHEP.

4    And then they accept anybody graduated from a

5    CAAHEP accredited program as qualifying for

6    their certifying exam.  You kind of bypass all

7    of that with the certifying agencies because

8    they specifically accredit or approve you for

9    graduates of your program to take their exam.

10         Q.    Does AST -- or strike that.

11               Did -- in 2003, did AST administer a

12   certifying exam?

13         A.    Well, one of their branches does.  The

14   NBSTSA.

15         Q.    And a student -- was that the same

16   process to your knowledge in 2014, as well?

17         A.    Yes.

18         Q.    That the NBSTSA administered a

19   certifying exam on behalf of the AST?

20         A.    Correct.

21         Q.    Okay.  And a student who successfully

22   passed the exam administered by the NBSTSA would

23   obtain what certificate?

24         A.    The CSFA.



1 Q. In 2013, Mr. Bump, was a student who

2 graduated from ACE's program eligible to sit for

3 the CSFA exam?

4 A. That all depends when they were

5 enrolled because the rule with CAAHEP is if they

6 were in a CAAHEP accredited program at anytime,

7 even if before they graduated, their CAAHEP

8 accreditation was withdrawn, they are still

9 counted as graduating from a CAAHEP accredited

10 program.

11 Q. ACE was no longer -- was -- I'll call

12 it decertified by CAAHEP in 2012?

13 A. Yes. So anybody that was in the

14 program before then, even though or even after,

15 as long as they enrolled in the program while we

16 were still CAAHEP accredited would still be

17 counted as having graduated from a CAAHEP

18 accredited program so they could qualify to take

19 that exam.

20 Q. If a student who enrolled in 2013 with

21 ACE prior -- or excuse me, after ACE lost its

22 CAAHEP accreditation, would that student be

23 eligible to sit for the CSFA?

24 A. If they enrolled after that date, no.



1    Q.    In 2014 -- in 2014, was a student who

2    graduated from ACE's program eligible to sit for

3    the CSFA exam?

4    A.    As long as they enrolled after the 2012

5    date, they were not eligible.  They could

6    still -- see, some students take quite a while

7    to get through the program.  They might have to

8    have extensions to finally get through the

9    program and graduate.  So I believe we still

10   have two people in the program now because they

11   had to take leave of absences and stuff that

12   would qualify to take that exam.

13   Q.    Let's discuss ACE's previous

14   experience, if any, with academic institutions

15   before it engaged in negotiations with COD.

16        Mr. Bump, prior to the consortium,

17   proposed consortium with the College of DuPage,

18   had ACE ever entered -- excuse me, had ACE ever

19   entered into consortiums with academic

20   institutions to provide ACE's surgical assistant

21   program?

22   A.    No.

23   Q.    Prior to the proposed consortium with

24   COD had ACE ever attempted to enter into



1  consortiums with academic institutions to

2  provide ACE's surgical assistant program?

3       A.    We were in conversation -- we were in

4  conversations with others, just on an

5  introductory basis.

6       Q.    What do you mean?

7       A.    That never really went anywhere.  In

8  other words, Keith, in his pursuit of getting

9  contracts with hospitals for our relationship

10 with YEHSS would occasionally come across a

11 college that was at least at first excited about

12 it, but then never really followed up.

13      Q.    Do you recall the names of the other

14 colleges that ACE attempted to enter into --

15      A.    No.

16      Q.    -- consortiums with?

17      A.    No.

18      Q.    Do you know why -- as you sit here

19 today, do you know why those other colleges

20 ultimately declined to partner with ACE?

21      A.    No.  It is just like it fizzled out for

22 no reason.

23      Q.    Do you recall the number of other

24 colleges that seemed interested initially?



Daniel Bump 04/04/2017

```
 1          A.    It wasn't a lot.  It was like two.

 2          Q.    Two?

 3          A.    Yeah.

 4          Q.    You do not recall, as you sit here

 5     today, the names of those?

 6          A.    No.   That was quite a while ago.   So

 7     I'm not even sure if Keith would remember them

 8     or not, but he probably would.   He is good like

 9     that.   I'm the one who has Alzheimer's disease.

10          MR. DAVIS:   Do you, really?

11          THE WITNESS:   No.

12     BY MR. ROCHE:

13          Q.    Let's look at some documents.

14                     (Whereupon, a discussion was had

15                      off the record.)

16                     (Whereupon, Bump Deposition

17                      Exhibit No. 8 was marked for

18                      identification.)

19     BY MR. ROCHE:

20          Q.    Let's take a look at this exhibit.

21     Exhibit 8.

22                Mr. Bump, I show you what's been marked

23     as Exhibit 8 to your deposition.   It is an email

24     communication, along with some attachments.   My
```

Daniel Bump 04/04/2017

1  question is:  Do you recall reviewing this

2  email?  The first page of the document indicates

3  that you were cc'd on it.  I'm just simply

4  wondering if you recall this email?

5       A.    I remember, you know, conversations

6  with them, yes.  It seems familiar.  Yes.

7       Q.    Okay.  Can you describe the document

8  Bates labeled YEHSS1484 through YEHSS1495?

9       A.    Where is it labeled?  Oh, down here.

10 Okay.

11            This is our program catalog, describes

12 our program as of that time.

13      Q.    And can you go back on the first page

14 of this email, and do you know if Mr. Bump,

15 Keith Bump ever indicated to the recipient of

16 this email whether the attachment was

17 confidential information to ACE?

18      A.    I don't believe so.

19      Q.    Do you know if Mr. Bump ever, Keith

20 Bump, after sending this email, communicated to

21 the recipient, Ms. Ferrari, that the information

22 was confidential and proprietary to ACE?

23      A.    He wouldn't have done that.

24      Q.    Why?



1    A.    Because it's a document that we used to
2  inform people of our program.
3    Q.    Do you consider that document Bates
4  numbered 1484 through 1495 to be confidential
5  information to ACE?
6    A.    Confidential unless we give it to
7  somebody.
8    Q.    In which case?
9    A.    In we choose to give it to them, it is
10  not confidential to that person.
11    Q.    That person could do whatever he or she
12  wanted with this -- with the information, the --
13  strike that.
14          A recipient --
15    A.    Students get this.
16    Q.    Students get this?
17    A.    Our prospective students get this.
18    Q.    And students can do whatever they want
19  with that document?
20    A.    That is true.
21    Q.    They can publish it online if they
22  wanted to?
23    A.    It is a copyrighted document that we
24  wouldn't -- we would pursue that if they did



Darrel Bump 04/04/2017

1   that.

2       Q.    Where is the copyright?

3       A.    It is not a registered copyright.  As

4   you know, anybody can claim copyrighting of

5   their materials without going through

6   institutional copyrighting.

7       Q.    When ACE provides a student with the

8   program catalog, does ACE notify that student

9   that that program catalog is subject to

10   copyright protection under applicable law?

11       A.    No.

12       Q.    Let's go back with -- I just want to go

13   back to some line of questioning with respect to

14   the proposed consortiums, which I think you

15   identified as two colleges?

16       A.    Uh-huh.  Those were actually proposed

17   consortiums, not like the contract we have with

18   COD.

19       Q.    What was the difference, if you

20   remember, between?

21       A.    The difference is they were just

22   initial conversations that never went anywhere.

23       Q.    Do you know as you sit here now whether

24   ACE transmitted any information to those two



Daniel Bump 04/04/2017

1   colleges that it now claims in this litigation

2   constituted trade secrets or confidential

3   information?

4       A.   If we did transfer anything, and I'm

5   assuming we did, it would have been this

6   document.

7       Q.   The program?

8       A.   Yeah.

9       Q.   During this time period in 2013,

10  Mr. Bump, was ACE also actively trying to pursue

11  consortiums with hospitals?

12      A.   No.

13      Q.   As well?

14           Okay.  If you look at Exhibit 9.

15      A.   I don't know what Exhibit 9 is.

16           MR. DAVIS:   Exhibit 8 is the last one.

17           MR. ROCHE:   Oh, Exhibit 8 is -- okay.

18  I'm sorry.

19  BY MR. ROCHE:

20      Q.   If you look at Exhibit 8, Mr. Bump, do

21  you know who the recipient of this email is?

22      A.   Ms. Ferrari.  No.  It looks like she

23  has maybe a hospital address.

24      Q.   And the body of the email indicates



1    that Keith Bump is discussing the combined

2    benefits of the ACE YEHSS surgical assistant

3    training and insourcing program?

4         A.    Correct.

5         Q.    Do you know why Keith Bump would send

6    the program catalog to this individual?

7         A.    Did they?  Did he?  Yeah.  Because that

8    individual, he was discussing two things with.

9    One was our training and the other was where

10   that can go with YEHSS, as well.

11           So, basically, what we were doing at

12   that point was if that person could arrange a

13   working relationship with YEHSS, then we could

14   potentially provide the training for free

15   because we would have additional what they call

16   insourcing income from our relationship with

17   YEHSS as a result, so we would have been able to

18   afford the training at no cost.

19        Q.    Okay.  All right.  The program catalog,

20   Mr. Bump, again, it's marked here.  The Bates

21   label is 1484 through 1495.  Let's just talk

22   about this.

23        A.    Okay.

24        Q.    It is ACE's program catalog; is that



Daniel Bump 04/04/2017

1    right?

2         A.    Yes.

3         Q.    And you testified that ACE would submit

4    this program catalog to prospective partners of

5    ACE?

6         A.    I don't recall us ever doing that

7    except with College of DuPage.  So I can't

8    really testify as if we sent it to those unnamed

9    people or not.  I don't think it progressed that

10   far.

11        Q.    Was the program catalog in 2013,

12   Mr. Bump, was it stored electronically at ACE?

13        A.    Yes.

14        Q.    Okay.  Who had access to the program

15   catalog?

16        A.    All of us.

17        Q.    In 2013?

18        A.    All of us in the program -- I mean, in

19   the company.

20        Q.    All seven employees?

21        A.    Uh-huh.

22        Q.    Okay.  Were those seven employees

23   required to sign any confidentiality agreement

24   relating to this program catalog?

1    A.    I don't believe so.

2    Q.    Were these seven employees, to your

3  recollection as CEO of ACE at this time, did

4  they ever sign any confidentiality agreements

5  during the course of their employment?

6    A.    Not that I recall.

7    Q.    How about non-disclosure agreements, do

8  you recall, Mr. Bump, in 2013, if any of those

9  ACE employees that you previously identified

10  were required to sign non-disclosure agreement?

11    A.    Not that I recall.

12    Q.    Do you recall in 2013, Mr. Bump,

13  whether ACE notified -- whether you notified

14  ACE's employees that the program catalog was

15  confidential to ACE?

16    A.    No.

17    Q.    Before these seven employees are able

18  to access the program catalog electronically,

19  are they required to enter some sort of password

20  to access the program catalog?

21    A.    No.

22    Q.    Are there any electronic restrictions

23  relating to the accessibility of this program

24  catalog on the ACE email -- or excuse me, ACE



1    electronically system?

2        A.    No, people that would have access to

3    it, which was everybody, needed to communicate

4    with potential students what the program was.

5        Q.    So potential students would receive

6    this program catalog?

7        A.    Right.

8        Q.    Could potential students go online in

9    2013 and obtain the program catalog on their

10   own?

11       A.    I don't believe so.  Currently they

12   can't.  I don't recall if there was online

13   access.  I don't believe so.

14       Q.    How would a prospective student obtain

15   the program catalog?

16       A.    By speaking to one of our salespeople.

17       Q.    One of the --

18       A.    That would communicate with prospective

19   students.

20       Q.    And then the ACE employee who

21   communicated with the prospective student would

22   then submit or email then the program catalog?

23       A.    Yes.

24       Q.    Do you recall if there was any



1    procedure in place within ACE at the time of

2    that email communication, the ACE employee

3    explained to the prospective student that the

4    information was considered confidential to ACE?

5        A.    Not that I recall.  No.

6        Q.    Who at ACE would know the answer to

7    that previous question, Mr. Bump?

8        A.    I believe I know.  There was no

9    procedure in place that I am aware of that --

10   where we informed them that was confidential

11   material.

12       Q.    Are there --

13       A.    I don't believe any colleges do that.

14       Q.    In 2013, Mr. Bump, do you recall if ACE

15   kept, maintained hard copies of this program

16   catalog at its offices?

17       A.    For distribution?

18       Q.    Yes.

19       A.    We kept it because it was part of our

20   accrediting process.  So we have it in that

21   format.

22       Q.    Do you recall where those hard copies

23   were located, Mr. Bump, in 2013?

24       A.    In my office.



1    Q.    And was it kept in a file drawer?

2    A.    It was in a binder, a three-ring

3    binder, like a bookshelf.

4    Q.    Sure.   Where was the three-ring binder

5    kept in your office, Mr. Bump?

6    A.    On a bookshelf.

7    Q.    On a bookshelf.

8          Who would know, Mr. Bump, going back to

9    these two colleges, who would be the individual

10   most knowledgeable at ACE on the issue of what

11   information, what materials ACE provided these

12   two colleges in connection with perhaps entering

13   into a proposed consortium for the ACE surgical

14   assistant program?

15   A.    Keith.

16   Q.    Keith Bump?

17   A.    Yes.

18   Q.    As you sit here today, Mr. Bump, just

19   so I understand your testimony correctly, so I'm

20   clear, you do not have any personal knowledge as

21   to what information ACE transmitted to these two

22   colleges in connection with the prospective

23   consortium?

24   A.    That is correct.   And I just know this.



Daniel Bump  04/04/2017

 1    That I can't even imagine that any more than the
 2    program catalog would have been given to them at
 3    the stage we were at.
 4         Q.    Because those --
 5         A.    That might not have been given to them
 6    either.
 7         Q.    And why?  What do you mean by at this
 8    stage?
 9         A.    At just the very initial probe of
10    whether they'd be interested or not.
11         Q.    Okay.  Were you made aware during these
12    preliminary discussions with these two colleges,
13    were you ever made aware, either by the college
14    or by Keith, as to what the internal approval
15    process was for these two colleges?
16         A.    My knowledge of that is a little
17    blurry, but I know it never had gotten to like
18    the board stage.  I know it had to get through a
19    board approval process before they could go any
20    further.
21         Q.    Did you know whether or not with these
22    two colleges, a particular state that these
23    colleges were in had to actually approve the
24    programs?



1    A.    What state they were?

2    Q.    Yes.

3    A.    I know there was one in, I believe,

4  Virginia where Keith lives, in that area.  And

5  that's probably how he came to be aware of them.

6  The other one seems to me as though it was more

7  of like a national organization.

8    Q.    Okay.

9    A.    Like a Concord or something like that

10  where they have colleges in different states.

11    Q.    Did you review -- I know I asked you

12  about the YEHSS email communications.  Did you

13  review any other documents that were produced by

14  YEHSS in this case?

15    A.    In this case of College of DuPage or

16  the other two colleges you're talking about?

17    Q.    This litigation.

18    A.    I think I -- my impression is that I

19  got to review them all.

20    Q.    Okay.  All right.  Let's -- I can --

21  what time is it?

22         MR. DAVIS:  11:53.

23  BY MR. ROCHE:

24    Q.    All right.  Let me ask some questions



1    about ACE's relationship with YEHSS and then

2    maybe break for lunch, or do you want to keep

3    going?

4              MR. DAVIS:  Off the record.

5                   (Whereupon, a discussion was had

6                    off the record.)

7    BY MR. ROCHE:

8         Q.    Back on the record.

9              Mr. Bump, did there come a point in

10   time, to the best of your recollection, where

11   ACE was considering a merger with YEHSS?

12        A.    We -- actually, I was proposing a

13   possible merger which never really came about.

14        Q.    Do you recall when those discussions

15   occurred, what year?

16        A.    Not really.

17        Q.    In November of 2013, which is about the

18   time frame when ACE first started communicating

19   with COD, do you recall, Mr. Bump, what the

20   relationship, the business relationship between

21   YEHSS and ACE was?

22        A.    Yes.  It was we were basically

23   affiliated, is the term I would use.  So part of

24   Keith's role was to locate hospitals that might



Daniel Bump 04/04/2017

1  be able to utilize the services that YEHSS

2  offered in conjunction with our training.

3      Q.    What services did YEHSS offer?

4      A.    The insourcing service.  That was the

5  one when they were pushing.  They actually did,

6  you know, like traditional agency stuff, like

7  the agency that I joined a long time ago.  But

8  insourcing was kind of a new concept where it

9  basically turned the hospital's employees into

10  like Kelly Temporary Agency employees where

11  basically YEHSS would rent that employee from

12  them to perform surgical assisting and then bill

13  the insurance company for that service.

14      Q.    YEHSS would?

15      A.    Then they would pay the hospital for

16  that employee.

17      Q.    What was ACE's role in the insourcing

18  concept?

19      A.    We would just locate hospitals that

20  might be interested in that and offer it.  If it

21  looked like it would be profitable more long

22  term, then we would offer the training for free

23  to that hospital in order to facilitate that

24  training, that contract with YEHSS.



1      Q.    To your knowledge, Keith Bump was

2  contacting hospitals on behalf of ACE to try and

3  see if there was any avenue type from the

4  hospital on this insourcing idea?

5      A.    That's how he would generate leads, in

6  other words, just call hospitals like that.

7  Hospitals called us for training.  And then if

8  he saw an in there for being able to work with

9  YEHSS on that, then he would introduce that

10 prospect to them.

11     Q.    And again, I'm talking about the

12 insourcing idea affiliation, I think is the way

13 you described it.  How would ACE be compensated

14 under this insourcing model?

15     A.    So they would receive receipts from

16 insurance companies for the service that they

17 were provided.

18     Q.    Who is they?

19     A.    YEHSS.  And they would also pay the

20 hospital for the use of their employee in that

21 process.  And then the profits from that would

22 be shared with us.

23     Q.    Do you remember the percentage basis of

24 the --



1        A.    It is 20 percent of whatever the

2    profits were.

3        Q.    ACE would receive 20 percent of the

4    profits?

5        A.    Uh-huh.   None of that ever came to

6    fruition.   We just did a lot of work for

7    nothing.

8        Q.    That was going to be my next question.

9    How many -- was there ever an instance in which

10   a hospital contacted ACE and ACE brought in

11   YEHSS under this insourcing rubric where a

12   profit was generated that ACE received?

13       A.    No.

14       Q.    Not one?

15       A.    No.

16       Q.    Over a period of time, how many -- how

17   long did this insourcing affiliation go on

18   between ACE and YEHSS?

19       A.    It was over a year.

20            MR. ROCHE:   Okay.   That's all I have on

21   YEHSS for now.

22                 (Whereupon, a lunch break was

23                  taken.)

24



Daniel Bump 04/04/2017

BY MR. ROCHE:

Q.    Mr. Bump, why don't you grab Exhibit 5
which is the -- there you go -- the program
catalog.  Just so I understand your testimony
correctly, this exhibit includes both the
program catalog and also the master curriculum.
If you turn to ACE1013.  Do you see that?

A.    Yes.

Q.    Mr. Bump?

When you testified earlier about how
prospective students in response to
communications with ACE employees would receive
the program catalog, would the prospective
students also receive the master curriculum?

A.    No.

Q.    Only what is called the program
catalog?

A.    Yes.

Q.    Okay.  Did there ever come a point in
time when a student who enrolled at ACE would
receive the master curriculum?

A.    No.  That was basically put together
for accreditation purposes.

Q.    With what bodies, accreditation bodies?



Daniel Bump 04/04/2017

1    A.    With CAAHEP.  The ABSA also received a

2    version, but not like an official master

3    curriculum.

4    Q.    All right.  Let's focus on the program

5    catalog only.

6         Can you identify, Mr. Bump, by Bates

7    label ACE's program catalog?

8    A.    ACE1001.

9    Q.    And where does the program catalog end

10   in terms of Bates labels?  How many pages is the

11   program catalog?

12   A.    It ends on 1012.

13   Q.    Okay.  Let's turn to ACE1003.  In the

14   introduction section, Mr. Bump, do you see at

15   the end it says R. Bump, secretary?

16   A.    Yes.

17   Q.    Who is that?

18   A.    Ramona.

19   Q.    Your wife?

20   A.    Yes.

21   Q.    In the faculty section, it lists you

22   and Dr. Arthur Heller.  My question is:  Who is

23   Dr. Arthur Heller?

24   A.    He was a previous medical director of

1    the program.

2        Q.    Was he a medical director of ACE in

3    2013?

4        A.    Yes.

5        Q.    And when did Dr. Heller's relationship

6    with ACE end?

7        A.    I'm not exactly sure of the date.  It

8    was a couple of years ago.  Two or three years

9    ago.

10       Q.    And why did Dr. Heller's relationship

11   with ACE end?

12       A.    He is retired.

13       Q.    Is Dr. Heller, does he have any

14   relationship with the ABSA?

15       A.    No.

16       Q.    And what were Dr. Heller's duties and

17   responsibilities during his affiliation or

18   relationship with ACE?

19       A.    He was mainly, when we first started

20   working with him, he was required to review the

21   curriculum for validity and usefulness to the

22   industry.  And from there on, he basically was

23   there for advice any time I needed him.  And he

24   would participate in advisory committee



1     activities.

2          Q.     ACE had an advisory committee during

3     this time period?

4          A.     Uh-huh.

5          Q.     Who else was on it?  Or strike that.

6                 Who was on the advisory --

7          A.     Let's put it this way.

8          Q.     -- committee.

9          A.     During what time are you talking about?

10         Q.     2013.

11         A.     No.   The advisory committee was in

12    effect before and during CAAHEP accreditation.

13         Q.     2009 through 2012?

14         A.     Uh-huh.

15         Q.     And who was on that committee?

16         A.     He, I, and a number of surgeons from

17    around the country.

18         Q.     Okay.   I direct your attention to

19    program offered on page 1003 in the middle of

20    the page.

21         A.     Program objectives?

22         Q.     Right under faculty, see it says

23    program offered?

24         A.     Yes.



Daniel Bump 04/04/2017

1    Q.    Okay.  It indicates that there is

2  essentially three categories here of the ACE

3  surgical assistant program, the first one being

4  the SurgiNet, the second one the surgical skill

5  lab, and the third one SurgiNet clinical

6  internship program.  Do you see that?

7    A.    Yes.

8    Q.    And then there is clock hours and then

9  a column for semester credits.  Do you see that?

10   A.    Yes.

11   Q.    What is the difference between clock

12 hours and semester credits?

13   A.    The clock hours would be the number of

14 hours a student was anticipated to participate

15 in that, the regular hours, number of hours that

16 it would take.

17   Q.    Okay.  And then semester credits, is

18 that the same as credit hours, you know, if ACE

19 were an academic institution?

20   A.    Yeah.  I mean, like college credit

21 hours?

22   Q.    Yes.

23   A.    Yes.  There is different formulas

24 depending on what kind of training there is.  So



Daniel Bump 04/04/2017

 1   there is one formula for like classroom

 2   training, there is another formula for lab

 3   training, and there is another formula for

 4   experience, like in a clinical experience.  So

 5   they don't all count the same for semester

 6   credits.

 7        Q.   And that's why?

 8        A.   So like there is 400 hours on the

 9   clinical internship, and that only came out to

10   be 8.8.  And just a little bit more than that,

11   600 was 40, as far as the distance learning is

12   concerned.

13        Q.   If you look down this page at

14   occupational objective.  Do you see that

15   paragraph?

16        A.   Yes.

17        Q.   The last sentence.  I just have a

18   couple questions about the last sentence.

19        A.   Uh-huh.

20        Q.   So if you could read that sentence for

21   a second.

22        A.   Okay.  I'm ready.

23        Q.   Does this sentence mean that a student

24   has to go through the ACE program to be eligible



Daniel Bump 04/04/2017

1    to sit for the national certifying exam to

2    become an A S-C?

3        A.    Well, any approved program by the ABSA.

4    It wouldn't be just ACE.

5        Q.    If you turn to the next page, ACE1004.

6    Kind of the top enhanced access.  Is this the

7    fee that you were describing in which an --

8    earlier in which a student could pay $695 to

9    have access to all nine online modules?

10       A.    Yes.

11       Q.    At once?

12             For ACE's -- for the program, for the

13   only portion of the program, was the enrollment

14   on a monthly basis or a semester basis?

15       A.    When they enrolled, it was for the

16   entire program.

17       Q.    Could a student enroll for the ACE

18   program at any time throughout the calendar

19   year?

20       A.    Yes.

21       Q.    In 2013?

22       A.    Yes.

23       Q.    Okay.  Has that always been the case

24   with ACE?



Daniel Bump 04/04/2017

1        A.     Yes.

2        Q.     In terms of enrollment?

3              Once a student is accepted -- and we'll

4    talk about the admission standards in a minute.

5    But once a student is accepted into the ACE

6    program and enrolls, is the student required to

7    sign any sort of agreement that identifies that

8    the information the student is going to receive

9    from ACE is ACE's confidential information?

10       A.     I don't believe so.   There is an

11   enrollment form.   I'm trying to picture where

12   that might be in the enrollment form, but I

13   can't.   I don't think so.   I don't think there

14   is a confidentiality clause.

15       Q.     Once a student is accepted into the ACE

16   surgical assistant program and enrolls, is the

17   student required to sign any sort of agreement

18   in which he or she agrees not to disclose the

19   material he or she will receive from ACE?

20       A.     No.

21       Q.     Is there an online popup in which ACE

22   notifies the new student that the information he

23   or she will now have access to is confidential

24   to ACE?



1      A.    No.

2      Q.    Once a student enrolls in the ACE

3  surgical assistant program, does ACE in any way

4  communicate to the new student that the

5  information and materials the student will

6  receive is ACE's confidential information?

7      A.    No.

8      Q.    Would you agree that a student could

9  print the online material and transmit that

10  material to anyone?

11      A.    Theoretically, yes.

12      Q.    A student could take a screen shot with

13  his or her cell phone and transmit that

14  information, that picture to anyone?

15      A.    Yes.

16      Q.    So would you agree that the information

17  that can be accessed by students is not secret?

18      A.    From that perspective, I'd have to

19  agree with you.

20      Q.    Does a student have to complete the

21  surgery -- is it SurgiNet? Is that how you

22  pronounce it?

23      A.    Yes.

24      Q.    SurgiNet.  Does the student have to



1    complete the SurgiNet program before taking the

2    skills lab?

3        A.    No.

4        Q.    The SurgiNet program is the online

5    portion of the ACE surgical assistant program;

6    is that right?

7        A.    Yes.

8        Q.    So a student can enroll and

9    immediately -- excuse me, a student who is

10   accepted and enrolls in the ACE surgical

11   assistant program can immediately take the

12   skills lab if he or she chooses?

13       A.    Yes.

14       Q.    What about the clinical portion of the

15   program?  What does a student -- strike that.

16             Can a student take or start his or her

17   clinical portion of the ACE program prior to

18   completing the online portion?

19       A.    Yes.

20       Q.    Can a student start the -- this is

21   all -- again all these questions are in 2013 and

22   2014.

23       A.    Uh-huh.   Okay.

24       Q.    Well, let me just make sure we get this



1    down.

2           2013 and 2014, during those two years,

3    was ACE's program as kind of set forth in the

4    program catalog, did it remain the same?

5           A.    Yes.

6           Q.    Okay.  Could a student during this time

7    period, could a student start the clinical

8    portion of the ACE surgical assistant program

9    prior to completing the online portion?

10          A.    Yes.

11          Q.    Could a student during this time period

12   start the clinical portion of the surgical

13   assistant program prior to completing the skills

14   lab?

15          A.    No.

16          Q.    The student had to go through the

17   skills lab before he or she could start the

18   clinical portion; is that accurate?

19          A.    Yes.

20          Q.    To the best of your recollection,

21   Mr. Bump, did -- in 2013 and 2014, were there

22   ACE students who took the skills lab before

23   completing the online portion of the course?

24          A.    Yes.



1    Q.    On average, how many students would
2    you -- how many students do you recall having
3    taken the skills lab before completing the
4    online portion?
5        A.    It is probably a majority.  I don't
6    have official numbers or anything.  It is
7    probably a majority.  And the reason for that
8    is, is a lot of students enrolled because we
9    were bringing the lab to their area and became
10   interested in our program as a result of that.
11       Q.    What areas -- in 2013 and 2014, what
12   geographical areas was the skills lab presented
13   by ACE?
14       A.    There were areas all over the country.
15   A big source of our training during when we were
16   CAAHEP accredited was Texas.  That's a big
17   majority of what we lost when we lost our CAAHEP
18   accreditation.  But we also put on courses in
19   California, in Las Vegas, in Georgia, did a
20   couple here in Chicago or suburbs of Chicago,
21   and those are the big ones that we -- I can't
22   remember off the top of my head if there were
23   other areas at the time.  Sometimes we would go
24   to an area if we were invited.  Like if a



Daniel Bump 04/04/2017

1    hospital wanted us to train their employees, we

2    would go to them for that.

3        Q.   Do you recall, Mr. Bump, what ACE's

4    enrollment was for the calendar year of 2013?

5        A.   No.  My estimation would be it is

6    pretty close to what it is now.  Around 90 to

7    100 a year.

8        Q.   In 2014, do you recall what ACE's

9    enrollment was for that calendar year?

10       A.   Not specifics.  It's been pretty stable

11   over those years.

12       Q.   ACE's averaged between 90 and 100

13   students from per calendar year from 2013 up to

14   the present?

15       A.   From the time we lost our

16   accreditation, yes.

17       Q.   And prior to the loss of the CAAHEP

18   accreditation, how many students, on average,

19   did ACE enroll?

20       A.   Between 150 and 180.

21       Q.   Okay.  Back to ACE1005.  Entrance

22   requirements.  It is towards the top of the

23   page.

24            It states, I guess, in the -- after the



1   first sentence, the second sentence indicates

2   that, "applicants must provide proof of high

3   school diploma or GED equivalency or a copy of

4   diploma and official transcripts of the highest

5   level of medical education completed."

6          Is it a reasonable interpretation of

7   that sentence, Mr. Bump, a student can be

8   admitted into ACE without having a high school

9   diploma or a GED?

10     A.    No, they cannot.

11     Q.    They have to have a high school diploma

12  or a GED to enroll in ACE?

13     A.    Yes.

14     Q.    Okay.  I just I was -- I'm wondering if

15  you can -- well, strike that.

16          Okay.  Let's discuss the specific types

17  of medical services professionals that ACE

18  accepted.  It appears that ACE accepted in 2013,

19  and again 2014 -- actually, before I ask that,

20  did the entrance requirements or admission

21  requirements for ACE change in 2013 or 2014?

22     A.    No.

23     Q.    They were the same admissions

24  requirements?



Daniel Bump 04/04/2017

1        A.      Uh-huh.     These.

2        Q.      Are those the same admission -- does

3   ACE have the same admission requirements in its

4   program today?

5        A.      Yes.

6        Q.      And can you identify the types of

7   medical services professionals at ACE accepted

8   that qualified for admission into the ACE

9   assistant surgical program in 2013 and 2014?

10       A.      They were all the same listed here.

11  Surgical techs, whether they were on-the-job

12  trained or were trained at a college, then

13  operating room nurses with two years of

14  experience in the operating room.   PAs,

15  physician's assistants, and nurse practitioners

16  and medical doctors.

17       Q.      Surgical techs who either graduated

18  from a -- strike that.

19               Surgical techs could qualify and be

20  enrolled in a -- if they were either on-the-job

21  trained as a surgical tech or they went to or

22  obtained some sort of degree?

23       A.      Right.

24       Q.      In surgical technology?

1      A.    Or certificates.  It is not always a

2  degree.

3      Q.    Certificates.  Okay.

4            In 2013, Mr. Bump, approximately how

5  many ACE students were OR nurses?

6      A.    In 2013, I don't have the enrollment

7  statistics in front of me, but my guess would be

8  maybe a tenth of our students.

9      Q.    How about 2014?

10     A.    The same.

11     Q.    Is there any documents that you could

12  think of, Mr. Bump, that would identify by type

13  of profession the student body of ACE during

14  2013, 2014?

15     A.    Like a roster that has their medical

16  background on it?

17     Q.    Yes.

18     A.    No.

19     Q.    How about a --

20     A.    You can do a query in our database to

21  find out that information, but we don't have one

22  specific document.

23     Q.    Okay.  You do track -- ACE does track?

24     A.    Uh-huh.



Daniel Bump 04/04/2017

1      Q.    The background of its students?

2      A.    Yes.

3      Q.    Okay.   How about on-the-job-trained

4  surgical techs, in 2013, do you recall how many

5  on the job surgical techs ACE enrolled?

6      A.    Not numbers.   I mean, my educated guess

7  is probably 25 percent.

8      Q.    Did that percentage change in 2014 to

9  the best of your recollection?

10     A.    No, no.

11     Q.    How about surgical techs who obtained

12 certificates from some sort of medical

13 institution?

14     A.    They were the majority.

15     Q.    That was the majority?

16     A.    Uh-huh.

17     Q.    Approximately in 2013, what percentage

18 of ACE students were surgical techs who had

19 graduated and obtained a certificate?

20     A.    Maybe 60 percent.

21     Q.    60?

22     A.    I hope that all adds up to 100 percent.

23     Q.    I'm not trying to trick you.   I'm just

24 trying to get an understanding as to the



 1    composition of the student body.

 2           How about for 2014, Mr. Bump?

 3       A.    It would be the same.

 4       Q.    60 percent?

 5       A.    Uh-huh.

 6       Q.    Nurse practitioners in 2013, to the

 7    best of your recollection, what percentage of

 8    the ACE student body were nurse practitioners?

 9       A.    It was a very small percentage.  Most

10    of the PAs and NPs and MDs would only take the

11    lab.  A very small percentage of them decided

12    they wanted to take the whole program, but it

13    was very small.  Like I would guess maybe five

14    out of a year.  Not percent.  Five people would

15    take the whole program as opposed to just lab.

16    Those professionals, they can get privileges in

17    the hospital even without us.  They just want to

18    be better at what they do.

19       Q.    Uh-huh.

20           So I understand you correctly, five --

21    well, in 2013, ACE enrolled approximately five

22    students who were either nurse practitioners,

23    physician assistants, or MDs?

24       A.    Into the full program.



Daniel Bump 04/04/2017

1        Q.    Into the full program.

2              Would that be the same to the best of

3     your recollection for 2014?

4        A.    Yes.

5        Q.    As well?

6              Do you recall, Mr. Bump, if ACE

7     enrolled any osteopathic doctors in 2013 into

8     its program?

9        A.    No.

10       Q.    Do you recall for 2014 if ACE ever

11    enrolled any?

12       A.    I don't think we've ever.  We would

13    enroll them.  We've just never gotten that.

14       Q.    What is the difference between an OR

15    nurse and a perioperative nurse?

16       A.    No difference.

17       Q.    It is the same?

18       A.    It is new terminology.

19       Q.    Okay.  What's the difference between a

20    nurse practitioner and an OR nurse?

21       A.    A nurse practitioner goes to school and

22    they get a master's degree or a doctorate, and

23    they can basically almost function like a doctor

24    does in their practice.  So it is a very

Daniel Bump 04/04/2017

1    advanced designation.

2         Q.    Let's move on to ACE1006.  Under your

3    grading system, a simple question is:  In 2013

4    and 2014, was that the grading system that ACE

5    implemented for the SurgiNet?

6         A.    Yes.

7         Q.    Portion of the program?

8         A.    Yes.

9         Q.    Okay.  Is the same SurgiNet

10   trademarked?

11        A.    It is not a registered trademark.  It

12   is TM.

13        Q.    Okay.  So ACE never registered with the

14   patent and trademark -- the U.S. Patent and

15   Trademark Office the particular trademark?

16        A.    No.

17        Q.    Okay.  And I believe you -- well, no.

18   Let me ask it.

19             After a student enrolls into the ACE

20   program, does he or she receive a syllabus?

21        A.    The syllabus is the document that you

22   saw in the master agreement.  Syllabus outlines

23   the objectives, gives you the reading

24   assignments, all of that.  That's the syllabus.



1    Q.    The master curriculum?

2    A.    The master curriculum is a collection

3  of all the syllabuses for the different labs --

4  I mean different portions of the program.

5    Q.    Well, if you turn to ACE1020, for

6  example.  Would a student who enrolls into the

7  ACE surgical assistant program receive this

8  bioscience syllabus?

9    A.    Yes.  They would receive it.  They have

10  to log in to the backside of our website, the

11  student login portion, to receive this.

12    Q.    Okay.  And then would a student

13  receive -- is ACE1020 and ACE1021 the syllabus

14  for the bioscience module?

15    A.    Yes.

16    Q.    And if you could just go through.

17  Let's turn to ACE1022 and 1023.  Is this

18  document the syllabus for the online module

19  laparoscopic surgery and microbiology?

20    A.    Yes.

21    Q.    ACE1024 to 1026.  No.  I'm sorry.  25.

22  Is this document the ACE syllabus for the online

23  module general surgery hernia repair?

24    A.    Yes.

1    Q.    ACE1026 to 1028, is that the online

2    module for the thoracic surgery, plastic surgery

3    and wound care syllabus?

4    A.    Yes.

5    Q.    ACE1029 to 1030, is this the online

6    syllabus -- strike that.

7          Is this the syllabus for the online

8    module GYN surgery, complications of surgery?

9    A.    Yes.

10   Q.    ACE1031 through 1033, is this the

11   syllabus for the online module microscopic tubal

12   anastomosis?

13   A.    Do I have to let you suffer through

14   that?

15   Q.    If you could help me.

16   A.    Reanastomosis.

17   Q.    Reanastomosis.   Pharmacology?

18   A.    And genitourinary.

19   Q.    This is the syllabus for that online

20   module?

21   A.    Yes.

22   Q.    ACE1034 through 1036, is this the

23   syllabus for the ACE online module interpersonal

24   skills vascular anastomosis anesthesia?



1      A.     Yes.

2      Q.     ACE1037 to 1039, is this the syllabus

3  for the ACE online module orthopedics/legal and

4  ethical considerations?

5      A.     Yes.

6      Q.     ACE1040 to ACE 1041, is this the

7  syllabus for the ACE online module total joint

8  arthroplasty spinal surgery?

9      A.     Yes.

10     Q.     When a student -- well, before a

11  student can access the syllabi that we just went

12  over, is the student required to sign any sort

13  of agreement that notes that the syllabi and the

14  information contained within the syllabi is ACE

15  confidential information?

16     A.     No.

17     Q.     Once a student is accepted and enrolls

18  and has access to the online syllabi that we

19  just discussed, is the student required to sign

20  any sort of agreement in which he or she agrees

21  not to disclose that information that anyone?

22     A.     No.

23     Q.     Is there any online popup, Mr. Bump,

24  relating to the syllabi and when a student



1    accesses the syllabi that would require the

2    student to -- or strike that -- that notifies

3    the student that the information contained in

4    that syllabi is ACE confidential information?

5        A.    No.

6        Q.    Once a student enrolls in the ACE

7    surgical assistant program and thus has access

8    to the syllabi, does ACE in any way communicate

9    to that student that the information contained

10   in the syllabi is ACE's confidential

11   information?

12       A.    No.

13       Q.    So similar to the questioning about the

14   ACE -- about ACE's program catalog with respect

15   to the syllabi, the student would be able to

16   print the syllabi and transmit it to anyone he

17   or she wanted to; is that accurate?

18       A.    Not with our permission.  We don't give

19   them permission to do that, but technically they

20   have that capability.

21       Q.    Does ACE notify the student that they

22   do not have permission from ACE to transmit the

23   information in the online syllabi to anyone?

24       A.    No.



 1      Q.    A student could also take a picture on

 2  his or her iPhone of the online syllabi and

 3  transmit it to anyone; is that fair?

 4      A.    Yes.

 5      Q.    So would you agree that the information

 6  in the syllabi is not secret?

 7      A.    Not secret from our students.

 8      Q.    Students can do whoever they want with

 9  the information, the syllabi?

10      A.    Yes.

11      Q.    And the syllabi that we just went

12  through, ACE1020 through ACE1041, this is the

13  same information, Mr. Bump, that ACE is claiming

14  is an Ace trade secret in this instant

15  litigation?

16      A.    Yes.

17      Q.    Let's talk about the mechanics of

18  completing each of the modules for the SurgiNet

19  portion of the surgical assistant program.

20          Walk me through it.  Tell me how it

21  works.  How does a student -- so a student will

22  access an online module.  How is that taught?

23      A.    At the beginning of each month, the

24  module that everybody gets is opened up to any



1    student, unless they have access and they got it

2    all.  But the first thing they're supposed to do

3    is take a pre-test to kind of judge where they

4    are with this information.  And then they have

5    to study the references that we outline for

6    them.  And then they retake another test towards

7    the end of the month.

8        Q.    Okay.  What happens -- is the pre-test?

9        A.    Uh-huh.

10       Q.    Is that pre-test graded?

11       A.    Yes.  But not -- it gives them a grade,

12   but we don't record that score.  It is not part

13   of their GPA.

14       Q.    What happens if a student passes the

15   pre-test?

16       A.    They still have to take the -- go

17   through the program.  That's not -- it is not a

18   challenge test.

19       Q.    Is there any difference between whether

20   a student passes the pre-test or fails the

21   pre-test?

22       A.    No.

23       Q.    And you --

24       A.    The other things that happens.  Once



1  they take the pre-test, they get a download of

2  the questions that they missed so that they can

3  use that as a study guide in preparation for the

4  unit test.

5       Q.    Do they get a download of the questions

6  that they answered correctly?

7       A.    No.

8       Q.    And are those questions, namely the

9  questions that the student answered correctly,

10  asked again on the final exam?

11       A.    Not necessarily.  It is pulled from a

12  test bank.  Each test is pulled from a test

13  bank.

14       Q.    After the student takes the pre-test,

15  you then discuss reference material.  What do

16  you mean by that?  What reference material are

17  you referring to?

18       A.    Ask the question again.

19       Q.    After the pre-test is administered, I

20  believe you testified that the next step in

21  terms of the presentment of the ACE online

22  module is reference material?

23       A.    Right.  So those are the textbooks

24  referred to in the syllabus.



Daniel Bump 04/04/2017

```
 1        Q.    A student?

 2        A.    And they have reading assignments by

 3   page number.

 4        Q.    Okay.  And then the student -- what

 5   happens after that?  After the reference, after

 6   the student goes through and reads the reference

 7   material?

 8        A.    Then the -- at the last third of the

 9   month, the final test is opened up to them, and

10   they can take that any time within that period

11   that they feel they're ready for it.

12        Q.    Does each module consist of a video of

13   an instructor teaching the particular subject

14   matter?

15        A.    No.

16        Q.    Are there home -- are homework

17   assignments given during a module other than the

18   reading materials?

19        A.    Other than that that is their homework

20   assignment.

21        Q.    The reading material?

22        A.    Uh-huh.

23        Q.    At the end of the reading assignments,

24   is there a homework assignment?
```



1    A.    No.   That is the homework assignment.

2    Q.    If a student has questions about the

3  reading assignment, does he or she have the

4  ability to communicate with someone at ACE?

5    A.    Yes.

6    Q.    And how is that done?

7    A.    Either by phone or by email.

8    Q.    So -- and again, these questions are

9  all about the ACE program as it existed in 2013

10  and 2014.

11    A.    Right.

12    Q.    During that time period, if a student

13  had a question about a particular reading

14  assignment, he or she could contact via phone an

15  ACE employee?

16    A.    And if it was a question relating to

17  the reading material itself, that would have to

18  be turned over to me.  I would be the only one

19  that can answer those kind of questions.

20    Q.    And during this time period you were

21  available to answer those types of questions?

22    A.    Yes.

23    Q.    And did that ever occur, to the best of

24  your recollection, in 2013 or 2014?



1      A.    It is not something that happens an

2  awful lot.  It is not something that happens an

3  awful lot.  Maybe in a month, you might get ten

4  calls or something like that.

5      Q.    Were any quizzes given to students as

6  they proceed through the online module?

7      A.    Just the quizzes that we call the unit

8  tests.  The pre-test is basically a quiz, but

9  not other than that.

10      Q.    What was the format -- well, did each

11  of the nine online modules have a different

12  format for the quizzes?

13      A.    No.

14      Q.    What was the format?  Multiple choice?

15      A.    Multiple choice, yeah.

16      Q.    Was there an essay portion of --

17      A.    No.

18      Q.    For both the pre-test and tests, they

19  were all of them -- all of those tests, both the

20  pre-test and the unit tests for each of the

21  online modules were all multiple choice?

22      A.    Yes.  Now, I do agree that essay type

23  questions are important.  We covered that

24  scenario by having them do that report the



1    essay -- not SN but RP-210.

2        Q.    The research report?

3        A.    Yes.

4        Q.    Who grades -- in 2013 and 2014, who

5    graded the pre-tests for the online modules?

6        A.    It is automatically graded by the

7    computer program the online programed.

8        Q.    And in 2013, 2014, who graded the unit

9    tests for each of the online modules?

10       A.    The computer.

11       Q.    And in 2013, 2014, were both the

12   pre-test and unit tests for the online modules

13   provided online?

14       A.    Yes.

15       Q.    What happened if a student failed the

16   pre-test for an online module?

17       A.    They almost all fail them.  We expect

18   it.

19       Q.    And what would happen?

20       A.    They would be able to download that

21   study guide related to the questions that they

22   missed, and that would provide them some

23   structure to figure out what they need to

24   bolster their knowledge on.



1    Q.    What study guide are you referring to?

2    A.    A study guide, it is an online printout

3    based upon the questions that they missed.

4    Q.    Would the study guide -- can you just

5    describe what the online printout consisted of?

6    A.    It would just be a list of the

7    questions that they missed.  It's not the

8    recreation of the actual test question plus the

9    multiple choice answers.  So it is just the

10   question without the multiple choice answers.

11   Q.    Would the study guide provide the

12   answers?

13   A.    No.

14   Q.    No.  Would the study guide provide any

15   tips on how to answer the particular question

16   that the student got wrong?

17   A.    No.  It is basically a guide.  If you

18   need to -- if the reading materials doesn't give

19   you all the necessary information you need to

20   answer that particular question, it would be a

21   guide for you to do research on that particular

22   question.

23   Q.    That's what the study guide would?

24   A.    Uh-huh.



Danrel Bump 04/04/2017

1    Q.    Oh, all right.   Okay.

2          Research other than what was set forth

3    in the reading assignments?

4    A.    Both that and if they didn't find

5    satisfactory answers in their reading

6    assignments, they could research it.

7    Q.    And for the unit tests, what would

8    happen if a student failed the particular unit

9    test for the online module?

10   A.    They had one occasion when they can

11   retake the test for free, and that's the middle

12   of the following month.   And if they miss that,

13   then they can retake it any time.   There is a

14   fee for it.

15   Q.    Okay.   And that procedure was in place,

16   both with a student who enrolled in the

17   traditional nine-month program and one who had

18   the enhanced access?

19   A.    No enhanced access.   You skip all of

20   that.   You can retake the test whenever you

21   want.

22   Q.    And would a fee be charged depending on

23   the number of times a student --

24   A.    No.



1    Q.    -- retook the test?

2    A.    No.  If they were in the mode, let me

3 just retake this test as often as I need to, to

4 pass it mode, we could pretty much tell that by

5 just observing their trend.  And if that

6 happens, we just shut that off.  You've got to

7 take a month and study this material before you

8 take the next test.

9    Q.    Is there an online library that

10 students had access to for assistance during

11 2013, 2014?

12    A.    We have an online library, but it is

13 basically all the materials that they need to

14 complete the course other than the textbooks.

15    Q.    And what would that -- what did that

16 consist of?

17    A.    It would have all the syllabuses on

18 there -- I'm sorry.  Go ahead and finish your

19 question.

20    Q.    What did the ACE online library consist

21 of in 2013 and 2014?

22    A.    It would have the all of the syllabuses

23 that you needed.  If there were reading

24 assignments that we generated in addition to the



Daniel Bump 04/04/2017

1    textbook, they would be located there as well.

2       Q.    Did students during this time period,

3    Mr. Bump, did they have access to discussion

4    forums online?

5       A.    No.

6       Q.    What about blogs, did ACE have an

7    online blog during this time period?

8       A.    We had one.  I don't -- I believe it

9    was up during that time period.  But it wasn't

10   related to coursework, though.

11      Q.    And if ACE had or if an ACE student had

12   questions about the online modules, information

13   on the online modules, you indicated that they

14   could either call ACE or there was another

15   avenue?

16      A.    Email.

17      Q.    An email, okay.  And would that email

18   be directed to your attention?

19      A.    If it was related to coursework,

20   related to the specific scientific part of the

21   coursework that other people in my organization

22   wouldn't be qualified to answer.  If it was

23   related to logistics of doing the course or

24   anything like that, they could handle that.



1    Q.    And were students ACE students notified

2    that if they had any questions they could

3    either -- about the actual substance of the

4    online modules, they could reach out and contact

5    ACE or send ACE an email?

6    A.    I believe there is something -- I'm

7    almost certain.  I'm trying to picture it in my

8    mind.  There is something like that in the

9    program instructions.

10    Q.    Did ACE -- in 2013 and 2014, did ACE

11    produce any You Tube videos about the surgical

12    assistant program?

13    A.    In what dates?

14    Q.    2013 and 2014.

15    A.    No.

16    Q.    Was there a physical ACE library

17    located at its headquarters in Colorado during

18    this time period, 2013, 2014?

19    A.    Yes.

20    Q.    And ACE -- did ACE students have access

21    to that physical library?

22    A.    They could have.  Most of our students

23    are out of state.

24    Q.    Can you describe the library for me?



1          A.    It had all the text reference there,

2     plus additional surgical texts and medical

3     terminology texts, as well.

4          Q.    Can you just give me an approximation

5     of how large this library was, how many books

6     were in the library?

7          A.    Maybe 20.

8          Q.    And that was located at ACE's

9     headquarters in Denver?

10          A.    Yes.

11          Q.    And this was during -- this library was

12     in existence in 2013 and 2014?

13          A.    Yes.

14          Q.    Did ACE have a student center during

15     this time period, 2013, 2014, where ACE students

16     could access it?

17               MR. DAVIS:   I'm going to object to the

18     form.   Student center building or student center

19     virtual or?

20     BY MR. ROCHE:

21          Q.    A physical building.

22          A.    No.   What would they be doing in that

23     center that you're asking about?  So I

24     understand the question better.



```
 1              MR. DAVIS:  Do you want to define what a
 2    student center -- what students do in a student
 3    center?  He's never been to college.  He doesn't
 4    know what a student center is.
 5    BY MR. ROCHE:
 6         Q.    In 2013, 2014, was there a physical
 7    location that was owned by ACE where ACE
 8    students could congregate and discuss the
 9    surgical assistant program offered by ACE?
10         A.    No.
11         Q.    What about online in 2013, 2014, was
12    there an online forum where ACE students could
13    congregate, albeit in a virtual fashion, and
14    discuss ACE-related topics?
15         A.    Not a forum.  Like we had Facebook.  I
16    don't know if that counts for that or not.
17         Q.    Did online students -- or well, did ACE
18    students have a list of other students who were
19    taking the ACE program in 2013, 2014?
20         A.    Only the students that they took the
21    lab with.  So many of them did create like their
22    own network based on their attendance at the
23    lab.  So they had anywhere from four or 15 other
24    people that they could have that kind of
```



1    relationship with.

2    Q.   Did -- during this time period, 2013,

3    2014, did ACE have any sort of tutoring program

4    in place?

5    A.   Only for lab participants.  In other

6    words, if there was a student that couldn't get

7    it at the lab, then we arranged for a tutoring

8    situation with them, and then they had to report

9    back to us via video if they were able to

10   acquire those skills that they weren't able to

11   acquire at the lab or they could just take a lab

12   over again.

13   Q.   In 2013 and 2014, aside from your --

14   well, were you an instructor for ACE?

15   A.   Yes.

16   Q.   Were there any other instructors at ACE

17   during this time period?

18   A.   No.

19   Q.   Other than calling in or sending an

20   email to ACE, was there any other method in

21   which you made yourself accessible to respond to

22   student inquiries during the online program of

23   the ACE program?

24   A.   They could have come to our office.



 1    But like I say, for most of our students, that

 2    was impracticable other than students that live

 3    in the Denver area.

 4        Q.    During this time period was the

 5    SurgiNet program the online program that we're

 6    talking about?  Was it an independent study?

 7        A.    Could you describe that a little bit

 8    more?

 9        Q.    Did the majority of students during

10    this time period -- let me ask it this way.

11             In 2013 and 2014, on a percentage

12    basis, how many students either contacted ACE or

13    e-mailed ACE questions they had with the online

14    portion of the ACE program?

15        A.    About half of them.

16        Q.    Let's discuss the surgical skill lab.

17             MR. DAVIS:  I need a break.

18             MR. ROCHE:   Okay.

19                    (Whereupon, a short break was

20                     taken.)

21    BY MR. ROCHE:

22        Q.    All right.  Back on the record.

23             Why don't you turn to Exhibit 1 which

24    is the Complaint in this case, Mr. Bump.   And



 1   just please take a look for a minute at Exhibit

 2   A to that Complaint.

 3       A.    Which one is it?

 4           MR. DAVIS:   It is the Complaint.

 5   BY MR. ROCHE:

 6       Q.    And just take a look at the first page

 7   of Exhibit A.  It is tabbed right there for you.

 8           Do you see that you're copied on this

 9   email?  Do you see that, Mr. Bump?

10       A.    Yes.

11       Q.    Do you recall receiving this email?

12       A.    Yes.

13       Q.    Okay.  It is an email from your

14   brother, Keith, to Karen Solt at the College of

15   DuPage, and it begins by saying, "good

16   afternoon, Karen.  It was a great pleasure

17   meeting with you and Kathy yesterday to discuss

18   how well our programs would work together."  Do

19   you see that sentence?

20       A.    Yes.

21       Q.    Okay.  Were you aware of a meeting that

22   occurred between Keith and Karen on or about

23   November 20, 2013?

24       A.    I recall this meeting.  I wasn't there.



1      Q.    Do you recall who was at that meeting?

2      A.    As I recall, it was Keith and Kyle, and

3  my recollection is Kathy and Karen.

4      Q.    And do you recall who told you what was

5  discussed during this meeting?

6      A.    That would have been Keith.

7      Q.    And what did Keith tell you?

8      A.    I don't recall the specifics of the

9  conversation.

10      Q.    How did ACE come to learn that College

11  of DuPage was interested in a surgical assistant

12  program?

13      A.    That was something that Kyle brought to

14  our attention.  And I don't know how Kyle, what

15  his connection with them was.

16      Q.    Back to the November 20th meeting.  Do

17  you recall if Kyle and Keith met Karen and Kathy

18  in person?

19      A.    That was my understanding, yes.

20      Q.    You do not recall, though, what was

21  discussed during that November 20th --

22      A.    Not the particulars, no.

23      Q.    Do you recall anything about what was

24  discussed during that November 20th meeting?



1    A.    Not -- as far as I know, it was just to
2  see how we can proceed from this point on.
3    Q.    Do you recall if Keith or Kyle
4  transmitted any ACE information about the ACE
5  surgical assistant program to Karen and Kathy at
6  this November 20th meeting?
7    A.    I don't know if it was the meeting.
8  Obviously, in the email that things were sent.
9    Q.    All right.  And we'll get to that in a
10  second.
11        Do you recall any communication from
12  Keith Bump to you about who Karen Solt and Kathy
13  Cabai were, what their positions at COD were?
14    A.    I know at some point, I found out.  I
15  don't know if it was in this particular
16  situation or not.
17    Q.    Do you recall when you eventually found
18  out what their respective positions at College
19  of DuPage were?
20    A.    It was around this time.  I don't know
21  if it was before this email or somewhat after.
22    Q.    And do you remember what their
23  positions were at COD?
24    A.    I know that Kathy Cabai was program



1    director and Karen Solt was her boss.  That's

2    all I knew at that point.

3        Q.    What was your understanding of Kathy

4    Cabai's role at COD as program director?

5        A.    She is in charge of certain programs

6    that they were offering there.

7        Q.    And what was your understanding of

8    Karen Solt's role as Kathy's boss at COD?

9        A.    Like in kind of like a dean position,

10   not the full dean but maybe a somewhat under

11   that, like an assistant dean or something like

12   that.  I don't know.

13       Q.    Upon learning of Karen Solt and Kathy

14   Cabai's respective positions at COD, was it your

15   understanding that either of them had the

16   authority to enter into a contract with ACE?

17       A.    Absolutely.  It has been my experience

18   over many years that people at the director

19   position, not necessarily in colleges but people

20   I deal with, various hospitals and hospital

21   systems, the director, the people at director

22   level are absolutely allowed to make decisions

23   on behalf of their organizations.

24       Q.    I may have asked this earlier, but has



```
 1    ACE ever contracted with an academic institution
 2    to provide the ACE surgical assistant program?
 3              MR. DAVIS:   Asked and answered.
 4              THE WITNESS:   No.
 5              MR. DAVIS:   You have asked it and he
 6    answered it.
 7    BY MR. ROCHE:
 8         Q.   And the answer is no?
 9         A.   No.
10         Q.   Okay.   Other than the two colleges that
11    we discussed earlier, has ACE ever attempted to
12    enter into consortiums with academic
13    institutions?
14              MR. DAVIS:   Asked and answered.   You
15    already answered it.
16    BY MR. ROCHE:
17         Q.   You can answer it.
18              MR. DAVIS:   You can answer it.
19              THE WITNESS:   No.
20    BY MR. ROCHE:
21         Q.   Back to the November 20th meeting
22    between the four Ks:   Karen, Kathy, Kyle and
23    Keith.
24         A.   I never thought about it that way.
```



Daniel Bump 04/04/2017

1     Q.    Do you recall, Mr. Bump, if there were

2     any discussions about entering into a

3     confidentiality agreement between ACE and the

4     College of DuPage?

5     A.    I don't know at that particular

6     meeting.   At some point it did come up and that

7     was all left with the lawyers forever.

8     Q.    Do you remember when that -- those

9     discussions came up?

10    A.    No.   I would have to say the same

11    thing.   I was around this time period, around

12    the time period of this email.

13    Q.    Okay.   Let's focus on Mr. Bump's email

14    to Ms. Solt.

15    A.    This one?

16    Q.    Yes.

17          The second sentence provides, "I am

18    sorry I didn't get this to you last night, but I

19    didn't get to my stopping point until after

20    midnight.   I have attached the full

21    presentation, as well as the program catalog,

22    consortium agreement and the syllabus."

23          Let me show you another exhibit.

24



```
 1                    (Whereupon, Bump Deposition

 2                     Exhibit No. 9 was marked for

 3                     identification.)

 4     BY MR. ROCHE:

 5          Q.   Exhibit 9.  Have you seen this document

 6     before, Mr. Bump?

 7          A.   Yes.

 8          Q.   Okay.  And I direct your attention to

 9     request number 9 which is on page 3.

10          A.   Okay.

11          Q.   This request sought documents -- sought

12     the attachments to the email attached as Exhibit

13     A to this complaint and the response was

14     ACE1001 to 1068.  Do you see that?

15          A.   Yes.

16          Q.   Okay.  If you could turn to Exhibit 4.

17     No.  I'm sorry.  Exhibit 5, which is the program

18     catalog and master curriculum.

19               Would you agree that this document,

20     both the program catalog and the master

21     curriculum, were attached as an exhibit to Keith

22     Bump's email on November 21st?

23          A.   Yes.

24          Q.   Okay.  You'll notice that -- I will
```



Daniel Bump 04/04/2017

 1  show you another exhibit.

 2                      (Whereupon, Bump Deposition

 3                      Exhibit No. 10 was marked for

 4                      identification.)

 5  BY MR. ROCHE:

 6      Q.    I will show you what's been marked as

 7  Exhibit 10 to your deposition, Mr. Bump.  Do you

 8  recognize this document?

 9      A.    Yes.

10      Q.    What is it?

11      A.    It is a PowerPoint presentation, I

12  think.  Well, his version of PowerPoint that he

13  went over with them in this meeting is what I'm

14  assuming.

15      Q.    Who is he?

16      A.    Keith.

17      Q.    You're referring to your answer?

18      A.    Keith Bump.

19      Q.    Keith Bump.  And was this proposal part

20  of one of the -- strike that.

21            Was this proposal one of the

22  attachments that was sent as Exhibit A?

23      A.    This?  Oh, yeah.  He does call it

24  proposal.  This presentation is what you're



1    talking about, right?

2        Q.    What has been marked as Exhibit 10,

3    yes.

4        A.    Yes.

5                    (Whereupon, Bump Deposition

6                     Exhibit No. 11 was marked for

7                     identification.)

8    BY MR. ROCHE:

9        Q.    I will show you what's been marked as

10   Exhibit 11 to your deposition, Mr. Bump.  Do you

11   recognize this document?

12       A.    Yes.

13       Q.    Is this document another one of the

14   attachments that was part of Exhibit A?

15       A.    Yes.

16       Q.    The Exhibit A email?

17       A.    Yes.

18       Q.    Does Keith -- well, did Keith Bump,

19   before he sent this email, Mr. Bump, did he

20   discuss the contents of the email that -- did he

21   discuss the contents of this email to you before

22   you sent the email?

23       A.    Yes.

24       Q.    Did he approve what was in this email?



1    A.    Yes.

2    Q.    This email contains the program catalog

3    and the syllabi.

4    A.    Uh-huh.

5    Q.    And this email also contains what

6    you -- what ACE claims in this litigation

7    constitutes some of its trade secrets?

8    A.    Uh-huh.

9    Q.    Is there anywhere in this email

10   attached as Exhibit A to the Complaint that

11   indicates that the information that Keith Bump

12   is transmitting to Ms. Solt at College of DuPage

13   is confidential to ACE?

14   A.    Not in this email.

15   Q.    Does Keith Bump in this email state

16   that the information he is sending as an

17   attachment is ACE's trade secret information?

18   A.    No.

19   Q.    After this email was sent, Mr. Bump,

20   did you contact anyone at the College of DuPage,

21   including Ms. Solt and Ms. Cabai, and notify

22   them that the attachments to this email was

23   ACE's confidential information?

24   A.    No.



1    Q.    Did you contact anyone at COD after

2    this email was sent and notify them that some of

3    the attachments to this email were ACE's trade

4    secrets?

5    A.    No.

6    Q.    Why not?

7    A.    It didn't become evident to me that

8    sending that information would be -- would be

9    information that we would want to just maintain

10   between us until later on, after they started

11   using it in ways that we didn't appreciate.

12   Q.    But you would agree that at the time

13   representatives of the College of DuPage

14   received these attachments on November 21st of

15   2013, they were unaware that this was what ACE

16   considered to be its trade secrets?

17   A.    No.  I wouldn't agree to that at all.

18   I'm answering questions related to this email.

19   Q.    Okay.  Would you agree, though -- well,

20   strike that.

21         Let's turn to the consortium proposal

22   which is Exhibit 10.  Would you agree, Mr. Bump,

23   from reviewing this document, that this is a

24   proposal to enter into a consortium with the



1    College of DuPage?

2         A.    I would agree that this is a document

3    that expresses in presentation form what a

4    consortium agreement might look like.

5         Q.    Okay.   Do you remember whether or

6    not -- back to this November 20th in-person

7    meeting before the -- with the four Ks.   Do you

8    recall there ever being any discussion as to who

9    would teach the skills lab?

10        A.    I don't know that that was a discussion

11   at that point or not.   That definitely came up

12   at some time after this.   And my initial thought

13   process was that we would teach it for them.

14   Later on, they wanted to propose -- repropose to

15   us that Kathy could teach that lab for them if

16   we taught her how.

17        Q.    If you could turn to, in that proposal,

18   ACE1066, the last bullet point.   Actually, below

19   that.   The last portion of that, surgical

20   assistance makes 75 to $200,000 per year.   Do

21   you see that?

22        A.    Yes.

23        Q.    And do you know where that information

24   came from?



1      A.    It originally came from the CAAHEP

2    website.   They've since taken that down.   I

3    think maybe in the last year or so.

4      Q.    At the time of this proposal was sent,

5    ACE was not accredited or certified with CAAHEP?

6      A.    No, we still had access to their

7    website and things that they were stating

8    regarding income.   They've now taken the

9    substance that that's not their place to state

10    what income would be.

11      Q.    Was -- I'm sorry.   I don't want to

12    argue with you, but that wasn't my question.   My

13    question simply was at the time this proposal

14    was sent, was ACE certified with CAAHEP?

15      A.    No.

16      Q.    If you could turn to ACE1067.   Notice

17    the middle, towards the end, under the salary

18    representation, it also indicates, ACE has

19    partnerships with many hospitals in the State of

20    Illinois.   Do you see that?

21      A.    Yes.

22      Q.    Simple question.   What hospitals did

23    ACE have partnerships with in 2013?

24      A.    Any hospital that we were training one



1    of their people in, we have clinical affiliation

2    agreements with so they can do their clinicals

3    there.

4        Q.    And ACE had those affiliations with

5    hospitals in Illinois?

6        A.    Yes.

7        Q.    At this time?

8        A.    Yes.

9        Q.    Do you remember which hospitals?

10       A.    No.   No.

11       Q.    All right.

12       A.    We have affiliations with over 300

13   hospitals around the country.   So I don't

14   remember them all.

15                      (Whereupon, Bump Deposition

16                       Exhibit No. 12 was marked for

17                       identification.)

18   BY MR. ROCHE:

19       Q.    I will show you what's been marked as

20   Exhibit 12 to your dep -- deposition.   I just

21   want to ask you a couple questions about the

22   middle email on this ACE0001, the email from

23   Kathy Cabai to Keith Bump.   Her last question in

24   this, it says, "can you please tell me what the



1    credentials are for the folks teaching the

2    online course portions."

3          And here's my question:  Are you aware,

4    Mr. Bump, if Keith Bump or Kyle Black told

5    either Kathy Cabai or Karen Solt a teacher would

6    be teaching the online portion of the ACE

7    program?

8          A.   I don't understand the question.

9          Q.   Do you know if Keith Bump or Kyle told

10   Kathy Cabai that a teacher would be teaching the

11   online module of the ACE surgical assistant

12   program?

13         A.   As compared to what?  I mean -- you

14   mean like get on a website with them and give

15   them lectures and stuff?  No, they wouldn't have

16   told her that.

17         Q.   Okay.

18                    (Whereupon, Bump Deposition

19                     Exhibit No. 13 was marked for

20                     identification.)

21   BY MR. ROCHE:

22         Q.   Why would they have not told her that,

23   Mr. Bump?

24         A.   Because that's not what we were doing.



 1    And your question is subjective.  One person

 2    might think, well, teaching online like we do,

 3    yeah, teachers teaching that.  Another might say

 4    well, no, they're not.  They're not giving

 5    lecture and such in a classroom.

 6         Q.   Next exhibit, No. 13.  This is a

 7    series -- it is an email thread discussing

 8    trying to get the certain individuals between

 9    ACE and COD together for a Skype conference?

10         A.   Uh-huh.

11         Q.   And I'm just using the dates as a point

12    of reference.  My understanding is a Skype

13    conference never occurred but a telephone

14    conference occurred in the early part of

15    December of 2013.  My question is:  Do you

16    remember participating in a telephonic

17    conversation with representatives of COD?

18         A.   Yes.

19         Q.   And I'm not trying to trick you.  I'm

20    just trying to see if you recall the actual date

21    of that telephonic conversation?

22         A.   No.

23         Q.   Do you recall what was discussed during

24    that conversation?



Daniel Bump 04/04/2017

1    A.    The big part of that discussion was

2  would we be willing to engage with Blackboard.

3    Q.    We being ACE?

4    A.    Yes.

5    Q.    Who was on the telephone conference

6  call to the best of your recollection?  Who

7  participated?

8    A.    Karen, Kathy, somebody from their IT

9  department, and I think the dean might have been

10  there, at least for part of it.

11    Q.    Jeanne Carthy.  Do you recall?

12    A.    That doesn't sound familiar.

13    Q.    It does not?

14    A.    No.

15    Q.    Who was present or -- well, aside from

16  the individuals that you just identified and

17  yourself, was anyone else present for the

18  telephonic conference call?

19    A.    I think Keith was.

20    Q.    Do you recall if Kyle Black

21  participated in this conference call?

22    A.    I don't recall.

23    Q.    Do you recall how long this telephonic

24  conference lasted?



1     A.    Half an hour, maybe.

2     Q.    Was this your first communication with

3  representatives at the College of DuPage, direct

4  communication?

5     A.    Yeah.  Direct.  Yeah.

6     Q.    During this conversation do you recall

7  if Kathy Cabai told you what her position was at

8  the College of DuPage?

9     A.    I think everybody introduced themselves

10 and what they did at that meeting.

11    Q.    Do you recall if Tom Cameron was?

12    A.    That sounds familiar.

13    Q.    Participated?

14    A.    Yes.

15    Q.    On this conference call?

16    A.    Yes.  I don't remember who he is

17 exactly, but I'm pretty sure Tom Cameron was

18 there.

19    Q.    With respect to the dealing with

20 Blackboard issue that you discussed, what

21 exactly do you recall the conversation about

22 dealing with Blackboard was, what it involved?

23    A.    The conversation had to do with, first

24 of all, we expressed that we had a custom made



1 student interface with our school, but that they

2 would rather utilize the one that their students

3 were used to and kind of to maintain their

4 standards whenever they meant when they said

5 that. They hadn't seen our customized website.

6          Q.    Aside from the issue surrounding

7 Blackboard, do you recall any other topics of

8 discussion during this conference call?

9          A.    That seemed to be the big one.  How

10 were we going to be able to employ that service

11 or not and the idea that when their students

12 went there, they wanted to see pretty much the

13 same thing as when they -- when their own

14 students utilized their online services.

15          Q.    During this telephone call, Mr. Bump,

16 did you communicate to anyone at the College of

17 DuPage that the program catalog and master

18 curriculum that had been previously been sent to

19 the College of DuPage was ACE's confidential

20 information?

21          A.    Not that I recall.

22          Q.    Do you recall Keith communicating

23 during this telephone call that the program

24 catalog and master curriculum were ACE's



Daniel Bump 04/04/2017

1  confidential information?

2     A.   Not that I recall.

3     Q.   Were the terms of the consortium

4  agreement, which is Exhibit 11, were the terms

5  set forth in that agreement discussed during

6  this conference call?

7     A.   Oh, at this meeting?  I don't believe

8  so.

9     Q.   During this telephonic conference call,

10  did ACE make an offer?

11     A.   No, I believe that before then, the

12  offer was already made in the proposal that we

13  went over, or at least the beginnings of the

14  offer.

15     Q.   What do you mean by beginnings of the

16  offer?

17     A.   Because most offers, you put something

18  out there and it is negotiated back and forth

19  and you end up with a final offer.

20     Q.   During this telephone conversation were

21  any of the terms -- and we can go through this

22  proposal, were any of the terms discussed in the

23  consortium proposal discussed?

24     A.   No.



1    Q.    Was there any discussion about the

2    proposed cost of the surgical assistant program?

3         MR. DAVIS:  Objection.  If you asked

4    about the terms, the cost would be one of the

5    terms.  So he's already answered that question.

6    BY MR. ROCHE:

7    Q.    You can answer.

8    A.    No.

9    Q.    Do you recall during this telephone

10   conversation, Mr. Bump, if the College of DuPage

11   issued its own offer to have the surgical

12   assistant consortium?

13   A.    No.

14   Q.    Do you recall during this telephone

15   conversation if anyone at COD told you or Keith

16   that they accepted the terms set forth in the

17   consortium proposal?

18   A.    No.

19   Q.    Do you recall during this telephone

20   conversation if there was any discussion on the

21   College of DuPage approval process for the

22   surgical assistant program?

23   A.    I mean, we went through that

24   discussion.  I don't know whether it was at that



```
 1   meeting or some other meeting.
 2       Q.    Okay.   Do you remember when that
 3   discussion occurred?
 4       A.    No.
 5       Q.    Was that discussion over the phone?
 6       A.    It feels like we had discussion
 7   somehow, either during this meeting or on the
 8   phone, as to the fact that they would have to
 9   submit it to the state and the state would have
10   to approve it and the curriculum had to be
11   modified in format, not in content, in order to
12   get through the state approval process.
13       Q.    Do you remember who communicated that
14   information to you?
15       A.    Yeah.   That would have been Kathy.
16       Q.    Kathy Cabai?
17       A.    Uh-huh.
18       Q.    Was anyone else present when Kathy
19   communicated this to you?
20       A.    Not that I recall.   Plenty of emails
21   related to that subject, though.
22       Q.    And we'll get to those.
23             During this conference call, Mr. Bump,
24   do you recall if you or Keith offered to provide
```



1  online access to COD to its SurgiNet program?

2      A.    No.

3      Q.    No, you don't recall?

4      A.    No, I don't recall.

5      Q.    That discussion?

6      A.    No.

7      Q.    Do you recall how the conversation

8  ended?

9      A.    Amicably.  They just went through a

10  list of things they wanted to talk about and

11  everybody agreed that the meeting was over.

12      Q.    Do you recall if any next steps were

13  discussed in terms of moving forward with the

14  proposed consortium?

15      A.    Yeah.  The next steps had to do with us

16  contacting Blackboard and making arrangements in

17  line with our discussions.

18      Q.    Do you remember -- do you recall any

19  discussions between this conference call that

20  we've discussed and December 9th, 2013, between

21  ACE and the College of DuPage?

22      A.    This discussion was November the 20th,

23  right?  And you're saying if anything transpired

24  between that date and when?  December 9th?



1      Q.    No.   The telephone conference we just
2  discussed.
3      A.    Uh-huh.
4      Q.    Did that occur after November 21st,
5  2013, to the best of your recollection?
6      A.    The one where we talked about the state
7  approval process?
8      Q.    The one that -- no.   The one in which
9  Blackboard was discussed.
10      A.    That was at that meeting.
11      Q.    That was at the November 21st meeting?
12      A.    Oh.   We're talking -- I'm sorry.   When
13  was the meeting we were talking about?   The
14  Skype meeting is what you're talking about?
15      Q.    Yes.
16      A.    Okay.   The conversations about
17  Blackboard were at the Skype meeting.
18      Q.    Right.   And did that Skype meeting
19  occur after November 21st, the email attached as
20  Exhibit A to the Complaint?
21      A.    My recollection is it did occur after
22  that.
23      Q.    It did?
24      A.    Yes.



Daniel Bump 04/04/2017

1      Q.   I will show you another exhibit.

2                 (Whereupon, Bump Deposition

3                 Exhibit No. 14 was marked for

4                 identification.)

5   BY MR. ROCHE:

6      Q.   I will show you what's been marked as

7   Exhibit 14 to your deposition, Mr. Bump.  Do you

8   recall receiving this email?

9      A.   Yes.

10     Q.   You testified earlier that -- well,

11  let's go back.  Exhibit 3, the interrogatory

12  answers.  Do you see answer to number 7 which is

13  on page 2?  It says, "state the date of the

14  contract between ACE and COD."  The answer is

15  "December 9, 2013."

16     A.   Okay.

17     Q.   If you could go back to the most recent

18  exhibit, this email thread, on the first part of

19  the thread or the last part is from Karen Solt

20  to Keith Bump.  It is at the top of ACE0550.  It

21  provides, "good morning, Keith.  I think our

22  discussion was a great one and we are at this

23  point ready to move forward on our part."

24            Do you consider the date of contract of



1    December 9th, 2013 to be that date because of

2    the statement issued by Ms. Solt in this email?

3        A.    That's what I would put it.    And

4    everything that occurred thereafter is

5    consistent with that.

6        Q.    What were the terms of the contract

7    that the College of DuPage accepted on December

8    9, 2013?

9        A.    Pretty much the same terms as were in

10   the written contract that we had.

11       Q.    You testified earlier that you do not

12   recall if the terms of the written proposal

13   consortium agreement were discussed during the

14   Skype conference?

15       A.    Correct.

16       Q.    Did you have any other discussions

17   prior to December 9, 2013 with representatives

18   of the College of DuPage about the terms in the

19   written contract?

20       A.    No.   The terms of the written contract,

21   it was in their possession and then added to

22   that the statement that we're moving forward.

23       Q.    And could you take a look at the next

24   sentence after that?  It says, "that consists of



1    putting the curriculum through our college

2    process and then on to the state's approval

3    system."

4         A.    Uh-huh.

5         Q.    Were you aware, Mr. Bump, at this time

6    that the College of DuPage needed to obtain

7    additional approval to provide the surgical

8    assistant program as of December 9th, 2013?

9         A.    Yes.   Yes.

10        Q.    Was it your understanding at this time

11   if the College of DuPage did not obtain state

12   approval, that it could not provide the surgical

13   assistant program?

14        A.    That's a given, yes.

15        Q.    Was it also your understanding that if

16   the College of DuPage did not obtain internal

17   approval among the college, that it would be

18   unable to provide the surgical assistant program

19   as contemplated in the consortium agreement?

20        A.    There was internal approval within the

21   college.

22        Q.    Right.   But was it your understanding

23   that absent internal approval, the College of

24   DuPage would not be able to enter into a



1   consortium with ACE?

2        A.   I don't understand the question.  I

3   said there was internal approval, and so the

4   question, if they didn't, seems irrelevant to

5   me.

6        Q.   Are you aware of any discussions about

7   the consortium agreement that was sent to the

8   college on November 21, 2013 between Keith Bump

9   and the College of DuPage?

10       A.   Written discussions or like over the

11  phone?

12       Q.   Either.

13       A.   And what dates?

14       Q.   Before December 9th, 2013.  Do you

15  recall if Keith Bump had any communications with

16  the College of DuPage about the terms of the

17  consortium agreement prior to December 9th,

18  2013?

19       A.   I remember that there were additional

20  conversations relating to reimbursement for the

21  program.  So I believe that in one of these

22  exhibits, it -- the exhibit about the consortium

23  agreement here, it shows that reimbursements to

24  ACE would be in the amount of 43.80.  And so



Daniel Bump 04/04/2017

1    this is the contract that we submitted to them

2    prior to finding out that Kathy Cabai was going

3    to be teaching the course itself, instead of

4    relying on us to teach it.  And so we discussed

5    another -- another amount that's reduced from

6    this amount.  I believe it was 3,280 or

7    something.

8              Is it all right to take this?

9              MR. ROCHE:   Yeah.  Of course.  Take a

10   break.

11                    (Whereupon, a short break was

12                     taken.)

13                    (Whereupon, the record was read

14                     as requested.)

15   BY MR. ROCHE:

16       Q.   Were you ever made aware, Mr. Bump,

17   that -- well, strike that.

18              Did the College of DuPage ever sign the

19   consortium agreement stamped ACE1059 to 1062 and

20   identified as exhibit -- I don't remember the

21   exhibit number for the consortium.  The number.

22   Exhibit 11 to your deposition.  Do you remember

23   if anyone from the College of DuPage ever signed

24   that?



Daniel Bump 04/04/2017

1    A.    No.  If they had signed it, it wouldn't

2  have been this one either.  It would have been

3  the one with new pricing structure in it.

4    Q.    Did the one with the new pricing

5  structure contain other terms that were

6  different from what's in front of you as

7  Exhibit 11?

8    A.    No.

9    Q.    Did anyone from ACE ever sign what's

10 marked as Exhibit 11?

11   A.    I signed it.  I sent it off for them,

12 and then it got stuck in the legal department.

13 But in the meantime, we proceeded as though

14 there were an agreement.

15   Q.    Go ahead.

16   A.    And everything that proceeded from

17 there was exactly as though we had an agreement

18 to proceed.

19   Q.    Is your signature on Exhibit 11?

20   A.    I think so.  Let me check.  No.  I

21 thought I saw one, though, where my signature

22 was.  Where did the -- is there another place,

23 another exhibit where this is located?

24   Q.    Yes.



```
 1            MR. DAVIS:  It is not this one.  It is
 2   later.
 3            MR. ROCHE:  You're right.  I'm sorry.
 4            THE WITNESS:  It is not in here
 5   somewhere.
 6            MR. DAVIS:  It is not.
 7            MR. ROCHE:  No.
 8   BY MR. ROCHE:
 9       Q.   Okay.  Let's move on.
10                (Whereupon, Bump Deposition
11                 Exhibit No. 15 was marked for
12                 identification.)
13   BY MR. ROCHE:
14       Q.   I will show you what's been marked as
15   Exhibit 15 to your deposition, Mr. Bump.
16            The question is:  Is the consortium
17   agreement appended as an attachment to Exhibit
18   15 the same consortium agreement that was sent
19   to the College of DuPage and identified as
20   Exhibit 11?
21       A.   It looks like it.  I see the -- yes.
22       Q.   And this exhibit, Exhibit 15, the first
23   page is an email from you to Kyle Black at YEHSS
24   in which it states, "hi, Kyle.  Here is a copy
```



```
 1    of our consortium contract so you'll know what

 2    we are going after and what a commission might

 3    look like.  I'm open to suggestions.  Thanks.

 4    And I enjoyed our discussion today."  Do you see

 5    that?

 6         A.   Yes.

 7         Q.   Do you also see the title of the

 8    attachment, what it is called on the first page?

 9         A.   Under subject?

10         Q.   Do you see where it states consortium

11    agreement template?

12         A.   Oh, yes.  Yes.

13         Q.   Do you see that?

14         A.   Yes.

15         Q.   Was the contract a template of what a

16    consortium agreement would look like?

17         A.   Yes.

18         Q.   Okay.

19         A.   With details to be negotiable.

20                   (Whereupon, Bump Deposition

21                    Exhibit No. 16 was marked for

22                    identification.)

23    BY MR. ROCHE:

24         Q.   I will show you what's been marked as
```



Daniel Bump 04/04/2017

1    Exhibit 16.

2         Do you recall receiving this email,

3    Mr. Bump?

4         A.    Yes.

5         Q.    Do you notice at the bottom of the

6    first page, ACE 0544, it is an email from Tom

7    Cameron to Kyle Black, provides, "Karen, don't

8    forget to find out what learning management

9    system they use.  I'm almost certain it will

10   have to be Blackboard or BB."

11        A.    Yes.

12        Q.    Okay.  Do you see that?

13        A.    Yes.

14        Q.    You testified earlier that the

15   Blackboard was comprised a majority of the

16   telephonic conversation that you had initially

17   with ACE?

18        A.    That's my recollection.

19        Q.    Was an agreement ever reached during

20   that conversation as to what learning management

21   system would be utilized for this consortium?

22        A.    The Blackboard.

23

24



1          (Whereupon, Bump Deposition

2          Exhibit No. 17 was marked for

3          identification.)

4    BY MR. ROCHE:

5      Q.    I will show you what's been marked as

6    Exhibit 17.  This is another email thread.

7          Do you recall being or reviewing this

8    email thread?

9      A.    The entire thread or just the top part?

10     Q.    You know what?  That was a bad

11   question.

12          Let's look at the bottom of the first

13   page, ACE 0421.  It is an email from you to

14   Karen Solt.  Do you see that?

15     A.    Yes.

16     Q.    Okay.  My question -- take a look, read

17   that email, but my question is:  Do you remember

18   sending that email to Karen?

19     A.    Yes.

20     Q.    Okay.  In this email, you state that it

21   was your understanding during the conference

22   call you had, that ACE would be utilizing or

23   this email -- strike that.

24          In this email, you seem to indicate



1    that it was your or you state that it was your

2    understanding that the program would be run from

3    your system?

4         A.    Yeah.   Well, in the -- in the Skype

5    conversation that we had, Blackboard was the

6    major part of the discussion.   There weren't

7    decisions made around that discussion until

8    later.

9         Q.    Oh, all right.   I misunderstood your

10   testimony.   Ultimately, did ACE agree to utilize

11   the Blackboard system as the learning management

12   system for the consortium?

13        A.    Yes, yes.   And it happened some time

14   after receiving these emails about how important

15   that was to them.

16                    (Whereupon, Bump Deposition

17                     Exhibit No. 18 was marked for

18                     identification.)

19   BY MR. ROCHE:

20        Q.    Exhibit 18.   I will show you what's

21   been marked as Exhibit 18 to your deposition,

22   Mr. Bump.   My question is:   Have you ever seen

23   this document before?

24        A.    If I remember correctly, this is the



1  document that was produced as -- remember I said

2  they had to re-format our structure of our

3  program, our content of the program into a

4  format that would be accepted by the state.  I

5  believe this is the result of that work.

6      Q.   Do you recall ever receiving that

7  document in 2013 or 2014?

8      A.   I don't recall.

9      Q.   Do you recall ever?

10     A.   I think, having seen it, I believe I

11  did see it, but I don't recall at what point.

12     Q.   Okay.  Let's turn to the second page of

13  this document, Bates stamped defendant's

14  production 2301.  Under number 1C, related

15  occupations, it states that, the second

16  sentence, "to qualify for admission, students

17  must be a certified surgical technologist or

18  perioperative registered nurse."  Do you see

19  that?

20     A.   Yes.

21     Q.   At this time did the ACE surgical

22  assistant program accept candidates other than

23  certified surgical techs and perioperative RNs?

24     A.   Yes.



1    Q.    Would you agree that limiting

2  enrollment to certified surgical technologists

3  or perioperative registered nurses would

4  decrease the ultimate enrollment in any surgical

5  assistant program?

6    A.    Yes.   The -- can I add something to

7  that?

8    Q.    Yes.

9    A.    The agreement we had with them wasn't

10 to be mutually exclusive, in other words, they

11 could accept the people that they wanted to

12 enroll in this and we could enroll the rest of

13 them in our program.   Like we could still

14 continue to accept on-the-job trained techs and

15 NPs, PAs and doctors into the program while they

16 would be accepting these admissions.   In other

17 words, it didn't limit us from still accepting

18 other people into our program.

19    Q.    It didn't impact ACE's surgical

20 assistant program?

21    A.    No.   Well --

22        MR. DAVIS:   Object to the form.   This is

23 a COD document.

24



1    BY MR. ROCHE:

2        Q.    COD limited -- COD's decision to limit

3    its program to certified surgical techs and

4    perioperative RNs did not impact ACE's ability

5    to provide ACE's program to other medical

6    services professionals?

7        A.    Correct, correct.

8        Q.    All right.  If you could turn to

9    defendant's production number 2308.  See in the

10   bottom of this page 1-C, enrollment chart.  Do

11   you see that, Mr. Bump?

12       A.    Yes.

13       Q.    Okay.  And it states that provide an

14   estimate of enrollments and completions over the

15   first three years of the program.  Include

16   separate figures for each program.  Do you see

17   in the first column, first row, and first

18   column, first year, 8-10?

19       A.    Yes.

20       Q.    Do you see the second year, second

21   column, first row, 10-12?

22       A.    Yes.

23       Q.    Third year, 12-15?

24       A.    Yes.



Daniel Bump 04/04/2017

1    Q.    Was it -- you do remember -- I'm just

2    trying to remember if I recall correctly.    But

3    you do recall reviewing this document at one

4    point in time; is that right?

5    A.    Yes.

6    Q.    Okay.    Do you recall reviewing this

7    particular part of the Form 20?

8    A.    Yes.

9    Q.    Okay.   And was that -- was the

10   projected enrollment figures that COD put in

11   here in the Form 20, was that consistent with

12   your understanding of what the enrollments would

13   look like under a proposed consortium with ACE?

14   A.    No.

15   Q.    Why not?

16   A.    Well, when I saw this I just figured

17   this is the kind of projection that is needed to

18   get through the approval process with the state,

19   in other words, an underestimated amount.    And

20   their projections -- we had our own perceptions

21   of what the enrollments would be like.

22        And in addition, they used certain

23   projections with us that aren't reflected in

24   this.   For instance, Kathy Cabai said that upon



Daniel Bump 04/04/2017

1    instituting this program, there are at least 200

2    past graduates of our surgical tech program that

3    have responded to a survey saying they want to

4    enroll in this program.  So she's dangling this

5    200 figure in front of us.

6         Here's the other thing that we know

7    would have happened beyond this.  We would have

8    been completely able to recover what we lost

9    from losing CAAHEP.  In other words, our

10   enrollment, what we would have brought to the

11   table for college degree to become would have

12   been double the enrollments we were currently

13   getting because, once again, we would have the

14   imprimatur, the CAAHEP accreditation to appeal

15   to those in that market.

16        So they said here's what we can bring

17   and here's what we can -- and we said here's

18   what we can bring, and it was well beyond this

19   estimate.  And I didn't see this submission to

20   the state as cancelling out the anticipation of

21   those enrollments.

22   Q.   Did you ever communicate with

23   representatives at the College of DuPage -- do

24   you recall any discussions you had with



1    representatives of the College of DuPage about

2    the enrollment projections that the college put

3    in this Form 20 document?

4         A.    No.

5         Q.    You just indicated that Kathy Cabai

6    stated that at least 200 postgraduate surgical

7    technologists?

8         A.    From her program.

9         Q.    From her program indicated that they

10   would enroll in the surgical assistant program?

11        A.    Yes.   That was going to be like first

12   year projections, understanding they didn't come

13   through, but still.

14        Q.    Did Kathy Cabai communicate that to

15   you?

16        A.    And Keith.   I'm not sure if Kyle was

17   there or not.

18        Q.    Was it during a conversation, a

19   telephonic conversation?

20        A.    I don't recall.

21        Q.    Do you recall if it was communicated --

22        A.    It wasn't by email.   It was either

23   telephonic or in person with Keith because the

24   first time I ever met Kathy was at the lab.



1    Q.    And what exactly is your recollection

2  of what Kathy Cabai represented to you?

3          MR. DAVIS:   Asked and answered.   She

4  said she represented that she would get 200

5  students as a result of a survey that she made.

6  BY MR. ROCHE:

7    Q.    Did Kathy Cabai tell you that these 200

8  students would enroll in the surgical assistant

9  program?

10   A.    Yes.   And it wasn't just a guesstimate

11 on her part.   She said she had done a survey or

12 something of that nature.   So the first year

13 outlook was going to be 200 students plus the 75

14 or 80 we could bring along with it, because now

15 past prospects who wanted a surgical assistant

16 program that was CAAHEP accredited, we would

17 shunt those people into that program.   We

18 wouldn't have to tell people no, we're not

19 CAAHEP accredited anymore and have them go

20 looking somewhere else.

21         So if they had stuck with us, it

22 wouldn't be 8 to 10.   Even if the 200 didn't

23 come along, it would be at least 75 to 80

24 students more besides what they were able to



Daniel Bump 04/04/2017

1    provide from their graduates.

2        Q.    Was it ever your understanding during

3    this entire interaction with the College of

4    DuPage that the college would be providing the

5    surgical assistant program on a semester-tiered

6    basis?

7        A.    I believe there was that discussion.

8        Q.    Was there any communications during

9    ACE's proposed partnership with the College of

10   DuPage in which anyone at the college told ACE

11   that enrollment would be on a monthly basis?

12       A.    I don't believe that there was that

13   discussion.

14       Q.    Have you ever --

15       A.    That all came about with our discussion

16   of what format does it have to be in to get it

17   through state approval.

18       Q.    Did you ever physically visit the lab

19   that the College of DuPage has in its building?

20       A.    No.

21       Q.    Were there ever any representations to

22   you made by any COD representative that the

23   college could hold 200-plus students in its lab?

24       A.    There weren't any discussions of that.



1    But it wouldn't be 200 students in any one lab;

2    that would have to be limited to 12 to 15

3    students per lab.

4         Q.    How then was ACE -- or excuse me.   How

5    then was the College of DuPage going to be able

6    to teach the lab if only 10 to 15 students could

7    participate in the lab?

8              MR. DAVIS:   Objection.   Calls for

9    speculation.

10   BY MR. ROCHE:

11        Q.    Were there any discussions that you

12   recall with any representatives at the College

13   of DuPage about how the college would teach the

14   lab with 200 students?

15        A.    No, there was no discussion around

16   that.   In my mind, I calculated out if we have

17   week-long lab, how many students can you train

18   15 per lab.   And so 52 times 15 is the number.

19   That's a lot more than 200.

20        Q.    So was it your understanding that the

21   program between the College of DuPage and ACE,

22   the lab would be taught once a week?

23        A.    Well, I'm -- I would assume that

24   whatever it takes.   They're the ones that said



1    they would want to teach it.  And if they were

2    overextended, then we can just shunt those

3    students into the labs I'm teaching, too.

4         Q.    Do you recall any communications you

5    had with representatives of the College of

6    DuPage about how the lab would be taught?

7         A.    Could you rephrase?

8         Q.    Yeah.  Let me rephrase.  That was a bad

9    question.

10             Do you recall any communications you

11   had with representatives of the College of

12   DuPage about how often the lab would be offered

13   to students?

14        A.    No.  My assumption is that they can

15   take care of whatever they say they can take

16   care of.

17        Q.    January 2014, do you recall what

18   happened?  Do you have any personal recollection

19   of what happened with respect to the ACE and

20   College of DuPage proposed partnership?

21        A.    In January of 2014?

22        Q.    Uh-huh.

23        A.    I don't have any specific date

24   recollections.



1    Q.    Okay.  You testified earlier that you

2  did not meet Kathy Cabai in person until she

3  attended the lab in Denver.

4    A.    Correct.

5    Q.    Did you ever meet Karen Solt

6  personally?

7    A.    No.

8    Q.    Did you ever meet Tom Cameron

9  personally?

10   A.    No.

11   Q.    Did you ever meet anyone other than

12 Kathy Cabai, who is affiliated with the College

13 of DuPage, personally?

14   A.    No.

15   Q.    Do you recall, in January of 2014, what

16 was going on with the Blackboard integration

17 between ACE and Blackboard?

18   A.    The only thing I remember -- and it is

19 not related to date.  The only thing I remember

20 is there were ongoing phone conversations, and

21 we were just waiting for, in particular, the

22 college to pull the trigger on it and say let's

23 go ahead and do this.  The Blackboard.

24   Q.    Did Blackboard ever approve -- well,



1    let me ask it this way.

2            Did ACE ever have to obtain approval

3    from Blackboard to utilize Blackboard's learning

4    management system?

5        A.    I mean, it is just a matter of

6    purchasing it.  I don't think it takes

7    Blackboard's approval.  I don't think they

8    decide based upon their prospects which ones

9    they will provide it to and which ones they

10   won't.

11       Q.    Did ACE ever purchase the Blackboard

12   license?

13       A.    No.

14                   (Whereupon, Bump Deposition

15                    Exhibit No. 19 was marked for

16                    identification.)

17   BY MR. ROCHE:

18       Q.    I direct your attention to Exhibit

19   No. 19, Mr. Bump.

20            Do you recall receiving that email,

21   along with the attachment?

22       A.    This is the attachment right here?

23       Q.    Yes.

24       A.    Yeah, I believe I remember this.



1                  (Whereupon, Bump Deposition

2                  Exhibit No. 20 was marked for

3                  identification.)

4  BY MR. ROCHE:

5      Q.   I'm showing you what's been marked as

6  Exhibit 20 to your deposition. It is an email

7  Bates labeled ACE0503.

8         Do you remember, Mr. Bump, sending this

9  email to Kyle Black on or about February 21,

10  2014?

11     A.   Yeah, I remember this.

12     Q.   Okay. Was it your understanding,

13  Mr. Bump, that as of February 21st or so, when

14  you sent this email to Mr. Black, that you would

15  be teaching the skills lab for the proposed

16  partnership?

17     A.   That was the understanding up to this

18  point, or at least not up to this point but at

19  some time before this discussions began about

20  whether or not Kathy could teach the lab instead

21  of me.

22     Q.   What did the contract provide as to who

23  would -- as to who would be teaching the lab?

24     A.   The original contract was that I would



1    be teaching the lab.

2         Q.    This email goes on to state, in the

3    second sentence, it provides, "I am a little

4    reticent about having the college teach the

5    course in any of its aspects because they may

6    want to wonder why they need us anymore at some

7    point."

8              Do you recall what you meant by that

9    statement?

10        A.    Well, if they had everything that we

11   had, there may -- I mean, there may be some

12   attempt to take it rather than just to utilize

13   our services.

14        Q.    Okay.  Well --

15        A.    And it's turned out to be true.

16        Q.    Well, at this point in time, the

17   College of DuPage already had its own lab; is

18   that right?  Is that your understanding?

19        A.    They have a lab.  They didn't have a

20   lab for surgical assistants.  They had a lab

21   that they used for their surgical techs.

22        Q.    What would be the difference between a

23   lab for surgical assistants and a lab for

24   surgical techs?



1    A.   If you remember the difference in the

2  job description, techs are -- they have to know

3  how to set up a sterile field, how to hand

4  instruments to surgeons correctly.  And if they

5  do a lab where they set up like a simulated lab

6  for what they would do in surgery, it would be

7  how to hand instruments, how to set up, how to

8  drape a patient, you know, all those various

9  things.

10        A lab for an assistant would be how you

11  do this particular kind of dissection, how you

12  do these particular kinds of ties, how you

13  ligate vessels and all those kinds of things.

14    Q.   And could anyone who served in an

15  operating room in any capacity, whether as a

16  surgeon or an OR nurse, ascertain what

17  instrumentation or materials would be necessary

18  to convert a surgical tech lab into a surgical

19  assistant lab?

20    A.   Well, we were basically doing that by

21  that budgetary item that we had, that was what

22  materials would you need to convert that

23  particular lab that you have into one that could

24  train assistants.



1    Q.    Could an -- okay.  But my question is

2    could an OR nurse or a surgeon who did not go

3    through the ACE training program, could they

4    readily determine, based on their experience and

5    perhaps online research, what instrumentation

6    and materials would be needed to conduct a mock

7    surgical assistant lab?

8        A.    Surgeons may be able to put that

9    together, not a regular OR nurse.

10    Q.    Any other type of medical services?

11    A.    Surgeons.

12    Q.    What about first assistants?

13    A.    You mean like me?

14    Q.    Could a first assistant -- would a

15    surgical assistant, based on your knowledge and

16    experience, be able to create a surgical

17    assistant lab without having to go through the

18    ACE training program?

19    A.    Well, I mean, it wouldn't be like our

20    lab.  It would be a new creation of their own.

21    And whether they could do better than I could or

22    not as good as I did, that's speculation on my

23    part.

24    Q.    But could they create their own



1  surgical assistant lab, whether regardless of

2  whether it is better or worse than your lab?

3       A.   I imagine they could.  If they came to

4  me for help to do it, then, you know, if they

5  attended my lab, for instance, and I think they

6  went off and tried to recreate their own, that

7  could be construed as theft of property as well.

8       Q.   How so?

9       A.   Take my ideas.

10      Q.   Are people who sign up for the ACE

11  surgical assistant lab required to sign any sort

12  of confidentiality agreement?

13      A.   No.  I don't think that's -- I mean, if

14  I had a lamp in my lab and they stole it from

15  me, I didn't need to get them to sign anything

16  that says you can't steal that from me.

17      Q.   Is someone who signs up for the

18  surgical assistant lab provided by ACE required

19  to enter into any sort of non-disclosure

20  agreement?

21      A.   No.

22      Q.   Is a student who signs up for the

23  surgical assistant -- excuse me, surgical skills

24  lab notified at all that the information that is



1    going to be provided to them during that lab is

2    confidential to ACE?

3              MR. DAVIS:   Asked and answered.

4    BY MR. ROCHE:

5         Q.    You can answer.

6         A.    I don't know where we say it, but it

7    might be in a catalog or it might be in some of

8    our other literature where we claim what we do

9    as being proprietary.  That's about as close as

10   we get to that.

11        Q.    There is literature that ACE

12   promulgates that states that some of its

13   information is proprietary to ACE?

14        A.    I couldn't tell you right off the bat

15   where that might be.  I know we've written that

16   before.  And whether it is in current literature

17   or not, I can't say.

18        Q.    Would you agree that the skills lab,

19   the ACE skills lab, at least in 2013 and 2014,

20   is a classroom that happens to be taught in a

21   lab?

22        A.    I don't understand the question.

23        Q.    Would you agree that the -- well, would

24   you agree that the information that a student



Daniel Bump 04/04/2017

1    learns from a participating in the ACE surgical

2    skills lab in 2013 and 2014 was intended to be

3    used outside of the skills lab by that

4    particular student?

5        A.    Yes.

6              MR. DAVIS:   Objection.   Okay.

7    BY MR. ROCHE:

8        Q.    Yes?

9              MR. DAVIS:   He answered yes.

10             THE WITNESS:   Yes.

11   BY MR. ROCHE:

12       Q.    What is it then about the skills lab

13   that makes it a trade secret in your opinion?

14       A.    Well, it is not a trade secret to the

15   student.  We don't expect our competitors or

16   anybody that we -- that approached us as

17   somebody who might want to do business with us

18   to then take that and use it as their own.

19   That's the way we see it as a trade secret.

20       Q.    As you sit here today -- well, let me

21   ask this.

22             Have you ever attended the College of

23   DuPage's lab as part of its surgical assistant

24   program?



Daniel Bump 04/04/2017

1          A.     No.

2          Q.     Have you ever seen pictures of the

3    College of DuPage's lab?

4          A.     No.    They said they have a lab.    I

5    didn't question it.    They don't have to have a

6    lab because we can set up our lab in a space.

7    Our lab is mobile, and so we could set it up.

8    We often set it up in hotel conference rooms.

9    They could do the same with any of their rooms.

10   I understand they have space.

11                     (Whereupon, Bump Deposition

12                      Exhibit No. 21 was marked for

13                      identification.)

14   BY MR. ROCHE:

15         Q.     I show you what's been marked as

16   Exhibit 21 to your deposition, Mr. Bump.    These

17   are pictures of the College of DuPage's lab that

18   it has.

19              Does ACE's -- and all these questions

20   relate to the skills lab as it existed in 2014.

21         A.     Uh-huh.

22         Q.     During that time period, Mr. Bump, did

23   the ACE skills lab have two mock patients in

24   surgical beds as indicated in this picture?



1     A.    No.

2     Q.    2424.

3          Did the ACE skills lab have the

4 lighting that -- the operating room lighting

5 that is provided in document 2424?

6     A.    No.

7     Q.    Can you just describe -- actually,

8 before we get into this, can you describe what

9 the skills lab, ACE's skills lab looked like?

10 Can you just give a general description?

11     A.    Well, if we were teaching people how to

12 hand instruments and drape a patient and all

13 those things that surgical techs need to know,

14 we'd have something like this.  That's not what

15 we're trying to teach anybody.

16     Q.    What did ACE's surgical skills lab

17 physically look like?

18     A.    It looked like this room without this

19 table, let's say, and there are two kinds of lab

20 days that we have.  One is where you just sit at

21 a desk and learn like suturing and tying

22 techniques.  And so I'd show a demonstration of

23 the technique I wanted them to learn, and I'd

24 come around to each individual table to make



1    sure they're getting it and give them some fine

2    pointers on their technique.   And then the other

3    four days, how to do it, doing an actual

4    simulated surgery.

5         Now, for a simulated surgery, all you

6    need is a hole to work in and with simulated

7    organs in there.   And you don't need something

8    that even looks like that, like a dummy patient.

9    You don't need special lighting or anything like

10   that.

11        So there is, basically, a box on a

12   table that has instruments on it and one person

13   standing on one side of that patient, the other

14   standing on the other side, and they interact

15   with each other as though one is a surgeon and

16   one is the assistant and we go through the whole

17   procedure.

18        Let's say we're doing a hysterectomy.

19   If you were going to do a hysterectomy on a real

20   patient, we do all those same techniques on our

21   simulated patient.   And that's what this lab is

22   all about.   It has nothing to do with anything

23   you're seeing here.

24        Q.   Okay.   Let's look at the next page



1  then, Mr. Bump.

2       A.    I'm not insulting their lab or

3  anything.

4       Q.    Oh, no, no.

5       A.    It is nice.  It is very nice.

6       Q.    I'm not insulted.

7            MR. DAVIS:  It is a nice lab.

8  BY MR. ROCHE:

9       Q.    You're saying it is different?

10      A.    It wouldn't serve our purposes.

11      Q.    Okay.  Let's look at the next page.  Is

12  this a suture training material?  Can you just

13  describe what it is?

14      A.    It looks like a material where you

15  practice suturing techniques and tying

16  techniques.  They have a rope similar to the one

17  we have on our simulator where you go through

18  the actual motions of tying surgical knots.  And

19  then once they go all the moves and everything,

20  then we have them get out real suture and have

21  them tie on the real suture.

22      Q.    Did ACE have -- during 2013 and 2014,

23  did ACE have a training instrument such as the

24  one identified?



1    A.    We did.  We created it ourselves,

2    though.  We didn't buy it from somebody.

3        Q.    How about the next picture, can you

4    just tell me what your understanding, if you

5    know, of this training item is?

6        A.    This looks like it might be for some

7    kind of laparoscopic exercise.

8        Q.    Did ACE, in 2013 and 2014, have this

9    training item?

10       A.    Not this.  We had one we created

11   ourselves.

12       Q.    Something similar?

13       A.    A little.  I'm just familiar with some

14   of the others.  This looks like it might be one.

15       Q.    To expedite this line of questioning,

16   if you could, Mr. Bump, go through these

17   pictures and identify any materials or items

18   that are in these pictures that were in the

19   skills lab that ACE provided in 2013?

20       A.    The exact materials or something we did

21   ourselves?

22       Q.    2013 or 2014.

23       A.    We didn't purchase anything from

24   anybody for our skills lab.



1    Q.    Something that ACE provided on its own,
2    created on its own.
3    A.    Uh-huh.  I don't know what this is.
4    This looks like it might be simulated bowel and
5    stomach.
6    Q.    Did ACE have a simulated bowel and
7    stomach?
8    A.    Yes.  Not stomach.  We had a simulated
9    bowel.  I've never seen this before.  It looks
10   like it might be --
11        MR. DAVIS:  Could you refer to what page
12   you're looking at when you say you have it or
13   don't have it?
14        THE WITNESS:  00249.
15        MR. DAVIS:  Yeah.
16        THE WITNESS:  It says one hand and two
17   hands on either side, so I assume it is some
18   kind of exercise where you'd practice one and
19   two-handed tying, but I can't picture how it
20   would be used.
21   BY MR. ROCHE:
22   Q.    I'm just -- did ACE have something
23   similar to what's identified?
24   A.    I don't know.



1        Q.    On 2429, in 2013 and 2014, at its

2    skills lab?

3        A.    I don't know exactly what that is used

4    for, so I can't really comment on that.

5        Q.    Okay.

6        A.    I don't know.  On 002430, I'm still not

7    sure what that is either.

8        Q.    How about the next picture?

9        A.    I mean, anything I say about that would

10   just be a guess.  It looks like there might be a

11   hole in something they might have to sew up.

12       Q.    I'm not asking you, Mr. Bump, what the

13   items are; just simply if these items were

14   available to students who took the ACE skills

15   lab in 2013 and 2014?

16       A.    These specific items, no.

17       Q.    Okay.  How about the next one?

18       A.    I have no idea what that is.  So the

19   answer would be no.  002433, we didn't have a

20   vaginal cuff.  We had a vaginal cuff in one of

21   our simulators, so I would say yes on this.

22       Q.    All right.  But no?

23       A.    Not this specific one.

24       Q.    But your answer is no on 2432?



```
 1        A.    I looks like an alien from outer space.
 2        Q.    How about 2434?
 3        A.    I don't know what that is.
 4        Q.    So the answer would be no?
 5        A.    No.
 6        Q.    2435?
 7        A.    2435 is -- it seems to be like the item
 8    I was telling you about before for the
 9    laparoscopic exercise.  We have that
10    laparoscopic exercise, not this specific one.
11        Q.    How about 2436.  Well, that's simply a
12    receipt.
13        A.    Did you want me to comment?
14        Q.    No.  Let's move on.  2437.  How about
15    that?
16        A.    We had something similar to this, yes.
17        Q.    2438?
18        A.    No.
19              MR. DAVIS:  Do you know what it is?
20              THE WITNESS:  No.
21    BY MR. ROCHE:
22        Q.    2439?
23        A.    These are simulated uteruses.  We did
24    have that.
```

Daniel Bump 04/04/2017

1    Q.    2440?

2    A.    This looks like a laparoscopic

3    simulator, and we had one, not from this

4    company, one of our own creation.

5    Q.    2441, you did not have mannequins?

6    A.    No.  No mannequins.

7    Q.    Right.  Okay.

8    A.    Nothing that resembled the facial

9    features of a human or limbs or anything like

10   that.

11   Q.    Simply an organ simulator?

12   A.    And the container for that.

13   Q.    And the container.  Okay.

14         What was the container made out of?

15   A.    Wood.

16   Q.    Wood.

17         And what was the organ simulator?  You

18   had various?

19   A.    We had various organs.  We have a

20   uterus.  We have an abdominal aorta.  We have a

21   bowel for bowel resection.  And we had a

22   laparoscopic simulator where you look at the

23   monitor and you're working over here like this.

24   And we had a microscopic simulator where it



1  simulates looking in an operative microscope to

2  do something.

3      Q.   Did you have any other simulators in

4  2013 and 2014?

5      A.   No.  That's it.

6      Q.   How about 2443?

7      A.   These are draping materials.  We don't

8  have anything like that.

9      Q.   2444?

10     A.   Laparoscopic instruments.  We do have

11  those.

12     Q.   Who provided those?  Did ACE provide

13  those in 2013?

14     A.   They were provided by a company.

15     Q.   Or 2014?

16     A.   I'm sorry.  They were provided by a

17  laparoscopic company.

18     Q.   Did students have to purchase those

19  instruments or did ACE provide them?

20     A.   No.  They were donated.

21     Q.   So the instruments were included as

22  part of the ACE surgical assistant program?

23     A.   Correct.

24     Q.   2445.



daniel bump 04/04/2017

1    A.    Laparoscopic equipment again.

2    Q.    ACE did have that?

3    A.    Not everything that's in here, no.  We

4    had some of it.

5    Q.    How about 2447?

6    A.    The same.

7    Q.    ACE -- did ACE have this equipment?

8    A.    Not this specific equipment, no.  We

9    had laparoscopic equipment, though.

10    Q.    2448, what appears to be a machine?

11    A.    It is an anesthesia machine.

12    Q.    Okay.  Thank you.

13    A.    I would not hesitate to say it is just

14    there for looks because they're not putting

15    these mannequins to sleep.  They may be putting

16    their -- I mean, their students to sleep.

17    Q.    Did ACE have anesthesia equipment in

18    its lab?

19    A.    No.

20    Q.    2449, do you know what that instrument

21    is?

22    A.    It is a microscope.  Are you

23    specifically looking at this thing?  It looks

24    like a microscope.  See it has got the eyepieces

1    and everything or there is something behind
2    that.
3        Q.    The main piece of equipment in this
4    picture?
5        A.    Yeah.    That's an operative microscope.
6    Mobile.
7        Q.    Was that instrument or machine, I
8    guess, part of ACE's skills labs in 2013, 2014?
9        A.    See, no.    The whole purpose of this lab
10   you'd be able to set it up for your surgeons to
11   use.    If we had something like that, it would be
12   so that we can learn to use it.
13       Q.    This is arguably a surgical tech job
14   description?
15       A.    Setting it up for the surgeon, not
16   using it themselves.
17       Q.    2450, did ACE have this instrument in
18   its skills lab?
19       A.    No.    Can I just stipulate that they
20   have a lot of things that we don't have?
21       Q.    Yes.
22             2452?
23       A.    I guess not.
24             Suture materials.    Yes, we have suture



Daniel Bump 04/04/2017

1   materials.

2       Q.    2454?

3       A.    This is a small bowel and large bowel

4   and gallbladder and stomach.  The purpose of

5   this simulator would just be to familiarize

6   somebody with the anatomy.  There is nothing in

7   here that you could operate on.

8       Q.    So the intestines are the middle of

9   this, and then what's above it in the pink, is

10  that the stomach?

11      A.    This?

12      Q.    Yes.

13      A.    This is small bowel, this is the large

14  bowel.  All of that is large bowel.  This would

15  be the stomach.

16      Q.    What's the green thing?

17      A.    That's the gallbladder.

18      Q.    Gallbladder?

19      A.    That would make this the liver right

20  here.  Ours don't look as nice.  Our simulators

21  don't look fancy like that.  They're built more

22  for function and with dissection planes and

23  things like that to be able to accomplish what

24  you have to do in real life surgery as -- this



1    is basically esthetics.

2         Q.    Let's go back to the discussions with

3    ACE and COD in 2014.

4                        (Whereupon, Bump Deposition

5                        Exhibit No. 22 was marked for

6                        identification.)

7    BY MR. ROCHE:

8         Q.    I will show you what's been marked as

9    Exhibit 22 to your deposition.  Do you recall

10   reviewing this email on or about February 21st,

11   2014?

12        A.    Yes.

13        Q.    Okay.  At this point in time, is it

14   your recollection that a non-disclosure

15   agreement had not been exchanged between the

16   parties?

17        A.    It went right along with the written

18   contract which was being reviewed in their legal

19   department.

20        Q.    A non-disclosure agreement had been

21   sent to the College of DuPage prior to February

22   21st, 2014?

23        A.    Well, Keith was asking for it here.  So

24   I can only imagine that that came some time



Daniel Bump 04/04/2017

1    after this.

2         Q.    The non-disclosure came after this

3    email?

4         A.    Apparently so.

5         Q.    Now, to the best of your recollection,

6    Mr. Bump, prior to this email, prior to February

7    21st.

8         A.    Uh-huh.

9         Q.    Had anyone from ACE communicated to the

10   College of DuPage that the curriculum program

11   catalog, master syllabi was composed of ACE's

12   confidential information?

13        A.    I believe I already answered that

14   before.  I don't believe that was communicated.

15                    (Whereupon, Bump Deposition

16                     Exhibit No. 23 was marked for

17                     identification.)

18   BY MR. ROCHE:

19        Q.    I will show you what's been marked as

20   Exhibit 23.  This is an email thread between you

21   and your brother, Keith.  My question simply is:

22   Do you recall any discussions with the College

23   of DuPage about entering into any sort of

24   licensing agreement with the college?



1      A.    No.    The only agreement we considered

2    entering into was the consortium.

3      Q.    Okay.    This, you know, your email in

4    this exhibit appears to be in response to Keith

5    Bump's email that was previously marked as

6    Exhibit 22.    And in your email, you state, "hi,

7    Keith.    Maybe it was a while back and I wasn't

8    focused enough on that part of the discussion."

9           Were you under the impression,

10   Mr. Bump, that you would be teaching the skills

11   lab with the -- under the ACE COD partnership?

12          MR. DAVIS:    Objection.    Asked and

13   answered.

14   BY MR. ROCHE:

15     Q.    You can answer.

16     A.    Am I?

17          MR. DAVIS:    Yeah.    Go ahead answer it.

18          THE WITNESS:    Okay.    So at some point

19   when we first started talking about it, it was

20   me teaching the students.    At some point College

21   of DuPage said, well, what would be the

22   difference in the price if Kathy were teaching

23   the students instead, and that's where we came

24   up with another price besides the one we're



Daniel Bump 04/04/2017

1    looking at in this agreement.

2    BY MR. ROCHE:

3        Q.    As of February 21st?

4        A.    Honestly, I was a little miffed about

5    it because they were asking for a lot of free

6    stuff.  For instance, now I've got to do this

7    teaching of Kathy to do this, and hence, my

8    question to Keith, well, how much are we going

9    to charge for all of that.  And he talked me

10   down from the cliff, you know.

11       Q.    What other free stuff was the college

12   asking for aside from free training?

13       A.    That's the only thing I can recall.

14   There was a big process that I envisioned in my

15   mind what it would take Kathy to get to the

16   point where I'd be satisfied that she could

17   teach the course the way I do.  And once she did

18   take the lab, I said, well, maybe we can cut

19   down on that a little bit and it will be fine.

20       Q.    Okay.

21       A.    Can I call for a break?

22       Q.    Of course.

23            (Whereupon, a short break was

24            taken.)



Daniel Bump 04/04/2017

1             (Whereupon, Bump Deposition

2             Exhibit No. 24 was marked for

3             identification.)

4    BY MR. ROCHE:

5        Q.    Okay.   Mr. Bump, I show you what's been

6    marked as Exhibit 24 to your deposition.   Again,

7    this exhibit is another email thread in which

8    you are involved in some e-mails were sent to

9    you, others you responded to.

10             I wanted to actually direct your

11   attention to the second page of this, ACE0433,

12   and it is an email from Kyle to you.   The first

13   email on the top of this, 0433.   And take a

14   minute to read it, but my question relates to

15   the last sentence in this email in which

16   Mr. Black states, "we need to figure this out

17   quickly, in the event the college calls and

18   wants to move the contract forward."

19             Do you recall receiving this email?

20       A.    It seems familiar.

21       Q.    Do you have any reason -- as you sit

22   here now, do you have any understanding as to

23   why Mr. Black would tell you that the college

24   that everyone that ACE needs to figure these



1  issues out quickly in the event the college

2  calls and wants to move the contract forward?

3      A.   I don't know.   The only thing I can say

4  is that he's referring to the actual physical

5  contract, not the verbal contract that was in

6  effect at the time.   He is not our employee.   He

7  can use any language he wants.

8      Q.   I thought you testified earlier that

9  the -- well, you testified earlier that the

10 contract was accepted by the College of DuPage

11 on December 9th, 2013?

12     A.   Correct.

13     Q.   In Mrs. Solt or Dr. Solt's email to you

14 and others in which she represented that the

15 college is ready to move forward?

16     A.   Right.   I don't know if Kyle was privy

17 to any of that or not.

18     Q.   So when was this verbal contract agreed

19 to?

20     A.   That's the date that she mentioned.

21     Q.   Did Ms. Solt communicate to you or ACE,

22 anyone at ACE verbally on December 9th that the

23 College of DuPage had accepted the terms of

24 ACE's offer?



Daniel Bump 04/04/2017

```
 1        A.    No.  My statement about a verbal
 2   contract is we have the terms of a contract in
 3   place.  Now let's move forward in response to
 4   that, and everybody did, including them,
 5   including us.
 6        Q.    What were the terms of the verbal
 7   contract?
 8        A.    The terms of the verbal contract is
 9   what was written at the time with the regular
10   contract that we had on the table for them.
11        Q.    The contract that was transmitted to
12   the College of DuPage in November of 2013?
13        A.    So it would be the same as if there was
14   a contract on the table here.  I hand it to you.
15   You say this is going to go through the legal
16   department, but let's move forward.  Going
17   through the legal department as they expressed
18   it was just a formality.
19        Q.    Who expressed to you that the legal
20   department approval process was just a
21   formality?
22        A.    I believe that was Kathy.
23        Q.    And did Kathy communicate that to you
24   verbally?
```



Daniel Bump 04/04/2017

```
1        A.    Yes.   On the phone.

2        Q.    Do you remember when this conversation

3    happened?

4        A.    No.   It is around that December 9th

5    time.

6        Q.    Was this during the Skype conference to

7    the best of your recollection?

8        A.    I think when the Skype conference had

9    occurred, we were already all under the

10   understanding that we were contractually bound.

11       Q.    Okay.   My question centers on

12   Ms. Cabai's statement to you to the effect that

13   obtaining approval from the legal department was

14   a mere formality.

15       A.    I don't even recall specifically if she

16   used those exact words, but the tenor of what

17   she said and what I remember that was the effect

18   of the conversation.

19       Q.    Do you recall who else was present, if

20   anyone, during this conversation?

21       A.    Yeah.   I don't recall.

22       Q.    You had between Ms. Cabai and yourself?

23       A.    I don't recall.

24       Q.    This conversation occurred, to the best
```



1  of your recollection, some time in December of
2  2013?
3      A.    Some time in the vicinity of that date
4  of that email.
5      Q.    The December 9th email?
6      A.    Uh-huh.
7      Q.    From Solt.
8      A.    So I'm not picking updates in my
9  memory, but I do correlate that discussion to
10  that email.
11      Q.    Okay.  Let's go back to Exhibit 24.
12  ACE0433, again I have a question about
13  Mr. Black's email again to you.  He states,
14  "Dan, my understanding from our first
15  conversation with the College of DuPage was that
16  ACE was going to charge the college 4,400 and
17  Kathy was going to teach the lab at their
18  facility, so on and so forth.
19          Do you recall if Kyle Black or your
20  brother Keith ever communicated their
21  understanding of who is going to teach the lab
22  to you prior to February 24th, 2014?
23      A.    That's the date of this email?
24      Q.    Yes.



1    A.    I recall, as I mentioned to you before,

2  was that when I discovered that that had been

3  discussed with them, I was upset.  So they kind

4  of brought that up, even before talking to me

5  about it, and then later, I had to come on board

6  with it.

7    Q.    Okay.  Let's go back to ACE0432, your

8  email which is in blue in this exhibit to Kyle

9  and Keith.  You state, "hi, Kyle.  A deal is a

10 deal, and I'm sure we'll live up to whatever we

11 promised."

12          Do you recall at this time the promises

13 ACE made to the College of DuPage?

14   A.    Isn't this in reference to Kathy

15 teaching the lab?

16   Q.    You tell me.

17   A.    That seems to be the context of this

18 email.  And so my comments are related to that.

19 I mean, they promised that Kathy would be

20 allowed to teach the lab, and so this is my

21 expression of well, a deal is a deal then.

22   Q.    Who is they?

23   A.    Kyle and Keith.

24   Q.    The first paragraph, last sentence,



Daniel Bump 04/04/2017

```
 1    "this leads me to think they believed they
 2    shouldn't have to pay the full 4,480 as part of
 3    the tuition."
 4           Is that amount, $4,480 the amount of
 5    the tuition that College of DuPage had agreed to
 6    pay ACE?
 7        A.   Well, they're going to collect the
 8    tuition from the students.  This would have been
 9    our portion of that.
10        Q.   The 4,480?
11        A.   Yeah.
12        Q.   Your email goes on to say, "perhaps we
13    should have one price for teaching the lab
14    ourselves and another for letting them teach
15    it."
16           Were there ever discussions after
17    February 21, 2014, about one price for COD
18    teaching the lab and another price for ACE
19    teaching the lab?
20        A.   I don't know that there were
21    discussions with COD.
22           MR. DAVIS:   You mean February 24th,
23    2014?  You said 21.
24           MR. ROCHE:   Yeah.  Oh.
```



Daniel Bump 04/04/2017

1    MR. DAVIS:   You said 21.

2    MR. ROCHE:   I'm sorry.   24.   Thank you.

3    THE WITNESS:   I don't recall if there

4    were other discussions.   My bringing this up was

5    kind of related to the issue you brought up of

6    would Kathy be able to teach all the students;

7    and if not, how would we take care of that.   And

8    so if we had to teach them, maybe we would just

9    charge an extra lab fee for us having to teach

10   it rather than them.

11   BY MR. ROCHE:

12       Q.    Okay.   Let's go down to the last full

13   paragraph in your email here, indicates or you

14   state in this email, "once they know how to

15   teach a lab, all they need is the AST core

16   curriculum for surgical assisting, and they can

17   create their own program that is the equivalent

18   to ours.   We'll need legal protection to keep

19   this from happening."

20           How was the ACE curriculum developed?

21       A.    We originally had an -- and this is a

22   misstatement that I would have never made if a

23   lawyer was in the room.

24       Q.    Why is it a misstatement?



1    A.    Because it wouldn't have been the

2    equivalent still.

3         Q.    Why?

4         A.    They would have been able to produce a

5    lab just with that core curriculum that was

6    acceptable for CAAHEP accreditation, but it

7    wouldn't have been the same as ours.   It

8    wouldn't have been even at the level that we

9    were training.   So originally when I developed

10   the curriculum, there was no core curriculum to

11   go by.   So my objective in creating a curriculum

12   was to give the student that -- those surgeon

13   level skills which aren't required by the AST

14   and surgeon level knowledge which, once again,

15   is not a mandate of the AST core curriculum.

16   Later on, we added portions of the core

17   curriculum into our curriculum, just so we could

18   get CAAHEP accredited.

19        Q.    At this point in time in 2014, could

20   the College of DuPage or any other accredited

21   institution discovered the curriculum necessary

22   to obtain CAAHEP certification from a source

23   other than the ACE surgical assistant program?

24        A.    It was publicly available.   The



1  question is why didn't they.  Why did they come

2  to us instead, if they needed us for something.

3      Q.    As you sit here today, do you believe

4  that the curriculum ultimately utilized by the

5  College of DuPage is the same curriculum that

6  ACE tendered to the College of DuPage?

7      A.    I don't have access to their curriculum

8  at this point.

9      Q.    Are you aware, as you sit here today,

10  if the College of DuPage has produced the

11  curriculum that it utilizes for its own surgical

12  assistant program?

13      A.    Could you restate that, please?  You

14  might just say it the same way.  I don't think I

15  picked it all up.

16                  (Whereupon, the record was read

17                   as requested.)

18      THE WITNESS:  Are you asking is it the

19  equivalent of our program now, the one that

20  they're using?

21      MR. DAVIS:  No.  The question is -- the

22  question is do you -- do you believe -- do you

23  understand that COD has produced their

24  curriculum for the surgical assistant program?



Daniel Bump 04/04/2017

1   Are you aware that COD had produced the COD

2   curriculum?

3          THE WITNESS:   Yes.

4   BY MR. ROCHE:

5      Q.   Have you reviewed the COD curriculum?

6      A.   Only what's on their website.  I'm

7   sorry.  Go ahead.

8      Q.   Well, have you reviewed the COD

9   curriculum that has been produced in this

10  litigation?

11     A.   Only as it exists on the website.

12     Q.   Okay.  And the College of DuPage

13  curriculum as it exists on the website, is that

14  the same curriculum that ACE provides to its

15  students who enroll in ACE's surgical assistant

16  program?

17     A.   It is hard to know because they don't

18  go into detail.  And like I said, it is

19  formatted differently from ours.  So content, it

20  is hard to see if the content is the same.  And

21  the format is definitely rearranged, like we

22  were talking about before, so it could get

23  through state approval.

24          MR. ROCHE:   Okay.  Can we go off the



1   record?

2                   (Whereupon, a discussion was had

3                    off the record.)

4   BY MR. ROCHE:

5        Q.    Is ACE's curriculum taken from AST's

6   curriculum?

7        A.    AST's curriculum was added to our

8   curriculum and there were some places where they

9   were the same, but I had to add some to what we

10  were currently doing in order to get accredited

11  by the AST or the CAAHEP.  So it is the AST core

12  curriculum plus a lot.

13       Q.    Is -- well, in 2013, 2014, was ACE's

14  curriculum what you just described, AST's

15  curriculum plus a lot?

16       A.    Correct.

17       Q.    Is it your view that in 2013 and 2014

18  ACE's curriculum met the CAAHEP accreditation

19  standards to be a certified CAAHEP program?

20       A.    Yes.

21       Q.    How did you develop the ACE curriculum?

22       A.    I thought I --

23       Q.    The initial.  How did you initially

24  develop the ACE program?



```
 1              MR. DAVIS:  I think he's already
 2      testified to that; but if you can answer it
 3      quickly.
 4              THE WITNESS:  Number one, I had been
 5      through a curriculum with the apprenticeship
 6      program that I was teaching.
 7      BY MR. ROCHE:
 8          Q.    At NIFA?
 9          A.    No.  Before that.  With the agency that
10      I was working with.  And basically, the
11      curriculum we use now is an offshoot of the NIFA
12      curriculum but with the AST core curriculum
13      combined with it.
14              And so I was seeing when I was in that
15      agency what kind of training someone needed in
16      order to be successful as a surgical assistant,
17      because we were training them in that
18      organization to go out into the Denver market
19      and be successful; otherwise, the company
20      wouldn't be successful.  So I knew specifically
21      what did it take.  And I developed a curriculum
22      around that and that wasn't a formal curriculum.
23      It was -- you know, but it was what people
24      needed.  I then developed, started into
```



1    curriculum development around that whole

2    experience.   And then that is what we added to

3    the AST curriculum so that we can maintain that

4    level of success in teaching, but also set the

5    students up so that they would be able to take

6    the CAAHEP approved certifying exam.

7        Q.   Is the AST core curriculum available

8    online?

9        A.   I don't know.   They definitely sell it

10   out of their -- in hard copy.   I don't know if

11   it is available online.

12       Q.   Do you recall when ACE implemented

13   portions of the AST curriculum into its own

14   curriculum, do you recall how you obtained the

15   AST core curriculum?

16       A.   We bought it from them in hard copy

17   form.

18       Q.   Approximately -- of the core curriculum

19   ACE's core curriculum in 2013 and 2014,

20   approximately how much of that curriculum was

21   the AST core curriculum?

22       A.   That was the same curriculum we were

23   using when we were CAAHEP accredited.   There was

24   nothing in that caused us to be withdrawn from



1     the -- from CAAHEP that had anything to do with

2     our program.  There was no hits on it.  There

3     was one hit on our program, and that was also

4     the same hit on everybody's program at the time.

5     They were basically doing a pilot program where

6     we had to insist that all graduates of our

7     program, 100 percent, had to take the CSFA exam.

8     Not necessarily pass it but take it.  And we

9     were unable to do that.  Nobody was able to do

10    that except people that had on campus training,

11    so that they could just sit their people down

12    and make them all take the CSFA exam.  As a

13    distance learning program, we couldn't do that.

14         Q.   Okay.  My question -- let me ask it a

15    different way.  In 2013 and 2014, the curriculum

16    that ACE provided its students was the master

17    syllabi; is that right?

18         A.   Yes.

19         Q.   Okay.  Interchangeable, syllabi,

20    curriculum, is that a -- is there any problems

21    with interchanging those words?

22         A.   It is not the same.  The core

23    curriculum is provided by the AST that outlines

24    what they want to be in a CAAHEP accredited



Daniel Bump 04/04/2017

1    program.   And the master curriculum was written

2    based on that, as well as what we had already

3    had in place.

4         Q.    Okay.   In 2013 and 2014, of ACE's

5    curriculum which is the syllabi, how much of

6    that curriculum was developed by ACE?

7         A.    All.   Part of it based on the AST core

8    curriculum.

9         Q.    How much of the curriculum, ACE

10   curriculum was based on the AST core curriculum?

11        A.    I would guess maybe around 40, 50

12   percent.

13        Q.    Okay.

14                    (Whereupon, Bump Deposition

15                     Exhibit No. 25 was marked for

16                     identification.)

17   BY MR. ROCHE:

18        Q.    I will show you what's been marked as

19   Exhibit 25 to your deposition, Mr. Bump.

20             This is an email thread between you and

21   Keith and Kyle Black.  Again the same date,

22   February 24th, 2014, at least the most recent

23   e-mails in this thread are dated on that date.

24             My question here is if you could look



1   at the third email, which is at the bottom of

2   the first page, ACE 0477, it is an email from

3   you.  I'm not exactly sure who it was directed

4   to, but in this email, you state, in the first

5   paragraph, middle of it, "her experience

6   training doesn't make it automatic.  We may want

7   to address the possibility of failure in the

8   contract."

9           My question to you is:  What did you

10  mean by that statement, if you recall?

11      A.   I believe this is referring to when she

12  would take the lab, if she failed the lab.  Then

13  we -- in other words, I wasn't taking it as a

14  guarantee that just because Kathy wanted to

15  teach the program, that she would actually be

16  able to.  Okay.  So I didn't want them to think

17  that no matter what her performance was at the

18  lab, that she was going to be the one teaching

19  it because I didn't know her as well as they

20  did.

21      Q.   But you state in this sentence that I

22  just read that we may want to address the

23  possibility of failure in the contract.

24          Was that a term failure if Ms. Cabai



1   failed qualification criteria, was that

2   something that you wanted to add in this

3   contract between ACE and --

4        A.    This was a discussion between Keith and

5   I, and we never really added that into the

6   contract anyway.  And it never became

7   contractual, this part of what we were talking

8   about.

9        Q.    Okay.

10       A.    Believe me, I would have brought it up

11  later if it turned out to be a problem.

12                  (Whereupon, Bump Deposition

13                   Exhibit No. 26 was marked for

14                   identification.)

15  BY MR. ROCHE:

16       Q.    I will show you what has been marked as

17  Exhibit 26 to your deposition.  It is a one-page

18  document Bates numbered ACE0017.  You were

19  copied on this email thread or an email.  It is

20  an email from Kyle Black to Kathy Cabai.  The

21  second paragraph provides, "Keith and I will be

22  bringing you copies of the ACE required

23  textbooks with us to the meeting on the 20th.

24  In addition, we will be bringing an ACE



Daniel Bump 04/04/2017

1    non-disclosure noncompete agreement for you to

2    sign prior to attending the lab."

3          Did you have any discussions with Keith

4    and Kyle about executing a non-disclosure,

5    noncompete agreement with the College of DuPage

6    on or around this time?

7          A.    I don't recall the discussions, but I

8    remember the -- I don't recall the specific

9    discussions, but I remember that this was an

10   issue that either I raised or somebody else did.

11   I think I might have.  And but, once again, we

12   already felt we had a contract.  We were

13   proceeding on that basis and we never did -- I

14   mean, we gave them to them, but once again, they

15   just got lost in the legal department.

16         Q.    Okay.  But --

17         A.    And so we decided to continue on based

18   upon our current understandings.

19         Q.    Was this the first time, to the best of

20   your recollection, Mr. Bump, that either you or

21   ACE had asked the college to enter into a

22   non-disclosure noncompete agreement?

23         A.    No, I believe it had been brought up

24   before and the legal department was looking over



1    all that stuff.

2         Q.    Do you know, as you sit here today,

3    whether or not --

4         A.    I don't believe there was a non-compete

5    agreement in discussion.

6         Q.    As you sit here today, Mr. Bump, do you

7    know if ACE had sent a non-disclosure agreement

8    to the College of DuPage as of February 24th,

9    2014?

10        A.    Pursuant to this email, I don't recall

11   specifically if they actually did follow through

12   on that or not.

13        Q.    They being Keith and Kyle?

14        A.    Keith and Kyle, yeah.  I know that they

15   got the textbooks.  So we're a little bit better

16   about getting the textbooks to them than to you.

17                    (Whereupon, Bump Deposition

18                     Exhibit No. 27 was marked for

19                     identification.)

20   BY MR. ROCHE:

21        Q.    I will show you what's been marked as

22   Exhibit 27 to your deposition.  This is an email

23   thread dated March 3, 2014.  I just direct your

24   attention to the first page of this email,



1    ACE0641.  In the second paragraph, you state,

2    "next, my recommendation is that we charge

3    $4,180."  Do you see that?

4        A.    Uh-huh.

5        Q.    At this point in time, as of March 3,

6    2014, had ACE and the College of DuPage agreed

7    on the price for the proposed partnership?

8        A.    The price was at least in question

9    relating to whether Kathy was going to be

10   teaching the labs or not.

11       Q.    Had they -- had ACE and the College of

12   DuPage as of March 3, 2014 agreed on the price

13   that would be paid to ACE for the partnership?

14       A.    Well, as of this time, that's not the

15   right price.  So there must have been other

16   discussions related to the price that we

17   eventually settled on based on the fact that

18   Kathy was going to be teaching the labs and not

19   me.

20       Q.    If you turn to the next page, ACE0642.

21   It is an email from Kathy to Kyle.  And her

22   first bullet point, bullet point number one,

23   Kathy asks Kyle, "can you folks call Karen

24   and/or Tom to discuss the final amount of money



1    that COD will be charged per student with me

2    teaching the suture lab."  Do you see that?

3         A.    Uh-huh.

4         Q.    There still was no agreement on the

5    price per student for the ACE/COD partnership;

6    is that right?

7         A.    That's what I told you.  The final

8    price should have been somewhat soon hereafter.

9                      (Whereupon, Bump Deposition

10                        Exhibit No. 28 was marked for

11                        identification.)

12   BY MR. ROCHE:

13        Q.    I will show you what's been marked as

14   Exhibit No. 28 to your deposition, Mr. Bump.

15              Do you recall if you ever received this

16   email?  You're not on the email thread.  Do you

17   recall ever receiving this email?

18        A.    Not this specific email, but I remember

19   we discussed these issues.

20        Q.    Okay.  And do you recall learning that

21   the College of DuPage had wrote the program, the

22   surgical assisting program on a semester basis?

23        A.    If that means the new format that they

24   had to go through in order to get approved by



Daniel Bump 04/04/2017

 1  the state, then yes.  If it is something else,

 2  then I don't know.

 3       Q.   Was ACE's program in 2013 and 2014

 4  presented on a semester basis to its students?

 5       A.   No.

 6       Q.   Do you recall around this time,

 7  Mr. Bump, becoming aware of the total credit

 8  hours that the COD program would be offering its

 9  students?

10       A.   No.

11       Q.   Do you recall Keith or Kyle telling you

12  that they intended to attend an advisory

13  committee meeting by COD in March of 2014?

14       A.   Yes.

15       Q.   Do you recall if Keith or Kyle ever

16  attended that advisory committee meeting?

17       A.   I know that they attended a lot of

18  meetings with them.  I'm trying to think because

19  I can't remember if it had to be postponed or

20  cancelled or something.  I don't know.  It seems

21  like there is something like that, but I don't

22  know for sure.  I thought I even remembered

23  seeing an email where -- and once again this may

24  be some different meeting, but where they were



1    happy that they attended the meeting, and I'm

2    thinking that that was related to the advisory

3    committee meeting, but I'm not sure.

4         Q.    Okay.  Let's go back to Exhibit 6, the

5    budget items exhibit.

6         All right.  The lab budget items for

7    COD, how was that document created?  I don't

8    think I asked you those questions.

9         A.    It was created basically on a list of

10   items we use in our labs and some of those

11   things that we use are donated items and if they

12   could get them donated to them, too, that would

13   be at no cost.  But many of them are things that

14   we had to pay for.

15        Q.    Was -- has ACE to the best of your

16   knowledge ever sent this document, the lab

17   budget items for COD, has it ever sent this

18   document to any other non-ACE-related entities?

19        A.    No.  We didn't even know that that

20   would necessarily be a requirement of our

21   consortium if they asked for it, you know, and

22   in putting together everything they needed to

23   for the lab.

24        Q.    Has ACE ever submitted to a third party



Daniel Bump 04/04/2017

 1    a document similar to what's identified as

 2    Exhibit 6 to anyone?

 3         A.    No.   The other people that we would

 4    have sent it to just didn't get that far.

 5         Q.    The two colleges that we discussed

 6    hours ago?

 7         A.    Right.

 8         Q.    All right.  If you could look actually

 9    at the body of the email as Exhibit 6.   It

10    appears to be more discussions on pricing.   Do

11    you see that?

12         A.    Uh-huh.

13         Q.    Would you agree that at this point in

14    time, March 5th, 2014, ACE and COD were

15    negotiating the price that would be charged or

16    paid to ACE under the proposed partnership?

17         A.    Right.

18         Q.    And is there anywhere in this email

19    thread wherein you ask Ms. Cabai to maintain the

20    lab budget items for COD confidential?

21         A.    No.

22         Q.    Is there any -- does any part of this

23    email communicate to the College of DuPage that

24    the lab budget items for COD is ACE's trade

Daniel Bump 04/04/2017

 1    secret?

 2        A.    No.

 3        Q.    Did you ever after sending this notify

 4    anyone at COD that ACE considered the lab budget

 5    items for COD that document to be confidential

 6    to ACE?

 7        A.    No.

 8        Q.    Did you ever notify anyone at COD after

 9    you sent this email with the attachment that it

10    was ACE's trade secret?

11        A.    No.

12                    (Whereupon, Bump Deposition

13                     Exhibit No. 29 was marked for

14                     identification.)

15    BY MR. ROCHE:

16        Q.    I will show you what's been marked as

17    Exhibit 29 to your deposition.  This is a

18    document that's an email that you apparently

19    received on April 24, 2014.  Do you see that?

20        A.    Uh-huh.

21        Q.    Do you recall reading this email that

22    was forwarded to you from Keith?

23        A.    Yes.

24        Q.    All right.  Did you notice that in the



1    first part of the email, Ms. Cabai says, "we are
2    ready to go."  Do you see that?
3         A.    Yes.
4         Q.    Do you recall how you interpreted that
5    sentence to mean?
6         A.    That, you know, they were ready to move
7    forward in the process because the state had
8    given them the go ahead or that it was good as
9    done with the state and they really didn't need
10   the state approval for the first classes.
11        Q.    Because those classes were online; is
12   that right?
13        A.    I don't know the answer to that.
14        Q.    Okay.  At this point in time had ACE
15   and the College of DuPage reached agreement as
16   to who was going to teach the lab?
17        A.    I believe so.  She's talking about
18   attending the class and everything.  That
19   wouldn't have been put in place at all if we
20   hadn't come to some sort of agreement if she was
21   going to teach the lab or not.
22        Q.    Do you know if at this point in time a
23   price had been agreed upon between ACE and the
24   College of DuPage as to the price per student?



1    A.    Well, for us, our part of it?

2    Q.    Yes.

3    A.    Or the total tuition?

4    Q.    ACE's share of the total tuition.

5    A.    On a previous email, it looked like we

6    had discussed 3,600, but the eventual settlement

7    on that was in the 32 range.  So we haven't

8    completely settled on a price yet.  I think it

9    was 3280 or something like that.

10    Q.    Do you know, does price $3,280, do you

11    know if it was ever memorialized in a writing?

12    A.    No, I don't know.  The last thing I can

13    find in the latest edition of the consortium,

14    the written consortium agreement, was I think it

15    was 3,800.  It was in the threes.

16    Q.    Did ACE -- or excuse me.

17          Did the College of DuPage, to your

18    recollection, ever agree upon the price per

19    student would be what was memorialized in the

20    latest edition of the consortium agreement?

21    A.    That was my impression that they had

22    agreed to that.

23    Q.    Okay.  What was your -- and we can look

24    at -- I can pull the final consortium agreement.



1        A.     Uh-huh.

2        Q.     But what was your impression based upon

3   that the College of DuPage had agreed upon the

4   price?

5        A.     Well, because I was kind of in the mode

6   of negotiating with Keith on this.  I always

7   thought we were giving away too much in our

8   offer.  But he has a way of presenting things

9   like that to me in such a way that if we don't

10  at least go to this level, it is going to harm

11  the agreement that's in place, and we like the

12  agreement that's in place so we didn't want to.

13        So to the extent that it was still an

14  agreement we could live with, he has a way of

15  convincing me that we should lower our price,

16  and he was able to get me to go down to the

17  3,280 range.  And then I put it through the

18  grinder and made sure that that would still work

19  out for us.

20        Q.     And do you recall the College of DuPage

21  ever agreeing to the lower price, 3,200?

22        A.     I remember that Keith, in his

23  discussions with them, he came back and said

24  they were pretty happy about that.  That's the



Daniel Bump 04/04/2017

1    limit of my involvement in the accepting their

2    return offer or whatever, however you would call

3    that.

4        Q.    Did you have any direct communications

5    with anyone at the College of DuPage about the

6    price per student?

7        A.    No.

8        Q.    Okay.

9        A.    Is it all right if I take that?

10       Q.    Oh.   Go ahead.   Yeah.

11                   (Whereupon, a short break was

12                    taken.)

13                   (Whereupon, Bump Deposition

14                    Exhibit No. 30 was marked for

15                    identification.)

16   BY MR. ROCHE:

17       Q.    I will show you what's been marked as

18   Exhibit 30 to your deposition.   My question

19   simply is:   Do you remember having a conference

20   call with any representative at COD around this

21   time period, namely, April 30th, 2014?

22       A.    The only conference call I can remember

23   is the one we talked about already.

24       Q.    The Skype?



```
1        A.     Yes.

2        Q.     One in December?

3        A.     Uh-huh.

4        Q.     You do not -- well --

5        A.     Oh, wait a minute.  Is this the call

6   where they said we're no longer going to be

7   doing business with you?

8        Q.     No.

9        A.     Okay.  I don't remember this one in

10  particular then.

11       Q.     How many -- how many conference calls

12  do you remember?

13       A.     Just those.

14       Q.     With COD representatives, just those

15  two?

16       A.     Just those two.  They both kind of

17  stand out.

18       Q.     The Skype and the one where they said

19  they're no longer going to do business with ACE?

20       A.     Right.

21       Q.     Do you believe as you sit here now you

22  may have had other telephonic communications

23  with representatives of COD?

24       A.     I guess it is possible.  I don't recall
```



1    them.

2         Q.    The self-study, Mr. Bump, do you recall

3    how the -- do you recall the background as to

4    how ACE came to tender its self-study to the

5    College of DuPage?

6         A.    It is Kathy Cabai who asked if she

7    could use that as a template for when they

8    submit this program.

9         Q.    Who did Kathy ask?

10        A.    Me.  As far as I know, she didn't ask

11   anybody else.  She might have asked somebody

12   else and then also me.

13        Q.    And then she would have asked you via

14   email, is that -- let me ask it this way.

15             Do you recall how she asked you for the

16   self-study?

17        A.    No.

18        Q.    Did you offer to send the College of

19   DuPage ACE's self-study before Kathy asked you

20   for the self-study?

21        A.    I don't know why I would have done

22   that.  We did claim that, you know, because we

23   were a CAAHEP-accredited program before, that

24   this process should be a much better process



Daniel Bump 04/04/2017

1    because all we were missing were the

2    institutional accreditation which COD would have

3    brought.  And so there shouldn't be that much

4    to -- much of any kind of walls to break through

5    to make this happen.  And then that's probably

6    what instigated Kathy asking for the self-study.

7                    (Whereupon, Bump Deposition

8                     Exhibit No. 31 was marked for

9                     identification.)

10   BY MR. ROCHE:

11       Q.    I will show you what's been marked as

12   Exhibit 31 to your deposition.  And we'll wrap

13   up with the questioning on this.  Yeah.  Let's

14   do that.

15           The first part is of my questioning is

16   your response or your -- in your email to Kathy,

17   you indicate, that you will be getting -- excuse

18   me.  You state, "I will also be getting you copy

19   of our self-study."  Is it your testimony today

20   that there was some sort of previous

21   communication from Kathy in writing requesting

22   ACE's self study?

23       A.    As I previously said, I don't recall if

24   it is in writing or on the telephone.  And it



Daniel Bump 04/04/2017

 1    might have been through somebody, too.  So Kathy

 2    might have communicated to Keith and then Keith

 3    communicated to me.

 4        Q.    If it went through a channel, it would

 5    have been either through Keith or Kyle?

 6        A.    Well, Kyle usually didn't -- Kyle

 7    usually communicated with Keith, not me on this,

 8    on issues like these.  Keith was taking the --

 9    he was taking the lead in all of this

10    communications and then brought things to me as

11    they came up.

12        Q.    This email is dated May 5th, 2014.

13    Mr. Bump, do you recall when -- well, did ACE

14    ultimately send COD ACE's self-study?

15        A.    Yes.

16        Q.    Do you recall when ACE sent COD the

17    self-study?

18        A.    Some time after May 20th.

19        Q.    May 5th you mean?

20        A.    No.  On the email, it says I'll check,

21    but it had or maybe that was related to

22    something else.  Hold on.  Oh.  Yeah.  My staff

23    was too busy to do this for me, so I was going

24    to have to do it; but I had things to do in the



1    meantime like go to this conference in Houston.
2    So it says I'll get to it around May 20th, at
3    the very end.
4         Q.    And do you recall sending or becoming
5    aware that ACE had sent the ACE self-study to
6    the College of DuPage on or around May 20th?
7         A.    I would have done it myself, I think.
8         Q.    Okay.  Do you remember sending ACE's
9    self-study to the College of DuPage?
10        A.    Yeah.
11        Q.    How was the self-study transmitted to
12   the College of DuPage?
13        A.    As I expressed in the email, I was
14   going to have to break it up into several things
15   to email it.  I don't know if it -- I don't
16   remember if that's exactly how it turned out
17   that I did.  I either mailed it or I did this.
18        Q.    Do you recall if you downloaded the ACE
19   self-study on to a thumb drive and sent a thumb
20   drive to Kathy Cabai?
21        A.    I'm sorry.  I don't recall.  I know we
22   sent it.  They got it.
23        Q.    But you don't know when it was sent?
24        A.    Not specifically.



1    Q.    Do you know if it was sent during the

2  summer of 2014?

3    A.    Some time after May.  May 20th.

4    Q.    Could the --

5    A.    I'm assuming, if I'm a man of my word,

6  that it would be close to after, after that.

7    Q.    All right.  Going back up to the top of

8  this email, there is two attachments, it

9  appears, the ACE/COD consortium agreement and

10 the ACE/COD non-disclosure agreement.  Do you

11 see that?

12   A.    Yes.

13   Q.    All right.  Has this May 5th, 2014

14 ACE/COD consortium agreement been produced in

15 this litigation to the best of your knowledge?

16   A.    I don't know if that specific thing has

17 been produced.  I know we produced the

18 consortium agreements.

19        MR. DAVIS:  You mean this one that I

20 presented as Exhibit K in my exhibit?

21        MR. ROCHE:  Is that the one Bates

22 stamped ACE1100 to --

23        MR. DAVIS:  I don't have -- for some

24 reason, I don't have Bates stamps on this.  It



1  is Exhibit K in my -- it was Exhibit K in my

2  exhibit.

3       THE WITNESS:   The one that I signed.

4       MR. DAVIS:   Signed by Dan Bump.

5       THE WITNESS:   And what's it have for the

6  price?

7       MR. DAVIS:   It is dated May 5th, 2013.

8  If you recall, it was a mistake.   We talked

9  about it.

10      THE WITNESS:   It should have been 14.

11      MR. DAVIS:   It should have been 14.

12      THE WITNESS:   It looks like 3,680 was

13  the final.

14            (Whereupon, Bump Deposition

15             Exhibit No. 32 was marked for

16             identification.)

17      THE WITNESS:   I don't know where I got

18  32.

19  BY MR. ROCHE:

20      Q.   I will show you what has been marked as

21  Exhibit 32 to your deposition, Mr. Bump.   Is

22  this a consortium agreement to the best of your

23  recollection that was e-mailed to Kathy Cabai on

24  May 5th, 2014?



Daniel Bump 04/04/2017

1      A.    Yes.

2      Q.    All right.  Let me just ask some

3  questions on the non-disclosure agreement that

4  was also appended to that email.

5      A.    It is not on here.

6           MR. DAVIS:  I sent him a copy of all the

7  curriculums.

8           MR. ROCHE:  So we has the COD's

9  curriculum.

10           MR. DAVIS:  He has COD's, he has AST's,

11  he has ACE's.  He has every curriculum.

12                 (Whereupon, Bump Deposition

13                  Exhibit No. 33 was marked for

14                  identification.)

15  BY MR. ROCHE:

16      Q.    Exhibit 33, this is a non-disclosure

17  agreement of ACE.  Mr. Bump, is this the

18  non-disclosure agreement that was sent to Kathy

19  Cabai on May 5th, 2014?

20      A.    Yes.

21      Q.    Was this the first time to the best of

22  your recollection that a non-disclosure

23  agreement from ACE had been sent to the College

24  of DuPage?

Daniel Bump 04/04/2017

1    A.    My understanding is we already talked

2    about a time when the books were to be

3    delivered, that there is non-disclosure

4    agreement to be delivered as well.  That seems

5    to be my first recollection.  I don't know was

6    it actually delivered in real life, but that's

7    when it was proposed to be delivered.

8    Q.    And that was proposed to be delivered

9    when Kyle and Keith attended the advisory

10   committee meeting in March 2014?

11   A.    No.  It was when Kyle was to deliver

12   the books.  I don't believe we were at that.

13   And he was also supposed to deliver a

14   non-disclosure agreement and some other document

15   that we had talked about.  Oh, non-compete.

16   Q.    Do you know if Kyle delivered in March

17   2014 the textbooks, the non-NDA and the

18   non-compete to COD?

19   A.    I believe he did deliver the textbooks.

20   I got confirmation on that.  I didn't get

21   confirmation on the other documents.

22   Q.    Is the non-compete agreement that may

23   have been given to Kathy Cabai, is that the same

24   agreement as the one that is Exhibit 33, the



1   non-disclosure agreement?

2       A.   In that email, it made them seem like

3   two separate documents.  That was the first I

4   ever heard of a non-compete document.  So that

5   was the first time it was ever brought to my

6   attention that we were even considering

7   delivering that document to them.

8       Q.   Do you recall ever?

9       A.   I have never seen it.

10      Q.   That was going to be my question.

11  Because I don't believe a non-compete agreement

12  has been produced in this litigation.

13      A.   So either they don't remember it or we

14  didn't do it.

15      Q.   Okay.  The non-disclosure agreement,

16  the NDA, has an agreement like this -- strike

17  that.

18           Was it ACE's custom and practice to

19  provide a non-disclosure agreement to

20  prospective partners entering into consortiums

21  in 2013 and 2014?

22      A.   Well, since we never entered into a

23  consortium agreement, that was not a common

24  practice with us; however, and in fact, the



1    non-disclosure agreement was kind of a

2    recommendation by Kyle that we do that.

3         Q.    Had ACE ever tendered a non-disclosure

4    agreement to any non-ACE-related entity prior to

5    2013 relating to ACE provided's confidential

6    information?

7         A.    No.

8         Q.    Do you know if ACE -- or excuse me.

9    Yeah.   Strike that.

10             Do you know if ACE ever signed this

11   non-disclosure agreement?

12        A.    No.   I don't recall ever signing one.

13        Q.    Do you recall if the College of DuPage

14   ever signed this non-disclosure agreement?

15        A.    No.   I don't believe they did.

16        Q.    Do you recall reviewing this

17   non-disclosure agreement before it was sent to

18   the College of DuPage?

19        A.    Yes.

20        Q.    If I direct your attention to the first

21   whereas clause on the first page of this

22   agreement, Bates stamped ACE1105, it states,

23   "whereas, ACE has created curriculum and other

24   materials."   And then there is a parenthetical,



1    "curriculum for the purpose of presenting the

2    ACE surgical assistant program at the college

3    which contains certain confidential and

4    proprietary information."

5         My question is:  What other materials

6    is ACE referring to in this whereas clause?

7         A.   Where it says other materials?

8         Q.   Yes.

9         A.   Just materials related to the four

10   items that were on there before.  The

11   curriculum, the self-study.  I can't remember.

12        Q.   Budgetary information?

13        A.   Yeah.  All of that.

14        Q.   Is there any reference in this

15   agreement to the information and materials that

16   would be provided at the skills lab?

17        A.   I don't believe so.

18        Q.   Why wasn't that included?

19        A.   I don't know.  It could have been the

20   other materials.  We were basically seeing

21   everything we had to offer as other materials

22   that might contain proprietary and confidential

23   information.

24        Q.   There was some information that ACE



1    provided the College of DuPage that was not

2    confidential and proprietary to ACE; is that

3    right?

4         A.   I don't know what that would be.

5         Q.   The second page, paragraph 4.  It

6    states that, "the obligations of paragraph 3

7    which is the restrictions on the use of

8    confidential information shall not apply,

9    however, to any information which is already in

10   the public domain at the time of disclosure."

11            Are you aware, Mr. Bump, that as of May

12   5th, 2014, ACE's curriculum had been sent to the

13   Illinois Community College Board?

14        A.   Is that the board where they had to

15   send it to, to get state approval?

16        Q.   Yes.

17        A.   I was aware that it happened.  I don't

18   know what date it was.

19        Q.   Do you recall if the date you were made

20   aware that it happened was before May 5, 2014?

21        A.   I believe it was.

22        Q.   Is this non-disclosure agreement, was

23   this ever given to employees of ACE?

24            MR. DAVIS:  It is asked and answered.



```
1    BY MR. ROCHE:
2         Q.    As a condition of their employment?
3         A.    No.
4              MR. DAVIS:   Asked and answered.
5    BY MR. ROCHE:
6         Q.    Has ACE ever entered into a
7    non-disclosure agreement with any non --
8              MR. DAVIS:   Asked and answered.
9    BY MR. ROCHE:
10        Q.    -- non-ACE-related entity?
11             MR. DAVIS:   Asked and answered.   Go
12   ahead.
13             THE WITNESS:   No.
14             MR. ROCHE:   All right.  I think we're
15   done for today.
16                        (Whereupon, further proceedings
17                         were adjourned to 4/5/17 to the
18                         time of 10:00 a.m.)
19
20
21
22
23
24
```



Daniel Bump 04/04/2017

1    STATE OF ILLINOIS      )

2                           )   SS:

3    COUNTY OF IROQUOIS     )

4      I, GINA CALLAHAN, a notary public within and

5    for the County of Iroquois and State of

6    Illinois, do hereby certify that heretofore,

7    to-wit, on the 4th day of April, 2017,

8    personally appeared before me, at 180 North

9    Stetson Avenue, Chicago, Illinois, DANIEL BUMP,

10   in a cause now pending and undetermined in the

11   Circuit Court of Cook County, Illinois, wherein

12   AMERICAN CENTER FOR EXCELLENCE IN SURGICAL

13   ASSISTING INC. is the Plaintiff, and COMMUNITY

14   COLLEGE DISTRICT 502, COLLEGE OF DUPAGE, DR.

15   THOMAS CAMERON, DR. KAREN M. SOLT, and DR. KATHY

16   CABAI are the Defendants.

17     I further certify that the said witness was

18   first duly sworn to testify the truth, the whole

19   truth and nothing but the truth in the cause

20   aforesaid; that the testimony then given by said

21   witness was reported stenographically by me in

22   the presence of the said witness, and afterwards

23   reduced to typewriting by Computer-Aided

24   Transcription, and the foregoing is a true and



1   correct transcript of the testimony so given by

2   said witness as aforesaid.

3     I further certify that the signature to the

4   foregoing deposition was waived by counsel for

5   the respective parties.

6     I further certify that the taking of this

7   deposition was pursuant to Notice, and that

8   there were present at the deposition the

9   attorneys hereinbefore mentioned.

10    I further certify that I am not counsel for

11  nor in any way related to the parties to this

12  suit, nor am I in any way interested in the

13  outcome thereof.

14    IN TESTIMONY WHEREOF:  I have hereunto set my

15  hand and affixed my notarial seal this 17th day

16  of April, 2017.

17

18

19  *Gloria Callahan*

20  _____

21    NOTARY PUBLIC, IROQUOIS COUNTY, ILLINOIS

22

23

24



**$**

**$200,000**
148:20
**$3,280**
235:10
**$35,000**
54:8
**$4,180**
228:3
**$4,480**
214:4
**$695**
103:8

**0**

**002430**
197:6
**002433**
197:19
**00249**
196:14
**0421**
170:13
**0433**
208:13
**0477**
224:2
**0544**
169:6

**1**

**1**
13:5,9 136:23
**1-C**
174:10
**10**
144:3,7 145:2
147:22 178:22 180:6
**10-12**
174:21
**100**
44:22,24 45:1 70:11
109:7,12 113:22
222:7
**1003**
100:19
**1012**
98:12
**1023**
117:17
**1026**
117:21
**1028**
118:1
**1030**
118:5
**1033**
118:10
**1036**
118:22
**1039**
119:2
**1041**
119:6
**1062**
165:19
**1068**
143:14
**11**
145:6,10 156:4
165:22 166:7,10,19
167:20
**1107**
27:7
**11:53**
92:22

**12**
150:16,20 180:2
**12-15**
174:23
**13**
151:19 152:6
**135**
66:3
**14**
161:3,7 244:10,11
**1484**
82:4 85:21
**1495**
82:4 85:21
**15**
134:23 167:11,15,
18,22 180:2,6,18
**150**
109:20
**16**
168:21 169:1
**17**
170:2,6
**18**
171:17,20,21
**180**
109:20
**19**
183:15,19
**1973**
50:11
**1978**
51:12
**1980**
52:9
**1989**
52:5,18
**1990**
9:6
**1995**
59:21
**1C**
172:14

**2**

**2**
20:17 21:2 24:13
161:13
**20**
96:1,3 133:7 137:23
175:7,11 177:3
184:2,6
**200**
176:1,5 177:6 178:4,
7,13,22 180:1,14,19
**200-plus**
179:23
**2000**
62:16
**2002**
44:18 45:7 46:1
62:16,23 63:12
64:11,13
**2003**
46:24 75:17 76:11
**2009**
67:8 69:9 70:12
100:13
**2012**
67:8 69:9 70:12
77:12 78:4 100:13
**2013**
21:19 23:12 39:20
43:18,22 44:19 45:9,
13,17 46:6,10,13,16,
18,24 47:20 49:8,19
63:13 64:11 73:4,11,
19 74:6,13 77:1,20
84:9 86:11,17 87:8,

**12** 88:9 89:14,23
93:17 99:3 100:10
103:21 106:21
107:2,21 108:11
109:4,13 110:18,21
111:9 112:4,6,14
113:4,17 114:6,21
115:7 116:3 125:9,
24 127:4,8,11
130:11,21 132:10,
14,18 133:12,15
134:6,11,19 135:2,
13 136:11 137:23
147:15 149:23
152:15 159:20 160:5
161:15 162:1,8,17
163:8 164:8,14,18
172:7 189:19 190:2
194:22 195:8,19,22
197:1,15 200:4,13
202:8 209:11 210:12
212:2 219:13,17
221:19 222:15 223:4
230:3 244:7 247:21
248:5
**2014**
21:18,19 23:14
45:17,21 48:22 49:5
50:2 74:10 76:16
78:1 106:22 107:2,
21 108:11 109:8
110:19,21 111:9
112:9,14 113:8
114:2 115:3,10
116:4 125:10,24
127:4,8,11 130:11,
21 132:10,14,18
133:12,15 134:6,11,
19 135:3,13 136:11
172:7 181:17,21
182:15 184:10
189:19 190:2 191:20
194:22 195:8,22
197:1,15 200:4,15
202:8 204:3,11,22
212:22 214:17,23
216:19 219:13,17
221:19 222:15
223:4,22 227:9,23
228:6,12 230:3,13
232:14 233:19
237:21 241:12
243:2,13 244:24
245:19 246:10,17
247:21 250:12,20
**2015**
14:8
**2017**
46:1
**20th**
138:16,21,24 139:6
141:21 148:6 159:22
225:23 241:18
242:2,6 243:3
**21**
164:8 184:9 191:12,
16 214:17,23 215:1
**21st**
143:22 147:14
160:4,11,19 184:13
204:10,22 205:7
207:3
**22**
204:5,9 206:6
**23**
205:16,20
**2301**
172:14
**2308**
174:9
**24**
208:2,6 212:11

**215:2 233:19**
**2424**
192:2,5
**2429**
197:1
**2432**
197:24
**2434**
198:2
**2435**
198:6,7
**2436**
198:11
**2437**
198:14
**2438**
198:17
**2439**
198:22
**2440**
199:1
**2441**
199:5
**2443**
200:6
**2444**
200:9
**2445**
200:24
**2447**
201:5
**2448**
201:10
**2449**
201:20
**2450**
202:17
**2452**
202:22
**2454**
203:2
**24th**
212:22 214:22
223:22 227:8
**25**
113:7 117:21
223:15,19
**26**
225:13,17
**27**
227:18,22
**28**
229:10,14
**29**
233:13,17

**3**

**3**
22:2,6,22 143:9
161:11 227:23
228:5,12 250:6
**3,200**
236:21
**3,280**
165:6 236:17
**3,600**
235:6
**3,680**
244:12
**3,800**
235:15
**30**
237:14,18
**300**
150:12
**30th**
237:21
**31**
240:8,12

**32**
235:7 244:15,18,21
**3280**
235:9
**33**
245:13,16 246:24

**4**

**4**
26:2,14,16,17,21,23
28:13 36:21 38:3
39:23 40:18 143:16
250:5
**4,400**
212:16
**4,480**
214:2,10
**40**
102:11 223:11
**400**
102:8
**43.80**
164:24

**5**

**5**
28:18,22,23 29:8
40:7 97:2 143:17
250:20
**50**
54:8 70:4 223:11
**50/50**
62:12,13
**52**
180:18
**5th**
232:14 241:12,19
243:13 244:7,24
245:19 250:12

**6**

**6**
36:3,7 37:5,17,23
43:2,4 231:4 232:2,9
**6/4/55**
7:3
**60**
54:8 113:20,21
114:4
**600**
102:11
**695**
65:10

**7**

**7**
43:13 44:2,6 161:12
**73**
8:1
**75**
51:7 148:20 178:13,
23
**78**
51:7,10

**8**

**8**
80:17,21,23 84:16,
17,20 178:22
**8-10**
17:18
**8.8**
102:10
**80**
178:14,23

**8592**
6:24

**9**

**9**
43:18,22 84:14,15
143:2,5,9 161:15
162:8,17
**90**
70:10 109:6,12
**90s**
6:1
**9th**
159:20,24 162:1
163:8 164:14,17
209:11,22 211:4
212:5

**A**

**abdominal**
56:9 199:20
**ability**
11:1 125:4 174:4
**ABSA**
10:2 75:4,6,9,15,21
98:1 99:14 103:3
**absences**
78:11
**absent**
163:23
**absolute**
41:9
**absolutely**
69:8 140:17,22
**academic**
78:14,19 79:1
101:19 141:1,12
**accept**
71:4 76:4 172:22
173:11,14
**acceptable**
216:6
**accepted**
10:11 104:3,5,15
106:10 110:18 117:7
119:17 157:16 162:7
172:4 209:10,23
**accepting**
10:10 173:16,17
237:1
**access**
21:19,22 40:21
41:15,20 42:3,4,15
64:23 65:3,7 67:12
86:14 87:18,20 88:2,
13 103:6,9 104:23
119:11,18 120:7
121:22 122:1
129:18,19 130:10
131:3 132:20 133:16
149:6 159:1 217:7
**accessed**
21:21 105:17
**accesses**
120:1
**accessibility**
87:23
**accessible**
135:21
**accomplish**
203:23
**account**
21:12,16
**accounts**
21:20
**accredit**
66:18,19,20 71:19
73:14,16 76:8



accreditation
64:18 66:10 67:13,
15,18,21,23 72:20
73:1 74:23 77:8,22
97:23,24 100:12
108:18 109:16,18
176:14 216:6 219:18
240:2
accredited
66:6 67:6,7 70:8
71:2,4,5,7,16 72:4,7
73:4,11,21 74:3,6,
10,13,16,19 76:5
77:6,9,16,18 108:16
149:5 178:16,19
216:18,20 219:10
221:23 222:24
accrediting
66:16 67:10 75:22
89:20
accredits
66:17
accurate
6:8 107:18 120:17
accurately
11:2
Ace
11:11,13,24 16:23
17:8,9 18:5,20
19:17,21 21:15,19
23:12,17,24 24:10
25:12,20 26:4,5 27:7
28:6,7,8,9 29:5,12,
23 30:3,17,21,22
31:23 32:4,10,13,17,
19 33:4,14,17,20,23
34:2,9,10 35:5,8
36:13 37:3,5,18
40:3,8,9,10,15,16
41:15,18 43:9,11,13,
14,22 44:15,16,20
45:1,4,6,9,13,17,21
46:3,7,10,13,16,20
47:2,11 48:6,15
49:5,8 50:3,6 56:21
62:15,22,23 63:11
64:6,8,13,15 65:18
66:6 67:4,9 68:24
70:4,14,16 71:7 72:3
73:19 74:12,13 75:8,
14 77:11,21 78:18,
22 82:5 83:7,8,24
84:10 85:2 86:3,5,12
87:3,9,13,15,24
88:20 89:1,2,4,6,14
90:10,11,13,21
93:11,18,21 95:2,13
96:3,10,12,18 97:12,
20 99:2,6,11,18
100:2 101:2,18
102:24 103:4,17,24
104:5,9,15,19,21,24
105:2,3 106:5,10,17
107:8,22 108:13
109:19 110:8,12,17,
18,21 111:3,7,8
112:5,13,23 113:5,
18 114:8,21 115:6,
10 116:4,13,19
117:7,22 118:23
119:3,6,7,14 120:4,
6,8,14,21,22 121:13,
14 123:21 125:4,9,
15 130:20 131:6,11,
14 132:1,5,10,16,20
133:14,15 134:7,9,
12,17,19 135:3,14,
16,20,23 136:12,13,
14 138:10 139:4
140:16 141:1,2,11
142:3 146:6,13
147:15 149:5,14,18,

23 150:4 151:6,11
152:9 153:3 156:10
159:21 161:14
164:1,24 166:9
169:6,17 170:13,22
171:10 172:21
175:13 179:10
180:4,21 181:19
182:17 183:2,11
187:3,18 188:10,18
189:2,11,13,19
190:1 191:23 192:3
194:22,23 195:8,19
196:1,6,22 197:14
200:12,19,22 201:2,
7,17 202:17 204:3
205:9 206:11 208:24
209:21,22 212:16
213:13 214:6,18
215:20 216:23 217:6
218:14 219:21,24
221:12 222:16
223:6,9 224:2 225:3,
22,24 226:21 227:7
228:6,11,13 231:15,
24 232:14,16 233:4,
6 234:14,23 235:16
238:19 239:4
241:13,16 242:5,18
245:17,23 248:3,5,8,
10,23 249:2,6,24
250:2,23 251:6
ACE's
18:10 26:22 27:1,19
29:8 36:20 37:21
38:6 40:17 41:20
43:4,17 49:17 61:19
63:16,18 69:6 70:3,7
77:2 78:2,13,20 79:2
85:24 87:14 93:1
94:17 98:7 103:12
104:9 105:6 107:3
109:3,8,12 120:10,
14 133:8 146:17,23
147:3 155:19,24
173:19 174:4,5
179:9 191:19 192:9,
16 202:8 205:11
209:24 218:15
219:5,13,18 221:19
223:4 230:3 232:24
233:10 235:4 239:19
240:22 241:14 242:8
245:11 247:18
250:12
ACE-RELATED
134:14
ACE/COD
229:5 243:9,10,14
ACE0001
150:22
ACE0017
225:18
ACE0432
213:7
ACE0433
208:11 212:12
ACE0503
184:7
ACE0550
161:20
ACE0641
228:1
ACE0642
228:20
ACE1001
98:8 143:14
ACE1003
98:13
ACE1004
103:5

ACE1005
109:21
ACE1006
116:2
ACE1013
97:7
ACE1020
117:5,13 121:12
ACE1021
117:13
ACE1022
117:17
ACE1024
117:21
ACE1026
118:1
ACE1029
118:5
ACE1031
118:10
ACE1034
118:22
ACE1037
119:2
ACE1040
119:6
ACE1041
121:12
ACE1059
165:19
ACE1066
148:18
ACE1067
149:16
ACE1100
243:22
ACE1105
248:22
acquire
135:10,11
acronym
47:16 66:9 68:9
action
11:6,11 13:10 14:16
15:5,14
actively
84:10
activities
10:4 100:1
actual
38:12 128:8 132:3
152:20 193:3 194:18
209:4
add
41:12 173:6 219:9
225:2
added
162:21 216:16 219:7
221:2 225:5
addition
130:24 175:22
225:24
additional
85:15 133:2 163:7
164:19
address
6:22 84:23 224:7,22
adds
113:22
administer
76:11
administered
9:24 76:18,22
123:19
administrated
42:18
administrator's
42:6
admission
104:4 110:20 111:2,

3,8 172:16
admissions
110:23 173:16
admitted
110:8
advanced
51:1 116:1
advantage
35:21 61:24
advertise
63:19
advice
99:23
advisory
99:24 100:2,6,11
230:12,16 231:2
246:9
affairs
46:17,20
affect
11:1
affiliated
11:24 58:8 93:23
182:12
affiliation
54:24 59:18 95:12
96:17 99:17 150:1
affiliations
150:4,12
afford
85:18
afternoon
137:16
agencies
76:7
agency
60:7,18 74:24 75:2
94:6,7,10 220:9,15
agree
24:10,11 105:8,16,
19 121:5 126:22
143:19 147:12,17,
19,22 148:2 171:10
173:1 189:18,23,24
232:13 235:18
agreed
20:21 21:2 159:11
209:18 214:5 228:6,
12 234:23 235:22
236:3
agreeing
236:21
agreement
37:15 86:23 87:10
104:7,17 116:22
119:13,20 142:3,22
148:4 156:4,5
162:13 163:19
164:7,17,23 165:19
166:14,17 167:17,18
168:11,16 169:19
173:9 188:12,20
204:15,20 205:24
206:1 207:1 226:1,5,
22 227:5,7 229:4
234:15,20 235:14,
20,24 236:11,12,14
243:9,10,14 244:22
245:3,17,18,23
246:4,14,22,24
247:1,11,15,16,19,
23 248:1,4,11,14,17,
22 249:15 250:22
251:7
agreements
87:4,7 150:2 243:18
agrees
104:18 119:20
ahead
59:7 130:18 166:15
182:23 206:17 218:7

234:8 237:10 251:12
albeit
134:13
alien
198:1
allegation
42:23
allied
66:7,10,17
allowed
140:22 213:20
alternatives
68:15 69:5
Alzheimer's
80:9
American
10:1 75:3
Amicably
159:9
amount
164:24 165:5,6
175:19 214:4 228:24
anastomosis
118:12,24
anatomy
30:5,6 203:6
and/or
228:24
anesthesia
118:24 201:11,17
answering
147:18
answers
24:9,10 44:9,12
128:9,10,12 129:5
161:12
anticipated
101:14
anticipation
176:20
anymore
178:19 185:6
anytime
77:6
aorta
199:20
apparently
205:4 233:18
appeal
70:21 176:14
appealed
70:20
appears
23:3 110:18 201:10
206:4 232:10 243:9
appended
15:13 167:17 245:4
applicable
5:4 83:10
applicants
110:2
apply
250:8
apprenticeship
220:5
apprenticeship-
type
9:18 52:21 53:7
approached
190:16
approval
74:17,23 75:11
91:14,19 157:21
158:12 160:7 163:2,
7,12,17,20,23 164:3
175:18 179:17
183:2,7 210:20
211:13 218:23
234:10 250:15

approve
44:12 76:8 91:23
145:24 158:10
182:24
approved
15:6 31:15 34:12
75:14,17 103:3
221:6 229:24
approximately
5:22 7:23 10:14
19:17 112:4 113:17
114:21 221:18,20
approximation
133:4
April
233:19 237:21
area
9:16 53:5 92:4
108:9,24 136:3
areas
108:11,12,14,23
arguably
202:13
argue
149:12
arms
53:20
arrange
85:12
arranged
135:7
arrangements
159:16
arthroplasty
119:8
Arthur
98:22,23
ascertain
186:16
asks
26:4 40:8 43:13
69:12 228:23
aspects
185:5
assembling
19:22
asserted
15:6
assignment
124:20,24 125:1,3,
14
assignments
116:24 124:2,17,23
129:3,6 130:24
assist
58:19
assistance
130:10 148:20
assistant
8:7,13,19 9:13,14,21
10:9 31:24 35:18
49:22 52:22 53:18
55:1,7,14 56:3,24
57:16,23 58:13,16,
22,24 64:9 65:19
66:4 73:12 74:18
78:20 79:2 85:2
90:14 101:3 104:16
105:3 106:5,11
107:8,13 111:9
117:7 120:7 121:19
132:12 134:9 138:11
139:5 140:11 141:2
151:11 157:2,12,22
163:8,13,18 172:22
173:5,20 177:10
178:8,15 179:5
186:10,19 187:7,14,
15,17 188:1,11,18,
23 190:23 193:16
200:22 216:23



217:12,24 218:15
220:16 249:2
**assistants**
9:3 10:2 52:20 53:23
57:6,7,12 59:13,16
62:3 75:4 111:15
114:23 185:20,23
186:24 187:12
**assisting**
9:16 49:21,24 52:24
53:3,4 54:11,15,19,
20 55:1 56:19 57:22
58:6,9,21 59:19
60:2,4,11,15,22
63:22 64:14 66:18
94:12 215:16 229:22
**associate**
54:17
**associate's**
59:12
**Association**
67:17 68:7
**assume**
6:17 42:22 180:23
196:17
**assuming**
42:24 84:5 144:14
243:5
**assumption**
181:14
**AST**
68:6,9,22,23 69:1
76:2,10,11,19
215:15 216:13,15
219:11 220:12
221:3,7,13,15,21
222:23 223:7,10
**AST's**
219:5,7,14 245:10
**astute**
39:1
**attached**
142:20 143:12,21
146:10 160:19
**attachment**
81:16 146:17 167:17
168:8 183:21,22
233:9
**attachments**
80:24 143:12 144:22
145:14 146:22
147:3,14 243:8
**attempt**
185:12
**attempted**
78:24 79:14 141:11
**attend**
7:13 38:14,22 39:13
57:3,4 65:23 230:12
**attendance**
134:22
**attended**
39:20 182:3 188:5
190:22 230:16,17
231:1 246:9
**attending**
226:2 234:18
**attention**
24:12 26:1 100:18
131:18 138:14 143:8
183:18 208:11
227:24 247:6 248:20
**attorney**
28:1
**audience**
63:22
**August**
14:8
**author**
30:8,9,13,22 33:12,
20

**authority**
140:16
**authorize**
24:3
**authorized**
23:24 24:2
**authors**
31:1,2
**automatic**
224:6
**automatically**
127:6
**autonomous**
57:11
**avenue**
67:2 95:3 131:15
**average**
108:1 109:18
**averaged**
109:12
**avoid**
6:7
**aware**
11:13 14:4,11 16:19
17:8,20 19:16 20:20
29:11,23 34:13 89:9
91:11,13 92:5
137:21 151:3 163:5
164:6 165:16 217:9
218:1 230:7 242:5
250:11,17,20
**awful**
126:2,3

---

**B**

**B-I-C-K-I-N-G**
47:24
**back**
9:6 22:16 32:8 36:1,
21 37:21 38:2 39:21
47:8 52:15 54:9 55:9
57:21 58:22 59:5,10
60:4,18 63:10 81:13
83:12,13 90:8 93:8
109:21 135:9 136:22
138:16 141:21 148:6
156:18 161:11,17
204:2 206:7 212:11
213:7 231:4 236:23
243:7
**background**
112:16 113:1 239:3
**backside**
41:2 117:10
**bad**
170:10 181:8
**bank**
123:12,13
**based**
32:23 128:3 134:22
183:8 187:4,15
223:2,7,10 226:17
228:17 236:2
**basically**
21:13 31:3 36:11
37:7 42:24 54:18
56:16 60:2 61:10
63:19 64:14,24
67:16 85:11 93:22
94:9,11 97:22 99:22
115:23 126:8 128:17
130:13 186:20
191:11 204:1 220:10
222:5 231:9 249:20
**basis**
79:5 95:23 103:14
136:12 179:6,11
226:13 229:22 230:4
**bat**
189:14

**Bates**
27:1,3,9,16,20,21
28:4 81:8 82:3 85:20
98:6,10 172:13
184:7 225:18
243:21,24 248:22
**BB**
169:10
**beds**
191:24
**began**
52:6 184:19
**beginning**
27:20 121:23
**beginnings**
156:13,15
**begins**
137:15
**behalf**
76:19 95:2 140:23
**believed**
214:1
**believes**
26:6 40:10,16 43:9
**benefits**
85:2
**biased**
68:3
**Bicking**
47:22 48:15 49:13
**big**
19:24 108:15,16,21
153:1 155:9 207:14
**bill**
94:12
**binder**
90:2,3,4
**bioscience**
117:8,14
**birth**
7:2
**bit**
35:24 39:20 52:8
55:9 102:10 136:7
207:19 227:15
**Black**
34:22,24 35:8 151:4
153:20 167:23 169:7
184:9,14 208:16,23
212:19 223:21
225:20
**Black's**
225:12
**Blackboard**
24:1 7,22 25:1,9,13,
21 153:2 154:20,22
155:7 159:16 160:9,
17 169:10,15,22
171:5,11 182:16,17,
23,24 183:3,11
**Blackboard's**
183:3,7
**blog**
131:7
**blogs**
131:6
**blue**
213:8
**blurry**
91:17
**board**
9:2 10:1 45:9,12,18,
20 46:3 75:3 91:18,
19 213:5 250:13,14
**bodies**
97:24
**body**
66:16 74:19,20,21
75:21,22 84:24
112:13 114:1,8
232:9

**bold**
24:15
**bolster**
127:24
**book**
30:8
**books**
133:5 246:2,12
**bookshelf**
90:3,6,7
**boss**
140:1,8
**bottom**
27:5 169:5 170:12
174:10 224:1
**bought**
221:16
**bound**
211:10
**bowel**
196:4,6,9 199:21
203:3,13,14
**box**
193:11
**brainwashed**
68:13,14 69:2
**branch**
7:19
**branches**
76:13
**break**
22:14 63:6,7 93:2
96:22 136:17,19
165:10,11 207:21,23
237:11 240:4 242:14
**bring**
56:17 176:16,18
178:14
**bringing**
108:9 215:4 225:22,
24
**brother**
23:4 47:19 137:14
205:21 212:20
**brought**
11:12 18:22 96:10
138:13 176:10 213:4
215:5 225:10 226:23
240:3 241:10 247:5
**budget**
36:10,16 231:5,6,17
232:20,24 233:4
**budgetary**
36:24 37:5,17,20
186:21 249:12
**budgets**
37:9
**building**
133:18,21 179:19
**built**
203:21
**bullet**
148:18 228:22
**Bump**
5:2,6,10,16 6:23
7:11,24 8:5 11:17
12:5,8,17,19 13:4,10
14:7,18 15:12 16:4,
19 17:8 18:4,10,24
19:10,16 20:1,2,16,
20 21:18 22:1,8,22
23:4,11,23 24:7,21
25:20 26:2,13,19
27:2,16 28:15,17
29:2 34:13 36:2,7,22
38:3 43:8 44:1,5
45:14 47:19 49:9,12
50:10 51:6 55:6
63:11,15 66:13
68:16 75:14,20 77:1
78:16 80:16,22

**81:14,15,19,20**
84:10,20 85:1,5,20
86:12 87:8,12 89:7,
14,23 90:5,8,16,18
93:9,19 95:1 97:2,9
98:6,14,15 107:21
109:3 110:7 112:4,
12 114:2 115:6
119:23 121:13 131:3
136:24 137:9 139:12
142:1 143:1,6 144:2,
7,18,19 145:5,10,18,
19 146:11,15,19
147:22 150:15,23
151:4,9,18,23
155:15 157:10
158:23 161:2,7,20
163:5 164:8,15
165:16 167:10,15
168:20 169:3 170:1
171:16,22 174:11
183:14,19 184:1,8,
13 191:11,16,22
194:1 195:16 197:12
204:4 205:6,15
206:10 208:1,5
223:14,19 225:12
226:20 227:6,17
229:9,14 230:7
233:12 237:13 239:2
240:7 241:13 244:4,
14,21 245:12,17
250:11
**Bump's**
23:2,11 46:12 47:1
142:13 143:22 206:5
**bumped**
60:7
**business**
53:1 63:16,18 69:23
93:20 190:17 238:7,
19
**busy**
241:23
**buy**
195:2
**bypass**
76:6

---

**C**

**C-A-A-H-E-P**
66:13
**CAAHEP**
64:18 66:11,15 67:4,
10,13,18,21,23
68:24 69:2 70:5,8,17
71:2,4,12,17,18
72:7,8 73:4,5,11,14,
16,21 74:2,6,10,22
75:22 76:3,5 77:5,6,
7,9,12,16,17,22 98:1
100:12 108:16,17
109:17 149:1,5,14
176:9,14 178:16,19
216:6,18,22 219:11,
18,19 221:6,23
222:1,24
**CAAHEP-
ACCREDITED**
239:23
**Cabai**
34:23 139:13,24
146:21 150:23
151:5,10 154:7
158:16 165:2 175:24
177:5,14 178:2,7
182:2,12 211:22
224:24 225:20
232:19 234:1 239:6
242:20 244:23
245:19 246:23

**Cabai's**
140:4,14 211:12
**calculated**
180:16
**calendar**
103:18 109:4,9,13
**California**
108:19
**call**
50:22 70:23 77:11
85:15 95:6 126:7
131:14 144:23
153:6,18,21 154:15
155:8,15,23 156:6,9
158:23 159:19
170:22 207:21
228:23 237:2,20,22
238:5
**called**
8:10 27:16 30:20
35:17 51:21 60:21
95:7 97:16 168:8
**calling**
135:19
**calls**
126:4 180:8 208:17
209:2 238:11
**Cameron**
154:11,17 169:7
182:8
**campus**
222:10
**cancelled**
230:20
**cancelling**
176:20
**candidates**
172:22
**capability**
120:20
**capacity**
5:3 50:14 186:15
**care**
118:3 181:15,16
215:7
**career**
67:1
**Carthy**
153:11
**case**
14:19 19:7,18 20:4
29:13 30:1 55:19,20
82:8 92:14,15
103:23 136:24
**cases**
66:3
**catalog**
28:14 29:4,6 81:11
83:8,9 85:6,19,24
86:4,11,15,24 87:14,
18,20,24 88:6,9,15,
22 89:16 91:2 97:4,
6,13,17 98:5,7,9,11
107:4 120:14 142:21
143:18,20 146:2
155:17,24 189:7
205:11
**categories**
101:2
**caused**
221:24
**cc'd**
81:3
**cell**
105:13
**center**
51:3 133:14,18,23
134:2,3,4
**centers**
211:11



**central**
51:24

**CEO**
46:11 87:3

**certainty**
41:9

**certificate**
76:23 113:19

**certificates**
112:1,3 113:12

**certification**
8:7,21 9:4 75:9
216:22

**certifications**
8:4,13 10:18

**certified**
8:6,19 9:21 56:23
58:24 59:3 67:5
68:5,24 70:4 74:24
75:14 76:1 149:5,14
172:17,23 173:2
174:3 219:19

**certifying**
74:20,21 75:1,21
76:6,7,12,19 103:1
221:6

**challenge**
122:18

**change**
61:22 110:21 113:8

**changed**
61:23 63:19 65:10

**channel**
241:4

**charge**
31:18,20 32:1 47:10,
20 53:6 140:5 207:9
212:16 215:9 228:2

**charged**
129:22 229:1 232:15

**chart**
174:10

**check**
14:4 166:20 241:20

**Chicago**
108:20

**children**
7:6

**choice**
126:14,15,21 128:9,
10

**choose**
82:9

**chooses**
106:12

**Civil**
5:5

**claim**
18:11 33:3,5 83:4
189:8 239:22

**claiming**
18:5 28:9 29:7,13
30:18 37:6 121:13

**claims**
19:7 29:24 84:1
146:6

**class**
39:14 234:18

**classes**
234:10,11

**classroom**
102:1 152:5 189:20

**clause**
104:14 248:21 249:6

**clear**
90:20

**cliff**
207:10

**clinical**
66:1 101:5 102:4,9

**column**
101:9 174:17,18,21

**combined**
85:1 220:13

**comment**
39:5 69:10,11,20
197:4 198:13

**comments**
213:18

**commission**
66:7,9 168:2

**communicate**
99:24 100:2,8,11,15
230:13,16 231:3
246:10

**common**
247:23

**communicate**
88:3,18 105:4 120:8
125:4 155:16 176:22
177:14 209:21
210:23 232:23

**communicated**
38:20 81:20 88:21
158:13,19 177:21
205:9,14 212:20
241:2,3,7

**communicating**
93:18 155:22

**communication**
80:24 89:2 139:11
154:2,4 240:21

**communications**
11:21 16:4,9,22
17:2,9,13,22 19:16
21:14 25:8,12,15
92:12 97:12 164:15
179:8 181:4,10
237:4 238:22 241:10

**community**
71:5 72:17 250:13

**companies**
95:16

**company**
9:15 17:16 21:12
25:10 53:22 60:11,
21 86:19 94:13
199:4 200:14,17
220:19

**compare**
55:10

**compared**
151:13

**compensated**
95:13

**compensation**
31:17

**competes**
62:6

**competitor**
61:19

**competitors**
190:15

**compilation**
33:6

**compiled**
31:4,11 33:9

**complaint**
13:9,11,24 14:7,16,
19 15:5,14 16:17
136:24 137:2,4
143:13 146:10
160:20

**complete**
105:20 106:1 130:14

**completed**
65:13 110:5

**completely**
176:8 235:8

**completing**
106:18 107:9,13,23

**completions**
174:14

**complications**
118:8

**composed**
205:11

**composition**
114:1

**comprised**
169:15

**computer**
127:7,10

**concept**
94:8,18

**concerned**
68:4 102:12

**Concord**
92:9

**condition**
251:2

**conduct**
21:4 187:6

**conference**
152:9,13,14 153:5,
18,21,24 154:15
155:8 156:6,9
158:23 159:19 160:1
162:14 170:21 191:8
211:6,8 237:19,22
238:11 242:1

**confidential**
81:17,22 82:4,6,10
84:2 87:15 89:4,10
104:9,23 105:6
119:15 120:4,10
146:13,23 155:19
156:1 189:2 205:12
232:20 233:5 248:5
249:3,22 250:2,8

**confidentiality**
86:23 87:4 104:14
142:3 188:12

**confirmation**
246:20,21

**congregate**
134:8,13

**conjunction**
94:2

**connection**
13:12,24 16:7,20
17:22 18:6,11 19:11
20:3 25:21 32:3 47:2
90:12,22 138:15

**considerations**
119:4

**considered**
89:4 147:16 206:1
233:4

**consist**
124:12 130:16,20

**consisted**
46:4 128:5

**consistent**
162:5 175:11

**consisting**
28:13

**consists**
29:3 66:3 162:24

**consortium**
38:17 78:16,17,23
90:13,23 142:22
147:21,24 148:4
156:3,23 157:12,17
159:14 162:13
163:19 164:1,7,17,
22 165:19,21
167:16,18 168:1,10,
16 169:21 171:12
175:13 206:2 231:21
235:13,14,20,24

**108:3 121:18**

**completions**
174:14

**243:9,14,18 244:22
247:23**

**consortiums**
78:19 79:1,16 83:14,
17 84:11 141:12
247:20

**constitute**
29:24 30:18

**constituted**
26:6 40:3 84:2

**constitutes**
37:6 146:7

**construed**
188:7

**consultant**
71:22

**contact**
125:14 132:4 146:20
147:1

**contacted**
96:10 136:12

**contacting**
95:2 159:16

**contained**
32:24 34:6
119:14 120:3,9

**container**
199:12,13,14

**contemplated**
163:19

**content**
158:11 172:3
218:19,20

**contents**
145:20,21

**context**
16:5 213:17

**continue**
173:14 226:17

**contract**
35:19 38:14 43:14,
21 83:17 94:24
140:16 161:14,24
162:6,10,19,20
165:1 168:1,15
184:22,24 204:18
208:18 209:2,5,10,
18 210:2,7,8,10,11,
14 224:8,23 225:3,6
226:12

**contracted**
141:1

**contracts**
79:9

**contractual**
35:9 225:7

**contractually**
211:10

**contribute**
32:22 34:5

**contributes**
33:8

**contributing**
32:19 33:20,23

**conversation**
12:10 79:13 88:9
152:17,21,24 154:6,
21,23 156:20
157:10,15,20 159:7
169:16,20 171:5
177:18,19 211:2,18,
20,24 212:15

**conversations**
25:2,6,19 79:4 81:5
83:22 160:16 164:20
182:20

**convert**
186:18,22

**convicted**
10:20

**convincing**
236:15

**cooperation**
20:1

**copied**
137:8 225:19

**copies**
89:15,22 225:22

**copy**
110:3 167:24
221:10,16 240:18
245:6

**copyright**
32:13 33:17 83:2,3,
10

**copyrighted**
82:23

**copyrighting**
83:4,6

**copyrights**
32:5,6

**core**
215:15 216:5,10,15,
16 219:11 220:12
221:7,15,18,19,21
222:22 223:7,10

**corporate**
44:14

**corpsman**
50:22

**correct**
8:14 27:24 28:2
29:10 48:7 70:6
76:20 85:4 90:24
162:15 174:7 182:4
200:23 209:12
219:16

**correctly**
13:23 90:19 97:5
114:20 123:6,9
171:24 175:2 186:4

**correlate**
212:9

**cost**
36:12 85:18 157:2,4
231:13

**counsel**
11:18,22,23

**count**
19:19 72:24 102:5

**counted**
77:9,17

**Counting**
49:10

**country**
61:11 100:17 108:14
150:13

**counts**
134:16

**couple**
51:17 99:8 102:18
108:20 150:21

**courses**
108:18

**coursework**
131:10,19,21

**court**
6:3,8 13:1

**cover**
38:11 72:8

**covered**
38:12 126:23

**create**
34:12 134:21
187:16,24 215:17

**created**
195:1,10 196:2
231:7,9 248:23

**creating**
216:11

**106:14,17 107:7,12,
18 150:1**

**clinicals**
150:2

**clock**
101:8,11,13

**close**
16:13 64:16 109:6
189:9 243:6

**COD**
20:9 26:5 36:16
40:9,15 41:15,19
42:15 43:10,11,15,
22 73:16,20 78:15,
24 83:18 93:19
139:13,23 140:4,8,
14 147:1 152:9,17
157:15 159:1 161:14
173:23 174:2 175:10
179:22 204:3 206:11
214:17,21 217:23
218:1,5,8 229:1
230:8,13 231:7,17
232:14,20,24 233:4,
5,8 237:20 238:14,
23 240:2 241:14,16
246:18

**COD's**
74:9 174:2 245:8,10

**collect**
214:7

**collection**
117:2

**college**
11:12 16:21,23
17:10 21:15 34:15
35:10 40:4 58:23
59:2 72:22 73:3,10
78:17 79:11 86:7
91:13 92:15 101:20
111:12 134:3 137:14
138:10 139:18 142:4
146:12,20 147:13
148:1 154:3,8
155:16,19 157:10,21
159:21 162:7,18
163:1,6,11,16,17,21,
23 164:8,9,16
165:18,23 167:19
176:11,23 177:1,2
179:3,4,9,10,19,23
180:5,12,13,21
181:5,11,20 182:12,
22 185:4,17 190:22
191:3,17 204:21
205:10,22,24 206:20
207:11 208:17,23
209:1,10,15,23
210:12 212:15,16
213:13 214:5 216:20
217:5,6,10 218:12
226:5,21 227:8
228:6,11 229:21
232:23 234:15,24
235:17 236:3,20
237:5 239:5,18
242:6,9,12 245:23
248:13,18 249:2
250:1,13

**colleges**
71:5 72:17 73:15,16
79:14,19,24 83:15
84:1 89:13 90:9,12,
22 91:12,15,22,23
92:10,16 140:19
141:10 232:5

**Colorado**
7:12 52:19,24 53:3,18
54:10,15,19,24
57:21 58:8 59:18
60:3,10,15 132:17



creation
187:20 199:4
credential
74:16,19,20
credentials
10:11 64:3 151:1
credit
73:15 101:18,20
230:7
credits
101:9,12,17 102:6
crime
10:21
criteria
225:1
CSFA
8:17,18 9:5,9 10:10
76:24 77:3,23 78:3
222:7,12
CST
8:10
cuff
197:20
current
30:6 32:9 189:16
226:18
curriculum
28:13 29:3,6 31:22
75:10 97:6,14,21
98:3 99:21 117:1,2
143:18,21 155:18,24
158:10 163:1 205:10
215:16,20 216:5,10,
11,15,17,21 217:4,5,
7,11,24 218:2,5,9,
13,14 219:5,6,7,8,
12,14,15,18,21
220:5,11,12,21,22
221:1,3,7,13,14,15,
18,19,20,21,22
222:15,20,23 223:1,
5,6,8,9,10 245:9,11
248:23 249:1,11
250:12
curriculums
245:7
custom
154:24 247:18
customer
46:22
customized
155:5
cut
56:12 207:18

D

damages
18:10,13
Dan
5:2 212:14 244:4
dangling
176:4
DANIEL
5:10
database
112:20
date
7:2 23:18 43:14,21
45:6 49:1,4 77:24
78:5 99:7 152:20
159:24 161:13,24
162:1 181:23 182:19
209:20 212:3,23
223:21,23 250:18,19
dated
223:23 227:23
241:12 244:7
dates
34:20 132:13 152:11
164:13

daughter
12:20
DAVIS
15:16 19:2 26:16
27:10 28:2 29:16
69:12 73:13,20,24
80:10 84:16 92:22
93:4 133:17 134:1
136:17 137:4 141:3,
5,14,18 157:3 167:1,
6 173:22 178:3
180:8 189:3 190:6,9
194:7 196:11,15
198:19 206:12,17
214:22 215:1 217:21
220:1 243:19,23
244:4,7,11 245:6,10
250:24 251:4,8,11
days
192:20 193:3
deal
41:2 140:20 213:9,
10,21
dealing
154:19,22
dean
140:9,10,11 153:9
December
43:17,22 152:15
159:20,24 161:15
162:1,7,17 163:8
164:14,17 209:11,22
211:4 212:1,5 238:2
decertified
77:12
decide
37:8 67:9 183:8
decided
53:10,11,18 62:5
114:11 226:17
decision
174:2
decisions
140:22 171:7
declined
70:3 79:20
decrease
173:4
decreased
69:21
defendant's
172:13 174:9
defendants
11:13 16:20 29:15
define
134:1
degree
58:23 59:2,12,14
111:22 112:2 115:22
176:11
deliver
34:23 246:11,13,19
delivered
246:3,4,6,7,8,16
delivering
247:7
demonstrate
9:12
demonstration
192:22
Denver
6:24 9:16 14:22 38:4
52:19 53:5 133:9
136:3 182:3 220:18
dep
150:20
department
47:6 153:9 166:12
204:19 210:16,17,20
211:13 226:15,24

depending
101:24 129:22
depends
77:4
deposed
5:15,18,20 11:5
deposition
5:2 11:17 12:3,4,22
13:4,9,13,17,19 14:1
16:8,10 18:7,11,24
19:12 20:16 22:1
26:13 28:17 36:2,7
39:21 44:1 80:16,23
143:1 144:2,7 145:5,
10 150:15,20 151:18
161:2,7 165:22
167:10,15 168:20
170:1 171:16,21
183:14 184:1,6
191:11,16 204:4,9
205:15,208:1,6
223:14,19 225:12,17
227:17,22 229:9,14
233:12,17 237:13,18
240:7,12 244:14,21
245:12
depositions
6:3
depth
12:6
describe
8:3 36:8 55:6 63:15
81:7 128:5 132:24
136:7 192:7,8
194:13
describes
81:11
describing
67:14 103:7
description
58:14 186:2 192:10
202:14
designation
116:1
desk
192:21
detail
218:18
details
12:12 168:19
determine
187:4
develop
219:21,24
developed
215:20 216:9
220:21,24 223:6
development
221:1
diagnosis
30:7 32:10
difference
75:20,23 93:19,21
101:11 115:14,16,19
122:19 185:22 186:1
206:22
differently
218:19
diploma
110:3,4,9,11
direct
24:12 26:1 100:18
143:8 154:3,5
183:18 208:10
227:23 237:4 248:20
directed
131:18 224:3
direction
60:11
director
46:11 98:24 99:2

140:1,4,18,21
directors
45:10,12,18,21 46:3
disclose
104:18 119:21
disclosure
250:10
discovered
213:2 216:21
discovery
5:2 24:18
discuss
5:24 11:4,7,16,22
39:19 44:14 78:13
110:16 123:15
134:8,14 136:16
137:17 145:20,21
228:24
discussed
12:11 19:14 119:19
138:5,21,24 141:11
152:23 154:20
156:5,22,23 159:13,
20 160:2,9 162:13
165:4 213:3 229:19
232:5 235:6
discussing
85:1,8 152:7
discussion
22:12 29:18 33:9
36:9 80:14 93:5
131:3 148:8,10
153:1 155:8 157:1,
20,24 158:3,5,6
159:5,22 161:22
168:4 171:6,7 179:7,
13,15 180:15 206:8
212:9 219:2 225:4
227:5
discussions
11:21 91:12 93:14
142:2,9 159:17,19
162:16 164:6,10
176:24 179:24
180:11 184:19 204:2
205:22 214:16,21
215:4 226:3,7,9
228:16 232:10
236:23
disease
80:9
dissection
186:11 203:22
dissections
56:12
distance
64:17,22 102:11
222:13
distribution
89:17
doctor
5:20 115:23
doctorate
115:22
doctors
62:4 111:16 115:7
173:15
document
13:20 14:2,10,15,24
15:4,7 21:1,7 22:7,9
24:6 28:3 29:8 36:8,
11 37:7 44:6,10
81:2,7 82:1,3,19,23
84:6 112:22 116:21
117:18,22 143:5,19
144:8 145:11,13
147:23 148:2 171:23
172:1,7,13 173:23
175:3 177:3 192:5
225:18 231:7,16,18
232:1 233:5,18
246:14 247:4,7

documents
15:13 18:10,12,15,
18,19,20,23 19:6,22
20:3,5 26:5,10 40:8,
14 43:9 80:13 92:13
112:11 143:11
246:21 247:3
Doherty
30:10 32:9,24 34:13
domain
250:10
donated
200:20 231:11,12
door
51:23
double
70:11 176:12
download
123:1,5 127:20
downloaded
242:18
drape
186:8 192:12
draping
200:7
drawer
90:1
drive
6:24 242:19,20
due
5:3
duly
5:8,11
dummy
193:8
Dupage
11:12 16:21 17:10
21:15 34:15 35:10
40:5 72:22 73:3,10
78:17 86:7 92:15
137:15 138:11
139:19 142:4
146:12,20 147:13
148:1 154:3,8
155:17,19 157:10,21
159:21 162:7,18
163:6,11,16,24
164:9,16 165:18,23
167:19 176:23 177:1
179:4,10,19 180:5,
13,21 181:6,12,20
182:13 185:17
204:21 205:10,23
206:21 209:10,23
210:12 212:15
213:13 214:5 216:20
217:5,6,10 218:12
226:5 227:8 228:6,
12 229:21 232:23
234:15,24 235:17
236:3,20 237:5
239:5,19 242:6,9,12
245:24 248:13,18
250:1
Dupage's
190:23 191:3,17
duties
46:19 47:1 53:2
99:16

E

e-mailed
136:13 244:23
e-mails
16:14,17 18:1 20:9,
22 21:3,10 208:8
223:23
earlier
10:12 50:10 97:10
103:8 140:24 141:11

140:1,4,18,21
161:10 162:11
169:14 182:1 209:8,
9
early
152:14
East
6:24
edition
235:13,20
editor
30:24 32:19 33:23
educated
113:6
education
7:11 58:3 66:7,10,17
74:19 110:5
educational
58:5 74:16
effect
100:12 209:6
211:12,17
effectively
64:15
efforts
19:10
elaborate
67:24
electronic
87:22
electronically
86:12 87:18 88:1
eligible
77:2,23 78:2,5
102:24
eliminate
70:23
email
15:15 16:3,9,14,22
17:2,9,21 19:15
20:6,11,21 4,10,14,
16,20 25:11 80:23
81:2,4,14,16,20
84:21,24 87:24
88:22 89:2 92:12
125:7 131:16,17
132:5 135:20 137:9,
11,13 139:8,21
142:12,13 143:12,22
145:16,19,20,21,22,
24 146:2,5,9,14,15,
19,22 147:2,3,18
150:22 152:7 160:19
161:8,18 162:2
167:23 169:2,6
170:6,8,13,17,18,20,
23,24 177:22 183:20
184:6,9,14 185:2
204:10 205:3,6,20
206:3,5,8 208:7,12,
13,15,19 213:23
214:12 215:13,14
223:18 214:12
215:13,14 223:20
224:1,2,4 225:19,20
227:10,22,24 228:21
229:16,17,18 230:23
232:9,18,23 233:9,
18,21 234:1 235:5
239:14 240:16
241:12,20 242:13,15
243:8 245:4 247:2
emails
16:6 158:20 171:14
employ
155:10
employed
23:15,17 48:6 52:3
89:2 94:11,16 95:20
125:15 209:6



**employees**
35:15 49:8,11 50:3,
5,8 86:20,22 87:2,9,
14,17 94:9,10 97:12
109:1 250:23

**employees'**
21:20

**employment**
48:19 52:7 54:23
59:5 62:18 87:5
251:2

**end**
51:10 59:19 62:16
98:9,15 99:6,11
122:7 124:23 149:17
156:19 242:3

**ended**
159:8

**ending**
27:21

**ends**
98:12

**engage**
10:3 153:2

**engaged**
19:11 78:15

**enhanced**
64:23 65:3,7 103:6
129:18,19

**enjoyed**
168:4

**Enlisted**
50:15

**enroll**
103:17 106:8 109:19
110:12 115:13
173:12 176:4 177:10
178:8 218:15

**enrolled**
77:5,15,20,24 78:4
97:20 103:15 108:8
111:20 113:5 114:21
115:7,11 129:16

**enrolling**
70:10

**enrollment**
69:6,24 70:1,3,7
103:13 104:2,11,12
109:4,9 112:6 173:2,
4 174:10 175:10
176:10 177:2 179:11

**enrollments**
174:14 175:12,21
176:12,21

**enrolls**
104:6,16 105:2
106:10 116:19 117:6
119:17 120:6

**enter**
7:20 78:24 79:14
87:19 140:16 141:12
147:24 163:24
188:19 226:21

**entered**
78:18,19 247:22
251:6

**entering**
90:12 142:2 205:23
206:2 247:20

**entire**
30:11 39:7 70:23
103:16 170:9 179:3

**entities**
231:18

**entity**
52:23 248:4 251:10

**entrance**
109:21 110:20

**envisioned**
207:14

**equipment**
201:1,7,8,9,17 202:3

**equivalency**
110:3

**equivalent**
215:17 216:2 217:19

**essay**
126:16,22 127:1

**essentially**
101:2

**esthetics**
204:1

**estimate**
174:14 176:19

**estimation**
109:5

**ethical**
119:4

**event**
208:17 209:1

**eventual**
235:6

**eventually**
51:16 139:17 228:17

**everybody's**
222:4

**evident**
147:7

**exact**
195:20 211:16

**exam**
8:22 9:10,23,24
10:4,7 76:6,9,12,19,
22 77:3,19 78:3,12
103:1 123:10 221:6
222:7,12

**EXAMINATION**
5:13

**examined**
5:11

**exchanged**
204:15

**excited**
79:11

**exclusive**
173:10

**excuse**
21:18 46:24 77:21
78:18 87:24 106:9
180:4 188:23 235:16
240:17 248:8

**executing**
226:4

**exercise**
195:7 196:18 198:9,
10

**exhibit**
13:3,5,9 20:17 21:1,
5,23 22:2,6,22
26:14,16,17,21
28:18,21 29:8 36:3,7
37:4,17,23 44:2,6
80:17,20,21,23
84:14,15,16,17,20
97:2,5 136:23 137:1,
7 142:23 143:2,5,12,
16,17,21 144:1,3,7,
22 145:2,6,10,14,16
146:10 147:22
150:16,20 151:19
152:6 156:4 160:20
161:1,3,7,11,18
164:22 165:20,21,22
166:7,10,19,23
167:11,15,17,20,22
168:21 169:1 170:2,
6 171:17,20,21
183:15,18 184:2,6
191:12,16 204:5,9
205:16,20 206:4,6
208:2,6,7 212:11

**exhibited**
39:1

**exhibits**
15:10,11,13,15,24
26:11 164:22

**existed**
125:9 191:20

**existence**
133:12

**exists**
218:11,13

**expect**
56:14 127:17 190:15

**expected**
36:12

**expedite**
195:15

**experience**
9:12 10:9 32:23
58:21 64:4 75:23
78:14 102:4 111:14
140:17 187:4,16
221:2 224:5

**explain**
54:11

**explained**
89:3

**expressed**
154:24 210:17,19
242:13

**expresses**
143:23

**expression**
213:21

**extension**
71:11,14

**extensions**
78:8

**extent**
20:5 40:20 236:13

**extra**
17:17,20 35:1,3
47:13 54:20 65:6
215:9

**eyepieces**
201:24

**F**

**Facebook**
134:15

**facial**
199:8

**facilitate**
94:23

**facilities**
35:20

**facility**
35:16 212:18

**facility's**
37:9

**fact**
39:8 71:9 158:8
228:17 247:24

**faculty**
98:21 100:22

**fail**
127:17

**failed**
127:15 129:8 224:12
225:1

**fails**
122:20

**failure**
224:7,23,24

**fair**
121:3

**fairly**
15:2 39:1 64:16

**familiar**
16:17,24 17:16 27:8
30:11,14 55:19 81:6
153:12 154:12
195:13 208:20

**familiarize**
203:5

**fancy**
203:21

**fashion**
134:13

**favor**
68:3,14

**features**
65:18 199:9

**February**
67:8 184:9,13
204:10,21 205:6
207:3 212:22
214:17,22 223:22
227:8

**Federal**
5:4

**fee**
36:13 103:7 129:14,
22 215:9

**feel**
124:11

**feels**
124:11

**felt**
226:12

**female**
48:12

**Ferrari**
81:21 84:22

**field**
8:2,5,15 10:10,18
55:17 76:2 186:3

**fields**
66:19

**figure**
127:23 175:6
208:16,24

**figured**
175:16

**figures**
70:9 174:16 175:10

**file**
20:8 90:1

**filed**
13:10 14:8,11,16,20
15:5,14

**final**
123:10 124:9 156:19
228:24 229:7 235:24
244:13

**finally**
51:20 52:1 78:8

**financial**
18:17,19,20

**find**
112:21 129:4 169:8
235:13

**finding**
165:2

**fine**
49:2 60:13 193:1
207:19

**finish**
35:7 69:13 130:18

**five-minute**
12:9

**fizzled**
79:21

**focus**
98:4 142:13

**focused**
206:8

**folks**
151:1 228:23

**follow**
227:11

**foot**
51:23

**forever**
142:7

**forget**
169:8

**form**
31:13 73:14 104:11,
12 133:18 148:3
173:22 175:7,11
177:3 221:17

**formal**
7:10 49:20 220:22

**formality**
210:18,21 211:14

**format**
31:5 89:21 126:10,
12,14 158:11 172:4
179:16 218:21
229:23

**formatted**
218:19

**formula**
102:1,2,3

**formulas**
101:23

**forum**
134:12,15

**forums**
131:4

**forward**
25:3 37:12 159:13
161:23 162:22
208:18 209:2,15
210:3,16 234:7

**forwarded**
233:22

**found**
139:14,17

**frame**
15:24 16:12 93:18

**free**
85:14 94:22 129:11
207:5,11,12

**front**
37:4 112:7 166:6
176:5

**fruition**
96:6

**Frye**
30:16 33:12 34:3,6,
9,14

**full**
38:15 39:15 62:19
114:24 115:1 140:10
142:20 214:2 215:12

**function**
72:12 115:23 203:22

**future**
31:14

**G**

**Gabriel**
47:21,22 48:5,11
49:12

**gain**
42:2

**gained**
67:12

**gallbladder**
203:4,17,18

**gave**
22:23 35:5,8 37:11
40:15 42:4 226:14

**GED**
110:3,9,12

**general**
20:11 117:23 192:10

**Generally**
64:3

**generate**
95:5

**generated**
96:12 130:24

**genitourinary**
118:18

**geographical**
108:12

**Georgia**
108:19

**give**
30:15 82:6,9 120:18
128:18 133:4 151:14
192:10 193:1 216:12

**giving**
152:4 236:7

**good**
61:14 80:8 137:15
161:21 187:22 234:8

**GPA**
122:13

**grab**
97:2

**grade**
122:11

**graded**
42:8 122:10 127:5,6,
8

**grades**
127:4

**grading**
116:3,4

**graduate**
78:9

**graduated**
76:4 77:2,7,17 78:2
111:17 113:19

**graduates**
59:11 76:1,9 176:2
179:1 222:6

**graduating**
77:9

**granted**
41:15

**grasp**
39:4

**great**
43:24 137:16 161:22

**green**
203:16

**grinder**
236:18

**group**
52:20,21 54:17,22
58:7 67:16

**guarantee**
224:14

**guess**
5:24 52:8 109:24
112:7 113:6 114:13
197:10 202:8,23
223:11 238:24

**guesstimate**
178:10

**guide**
123:3 127:21 128:1,
2,4,11,14,17,21,23

**guy**
60:3 61:8 71:21



**GYN**
118:8

---

**H**

**half**
53:17 56:5 58:1,2
69:22,24 70:2
136:15 154:1
**hand**
186:3,7 192:12
196:16 210:14
**handing**
58:18
**handle**
131:24
**handled**
46:21
**hands**
17:17,20 35:2,3
47:13 55:13 196:17
**happen**
42:24 71:24 127:19
129:8 240:5
**happened**
41:22 42:14,19,20,
22 127:15 171:13
176:7 181:18,19
211:3 250:17,20
**happening**
215:19
**happy**
231:1 236:24
**hard**
89:15,22 218:17,20
221:10,16
**harm**
236:10
**head**
6:6 108:22
**headquarters**
132:17 133:9
**heads**
60:8
**health**
66:7,10,17
**healthcare**
35:20
**heard**
247:4
**Heller**
98:22,23 99:13
**Heller's**
99:5,10,16
**helps**
56:1
**hernia**
117:23
**hesitate**
201:13
**high**
7:12,16 110:2,8,11
**highest**
7:10 110:4
**highlights**
39:11
**highly**
67:11,16,20,22 69:1,
2,4
**hiring**
51:15
**hit**
222:3,4
**hits**
222:2
**hold**
179:23 241:22
**hole**
193:6 197:11

**home**
6:22 124:16
**homework**
124:16,19,24 125:1
**Honestly**
207:4
**hope**
113:22
**hoping**
9:1
**hospital**
50:22 51:14,20,22
52:4,7,11,13,18
58:12 60:18 63:21
66:2 84:23 94:15,23
95:4,20 96:10 109:1
114:17 140:20
149:24
**hospital's**
94:9
**hospitals**
35:19 55:4 68:1,2,3,
4 79:9 84:11 93:24
94:19 95:2,6,7
140:20 149:19,22
150:5,9,13
**hotel**
191:8
**hour**
154:1
**hours**
54:8 101:8,12,13,14,
15,18,21 102:8
230:8 232:6
**Houston**
242:1
**HR**
48:16
**human**
199:9
**hysterectomy**
56:9 193:18,19

---

**I**

**idea**
53:24 95:4,12
155:11 197:18
**ideas**
188:9
**identification**
13:6 20:18 22:3
26:15 28:19 36:4
44:3 80:18 143:3
144:4 145:7 150:17
151:20 161:4 167:12
168:22 170:3 171:18
183:16 184:3 191:13
204:6 205:17 208:3
223:16 225:14
227:19 229:11
233:14 237:15 240:9
244:16 245:14
**identified**
26:22 29:4,5 33:12
37:16,18,23 40:2,17
83:15 87:9 153:16
165:20 167:19
194:24 196:23 232:1
**identifies**
104:7
**identify**
26:4 27:1,14,19 40:8
43:14 98:6 111:6
112:12 195:17
**Illinois**
149:20 150:5 250:13
**imagine**
91:1 188:3 204:24
**immediately**
106:9,11

**impact**
173:19 174:4
**implemented**
116:5 221:12
**important**
126:23 171:14
**impracticable**
136:2
**impression**
92:18 206:9 235:21
236:2
**imprimatur**
176:14
**in-person**
148:6
**Include**
174:15
**included**
26:10 200:21 249:18
**includes**
75:11 97:5
**including**
146:21 210:4,5
**income**
85:16 149:8,10
**incomprehensible**
6:15
**incorporated**
44:17 45:6 62:23
63:12
**increase**
69:7
**increased**
69:21
**independent**
136:6
**individual**
5:3 56:24 85:6,8
90:9 192:24
**individually**
32:22
**individuals**
152:8 153:16
**industry**
67:11 74:17 99:22
**inform**
82:2
**information**
32:15,24 34:6 37:1,
5,12,17,21 40:1
43:10 81:17,21 82:5,
12 83:24 84:3 89:4
90:11,21 104:8,9,22
105:5,6,14,16
112:21 119:14,15,21
120:3,4,9,11,23
121:5,9,13 122:4
128:19 131:12 139:4
146:11,16,17,23
147:8,9 148:23
155:20 156:1 158:14
188:24 189:13,24
205:12 248:6 249:4,
11,15,23,24 250:8,9
**informed**
89:10
**initial**
83:22 91:9 148:12
219:23
**initially**
79:24 169:16 219:23
**inquiries**
135:22
**insist**
222:6
**insourcing**
35:17 85:3,16 94:4,
8,17 95:4,12,14
96:11,17
**instance**
42:8 55:21 56:8 59:9

**96:9 175:24 188:5**
207:6
**instances**
11:22
**instant**
121:14
**instigated**
53:11 240:6
**Institute**
60:1,21
**instituted**
17:14 70:18
**instituting**
176:1
**institution**
7:14 67:19,20 71:8,
16 72:4,9,20 74:14
101:19 113:13 141:1
216:21
**institutional**
72:13 73:1 83:6
240:2
**institutions**
71:5,19 78:14,20
79:1 141:13
**instructions**
132:9
**instructor**
124:13 135:14
**instructors**
135:16
**instrument**
55:21 194:23 201:20
202:7,17
**instrumentation**
186:17 187:5
**instruments**
55:13 58:19 186:4,7
192:12 193:12
200:10,19,21
**insulted**
194:6
**insulting**
194:2
**insurance**
94:13 95:16
**integration**
182:16
**intended**
190:2 230:12
**interact**
35:20 193:14
**interaction**
179:3
**interchangeable**
222:19
**interchanging**
222:21
**interest**
33:17 34:2 62:10
75:5
**interested**
53:20 79:24 91:10
94:20 108:10 138:11
**interface**
155:1
**internal**
91:14 163:16,20,23
164:3
**internship**
66:2 101:6 102:9
**interpersonal**
118:23
**interpretation**
110:6
**interpreted**
234:4
**interrogatory**
24:13 26:2,22 28:13
36:20 37:22 38:3

**39:22 40:7,18 43:4,**
13 161:11
**intestines**
203:8
**introduce**
95:9
**introduced**
154:9
**introduction**
98:14
**introductory**
79:5
**invited**
52:19 108:24
**inviting**
53:12
**involved**
154:22 208:8
**involvement**
237:1
**iphone**
121:2
**irrelevant**
164:4
**issue**
90:10 154:20 155:6
215:5 226:10
**issued**
157:11 162:2
**issues**
60:3 72:8 209:1
229:19 241:8
**item**
186:21 195:5,9
198:7
**items**
36:16 195:17
197:13,16 231:5,6,
10,11,17 232:20,24
233:5 249:10

---

**J**

**Jack**
48:4,5 49:13
**January**
67:8 181:17,21
182:15
**Jeanne**
153:11
**Jerry**
61:16
**job**
51:14,21,22 52:1
55:23 58:14 62:17
113:5 186:2 202:13
**jobs**
51:19
**John**
48:1,5 49:4,13
**join**
50:14 52:20 53:12
**joined**
50:10,11 58:7 94:7
**joint**
119:7
**judge**
122:3
**July**
39:20

---

**K**

**K-E-K-O-S**
61:18
**Karen**
137:14,16,22 138:3,
17 139:5,12 140:1,8,
13 141:22 151:5
153:8 161:19 169:7

**170:14,18 182:5**
228:23
**Kathy**
34:23 36:9 38:14
39:19 137:17 138:3,
17 139:5,12,24
140:3,13 141:22
148:15 150:23
151:5,10 153:8
154:7 158:15,16,18
165:2 175:24 177:5,
14,24 178:2,7 182:2,
12 184:20 206:22
207:7,15 210:22,23
212:17 213:14,19
215:6 224:14 225:20
228:9,18,21,23
239:6,9,19 240:6,16,
21 241:1 242:20
244:23 245:18
246:23
**Kathy's**
140:8
**Keith**
12:5,8 14:18 20:1
23:2,4,11,16,23 25:7
41:21 42:12 46:8,12
47:1,19 49:6,12 50:9
79:8 80:7 81:15,19
85:1,5 90:15,16
91:14 92:4 95:1
137:14,22 138:2,6,7,
17 139:3,12 141:23
143:21 144:16,18,19
145:18 146:11,15
150:23 151:4,9
153:19 155:22
157:15 158:24
161:20,21 164:8,15
177:16,23 204:23
205:21 206:4,7
207:8 212:20 213:9,
23 223:21 225:4,21
226:3 227:13,14
230:11,15 233:22
236:6,22 241:2,5,7,8
246:9
**Keith's**
93:24
**Kekos**
61:16
**Kelly**
94:10
**Kevin**
30:15
**kind**
9:17 42:8 51:19
53:11 56:18,22 60:7,
16 62:1 63:22 66:21
69:18 76:6 94:8
101:24 103:6 107:3
122:3 125:19 134:24
140:9 155:3 175:17
186:11 195:7 196:18
213:3 215:5 220:15
236:5 238:16 240:4
248:1
**kinds**
56:21 186:12,13
192:19
**knew**
53:21 140:2 220:20
**knots**
94:18
**knowledge**
19:6 23:1 42:12
49:23 56:18,22
76:16 90:20 91:16
95:1 127:24 187:15
216:14 231:16
243:15



**knowledgeable**
90:10

**Ks**
141:22 148:7

**Kyle**
25:7 34:22,24 138:2,
13,14,17 139:3
141:22 151:4,9
153:20 167:23,24
169:7 177:16 184:9
208:12 209:16
212:19 213:8,9,23
223:21 225:20 226:4
227:13,14 228:21,23
230:11,15 241:5,6
246:9,11,16 248:2

**L**

**lab**
36:13,16 38:5,7,13,
15,22 39:1,16,19
65:24 75:11 101:5
102:2 106:2,12
107:14,17,22 108:3,
9,12 114:11,15
134:21,23 135:5,7,
11 136:16 148:9,15
177:24 179:18,23
180:1,3,6,7,14,17,
18,22 181:6,12
182:3 184:15,20,23
185:1,17,19,20,23
186:5,10,18,19,23
187:7,17,20 188:1,2,
5,11,14,18,24 189:1,
18,19,21 190:2,3,12,
23 191:3,4,6,7,17,
20,23 192:3,9,16,19
193:21 194:2,7
195:19,24 197:2,15
201:18 202:9,18
206:11 207:18
212:17,21 213:15,20
214:13,18,19 215:9,
15 216:5 224:12,18
226:2 229:2 231:6,
16,23 232:20,24
233:4 234:16,21
249:16

**label**
27:1,3,9,16,20,21
28:4 85:21 98:7

**labeled**
81:8,9 184:7

**labels**
98:10

**labs**
117:3 181:3 202:8
228:10,18 231:10

**laid**
38:18

**lamp**
188:14

**language**
209:7

**laparoscopic**
117:19 195:7 198:9,
10 199:2,22 200:10,
17 201:1,9

**large**
133:5 203:3,13,14

**Las**
108:19

**lasted**
153:24

**late**
58:17

**latest**
235:13,20

**law**
83:10

**Lawrence**
51:21 52:4,7,11,13,
18 58:11

**lawsuit**
11:9,14 17:14

**lawyer**
13:20 215:23

**lawyers**
142:7

**lead**
241:9

**leads**
95:5 214:1

**learn**
138:10 192:21,23
202:12

**learning**
64:18,22 102:11
140:13 169:8,20
171:11 183:3 222:13
229:20

**learns**
190:1

**leave**
51:8 72:13 78:11

**lecture**
152:5

**lectures**
151:15

**left**
48:15,20 51:11
52:18 60:8 62:5,15
142:7

**legal**
34:2 35:4 75:5
166:12 204:18
210:15,17,19 211:13
215:18 226:15,24

**letting**
214:14

**level**
7:10 50:23 64:4
110:5 140:22 216:8,
13,14 221:4 236:10

**library**
130:9,12,20 132:16,
21,24 133:5,6,11

**license**
183:12

**licensing**
32:5,10 33:14
205:24

**life**
69:19 203:24 246:6

**ligaments**
56:10

**ligate**
186:13

**ligated**
56:11

**lighting**
192:4 193:9

**limbs**
199:9

**limit**
39:15 173:17 174:2
237:1

**limited**
174:2 180:2

**limiting**
173:1

**list**
37:10 43:1 71:20
128:6 134:18 159:10
231:9

**listed**
111:10

**lists**
98:21

**literature**
189:8,11,16

**litigation**
16:20 17:23 18:6
20:21 28:9 84:1
92:17 121:15 146:6
218:10 243:15
247:12

**live**
14:22 136:2 213:10
236:14

**liver**
203:19

**lives**
14:21 92:4

**living**
54:5

**Lobotomy**
66:22

**local**
51:14

**locate**
93:24 94:19

**located**
89:23 131:1 132:17
133:8 166:23

**location**
134:7

**log**
42:6 117:10

**login**
117:11

**logistics**
131:23

**long**
5:17 10:16 52:3
62:14 77:15 78:4
94:7,21 96:17
153:23

**longer**
48:6 53:1 70:4,14
77:11 238:6,19

**looked**
13:14 14:10 17:7
94:21 192:9,18
235:5

**losing**
176:9

**loss**
109:17

**lost**
69:22 77:21 108:17
109:15 176:8 226:15

**lot**
61:23 80:1 96:6
108:8 126:2,3
180:19 202:20 207:5
219:12,15 230:17

**lots**
71:18

**lower**
236:15,21

**lunch**
93:2 96:22

**M**

**M.D.**
57:1

**M.d.s**
59:15

**machine**
201:10,11 202:7

**made**
14:10 25:15 39:5
53:24 91:11,13
135:21 154:24
156:12 165:16 171:7
178:5 179:22 199:14

**Maggie**
12:21,23 20:1 41:21
42:12 46:8,15,18
49:6,12,19 50:9

**Mailbox**
20:13

**mailed**
242:17

**main**
202:3

**maintain**
147:9 155:3 221:3
232:19

**maintained**
89:15

**major**
171:6

**majority**
108:5,7,17 113:14,
15 136:9 169:15

**make**
26:11 54:5,6,9 55:17
64:16 71:24 106:24
140:22 156:10
192:24 203:19
222:12 224:6 240:5

**makes**
148:20 190:13

**making**
54:7 159:16

**male**
48:12,13,14

**malpractice**
5:19 11:6

**man**
243:5

**management**
169:8,20 171:11
183:4

**manager**
47:7,9

**mandate**
216:15

**mannequins**
199:5,6 201:15

**March**
63:3 75:17 227:23
228:5,12 230:13
232:14 246:10,16

**mark**
26:10

**marked**
13:5,8 20:17 21:1
22:2,5 26:14,20
28:18 36:3,6 44:2,5
80:17,22 85:20
143:2 144:3,6 145:2,
6,9 150:16,19
151:19 161:3,6
166:10 167:11,14
168:21,24 170:2,5
171:17,21 183:15
184:2,5 191:12,15
204:5,8 205:16,19
206:5 208:2,6
223:15,18 225:13,16
227:18,21 229:10,13
233:13,16 237:14,17
240:8,11 244:15,20
245:13

**market**
67:12,14,22 68:17,
19 176:15 220:18

**marketing**
23:9 46:14 47:3
61:9,12

**marking**
27:22

**married**
7:4

**master**
28:14 29:3,6 97:6,
14,21 98:2 116:22
117:1,2 143:18,20
155:17,24 205:11
222:16 223:1

**master's**
115:22

**material**
34:11 65:15 89:11
104:19 105:9,10
123:15,16,22 124:7,
21 125:17 130:7
194:12,14

**materials**
26:5 33:7 37:10
40:9,15 43:9,10 83:5
90:11 105:5 124:18
128:18 130:13
186:17,22 187:6
195:17,20 200:7
202:24 203:1 248:24
249:5,7,9,15,20,21

**matter**
20:23 124:14 183:5
224:17

**MDS**
114:10,23

**means**
229:23

**meant**
155:4 185:8

**meantime**
51:18 166:13 242:1

**mechanics**
121:17

**medic**
50:21

**medical**
8:2,5 10:18 51:3
54:4,6 57:3,4 61:8
62:21 98:24 99:2
110:5,17 111:7,16
112:15 113:12 133:2
154:5 187:10

**medications**
11:1

**meet**
11:18,23 182:2,5,8,
11

**meeting**
12:14 137:17,21,24
138:1,5,16,24 139:6,
7 141:21 142:6
144:13 148:7 154:10
156:7 158:1,7
159:11 160:10,11,
13,14,17,18 225:23
230:13,16,24 231:1,
3 246:10

**meetings**
230:18

**member**
68:7

**members**
45:20 67:19 68:5,22,
23 69:1

**Memorial**
51:21 58:12

**memorialized**
231:11,19

**memorializes**
21:2

**memory**
40:21 212:9

**mentioned**
8:12 11:4 209:20
213:1

**mere**
211:14

**merger**
93:11,13

**messing**
57:15

**met**
138:17 177:24
219:18

**method**
135:20

**methods**
38:12

**metro**
9:16

**microbiology**
117:19

**microscope**
200:1 201:22,24
202:5

**microscopic**
118:11 199:24

**mid-80s**
54:9

**middle**
34:19 100:19 129:11
149:17 150:22 203:8
224:5

**midnight**
142:20

**miffed**
207:4

**military**
7:12,16,19 51:15
58:20

**mind**
22:16 39:8 132:8
180:16 207:15

**minute**
104:4 137:1 208:14
238:5

**minutes**
11:4 19:14

**misdemeanor**
10:21

**missed**
123:2 127:22 128:3,
7

**missing**
240:1

**mission**
56:20

**misstatement**
215:22,24

**mistake**
244:8

**misunderstood**
171:9

**mobile**
191:7 202:6

**mock**
187:6 191:23

**mode**
130:2,4 236:5

**model**
95:14

**modified**
158:11

**module**
117:14,18,23 118:2,
8,11,20,23 119:3,7
121:22,24 123:22
124:12,17 126:6
127:16 129:9 151:11

**modules**
65:1,12,20 103:9
121:18 126:11,21
127:5,9,12 131:12,
13 132:4



mom-and-pop
70:24
monetary
31:17
money
25:21 228:24
monitor
55:16,17 199:23
month
17:5 65:1,4,17 75:18
121:23 122:7 124:9
126:3 129:12 130:7
monthly
103:14 179:11
months
48:21 64:22 71:24
Moore's
30:5
morning
18:23 161:21
motions
194:18
move
36:1 37:12 65:5
116:2 161:23 167:9
198:14 208:18
209:2,15 210:3,16
234:6
moves
194:19
moving
25:3 43:2 159:13
162:22
multiple
31:1,2 126:14,15,21
128:9,10
mutually
173:10

N

N-I-F-A
61:1
names
24:20 79:13 80:5
naming
47:22
narrow
62:5
national
9:2 60:1,15,21 92:7
103:1
nature
63:16,18 178:12
Naval
51:2
Navy
7:21,22 50:11,14,18
51:9,12
NBSTSA
8:23,24 9:11 76:14,
18,22
NDA
247:16
necessarily
123:11 140:19 222:8
231:20
needed
12:14 36:9 42:5
54:21 61:11 88:3
99:23 130:23 163:6
175:17 187:6 217:2
220:15,24 231:22
negotiable
168:19
negotiated
156:18
negotiating
232:15 236:6

negotiations
78:15
network
134:22
nice
194:5,7 203:20
niche
62:7 63:22
NIFA
60:23,24 61:18,19
62:11,14,18 220:8,
11
night
142:18
nine-month
65:13 72:5 129:17
nods
6:5
non-ace-related
231:18 248:4 251:10
non-compete
227:4 246:15,18,22
247:4,11
non-disclosure
87:7,10 188:19
204:14,20 205:2
226:1,4,22 227:7
243:10 245:3,16,18,
22 246:3,14 247:1,
15,19 248:1,3,11,14,
17 250:22 251:7
non-m.d.
57:5
non-nda
246:17
noncompete
226:1,5,22
notes
119:13
notice
5:4 143:24 149:16
169:5 233:24
notified
87:13 132:1 188:24
notifies
104:22 120:2
notify
83:8 120:21 146:21
147:2 233:3,8
November
93:17 137:23
138:16,21,24 139:6
141:21 143:22
147:14 148:6 159:22
160:4,11,19 164:8
210:12
NPS
114:10 173:15
number
28:21 36:21 43:2
79:23 100:16
101:13,15 124:3
129:23 143:9 161:12
165:21 172:14 174:9
180:18 220:4 228:22
numbered
82:4 225:18
numbers
108:6 113:6
nurse
59:14,16 62:3 64:1
111:15 114:6,8,22
115:15,20,21 172:18
186:16 187:2,9
nurses
62:1,2,6 111:13
112:5 173:3

O

object
73:13 133:17 173:22
Objection
157:3 180:8 190:6
206:12
objective
64:17 102:14 216:11
objectives
100:21 116:23
obligations
250:6
observing
130:5
obtain
8:20 9:4 56:24 75:8
76:23 88:9,14 163:6,
11,16 183:2 216:22
obtained
8:4 111:22 113:11,
19 221:14
obtaining
211:13
occasion
129:10
occasionally
79:10
occupational
102:14
occupations
172:15
occur
125:23 160:4,19,21
occurred
93:15 137:22
152:13,14 158:3
162:4 211:9,24
offense
10:22
offer
94:3,20,22 156:10,
12,14,16,19 157:11
209:24 236:8 237:2
239:18 249:21
offered
8:22 9:11,14,15 94:2
100:19,23 134:9
158:24 181:12
offering
63:3 75:16 140:6
230:8
offers
156:17
office
29:14 89:24 90:5
116:15 135:24
officer
46:9,13,16
officers
46:6 49:5
offices
89:16
official
98:2 108:6 110:4
offshoot
220:11
Older
23:6
on-the-job
111:11,20 173:14
on-the-job-trained
113:3
one-page
225:17
ongoing
182:20
online
30:19 31:13 65:12,

19 82:21 88:8,12
103:9 104:21 105:9
106:4,18 107:9,23
108:4 117:18,22
118:1,5,7,11,19,23
119:3,7,18,23
120:23 121:2,22
123:21 126:6,11,21
127:5,7,9,12,13,16
128:2,5 129:9 130:9,
12,20 131:4,7,12,13
132:4 134:11,12,17
135:22 136:5,13
151:2,6,11 152:2
155:14 159:1 187:5
221:8,11 234:11
open
53:14 67:21 168:3
opened
67:1 121:24 124:9
operate
203:7
operating
52:2 55:2,7 57:23
58:2 62:2 64:5
111:13,14 186:15
192:4
operative
200:1 202:5
opinion
190:13
opposed
68:14 114:15
order
34:12 39:16 94:23
158:11 219:10
220:16 229:24
organ
199:11,17
organization
69:4 92:7 131:21
220:18
organizations
70:24 71:19 72:16
organs
193:7 199:19
original
60:5 184:24
originally
149:1 215:21 216:9
orthopedics/legal
119:3
osteopathic
115:7
outer
198:1
outline
122:5
outlined
13:21 21:5
outlines
116:22 222:23
outlook
178:13
outsourced
76:3
outstanding
31:11 32:2
overextended
181:2
owned
53:17 54:18 60:3
134:7
owner
61:4
owners
44:19
ownership
62:10

owns
61:18
Oxford
6:24

P

pages
19:17,19 98:10
paid
25:20 228:13 232:16
papers
31:5,7 42:7
paragraph
102:15 213:24
215:13 224:5 225:21
228:1 250:5,6
parenthetical
248:24
Parrish
12:21 20:1 41:21
49:6,12,19,20,23
Parrish's
46:15,19
part
10:11 19:24 31:9,21,
23 36:14 38:14,22
42:23 72:10 89:19
93:23 122:12 131:20
144:19 145:14
152:14 153:1,10
161:18,19,23 170:9
171:6 175:7 178:11
187:23 190:23
200:22 202:8 206:8
214:2 223:7 225:7
232:22 234:1 235:1
240:15
participants
135:5
participate
25:17 99:24 101:14
180:7
participated
153:7,21 154:13
participating
152:16 190:1
particulars
138:22
parties
20:21 204:16
partner
53:17 54:16 61:8
79:20
partner's
61:15
partners
86:4 247:20
partnership
179:9 181:20 184:16
206:11 228:7,13
229:5 232:16
partnerships
149:19,23
party
111:9,14 231:24
PAS
111:14 114:10
173:15
pass
130:4 222:8
passed
76:22
passes
122:14,20
password
87:19
past
176:2 178:15

patent
116:14
patient
57:13 186:8 192:12
193:8,13,20,21
patients
57:8 191:23
pay
65:6 94:15 95:19
103:8 214:2,6
231:14
people
24:22 47:5 51:15
53:5,12,20 59:6,12
60:6,17 61:24 62:8
67:16,19,22 68:1,5
71:20 78:10 82:2
86:9 88:2 114:14
131:21 134:24
140:18,19,21 150:1
173:11,18 178:17,18
188:10 192:11
220:23 222:10,11
232:3
percent
44:22 45:1 70:4
96:1,3 113:7,20,22
114:4,14 222:7
223:12
percentage
95:23 113:8,17
114:7,9,11 136:11
perceptions
175:20
perform
57:7,13 67:3 94:12
performance
38:13,24 39:1
224:17
period
63:17 65:13 69:7
72:5 74:22 84:9
96:16 100:3 107:7,
11 124:10 125:12,20
131:2,7,9 132:18
133:15 135:2,17
136:4,10 142:11,12
191:22 237:21
periods
16:1
perioperative
115:15 172:18,23
173:3 174:4
permission
31:12 120:18,19,22
person
47:7 55:12,24 82:10,
11 85:12 138:18
152:1 177:23 182:2
193:12
personal
21:9,10,16 90:20
181:18
personally
34:5 182:6,9,13
perspective
105:18
peruse
41:1
Pharmacology
118:17
Phlebotomist
66:23
phlebotomists
66:21,24
phone
12:10 21:12 25:2,5,
15,19 38:19 105:13
125:7,14 158:5,8
164:11 182:20 211:1



physical 132:16,21 133:21 134:6 209:4
physically 179:18 192:17
physician 114:23
physician's 59:15 111:15
physicians 62:3
picked 217:15
picking 212:8
picture 104:11 105:14 121:1 132:7 191:24 195:3 196:19 197:8 202:4
pictures 191:2,17 195:17,18
piece 202:3
pilot 222:5
pink 203:9
place 56:13 89:1,9 129:15 135:4 149:9 166:22 210:3 223:3 234:19 236:11,12
places 219:8
plan 38:20
planes 203:22
planned 39:8
plastic 118:2
play 20:2
pleasure 137:16
Plenty 158:20
point 25:16 39:6 41:4 51:2 53:10 60:9 75:18 85:12 93:9 97:19 139:2,14 140:2 142:6,19 148:11,18 152:11 161:23 172:11 175:4 184:18 185:7,16 204:13 206:18,20 207:16 216:19 217:8 228:5, 22 232:13 234:14,22
pointers 193:2
populating 53:22
popup 104:21 119:23
portion 35:22 40:22 103:13 106:5,14,17,18 107:8,9,12,18,23 108:4 116:7 117:11 121:19 126:16 136:14 148:19 151:6 214:9
portions 117:4 151:2 216:16 221:13
position 23:8,12 47:2 140:9, 19 154:7

positions 139:13,18,23 140:14
possession 162:21
possibility 224:7,23
postgraduate 177:6
postponed 230:19
potential 88:4,5,8
potentially 85:14
Powerpoint 144:11,12
practice 115:24 194:15 196:18 247:18,24
practitioner 115:20,21
practitioners 59:16 62:3 111:15 114:6,8,22
pre-test 122:3,8,10,15,20,21 123:1,14,19 126:8, 18,20 127:12,16
pre-tests 127:5
preferred 41:7,8
preliminary 91:12
preparation 13:16,19 25:2 123:3
prepare 11:17
preparing 13:12 16:7,9 18:6 19:11
present 11:11,23 45:7 64:13 109:14 153:15,17 158:18 211:19
presentation 142:21 144:11,24 148:3
presented 108:12 230:4 243:20
presenting 236:8 249:1
presently 10:24 44:24 50:5
presentment 123:21
president 46:11,14,17,20 47:3 62:19
pretty 34:18 59:10 61:13 109:6,10 130:4 154:17 155:12 162:9 236:24
previous 78:13 89:7 98:24 235:5 240:20
previously 87:9 155:18 206:5 240:23
price 206:22,24 214:13, 17,18 228:7,8,12,15, 16 229:5,8 232:15 234:23,24 235:8,10, 18 236:4,15,21 237:6 244:6
prices 37:10
pricing 166:3,4 232:10

print 105:9 120:16
printout 128:2,5
prior 77:21 78:16,23 106:17 107:9,13 109:17 162:17 164:17 165:2 204:21 205:6 212:22 226:2 244:7
privileges 114:16
privy 209:16
probe 91:9
problem 225:11
problems 222:20
procedure 5:5 56:20 89:1,9 129:15 193:17
procedures 57:8,13
proceed 126:6 139:2 166:18
proceeded 166:13,16
proceeding 226:13
process 20:7,22 21:3 34:19 69:3 74:17 76:16 89:20 91:15,19 95:21 148:13 157:21 158:12 160:7 163:2 175:18 207:14 210:20 234:7 239:24
produce 132:11 216:4
produced 16:22 17:9,21 18:16, 19 19:8,17 20:4 29:12,14,15,23 92:13 172:1 217:10, 23 218:1,9 243:14, 17 247:12
producing 19:23
production 172:14 174:9
profession 112:13
professional 8:3,4 10:17
professionals 110:17 111:7 114:16 174:6
profit 96:12
profitable 94:21
profits 95:21 96:2,4
program 9:17,18 28:14 29:4 31:9,24 34:12 46:11 50:24 52:22 53:7 59:15 62:8 63:3,20, 24 64:9,14,19,20,23 65:12 71:3 72:9,24 73:12 74:2,9 76:1,5, 9 77:2,6,10,14,15,18 78:2,7,9,10,21 79:24 84:7 85:3,6,19,24 86:4,11,14,18,24 87:14,18,20,23 88:4, 6,9,15,22 89:15
proprietary 40:10,16 81:22 189:9,13 249:4,22 250:2

90:14 91:2 97:3,6, 13,16 98:4,7,9,11 99:1 100:19,21,23 101:3,6 102:24 103:3,12,13,16,18 104:6,16 105:3 106:1,4,5,11,15,17 107:3,4,8,13 108:10 111:4,9 114:12,15, 24 115:1,8 116:7,20 117:4,7 120:7,14 121:19 122:17 125:9 127:7 129:17 132:9, 12 134:9,19 135:3, 22,23 136:5,14 138:12 139:5,24 140:4 141:2 142:21 143:17,20 146:2 151:7,12 155:17,23 157:2,22 159:1 163:8,13,18 164:21 171:2 172:3,22 173:5,13,15,18,20 174:3,5,15,16 176:1, 2,4 177:8,9,10 178:9,16,17 179:5 180:21 187:3,18 190:24 200:22 205:10 215:17 216:23 217:12,19,24 218:16 219:19,24 220:6 222:2,3,4,5,7, 1 223:1 224:15 229:21,22 230:3,8 239:8,23 249:2
programed 127:7
programs 58:3,5 66:7,11,17 71:4,20 72:12 73:21 74:18 75:16 91:24 137:18 140:5
progressed 86:9
projected 175:10
projection 175:17
projections 175:20,23 177:2,12
promised 213:11,19
promises 213:12
promulgates 189:12
pronounce 105:22
proof 110:2
property 188:7
proposal 144:19,21,24 147:21,24 148:17 149:4,13 156:12,22, 23 157:17 162:12
propose 148:14
proposed 78:17,23 83:14,16 90:13 157:2 159:14 175:13 179:9 181:20 184:15 228:7 232:16 246:7,8
proposing 93:12

prospect 95:10
prospective 82:17 86:4 88:14,18, 21 89:3 90:22 97:11, 13 247:20
prospects 178:15 183:8
protection 83:10 215:18
protocol 20:22
prove 10:8
provide 24:17 36:10 37:10 53:4,13 55:20 60:16, 19 64:2 78:20 79:2 85:14 110:2 127:22 128:11,14 141:2 158:24 163:7,12,18 174:5,13 179:1 183:9 184:22 200:12,19 247:19
provided 24:10,21 25:1 26:5 40:4,9 43:11 54:20 90:11 95:17 127:13 188:18 189:1 192:5 195:19 196:1 200:12,14,16 222:16,23 249:16 250:1
provided's 248:5
providing 35:18 37:24 179:4
public 250:10
publication 30:13 31:16
publicly 216:24
publish 82:21
published 32:3
pull 182:22 235:24
pulled 123:11,12
purchase 37:13,14 183:11 195:23 200:18
purchasing 183:6
purpose 53:22 202:9 203:4 249:1
purposes 97:23 194:10
pursuant 5:3 227:10
pursue 67:9 82:24 84:10
pursuit 79:8
pushing 94:5
put 27:22 28:1 31:4,12 36:12 37:8 69:5 70:19,20 97:22 100:7 108:18 156:17 162:3 175:10 177:2 187:8 234:19 236:17
putting 163:1 201:14,15 231:22

prospect

**Q**

qualification 225:1
qualified 53:15 111:8 131:22
qualify 64:5,18 77:18 78:12 111:19 172:16
qualifying 76:5
query 112:20
question 6:10,18 15:11,17,18 16:8,11 21:3 24:9 26:19 29:2,21 35:7 37:3 38:2 39:22 40:13 69:12,13 73:9, 15 81:1 89:7 96:8 98:22 116:3 123:18 125:13,16 128:8,10, 15,20,22 130:19 133:24 149:12,13,22 150:23 151:3,8 152:1,15 157:5 164:2,4 167:16 170:11,16,17 171:22 181:9 187:1 189:22 191:5 205:21 207:8 208:14 211:11 212:12 217:1,21,22 222:14 223:24 224:9 228:8 237:18 247:10 249:5
questioning 16:5 83:13 120:13 195:15 240:13,15
questions 6:5,14,15 24:8 92:24 102:18 106:21 123:2,5,8,9 125:2,8, 19,21 126:23 127:21 128:3,7 131:12 132:2 136:13 147:18 150:21 191:19 231:8 245:3
quick 63:6
quickly 208:17 209:1 220:3
quiz 126:8
quizzes 126:5,7,12

**R**

R-E-D-M-O-N-D 48:3
raised 226:10
Ramona 45:14,15,23 46:4 98:18
range 39:7 235:7 236:17
re-format 172:2
reach 132:4
reached 169:19 234:15
read 15:19 21:6 22:18 41:22 102:20 165:13 170:16 208:14 217:16 224:22
readily 187:4



**reading**
22:16 33:7 116:23
124:2,18,21,23
125:3,13,17 128:18
129:3,5 130:23
233:21
**reads**
124:6
**ready**
69:15 102:22 124:11
161:23 209:15
234:2,6
**real**
65:15 69:18 193:19
194:20,21 203:24
246:6
**realm**
70:23
**Reanastomosis**
118:16,17
**rearranged**
218:21
**reason**
21:13 23:22 43:21
54:1 72:23 75:24
79:22 108:7 208:21
243:24
**reasonable**
110:6
**recall**
12:11 14:12,15,18
15:6,9,12,23 17:1
22:9 24:6 25:4 34:17
37:24 40:23 41:17
42:10 44:9 46:7
47:19 48:8,11,18
49:3 50:2 51:5 52:6
65:11 67:4 70:7
71:15 72:3 79:13,23
80:4 81:1,4 86:6
87:6,8,11,12 88:12,
24 89:5,14,22 93:14,
19 108:2 109:3,8
113:4 115:6,10
137:11,24 138:1,2,4,
8,17,20,23 139:3,11,
17 142:1 148:8
152:20,23 153:11,
20,22,23 154:6,11,
21 155:7,21,22
156:2 157:9,14,19
158:20,24 159:3,4,7,
12,18 161:8 162:12
164:15 169:2 170:7
172:6,8,9,11 175:2,
3,6 176:24 177:20,
21 180:12 181:4,10,
17 182:15 183:20
185:8 204:9 205:22
207:13 208:19
211:15,19,21,23
212:19 213:1,12
215:3 221:12,14
222:10 226:7,8
227:10 229:15,17,20
230:6,11,15 233:21
234:4 236:20 238:24
239:2,3,15 240:23
241:13,16 242:4,18,
21 244:8 247:8
248:12,13,16 250:19
**receipt**
198:12
**receipts**
35:23 95:15
**receive**
31:16 32:4 88:5
95:15 96:3 97:12,14,
21 104:8,19 105:6
116:20 117:7,9,11,
13

**received**
21:8 96:12 98:1
147:14 229:15
233:19
**receiving**
137:11 161:8 169:2
171:14 172:6 183:20
208:19 229:17
**recent**
17:3 59:10 161:17
223:22
**receptionist**
49:14,17
**recipient**
81:15,21 82:14
84:21
**recitation**
6:9
**recognize**
144:8 145:11
**recollection**
6:3 41:19 87:3 93:10
107:20 113:9 114:7
115:3 125:24 138:3
153:6 160:5,21
169:18 178:1 181:18
204:14 205:5 211:7
212:1 226:20 235:18
244:23 245:22 246:5
**recollections**
181:24
**recommendation**
228:2 248:2
**recommended**
71:22
**record**
5:1,7 15:19 22:10,
13,18 27:2 29:16,19
63:10 80:15 93:4,6,8
122:12 136:22
165:13 217:16
219:1,3
**records**
48:17
**recover**
176:8
**recreate**
188:6
**recreation**
128:8
**Redmond**
48:1,18,19 49:13
**Redmond's**
48:2
**reduced**
165:5
**refer**
16:21 196:11
**reference**
123:15,16,22 124:5,
6 133:1 152:12
213:14 249:14
**references**
122:5
**referred**
57:5 123:24
**referring**
30:4 41:24 68:1,6
123:17 128:1 144:17
209:4 224:11 249:6
**reflect**
5:1
**reflected**
175:23
**refresh**
6:2
**refute**
15:23
**registered**
83:3 116:11,13
172:18 173:3

**regular**
101:15 187:9 210:9
**reimbursement**
164:20
**reimbursements**
164:23
**relate**
19:7 72:12 191:20
**related**
16:14 18:12 20:9
35:6 42:21 63:20,21
66:19 127:21
131:10,19,20,23
147:18 158:21
172:14 182:19
213:18 215:5 228:16
231:2 241:21 249:9
**relates**
208:14
**relating**
18:10 35:10 72:8
86:24 87:23 119:24
125:16 164:20 228:9
248:5
**relationship**
21:11 35:4,10,11,13,
23 36:14 38:16 79:9
85:13,16 93:1,20
99:5,10,14,18 135:1
**relying**
165:4
**remain**
107:4
**remained**
64:15
**remember**
5:22 8:8 23:18,19
38:19 47:4,8,21
48:14,24 49:1,15,16
52:12 59:19 60:2
72:7 75:13 80:7 81:5
83:20 95:23 108:22
139:22 142:8 148:5
150:9,14 152:16
154:16 158:2,13
159:18 164:19
165:20,22 170:17
171:24 172:1 175:1,
2 182:18,19 183:24
184:8,11 186:1
211:2,17 226:8,9
229:18 230:19
236:22 237:19,22
238:9,12 242:8,16
247:13 249:11
**remembered**
230:22
**rent**
94:11
**repair**
117:23
**repeat**
15:17
**rephrase**
181:7,8
**report**
31:10 65:22 126:24
127:2 135:8
**reporter**
6:4,8 13:1 28:22
**reports**
31:3,16 32:3
**representation**
149:18
**representations**
179:21
**representative**
34:15 35:1 179:22
237:20
**representatives**
16:23 17:10,11

24:16 25:9,12 41:20
42:15 147:13 152:17
154:3 162:17 176:23
177:1 180:12 181:5,
11 238:14,23
**represented**
178:2,4 209:14
**reproose**
148:14
**request**
21:9 143:9,11
**requested**
15:20 22:19 165:14
217:17
**requesting**
240:21
**require**
120:1
**required**
31:10 59:8 86:23
87:10,19 90:20
104:6,17 119:12,19
188:11,18 216:13
225:22
**requirement**
231:20
**requirements**
63:23 71:15 109:22
110:20,21,24 111:3
**requiring**
36:14
**reread**
29:20
**research**
127:2 128:21 129:2,
6 187:5
**resection**
199:21
**resembled**
199:8
**respect**
19:15 83:13 120:14
154:19 181:19
**respective**
139:18 140:14
**respond**
135:21
**responded**
176:3 208:9
**response**
26:9 97:11 143:13
206:4 210:3 240:16
**responsibilities**
46:19 47:1 53:3
62:17 99:17
**responsibility**
62:20
**responsible**
19:22
**rest**
173:12
**restate**
217:13
**restrictions**
87:22 250:7
**result**
41:8 54:2 67:13
85:17 108:10 172:5
178:5
**retake**
122:6 129:11,13,20
130:3
**reticent**
185:4
**retired**
99:12
**retook**
130:1
**retrieval**
20:22

**retrieving**
20:13
**return**
237:2
**review**
13:11,16,24 14:7,12,
23 15:10 16:6,9
92:11,13,19 99:20
**reviewed**
13:18 14:19 15:4
16:13,16 17:1,13
18:2,4,9,12,17 19:5,
6 204:18 218:5,8
**reviewing**
14:15 15:9,12 44:9
81:1 147:23 170:7
175:3,6 204:10
248:16
**rid**
72:15
**rights**
32:5,10 33:14
**RNS**
172:23 174:4
**ROCHE**
5:1,14 13:7 16:2
19:4 20:19 22:4,10,
16,20 26:17,18
27:13 28:5,20,23
29:1,17,22 36:5 44:4
63:6,9 69:16 73:17
74:4 80:12,19 84:17,
19 92:23 93:7 96:20
97:1 133:20 134:5
136:18,21 137:5
141:7,16,20 143:4
144:5 145:8 150:18
151:21 157:6 161:5
165:9,15 167:3,7,8,
13 168:23 170:4
171:19 174:1 178:6
180:10 183:17 184:4
189:4 190:7,11
191:14 194:8 196:21
198:21 204:7 205:18
206:14 207:2 208:4
214:24 215:2,11
218:4,24 219:4
220:7 223:17 225:15
227:20 229:12
233:15 237:16
240:10 243:21
244:19 245:8,15
251:1,5,9,14
**role**
20:2 46:9,12,15
93:24 94:17 140:4,8
**room**
52:2 55:7 58:2 62:2
64:5 111:13,14
186:15 192:4,18
215:23
**rooms**
55:2 57:24 191:8,9
**rope**
194:16
**roster**
112:15
**routes**
72:18
**routine**
65:2
**row**
174:17,21
**RP-210**
127:1
**rubric**
96:11
**rule**
70:18,19,22 71:1
77:5

**Rules**
5:4
**run**
171:2
**rush**
71:24 72:1

**S**

**S-C**
103:2
**S-I-M-M-O-N-S**
48:4
**SA**
23:4 29:4
**SA-C**
8:17 9:19,22 10:5,13
59:3
**salary**
149:17
**sales**
23:9 46:14 47:3,5,6,
8,9 61:9,12
**salespeople**
47:10,18 88:16
**sat**
16:16 40:24
**satisfactory**
129:5
**satisfied**
207:16
**savvy**
61:12
**scenario**
126:24
**school**
7:12,17 50:19 54:4,6
57:4 59:23,24 60:6,
9,16 110:3,8,11
115:21 155:1
**scientific**
131:20
**score**
122:12
**screen**
105:12
**script**
39:13
**search**
20:9,11 21:2,4,9
**secondary**
7:13
**secret**
28:10 29:5,9,13
33:4,6,10 34:10
37:3,6,18 38:6,8
40:4 105:17 121:6,7,
14 146:17 190:13,
14,19 233:1,10
**secretary**
98:15
**secrets**
18:5 26:6 30:1,18
36:1 84:2 146:7
147:4,16
**section**
98:14,21
**self-employed**
54:19
**self-study**
26:9,21 27:2,19
28:6,7,8 239:2,4,16,
19,20 240:6,19
241:14,17 242:5,9,
11,19 249:11
**sell**
221:9
**selling**
47:11



semester
101:9,12,17 102:5
103:14 229:22 230:4
semester-tiered
179:5
send
35:14 85:5 132:5
239:18 241:14
250:15
sending
81:20 135:19 146:16
147:8 170:18 184:8
233:3 242:4,8
sentence
102:17,18,20,23
110:1,7 137:19
142:17 162:24
172:16 185:3 208:15
213:24 224:21 234:5
separate
174:16 247:3
September
44:18 63:2
series
6:14 152:7
serve
51:2 55:1 58:12
194:10
served
186:14
service
35:16 36:10 46:22
47:11 51:8,12 94:4,
13 95:16 155:10
services
9:16 17:18,21 35:2,
4,13 47:14 51:24
53:4 54:20 60:19
94:1,3 110:17 111:7
155:14 174:6 185:13
187:10
serving
57:23
set
16:15 55:17 107:3
129:2 156:5 157:16
186:3,5,7 191:6,7,8
202:10 221:4
Setting
202:15
settled
228:17 235:8
settlement
235:6
sew
197:11
shakes
6:5
share
61:3 235:4
shared
95:22
shareholder
44:22 45:1,4
short
22:14 60:23 63:7
136:19 165:11
207:23 237:11
shot
105:12
shoulder
14:23 61:3
show
22:5 36:6 44:5 58:17
80:22 142:23 144:1,
6 145:9 150:19
161:1,6 167:14
168:24 170:5 171:20
191:15 192:22 204:8
205:19 208:5 223:18
225:16 227:21

229:13 233:16
237:17 240:11
244:20
showing
13:8 184:5
shows
164:23
shunt
178:17 181:2
shut
130:6
side
42:6 56:11,14,15
193:13,14 196:17
sign
24:1 42:2 64:23
86:23 87:4,10 104:7,
17 119:12,19 165:18
166:9 188:10,11,15
226:2
signature
23:2 166:19,21
signed
23:2 32:6 165:23
166:1,11 244:3,4
248:10,14
signing
42:1 248:12
signs
188:17,22
similar
72:6 120:13 194:16
195:12 196:23
198:16 232:1
Simmons
48:4 49:3,13
simple
116:3 149:22
simply
6:15 10:4 14:13
15:12 16:8 21:3 24:9
26:19 29:2 40:13
73:9 81:3 149:13
197:13 198:11
199:11 205:21
237:19
simulated
186:5 193:4,5,6,21
196:4,6,8 198:23
simulates
200:1
simulator
194:17 199:3,11,17,
22,24 203:5
simulators
197:21 200:3 203:20
sit
40:2,13 43:7 74:5,8
77:2,23 78:2 79:18
80:4 83:23 90:18
103:1 190:20 192:20
208:21 217:3,9
222:11 227:2,6
238:21
situation
135:8 139:16
six-day
38:15 65:23
skill
38:4 39:19 101:4
136:16
skills
56:2,17,22 66:1
106:2,12 107:13,17,
22 108:3,12 118:24
135:10 148:9 184:15
188:23 189:18,19
190:2,3,12 191:20,
23 192:3,9,16
195:19,24 197:2,14
202:8,18 206:10

216:13 249:16
skip
129:19
Skype
152:9,12 160:14,17,
18 162:14 171:4
211:6,8 237:24
238:18
sleep
201:15,16
small
62:7 72:16 114:9,11,
13 203:3,13
SN
127:1
sole
45:3 61:3
Solt
137:14 139:12
140:1,13 142:14
146:12,21 151:5
161:19 162:2 170:14
182:5 209:13,21
212:7
Solt's
140:8 209:13
sooner
65:14
sort
34:2 87:19 104:7,17
111:22 113:12
119:12,20 135:3
188:11,19 205:23
234:20 240:20
sought
143:11
sound
153:12
sounds
57:16 154:12
source
108:15 216:22
space
191:6,10 198:1
speaking
64:3 88:16
special
193:9
specialties
66:5
specific
18:13 22:9 24:6
31:10 33:8 41:19
42:6 66:4 75:18
110:16 112:22
131:20 181:23
197:16,23 198:10
201:8 226:8 229:18
243:16
specifically
36:20 41:17 76:8
201:23 211:15
220:20 227:11
242:24
specifics
109:10 138:8
speculation
180:9 187:22
speed
38:21 39:16 64:24
65:16
spell
5:7 47:23 48:2 61:17
spending
39:9
spinal
119:8
sponsor
72:24
stable
109:10

staff
241:22
stage
91:3,8,18
stamped
165:19 172:13
243:22 248:22
stamps
243:24
stand
8:18 9:19 238:17
standards
104:4 155:4 219:19
standing
193:13,14
stands
55:24
start
60:17 106:16,20
107:7,12,17
started
54:10 58:5 59:23
60:8,20 61:9 62:15,
22 63:3 75:16 93:18
99:19 147:10 206:19
220:24
state
5:6 91:22 92:1
132:23 146:15
149:9,19 158:9,12
160:6 161:13 163:11
170:20 171:1 172:4
175:18 176:20
179:17 185:2 206:6
213:9 215:14 218:23
224:21 228:1
230:1 234:7,9,10
240:18 250:15
state's
163:2
stated
177:6
statement
162:2,22 185:9
210:1 211:12 224:10
states
24:16 92:10 109:24
167:24 168:10
172:15 174:13
189:12 208:16
212:13 248:22 250:6
stating
149:7
statistics
112:7
steal
188:16
step
123:20
stepkids
7:9
steps
11:16 159:12,15
sterile
51:24 186:3
stipulate
202:19
stole
188:14
stomach
196:5,7,8 203:4,10,
15
stopping
142:19
stored
86:12
strategy
72:11
streamline
72:11

strictly
42:21
strike
9:7 12:3 13:22 32:17
70:14 74:12 76:10
82:13 100:5 106:15
110:15 111:18 118:6
120:2 144:20 147:20
167:17 170:23
247:16 248:9
structure
44:15 127:23 166:3,
5 172:2
stuck
166:12 178:21
student
31:12 42:4 46:17,20,
21 65:6 69:24 70:1,3
76:15,21 77:1,20,22
78:1 83:7,8 88:14,21
89:3 97:20 101:14
102:23 103:8,17
104:3,5,6,8,15,17,22
105:2,4,5,8,12,20,24
106:8,9,15,16,20
107:6,7,11,16 110:7
112:13 114:1,8
116:19 117:6,11,12
119:10,11,12,17,19,
20 122:3,6,9,15,21
121:1,21 122:1,14,
20 123:9,14 124:1,4,
6 125:2,12 127:15
128:16 129:8,16,23
131:11 133:14,18
134:2,4 135:6,22
155:1 188:22 189:24
190:4,15 216:12
229:1,5 234:24
235:19 237:6
students
31:4,9,14,15 32:2
39:2 41:3 42:3,7,16
46:23 56:21 68:18,
19,20,23 69:6 70:11
78:6 82:15,16,17,18
88:4,5,8,19 97:11,14
105:17 107:22
108:1,2,8 109:13,18
112:5,8 113:1,18
114:22 121:7,8
126:5 130:10 131:2
132:1,20,22 133:15
134:2,8,12,17,18,20
136:1,2,9,12 155:2,
11,14 172:16 178:5,
8,13,24 179:23
180:1,3,6,14,17
181:3,13 197:14
200:18 201:16
206:20,23 214:8
215:6 218:15 221:5
222:16 230:4,9
study
122:5 123:3 127:21
128:1,2,4,11,14,23
130:7 136:6 240:22
study-what
26:20
stuff
6:6 39:11 71:6
72:13,17 78:11 94:6
151:15 207:6,11
227:1
styled
14:16
subject
31:11 33:8 36:19
83:9 124:13 158:21
168:9
subjective
152:1

Submarine
51:3
submission
176:19
submit
75:10 86:3 88:22
158:9 239:8
submitted
165:1 231:24
subpoenaed
17:24
substance
132:3 149:9
suburbs
108:20
success
221:4
successful
220:16,19,20
successfully
76:21
suffer
118:13
suggestions
168:3
suit
5:19
summer
243:2
sums
25:21
supervise
56:7
supervision
57:9
supposed
15:16 122:2 246:13
surgeon
55:13,18,22 56:1,2,
5,6,7,13,17,19 57:9
186:16 187:2 193:15
202:15 216:12,14
surgeon-like
65:24
surgeons
53:5 100:16 186:4
187:8,11 202:10
surgeries
56:4 67:3
surgery
54:3 56:1,6,18 57:8,
14 58:19 66:20
105:21 117:19,23
118:2,8 119:8 186:6
193:4,5 203:24
surgical
8:7,8,13,19 9:2,3,13,
14,15,21 10:1,9
17:17,21 30:6,11,12
31:23 32:9,23 33:13
35:2,3,18 38:4 47:13
49:20,22,24 50:18,
20,24 52:2,13,14,20,
22,24 53:3,4,18
54:7,10,15,20,24
55:1,7,12,17 56:3,23
57:6,7,12,15,16,18,
21 58:6,9,15,18,22,
24 59:19 60:4,11,15
61:2 62:2 63:21
64:9,14 65:19 66:18
67:17 68:7 73:11
74:1,9,18 75:3 78:20
79:2 85:2 90:13
94:12 101:3,4
104:16 105:3 106:5,
10 107:8,12 111:9,
11,17,19,21,24
113:4,5,11,18 117:7
120:7 121:19 132:11
133:2 134:9 136:16



138:11 139:5 141:2
148:19 151:11
157:2,11,22 163:7,
12,18 172:17,21,23
173:2,4,19 174:3
176:2 177:6,10
178:8,15 179:5
185:20,21,23,24
186:18 187:7,15,16
188:1,11,18,23
190:1,23 191:24
192:13,16 194:18
200:22 202:13
215:16 216:23
217:11,24 218:15
220:16 229:22 249:2
**Surginet**
101:4,5 105:21,24
106:1,4 116:5,9
121:18 136:5 159:1
**surprise**
19:20
**surrounding**
155:6
**survey**
176:3 178:5,11
**suture**
194:12,20,21 202:24
229:2
**suturing**
192:21 194:15
**sworn**
5:9,11
**syllabi**
28:14 29:4 119:11,
13,14,18,24 120:1,4,
8,10,15,16,23 121:2,
6,9,11 146:3 205:11
222:17,19 223:5
**syllabus**
116:20,21,22,24
117:8,13,18,22
118:3,6,7,11,19,23
119:2,7 123:24
142:22
**syllabuses**
117:3 130:17,22
**system**
88:1 116:3,4 163:3
169:9,21 171:3,11,
12 183:4
**systems**
140:21

**T**

**tabbed**
137:7
**Tabitha**
12:17,19 50:9
**table**
176:11 192:19,24
193:12 210:10,14
**takes**
123:14 180:24 183:6
**taking**
10:4,24 53:20 106:1
134:19 224:13
241:8,9
**talk**
16:3 63:11 85:21
104:4 121:17 159:10
**talked**
160:6 207:9 237:23
244:8 246:1,15
**talking**
13:21 92:16 95:11
100:9 136:6 145:1
160:12,13,14 206:19
213:4 218:22 225:7
234:17

**taught**
67:20 121:22 148:16
180:22 181:6 189:20
**teach**
38:11,22 39:11,17,
18 148:9,13,15
165:4 180:6,13
181:1 184:20 185:4
192:15 207:17
212:17,21 213:20
214:14 215:6,8,9,15
224:15 234:16,21
**teacher**
151:5,10
**teachers**
152:3
**teaching**
38:12,16 39:3,14
53:21 124:13 151:1,
6,10 152:2,3 165:3
181:3 184:15,23
185:1 192:11
206:10,20,22 207:7
213:15 214:13,18,19
220:6 221:4 224:18
228:10,18 229:2
**tech**
8:6,8 32:23 33:13
50:18,20,24 52:2,13,
14 54:7 55:10,12
57:15,18 58:18 59:9,
11 64:1 66:19 74:2,9
111:21 176:2 186:18
202:13
**technically**
120:19
**technique**
192:23 193:2
**techniques**
192:22 193:20
194:15,16
**technologist**
30:12 33:13 172:17
**technologists**
67:17 68:8 173:2
177:7
**technology**
30:12 111:24
**techs**
9:2 58:15 62:2
111:11,17,19 113:4,
5,11,18 172:23
173:14 174:3
185:21,24 186:2
192:13
**telephone**
152:13 153:5
155:15,23 156:20
157:9,14,19 160:1
240:24
**telephonic**
152:16,21 153:18,23
156:9 169:16
177:19,23 238:22
**telling**
53:7 65:22 198:8
230:11
**template**
168:11,15 239:7
**Temporary**
94:10
**ten**
126:3
**tender**
239:4
**tendered**
217:6 248:3
**tenor**
211:16
**tenth**
112:8

**tenure**
58:13
**term**
93:23 94:22 224:24
**terminated**
48:19
**terminology**
115:18 133:3
**terms**
37:14 98:10 104:2
123:21 156:3,4,21,
22 157:4,5,16
159:13 162:6,9,12,
18,20 164:16 166:5
209:23 210:2,6,8
**test**
122:6,18 123:4,12
124:9 128:8 129:9,
11,20 130:1,3,8
**testified**
5:12 24:5 50:10
57:22 86:3 97:10
123:20 161:10
162:11 169:14 182:1
209:8,9 220:2
**testify**
11:2 14:9 86:8
**testimony**
6:9 12:7,16,22 90:19
97:4 171:10 240:19
**tests**
126:8,18,19,20
127:9,12 129:7
**Texas**
108:16
**text**
133:1
**textbook**
30:5,19 31:5,13
32:4,8,11,15,20
33:1,5,11,15,18,21,
24 34:3,7,10 131:1
**textbooks**
28:15 29:11,12,24
30:3,17 34:14 35:8
123:23 130:14
225:23 227:15,16
246:17,19
**texts**
133:2,3
**theft**
188:7
**Theoretically**
105:11
**thing**
6:10 13:18 40:19
42:9 60:5 65:5 66:21
70:20 122:2 142:11
155:13 176:6
182:18,19 201:23
203:16 207:13 209:3
235:12 243:16
**things**
13:21 36:12 37:13
42:7 54:3 56:15 85:8
122:24 139:8 149:7
159:10 186:9,13
192:13 202:20
203:23 231:11,13
236:8 241:10,24
242:14
**thinking**
39:9 231:2
**thoracic**
118:2
**thought**
53:23 54:1,3,5 61:1
67:11,22 69:1,3
141:24 148:12
166:21 209:8 219:22
230:22 236:7

**thousand**
19:17
**thread**
152:7 161:18,19
170:6,8,9 205:20
208:7 223:20,23
225:19 227:23
229:16 232:19
**three-ring**
90:2,4
**threes**
235:15
**thumb**
242:19
**tie**
194:21
**tied**
56:12
**ties**
186:12
**time**
5:17 10:6 15:10,23
16:1,12,16,18 17:3
21:5 23:15 35:5,8,14
47:6 48:20 51:11
52:15 58:1,4 63:12,
16 69:7 70:8 71:10,
12 72:21 74:22
81:12 84:9 87:3 89:1
92:21 93:10,18 94:7
96:16 97:20 99:23
100:3,9 103:18
107:6,11 108:23
109:15 124:10
125:12,20 129:13
131:2,7,9 132:18
133:15 135:2,17
136:4,10 139:20
142:11,12 147:12
148:12 149:4,13
150:7 163:5,10
171:13 172:21 175:4
177:24 184:19
185:16 191:22
204:13,24 209:6
210:9 211:5 212:1,3
213:12 216:19 222:4
226:6,19 228:5,14
230:6 232:14
234:14,22 237:21
241:18 243:3 245:21
246:2 247:5 250:10
**times**
129:23 180:18
**Tina**
49:15
**tips**
128:15
**title**
168:7
**TM**
116:12
**today**
6:9 11:2 12:16 19:12
40:3 44:24 74:5,8
79:19 80:5 90:18
111:4 168:4 190:20
217:3,9 227:2,6
240:19 251:15
**today's**
11:17 12:2,4,22
13:12,17,19 14:1
16:7,10 18:7,11
**told**
52:21 138:4 151:4,9,
16,22 154:7 157:15
179:10 229:7
**Tom**
154:11,17 169:6
182:8 228:24
**top**
20:10 36:16 103:6

108:22 109:22
161:20 170:9 208:13
243:7
**topics**
134:14 155:7
**total**
56:9 119:7 230:7
235:3,4
**touted**
69:4
**track**
112:23
**trade**
18:5 26:6 28:9 29:5,
9,13,24 30:18 33:4,
6,10 34:10 36:1
37:3,6,18 38:6,7
40:3 84:2 121:14
146:7,17 147:3,16
190:13,14,19 232:24
233:10
**trademark**
116:11,14,15
**trademarked**
116:10
**traditional**
94:6 129:17
**traffic**
10:21
**train**
52:22 53:5 56:21
109:1 180:17 186:24
**trained**
111:12,21 173:14
**training**
7:12 9:14,17 35:11,
12,15 40:22 49:20,
24 50:23 53:13,14
54:2 60:6,17 62:1,20
63:20 85:3,9,14,18
94:2,22,24 95:7
101:24 102:2,3
108:15 149:24
187:3,18 194:12,23
195:5,9 207:12
216:9 220:15,17
222:10 224:6
**transcripts**
110:4
**transfer**
84:4
**transmit**
105:9,13 120:16,22
121:3
**transmitted**
83:24 90:21 139:4
210:11 242:11
**transmitting**
146:12
**transpired**
159:23
**treatment**
30:6 32:9
**trend**
130:5
**trick**
113:23 152:19
**trigger**
182:22
**true**
82:20 185:15
**truthfully**
11:2
**tubal**
118:11
**Tube**
132:11
**tuition**
214:3,5,8 235:3,4
**turn**
22:21 27:4 36:15

97:7 98:13 103:5
117:5,17 136:23
143:16 147:21
148:17 149:16
172:12 174:8 228:20
**turned**
94:9 125:18 185:15
225:11 242:16
**tutoring**
135:3,7
**two-handed**
196:19
**tying**
192:21 194:15,18
196:19
**type**
6:6 35:4 95:3 112:12
126:22 187:10
**types**
110:16 111:6 125:21

**U**

**U.S.**
116:14
**Uh-huh**
6:21 11:7 14:14
20:12 26:8 27:6,17
37:2 39:24 43:3
49:18 53:9 70:13
83:16 86:21 96:5
100:4,14 102:19
106:23 111:1 112:24
113:16 114:5,19
122:9 124:22 128:24
146:4,8 152:10
158:7 160:3 163:4
181:22 191:21 196:3
205:8 212:6 228:4
229:3 232:12 233:20
236:1 238:3
**ultimate**
173:4
**ultimately**
19:23 79:20 171:10
217:4 241:14
**unable**
163:18 222:9
**unaccredited**
70:16
**unaware**
147:15
**underestimated**
175:19
**understand**
6:10,16,17 13:23
15:1 16:11 17:24
73:8 90:19 97:4
114:20 133:24 151:8
164:2 189:22 191:10
**understanding**
25:14 39:2 113:24
138:19 140:3,7,15
152:12 163:10,15,22
170:21 171:2 175:12
177:12 179:2 180:20
184:12,17 185:18
195:4 208:22 211:10
212:14,21 246:1
**understandings**
226:18
**unique**
35:17 38:10,13
**unit**
54:21 123:4 126:7,
20 127:8,12 129:7,8
**unnamed**
86:8
**updates**
212:8



upset
213:3
usefulness
99:21
uterus
56:11 199:20
uteruses
198:23
utilize
34:11 94:1 155:2
171:10 183:3 185:12
utilized
155:14 169:21 217:4
utilizes
217:11
utilizing
170:22

---

**V**

vaginal
197:20
validity
99:21
vascular
118:24
Vegas
108:19
verbal
209:5,18 210:1,6,8
verbally
6:5 209:22 210:24
verification
23:24
version
98:2 144:12
vessels
56:10 186:13
vice
46:14,17,19 47:2
vicinity
212:3
video
124:12 135:9
videos
132:11
view
60:10 219:17
Virginia
14:22 92:4
virtual
133:19 134:13
visit
179:18
VP
23:8

---

**W**

wait
65:3 238:5
waiting
182:21
Walk
121:20
walls
240:4
wanted
60:4,14,17 62:5
70:22 72:23 82:12,
22 109:1 114:12
120:17 148:14
155:12 159:10
173:11 178:15
192:23 208:10
224:14 225:2
ways
147:11
website
40:22 41:2,3,5,16,

20,24 42:3,16,18
117:10 149:2,7
151:14 155:5 218:6,
11,13
week
39:10 54:8 180:22
week-long
180:17
well-trained
53:23
whatsoever
34:3
wife
45:15 46:4 98:19
withdraw
73:18
withdrawn
77:8 221:24
wondering
12:13 81:4 110:14
Wood
199:15,16
word
61:13 68:13 243:5
words
16:12 79:8 95:6
135:6 173:10,17
175:19 176:9 211:16
222:21 224:13
work
19:24 56:13 64:19,
20 72:1 95:8 96:6
137:18 172:5 193:6
236:18
workbook
30:21,23 31:21 32:4
worked
51:24 52:14 61:13
working
5:20 10:9 54:8 58:2,
3,5 85:13 99:20
199:23 220:10
works
121:21
worse
188:2
wound
118:3
wrap
240:12
write
31:10 65:21
writing
235:11 240:21,24
written
162:10,12,19,20
164:10 189:15
204:17 210:9 223:1
235:14
wrong
128:16
wrote
31:4 229:21

---

**Y**

Y-E-H-S-S
47:12,17
year
5:22 7:23 10:14
23:19 44:16 53:16,
17 54:8,10 59:20
63:4 75:13 93:15
96:19 103:19 109:4,
7,9,13 114:14
148:20 149:3
174:18,20,23 177:12
178:12
years
10:15 23:21 50:23
51:5,17 52:15 65:11

67:4 99:8 107:2
109:11 111:13
140:18 174:15
YEHSS
47:12 79:10 85:2,10,
13,17 92:12,14 93:1,
11,21 94:1,3,11,14,
24 95:9,19 96:11,18,
21 167:23
YEHSS1484
81:8
YEHSS1495
81:8
yesterday
137:17
younger
23:6,7


