**WITNESS**: KATHERINE CABAI

**Date:** March 14, 2017

## ACE v. COUMMUNITY DISTRICT 502, at. al.
## 1:15 CV 07290

DEBBIE TYRRELL, C.S.R.



**Since 1968**
**METRO**
Reporting Service, Ltd.

**Certified Court Reporters**
*For all your court reporting needs*
*Since 1968*
**www.metroreportingservice.com**

*311 S. County Farm Rd., 2nd Floor, Suite E, Wheaton, IL. 60187*

**630.690.0050** *FAX 630.588.9866*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AMERICAN CENTER FOR            )
EXCELLENCE IN SURGICAL         )
ASSISTING, INC.,               )
                               )
            Plaintiff,         )  Case No.
                               )  1:15-CV-07290
        -vs-                   )
                               )
COMMUNITY COLLEGE DISTRICT,    )
502, et al.,                   )
                               )
            Defendants.        )


        The deposition of KATHERINE CABAI called

by the Plaintiff for examination, pursuant to

notice and pursuant to the Rules of Civil Procedure

for the United State District Courts pertaining to

the taking of depositions for the purpose of

discovery, taken before DEBBIE TYRRELL, a Certified

Shorthand Reporter and a Notary Public within and

for the County of DuPage and State of Illinois, at

2777 Finley Road, Suite 12, Downers Grove,

Illinois, on March 14, 2017, at the hour of

9:30 a.m.

1

2

3    APPEARANCES:

4
           DLG Law Group, LLC
5          (4100 East Mississippi Avenue
            Suite 420
6           Denver, Colorado  80246
            Telephone:  720-361-6036
7           Email:  Mdavis@bknmurraylaw.com)
          BY:  MR. MICHAEL J. DAVIS
8
           on behalf of the plaintiff;
9

10         SCHULYER, ROCHE & CRISHAM
          (180 North Stetson
11          Chicago, Illinois  60601
            Telephone:  312-565-8333
12          Email:  Mtroche@srcattorneys.com)
          BY:  MR. MICHAEL T. ROCHE
13
           on behalf of the defendants.
14
                         *  *  *  *  *
15

16

17

18

19

20

21

22

23

24

```
 1
 2
                              I-N-D-E-X
 3
 4    WITNESS:   KATHERINE CABAI
 5                                          PAGE:
 6    Examination by Mr. Davis               4
                                            60
 7
      Examination by Mr. Roche              55
 8                                          62
 9
10    EXHIBITS:                 PAGE:
11    Deposition Exhibit A       25
      Deposition Exhibit B       13
12    Deposition Exhibit C       19
      Deposition Exhibit D       22
13    Deposition Exhibit F       24
      Deposition Exhibit G       29
14    Deposition Exhibit H       31
      Deposition Exhibit I       32
15    Deposition Exhibit J       34
      Deposition Exhibit K       38
16    Deposition Exhibit L       42
      Deposition Exhibit M       44
17    Deposition Exhibit 9A      45
      Deposition Exhibit N       47
18    Deposition Exhibit O       47
      Deposition Exhibit T       50
19    Deposition Exhibit U       52
      Deposition Exhibit V       53
20    Deposition Exhibit W       54
      Deposition Exhibit Y       54
21
22
23
24
```

```
 1                        (Witness sworn.)
 2                     KATHERINE CABAI,
 3    a witness herein, having been first duly sworn, was
 4    examined and testified as follows:
 5                        EXAMINATION
 6                     BY MR. DAVIS:
 7        Q    Could you please state your name for the
 8    record?
 9        A    Katherine A. Cabai.
10        Q    Katherine, where do you live?  What is
11    your address?
12        A    43W467 Cornwall Drive, St. Charles,
13    Illinois.
14        Q    Are you married?
15        A    Yes.
16        Q    Do you have kids?
17        A    Yes.
18        Q    How many?
19        A    Two.
20        Q    Have you ever had your deposition taken
21    before?
22        A    Yes.
23        Q    When?
24        A    It's been several years ago.  At least
```

1    **ten.**

2        Q    At least ten times?

3        **A    At least ten years ago.**

4        Q    How many times have you had your

5    deposition taken?

6        **A    I recall two.**

7        Q    Have you discussed this deposition with

8    an attorney?

9        **A    Yes.**

10       Q    So if you had your deposition before,

11   there is several things you probably know.  One is

12   that if I ask you a question and you don't

13   understand the question, please ask me to clarify

14   the question or else your attorney will.  All

15   right?

16       **A    Yes.**

17       Q    And you have to answer the questions

18   audibly.  So you can't grunt, grown, shake your

19   head, or anything like that because the court

20   reporter can't take that down.  Okay?

21       **A    Yes.**

22       Q    Is there any reason why you can't proceed

23   with this deposition today?

24       **A    No.**

```
 1        Q    Are you under any medication that may
 2   interfere with your ability to testify?
 3        A    No.
 4        Q    Could you please describe to me your
 5   educational background?
 6        A    I have a Master's Degree in Education.
 7        Q    Where did you get that from?
 8        A    Northern Illinois University.
 9        Q    Okay.
10        A    I have an Associate's Degree in Nursing.
11        Q    Where did you get that from?
12        A    Kishwaukee Community College.
13             I have a Master's Degree in Nursing.
14   Walden University.
15        Q    Where is Walden?
16        A    It is an online institution.  It has
17   satellite offices in Minnesota and Baltimore.
18             I have a Doctorate in Education from
19   Walden University.
20             I have a certificate in Surgical
21   Technology from College of DuPage.
22             I have a certificate in Anesthesia
23   Technology from College of DuPage.
24        Q    Do you have a Bachelor's Degree?  I got
```

1    an Associate's, a Master's.

2       A    I have a Bachelor's Degree in Education

3    from NIU.  I did kind of skip that.  You are right.

4       Q    I didn't think you could go from an

5    Associate's to Master's.

6            Could you give me your job history?

7       A    I spent 25 years in healthcare working as

8    an Operating Room Nurse/Anesthesia Tech/Scrub Nurse

9    for 25 years.  I then became a teacher at College

10   of DuPage where I have been now for 15 years.

11      Q    When did you begin there?

12      A    15 years would be --

13           MR. ROCHE:  2002?

14           THE WITNESS:  Correct.  Actually, I began

15   in 2001 because I started the end of December.

16           I am still working part-time as a

17   Surgical Assistant.  When I started working at

18   College of DuPage, I was still working part-time

19   weekends as an Operating Room Nurse and Scrub Tech

20   for Elmhurst Memorial Hospital.

21      Q    Where do you work part-time as a Surgical

22   Assistant?

23      A    Delnor Community/Cadence Health.

24           I also worked for Elmhurst Clinic for a

1   general surgeon as a private scrub for three years.

2       Q    When was that?

3       A    1989 to '91.  I spent six years at Good

4   Samaritan Hospital, in Downers Grove, as the Ortho

5   Neuro Coordinator and then the day shift Charge

6   Nurse.  And I spent three years at Elmhurst

7   Outpatient Surgery Center as Director of Nursing

8   when the building first opened and for the first

9   three years it was running.

10              I started my career at Little Kishwaukee

11  Hospital, in DeKalb, where I worked six years.

12      Q    What year was that?

13      A    '86.  Graduated from Nursing in 1984.

14      Q    Your Master's Degree or your Associate?

15      A    Associate.  I spent two years at Little

16  Geneva Hospital back when Geneva was still up

17  working Med Surg Floor, ICU and ER.

18      Q    So at the beginning you indicated that

19  you spent 25 years as an OR Nurse, Anesthesia Tech

20  and a Scrub Nurse.  Could you describe the

21  difference between those three?

22      A    I worked for an all RN staff at

23  Kishwaukee Community Hospital for six years.  We

24  had all nurses.  No CST's.  The profession was

1    pretty young.

2           Q     What is a CST?

3           A     Certified Surgical Technologist.  And

4    they are typically the individuals that actually

5    scrub on cases.  Because we didn't have any, the

6    nurses scrubbed and circulated.  We also did not

7    have an Anesthesia Tech.  So in the afternoon two

8    of us Operating Room Nurses were cross trained to

9    also take care of the anesthesia machine,

10   anesthesia workroom, anesthesia supplies.

11          Q     You indicated that you worked as a

12   Surgical Assistant at Delnor.  You indicated that

13   you currently work part-time as a Surgical

14   Assistant at Delnor?

15          A     Correct.

16          Q     And you also work part-time as an

17   Operating Room Nurse?

18          A     Not anymore.

19          Q     Not anymore.  Okay.  You have spent a lot

20   of time in the operating room, haven't you?

21          A     Yes, I have.  35 years now.

22          Q     My wife is actually an OR Nurse.

23                So, for instance, when you -- my sense is

24   that when you began your career, that there were

1    not bright lines between being one kind of a nurse

2    and another.  You could do several different jobs,

3    correct?

4              Let me ask you specifically.  So an

5    OR Nurse and Anesthesia Tech, do you have to have

6    separate training to be an Anesthesia Tech?

7         A    **At that time you did not.**

8         Q    And Scrub Nurse is a step below an

9    OR Nurse.  So if you were an OR Nurse, you could be

10   a Scrub Nurse easily, correct, or is that not

11   correct?

12        A    **I would not say that's correct.**

13        Q    Is there special training to be a Scrub

14   Nurse?

15        A    **Yes.**

16        Q    You received all the training that you

17   need for each one of these positions?

18        A    **Correct.**

19        Q    When you received the training, did you

20   receive the training -- so you have been certified

21   as an Anesthesia Nurse, correct?

22        A    **I have been as of two weeks ago.**

23        Q    Okay.  As an Anesthesia Tech?

24        A    **Correct.**

1    Q    Were you certified as an Anesthesia Tech

2  before?  I'm sorry.  Did you function as an

3  Anesthesia Tech before you were certified?

4    **A    I functioned as an Anesthesia Tech and**

5  **the job description was not nearly like the job**

6  **description is of an Anesthesia Tech today.  We**

7  **restocked carts and ordered supplies.**

8    Q    What are the job responsibilities of an

9  Anesthesia Tech now?

10    **A    Trouble shooting machines, assisting with**

11  **art lines, sanguine catheters, running blood gases,**

12  **that type of thing.**

13    Q    So you know Thomas Cameron and Karen

14  Solt, correct?

15    **A    Yes.**

16    Q    And Karen Solt is the Associate Dean of

17  Health Sciences?

18    **A    Was.**

19    Q    She was.  Right.

20    MR. ROCHE:  We had that discussion

21  yesterday about present tense versus past tense.

22  BY MR. DAVIS:

23    Q    And Thomas Cameron was the Dean?

24    **A    Yes.**

 1      Q    Are you still employed by COD?

 2      A    **Yes.**

 3      Q    What is your position at COD?

 4      A    **I am the Coordinator of the Surgical**

 5 **Assisting Program and the Codirector of the**

 6 **Anesthesia Technology Program.**

 7      Q    I'm sorry.  The Anesthesia -- what are

 8 you for the Anesthesia Technology?

 9      A    **Codirector.**

10      Q    What is the difference between a

11 Coordinator and a Director?

12      A    **Basically the same.**

13      Q    Is the job that you have at COD is it a

14 full-time job?

15      A    **Yes.**

16      Q    So you have all these other part-time

17 jobs in addition?

18      A    **I work occasionally two days a week at**

19 **Delnor or two days a month I mean.  I apologize.**

20      Q    So in 2013 and 2014 Karen Solt was the

21 Associate Dean, correct?

22      A    **Yes.**

23      Q    And you reported to her for programs --

24      A    **Correct.**

1     Q    -- and your job responsibilities?

2     **A**    **Correct.**

3     Q    Tell me what your interaction was like

4 with Thomas Cameron as the Dean.

5          MR. ROCHE:  I am going to object.  Can

6 you be a little more specific?  What do you mean by

7 interaction?

8 BU MR. DAVIS:

9     Q    Was there any reporting responsibility to

10 Thomas Cameron or did you just go through Karen

11 Solt?

12     **A**    **Karen.**

13     Q    You have some exhibits in front of you so

14 we're going to -- these are exhibits that everybody

15 looked at.  Everybody else had a chance so you will

16 get your chance.

17          Let's start by taking a look at Exhibit

18 B.  This is an email dated November 21, 2013 from

19 Keith Bump to Karen Solt.  Copy to Kathy Cabai.  It

20 describes a meeting with you and Kathy -- to Karen

21 and Kathy yesterday to discuss how well our

22 programs would work together.  Do you recall that

23 meeting?

24          (Deposition Exhibit B was identified.)

1    A    Briefly, yes.

2    Q    Could you tell me what the discussion was

3  at that meeting?

4    A    I believe Keith came in to talk to us

5  about possibly having a connection with he and his

6  group so that we could offer a Surgical Assisting

7  Program at College of DuPage.

8    Q    How did you meet Keith Bump?

9    A    I received a phone call from a young

10  lady, in Rockford, Illinois, that asked if I was

11  interested in beginning a Surgical Assisting

12  Program and I said yes.  She made an appointment

13  with Keith and Kyle Black to come out and meet me.

14    Q    Do you recall who that person from

15  Rockford was?

16    A    I do not.

17    Q    What was Kyle Black's position?  What did

18  Kyle Black have to do with this particular meeting?

19    A    I was told that Keith was in charge of

20  the business aspect of ACE Surgical Assisting and

21  Kyle got involved by freelancing these students out

22  once they became Surgical Assistants in the area.

23    Q    So Kyle was like a job placement person?

24    A    He had a company in Rockford that did

1    that, yes.  That is what they did.  As far as his

2    connection with ACE, I am not quite sure what that

3    was.

4        Q    Did Kyle talk about what he did in

5    relation to Surgical Assisting Programs at that

6    meeting?

7        A    He talked about how he freelanced them

8    out once they got jobs and that he had many

9    hospitals that were looking for Surgical Assistants

10   to come in and do work.  He did not get into the

11   nitty gritty of how ACE Surgical Assisting ran.

12       Q    I am curious about what your

13   understanding was of the word freelance Surgical

14   Assistants?  What was your understanding of that?

15       A    A company that when a hospital calls and

16   says we need a Surgical Assistant today from eight

17   o'clock to five o'clock, they will send somebody

18   out to do the cases from eight o'clock to five

19   o'clock.

20       Q    And was it your understanding that when

21   he freelanced these people that they worked for

22   him?  That he would send them to the hospital, but

23   they would work for him?

24       A    We did not get into that discussion of

1    **who did what.**

2        Q    Was that your understanding of what he

3    did?

4        **A    No.  I actually thought he was connected**

5    **with ACE somehow or another.  That the three of**

6    **them were running a Surgical Assisting and Surgical**

7    **Assisting Agency at the same time.**

8        Q    I see.  Okay.  So this email describes a

9    meeting that you had with Keith Bump, which this

10   email followed.  Was that meeting a result of the

11   phone call?

12       **A    Yes.**

13       Q    Where did you meet with them?

14       **A    In my lab at College of DuPage.**

15       Q    So they came to see you at the College of

16   DuPage?

17       **A    Correct.**

18       Q    Attached to this is the ACE Surgical

19   Assisting Consortium Proposal, do you see that?

20       **A    Yes.**

21       Q    This was the attachment that was part of

22   this email, correct?

23       **A    Correct.**

24       Q    Now, in this Consortium Proposal, I want

1  you to turn to Page 4 of the proposal.  They talk

2  about 9 Online Modules.  Do you see that?

3      **A    Correct.**

4      Q    Did you discuss what the online modules

5  were at the meeting that you had with them?

6      **A    No.**

7      Q    Was it important that they taught online

8  in terms of moving forward with this program?

9      **A    I don't understand the question.**

10      Q    Let me ask this.  What was your

11  understanding of this part of the proposal, that

12  they had online modules?

13      **A    At this particular meeting, not much.  We**

14  **didn't really get into that.**

15      Q    Okay.  And what about the 6 Day Surgical

16  Skill Lab?

17      **A    Did not get into that either.**

18      Q    And then the next page is the Benefits to

19  the College.  Did you talk about the Benefits to

20  the College at the meeting?

21      **A    No.**

22      Q    Did you talk about it after you received

23  this email with them?

24      **A    Not really.**

 1    Q    You didn't talk about what the benefits

 2   to the college of having ACE put this program

 3   together was?

 4    A    **No.**

 5         **College of DuPage had been considering**

 6   **putting an SA program together five years prior to**

 7   **this.**

 8    Q    I didn't ask you that question.  I asked

 9   you whether it was -- whether the benefits -- so

10   the answer to the question was your benefits to the

11   college was not important to you?

12    A    **No.**

13    Q    If you look at the last page, the

14   Surgical Assisting Certificate Program.  It

15   describes the financial arrangement where $6,900

16   would be charged and ACE's fee would be $4,400.  Do

17   you see that?

18    A    **Yes.**

19    Q    Did you discuss that?

20         MR. ROCHE:  During the meeting?

21         MR. DAVIS:  During the meeting prior --

22         MR. ROCHE:  At COD?

23         MR. DAVIS:  At COD.

24         THE WITNESS:  It was pointed out to me.

1   BY MR. DAVIS:

2      Q   Did you have any discussions immediately

3  after the meeting in regard to this financial

4  proposal?

5      **A**   **No.**

6      Q   Was the financial proposal an important

7  part of your considering moving forward with ACE in

8  the Surgical Assisting Program?

9      **A**   **No.**

10     Q   Let's look at what's been marked as

11  Exhibit C.  This is from Karen Solt to Keith Bump.

12  This is copied to you and it is dated November 21,

13  2013.  So there is three pages to this exhibit so

14  let's start with the first one.  It says, "Kathy

15  and I met with the Dean this morning and he had

16  several questions".  Do you see that?

17          (Deposition Exhibit C was identified.)

18     **A**   **Yes.**

19     Q   Do you recall what the questions the Dean

20  had was?

21     **A**   **No.**

22     Q   And then Karen Solt says, "Most of which

23  I think we answered".  So do you recall the

24  questions of the Dean being answered?

1          **A     No.**

2          Q     Let's turn to the second page of that.

3     This is from Karen Solt to Keith Bump.  This is

4     dated December 9th.  So this email is -- I'm sorry.

5     Go back to the first page for a second.  I need to

6     just establish some foundation for this.

7               It says, "He would like us to arrange a

8     Skype conference call with the three of us, plus

9     our academic VP".  The "three of us" being Kathy,

10    Karen and Keith.

11              And then if you look at Page 2 of the

12    exhibit, this is from Karen Solt to Keith Bump.  It

13    is dated December 9th.  And it says, "I think our

14    discussion was a great one and we are at this point

15    ready to move forward on our part".

16              Do you recall the discussion that -- the

17    online -- the discussion that you had with Karen

18    and Keith in between the time that the first email

19    was sent and the time this follow-up email was

20    sent?

21         **A     No.**

22         Q     But you were there for the discussion,

23    correct?

24         **A     I don't know that either.**

1       Q     Just for the record, in Page 1, it

2  indicates that Karen Solt was going to arrange a

3  meeting, correct?

4       **A     Correct.**

5       Q     And the second email, it says, Karen

6  says, "I think our discussion was a great one".

7       **A     I don't know what discussion she is**

8  **referring to.**

9       Q     And then after that in the last line, it

10 says, "I am meeting with Kathy later this morning

11 so should have a better idea as to how long it will

12 take".  Do you recall the meeting that you had with

13 Kathy later that morning?

14      **A     With Karen?**

15      Q     Yes.

16      **A     You said Kathy.**

17      Q     I'm sorry.  It says, "I am meeting with

18 Kathy later this morning".  So it is Karen saying

19 "I am meeting with Kathy later this morning".  When

20 she says "so should have a better idea as to how

21 long it will take", do you understand what she was

22 saying in this email about how long it will take?

23      **A     I am assuming she's talking about**

24 **Curriculum writing because of the sentence before**

1    **she mentions Curriculum through the college**

2    **process.**

3        Q    But you don't recall meeting with her

4    that morning about moving forward with the SA

5    Program with ACE?

6        **A    I don't recall the meeting.**

7        Q    Well, this is going to be a short dep.

8            Let's move on to Exhibit D.  So this an

9    email dated December 12, 2013 in which you are

10   copied and this is from Karen to Dan Bump and Keith

11   Bump.  It says, "I'm writing to let you know of the

12   actions on our end relative to the classroom

13   management system issue".  Do you know what the

14   classroom management issue was?

15           (Deposition Exhibit D was identified.)

16       **A    They wanted to use a different classroom**

17   **management system than the one that we use at**

18   **College of DuPage.**

19       Q    Was Blackboard in use at that time at the

20   College of DuPage?

21       **A    Yes.**

22       Q    After this meeting did Keith -- did ACE

23   take steps to implement a Blackboard system?

24       **A    No.**

1    Q    Let's look at the second page of this.
2  This is from Keith Bump to Karen Solt.  It
3  indicates in the second paragraph, "I wanted to let
4  you know that we have setup a conference call with
5  Blackboard for Monday the 16th to find out what we
6  need to do on our end.  We are willing to do what
7  it takes to make it work for you and your
8  students".  Were you aware that ACE had taken steps
9  to implement the Blackboard system?
10   **A    I believe I recall that they were going**
11 **to do some work on trying to figure out how they**
12 **could merge the two systems together.**
13   Q    When you say merge the two systems
14 together, what was your understanding of how they
15 were going to merge the two systems together?
16   **A    That I do not know.  Most of those**
17 **conversations occurred without me.  IT is not my**
18 **thing.**
19   Q    Please take a look at Exhibit F.  This is
20 from Kathy Cabai to Keith Bump dated February 17,
21 2014.  In the third sentence, "I went to Division
22 Curriculum Committee last week Thursday.  Was raked
23 over the coals, but that piece is complete".  Could
24 you describe what it is that you did at the

1    Division Curriculum Committee?

2             (Deposition Exhibit F was identified.)

3        **A      Presented the coursework to the Division**

4    **Committee to get it approved so that it could be**

5    **moved forward to the College-wide Curriculum**

6    **Committee meeting.**

7        Q    How were you raked over the coals?

8        **A      They were not happy about the amount of**

9    **hours, semester hours, that were attached to each**

10   **class and they were questioning whether or not**

11   **there had been approval with an outside**

12   **organization to co-teach this program.**

13       Q    But the Division Curriculum Committee --

14   so did they approve it or pass it or whatever the

15   Division Curriculum Committee does?

16       **A      Yes, it was moved forward to**

17   **College-wide.**

18       Q    Despite their concerns that you're

19   expressing?

20       **A      Correct.**

21       Q    I am going to have you take a look at

22   Exhibit A.  So apparently you're more familiar with

23   this then Karen Solt so I will ask you the

24   questions.  Could you describe what this document

1    is?

2              (Deposition Exhibit F was identified.)

3        **A    Form 20 for Illinois Committee College**

4    **Board.**

5        Q    And is this specifically related to any

6    course?

7        **A    This particular one is related to the**

8    **Surgical Assistant's Certificate.**

9        Q    Did you put this Form 20 together?

10       **A    Yes, I did.**

11       Q    Is the Form 20 -- now along with the Form

12   20, you also have to submit a Needs Analysis and

13   course descriptions, correct?

14       **A    Correct.**

15       Q    Is the Form 20 attached to each one of

16   the course descriptions or are the course

17   descriptions attached to the Form 20?

18       **A    Course descriptions are attached to the**

19   **Form 20.**

20       Q    Where did you get the information for the

21   course descriptions?

22       **A    Off the syllabi I had created.**

23       Q    What information did you use to create

24   the syllabi?

1    **A      The Surgical Technology Book and**

2    **knowledge in my head.**

3        Q      Where did that knowledge come from in

4    your head?

5    **A      Ten years of education and 35 years of**

6    **experience.**

7        Q      Okay.  Did you use any of the textbooks

8    that ACE gave you?

9              MR. ROCHE:  In preparing the Form 20?

10   BY MR. DAVIS:

11       Q      In preparing the Form 20.

12   **A      No.**

13       Q      Did you use textbooks that ACE gave you

14   after the Form 20 to come up with any other

15   information regarding the Surgical Assistance

16   Course?

17   **A      Not really, no.  As a matter of fact,**

18   **those books I am not even using them.**

19       Q      I didn't ask if you were using them.  I

20   asked if you used them at the time.

21   **A      No.**

22       Q      Back to Exhibit F.  It says, "I will go

23   to College-wide Curriculum the first Friday in

24   March.  It will pass there."  When you went to

1  College-wide Curriculum, did it pass there?

2      **A    Yes.**

3      Q    After that then did you submit -- so

4  describe the process to me in terms of so does it

5  go to the Board after College-wide Curriculum?

6      **A    No, it goes to DCC and then CCC.**

7      Q    I'm sorry.  What is DCC?

8      **A    Division College Committee and then**

9  **College-wide Curriculum Committee and then it goes**

10  **to the Illinois Community College Board and then to**

11  **the Board.**

12      Q    Okay.  So when it went to College-wide

13  Curriculum, did it pass through that stage?

14      **A    Yes, it did.**

15      Q    In the seventh line, it indicates, it

16  says, "I need to get to a suture lab.  Perhaps you

17  can give me some dates, times and sites".  Why was

18  it necessary for you to get to a suture lab?

19      **A    Because they had told me I had to attend**

20  **one before we could start the program.**

21      Q    Did you have to attend one?

22      **A    In my opinion, no.  I knew how to suture.**

23      Q    It further says, "I did send your brother

24  an email.  I would like a copy of the book list.  I

1    would like to purchase some books for light

2    reading".  Do you see that?

3        A    I do.

4        Q    Did you purchase the books?

5        A    I purchased some books and some books

6    were given to me by Kyle.

7        Q    Did you read them?

8        A    No.

9        Q    Okay.  Let's look at Exhibit F1.  This an

10   email from you to Kyle Black.  It indicates in the

11   first line, it says, "Can you folks call Karen

12   and/or Tom to discuss the final amount of money

13   that COD will be charged per student with me

14   teaching the suture lab".  Do you see that?

15       A    Yes.

16       Q    Why were you concerned about discussing

17   the final amount of money that COD will be charged

18   with you teaching the suture lab?

19       A    Because we were trying to determine

20   whether or not this would even work with us because

21   of the cost.

22       Q    You knew the cost as a result of the

23   initial proposal that they sent you, correct?

24       A    Nothing had ever been finalized.

1      Q    That wasn't the question.

2      **A    No, I did not know the cost.**

3      Q    The question was you received the initial

4   proposal so you saw the cost, correct?

5      **A    I did see their cost.**

6      Q    Okay.  In Number 6, you say, "I need any

7   potential budget items.  We are currently working

8   on next year's budget and they are due quickly".

9   Do you see that?

10     **A    Yes.**

11     Q    At this time, February 27th, were you

12  planning your budget for next year for the SA

13  Program?

14     **A    I was planning my budget next year for**

15  **all my programs.**

16     Q    Was the SA Program one of the programs

17  that you were planning your budget for?

18     **A    Yes.**

19     Q    So you also indicate, "I informed her

20  that you were working on providing me with

21  textbooks".  What was the importance of having the

22  textbooks in relation to the budget?

23     **A    Nothing.**

24     Q    Why did you mention that in the email?

1      **A**     **Because the email is a list of updates**

2   **one through nine.**

3      Q    Okay.  Let's go to Exhibit G.

4           (Deposition Exhibit G was identified.)

5           MR. ROCHE:  This a new one.

6           MR. DAVIS:  This is a new one so I have

7   copies.

8   BY MR. DAVIS:

9      Q    This is the email sent to you March 13th,

10  where it says, "Congratulations on enrolling in the

11  ACE Surgical Assisting Standalone Surgical Skill

12  Lab".  And you were scheduled to attend on July

13  14th to 19th.  Do you see that?

14     **A**     **Yes.**

15     Q    This was sent March 13th.  Did you attend

16  the lab on July 14th to 19th?

17     **A**     **Yes.**

18     Q    It indicates, "Our objective is to help

19  you achieve advanced skills and knowledge as a

20  Surgical Assistant".  Do you see that?

21     **A**     **Yes.**

22     Q    Had you ever taken a course -- had you

23  ever taken a lab as a Surgical Assistant prior to

24  this point in time?

1      **A     Yes.**

2      Q     It also says, "We have included the two-

3    year Mastery Access with your lab enrollment".

4    What was the two-year Mastery Access?

5      **A     I don't know.  I never got it.**

6      Q     Okay.  Let's go to Exhibit H.  This is a

7    new one, too.  This is from Kathy Cabai to Keith

8    Bump.  This is an email indicating it is written on

9    March 17th.  It discusses the COD program, the

10   credits for the program and ICC just kicked back

11   the first and second course asking for

12   justification.  Do you see that?

13           (Deposition Exhibit H was identified.)

14     **A     Yes.**

15     Q     Is says, "I am reaching out to you folks

16   for help a little.  Can we perhaps come up with a

17   statement stating that these hours are in reason

18   for the amount of time expected online".  Do you

19   see that?

20     **A     Yes.**

21     Q     Did they subsequently provide a statement

22   in relation to the necessity for these hours?

23     **A     No.**

24     Q     So when you say "thoughts" at the bottom

```
 1   and you sent this email, they didn't give you any
 2   of their thoughts on this?
 3        A    No.
 4        Q    Okay.  Were they assisting you in putting
 5   the information that was submitted to ICCB
 6   together?
 7        A    No.
 8        Q    This is Exhibit I.  That is a new one.
 9             (Deposition Exhibit I was identified.)
10             MR. ROCHE:  Okay.  Ms. Cabai, take your
11   time reading the email, the entire email, through.
12   BY MR. DAVIS:
13        Q    Did you read it?
14        A    Yes.
15        Q    Okay.  The email describes the classes
16   passed ICCB and we are ready to go.  Where are you
17   going as you describe in this email?
18             MR. ROCHE:  I am going to object to the
19   form of that question.
20             MR. DAVIS:  She is the one that said "we
21   are ready to go".
22             MR. ROCHE:  The question was where are
23   you going?  I don't understand that question.
24   BY MR. DAVIS:
```

1     Q    What does "we are ready to go" mean?

2     **A    At this point we could move forward, if**

3  **we decided to offer the program.**

4     Q    Okay.  You indicate, "The certificate

5  will be presented in October but because we can

6  offer the first classes without it we are fine".

7  Was it possible at this particular point in time to

8  offer a certificate in October?

9     **A    No.**

10     Q    Why did you say it in this email?

11     **A    I said that it would be presented in**

12  **October.  Meaning the certificate would be going to**

13  **the DCC and CCC in October.  Only the classes had**

14  **passed.**

15     Q    The next line you indicate, "I even

16  received a budget so I am going to begin on

17  purchasing some instruments".  So was the budget

18  that you received for the SA Program?

19     **A    Correct.**

20     Q    And what instruments were you going to

21  purchase?

22     **A    Some laparoscopic instruments that could**

23  **be utilized for both the Surgical Technology and**

24  **Surgical Assisting Program both.**

1    Q    You didn't have those instruments for the

2  Surgical Technology Program prior to this point in

3  time?

4    A    Only a few.

5    Q    But you had to have those instruments for

6  the Surgical Assisting Program?

7    A    I need them for both.

8    Q    But you needed them for the --

9    A    Yes.

10   Q    -- SA Program.  Okay.  I am going to show

11  you what has been marked as Exhibit J.  Would you

12  please review that?

13        (Deposition Exhibit J was identified.)

14   Q    Could you tell me what this meeting was?

15   A    This was an Advisory Committee meeting

16  for the Surgical Technology Program.

17   Q    And who attends this meeting?

18   A    Advisory Committee members.

19   Q    And what are the Advisory Committee

20  members made up of?

21   A    They are made up of clinical sites,

22  faculty, college transfer program folks, college

23  administrators, and a public representative.

24  Students and graduates and people working as

1    Surgical Technologists.

2        Q    On the first page, it says, "Members

3    present".  So could you go through and tell me who

4    these members are and what their function is?

5        A    Kathy Cabai at that time was Coordinator.

6        Q    I know who you are.

7        A    Oh.  Ranzie Wilson is an adjunct -- at

8    that time was an adjunct faculty for the Surgical

9    Technology Program.  Caroline Castro-Arvis was an

10   adjunct faculty for the Surgical Technology

11   Program.  Sheila Moran was an adjunct faculty for

12   the Surgical Technology Program.  Gianna Malloon

13   was an adjunct faculty for the Surgical Technology

14   Program.  Candice Johnson was a Surgical Technology

15   adjunct teacher.  Bonnie Kischer was the Manager of

16   the East Surgery and Endoscopy at Central DuPage

17   Hospital.  Cory Lester is the Central DuPage

18   Hospital East Surgery educator.  Sharon Dillon is

19   the clinical educator from Good Shepherd.  Barb

20   Malec is the educator for Edward Hospital.  Kathy

21   Finan is the College of DuPage A&P instructor.

22       Q    And then in the next line it talks about

23   College of DuPage administrators/staff present?

24       A    Correct.

1     Q   Are those different people then above?

2     **A   No.**

3     Q   You were the facilitator for this

4 meeting, correct?

5     **A   Correct.**

6     Q   This is a copy of the minutes of the

7 meeting, correct?

8     **A   Correct.**

9     Q   So this meeting was held on March 20,

10 2014, correct?

11    **A   Yes.**

12    Q   How often did you have these Program

13 Advisory Committee meetings?

14    **A   College of DuPage mandates we have them**

15 **twice a year.**

16    Q   Do you have them more often than twice a

17 year?

18    **A   No.**

19    Q   If you look on the second page, there's a

20 paragraph relating to Surgical Assisting.  It says,

21 "Written over Christmas break 2013".  What was it

22 that was written over the Christmas break?

23    **A   Curriculum.**

24    Q   Was that what resulted in the Form 20

1    that was submitted?

2        A    **That is what resulted in going to DCC.**

3        Q    What was the Curriculum that was written?

4    Is that different than the Form 20?

5        A    **It is in conjunction with the Form 20.**

6        Q    Had you ever seen a Surgical Assisting

7    Curriculum before Christmas of 2013?

8        A    **Yes.**

9        Q    Where?

10       A    **Blackhawk Community College, where I did**

11   **my RNFA.**

12       Q    How did you see that?

13       A    **I also went through ABSA.**

14       Q    I am back on the first one.

15            MR. ROCHE:  You didn't let the witness

16   finish her answer.  She was continuing her answer.

17   BY MR. DAVIS:

18       Q    Okay.

19       A    **I hold three credentials in Surgical**

20   **Assisting.  So two were back in the 1990's.  So I**

21   **have seen Curriculum through Blackhawk Community**

22   **College and I went through an organization that had**

23   **ABSA come out and credential us also.**

24       Q    Okay.  Back to this exhibit, you

1    announced, "To begin Spring of 2015, one year

2    program, must complete 135 cases", right?

3         A    Correct.

4         Q    And you announced it was going to be in

5    junction with ACE Surgical Assisting, correct?

6         A    Correct.

7         Q    And that "Kyle Black will not only run

8    didactic portion of the class but will also assist

9    students finding jobs after they successfully

10   completed the course", correct?

11        A    Correct.

12        Q    Was that consistent with what your

13   understanding of what Kyle did was?

14        **A    Actually, this was written before I had a**

15   **true understanding of how this was all going to**

16   **work.  So this actually is inaccurate.**

17        Q    At the time was it your understanding

18   what Kyle was going to do?

19        A    Yes.

20        Q    And you are announcing that the program

21   was going to be done in conjunction with ACE

22   Surgical Assisting, correct?

23        A    Correct.

24        Q    Let's go to Exhibit K.  Have you ever

```
 1    seen this before?
 2            (Deposition Exhibit K was identified.)
 3        A    Yes.
 4        Q    If you will turn to Page 4, it describes
 5    the College will pay to ACE the amount -- it is in
 6    Paragraph B I am referring to.  Let's just review
 7    that for a second.
 8        A    Okay.
 9        Q    So the price that the College will pay to
10    ACE indicates that it was 3,680 for each new
11    student, correct?
12        A    Correct.
13        Q    So the original Consortium Proposal was
14    to be for $4,100.  Do you recall that?
15            MR. ROCHE:  41?  Are you referring to
16    Exhibit --
17            MR. DAVIS:  I am referring to Exhibit B.
18            MR. ROCHE:  B?
19            MR. DAVIS:  Yes.  Why don't you take a
20    look at that.
21            MR. ROCHE:  I thought it was 44.
22            THE WITNESS:  44 is what I am reading.
23    BY MR. DAVIS:
24        Q    Okay.  Was the lower price an indication
```

1   of the adjusted price for you teaching the suture

2   lab?

3           MR. ROCHE:  Objection.  If you know.  I

4   mean this is just -- -

5           MR. DAVIS:  If she doesn't know

6   something, I am sure she will tell me.

7           MR. ROCHE:  I don't know if she ever

8   reviewed this contract.

9           MR. DAVIS:  See said she had seen it.

10          THE WITNESS:  I did see it.  No, I don't

11  know why.

12  BY MR. DAVIS:

13      Q    You don't know why the price is now 3,680

14  as opposed to 4,400?

15      **A    No.**

16      Q    So you don't recall any discussions that

17  you had in relation with ACE in regard to lowering

18  that price?

19      **A    I did not have those discussions.**

20      Q    Who would have had those discussions?

21      **A    V.P., the Dean, the Legal Department of**

22  **COD.**

23      Q    Would that have been part of your budget?

24      **A    The Board.  No.**

1    Q    The cost for ACE would not have been part

2    of the budget that you submitted for the SA

3    Program?

4        **A    No.  Instructional materials, things such**

5    **as equipment, instruments.**

6        Q    What about an operating budget?  Wouldn't

7    the cost that you would have to pay to ACE be part

8    of an operating budget?

9        **A    No.**

10        Q    Where would the cost to ACE be reflected

11    in the SA Program money that was coming in and

12    going out?

13        **A    I don't know where it was reflected.**

14        Q    You were the one preparing the budget,

15    correct?

16        **A    No, I did not prepare the budget.**

17        Q    So who is it that prepares the budget?

18        **A    The Associate Dean.**

19        Q    Does the Associate Dean prepare the

20    budget in concert with you for each one of these

21    programs?  Does she ask you for any consulting in

22    regard to what the budget is?

23        **A    No.**

24        Q    She just comes up with these numbers out

```
 1   of her head?
 2            MR. ROCHE:  Objection.  You are asking
 3   the witness what -- argumentative.
 4            MR. DAVIS:  Do you know --
 5            MR. ROCHE:  Let me make my objection.
 6            MR. DAVIS:  I withdraw the question.
 7   BY MR. DAVIS:
 8       Q    Where does the Associate Dean come up
 9   with the numbers for the operating budget for the
10   SA Program?
11            MR. ROCHE:  Objection.  You're asking the
12   witness what the Associate Dean's state of mind is.
13            Go ahead and answer, if you know.
14            THE WITNESS:  I have no idea.
15   BY MR. DAVIS:
16       Q    Do you know where the Associate Dean
17   comes up with the budget numbers for the SA
18   Program?
19       A    I have no idea.
20            MR. ROCHE:  Same objection.
21   BY MR. DAVIS:
22       Q    Let's look at Exhibit L.  Have you ever
23   seen this before?
24            (Deposition Exhibit L was identified.)
```

1      **A      Yes, I have.**

2      Q      Do you know what a Non-Disclosure

3   Agreement is?

4      **A      No, I do not.**

5      Q      When you saw this, did you review it?

6      **A      No.**

7      Q      Let's go through it.  Let's look at

8   Paragraph Number 2.  So it says, "Whereas, ACE has

9   created curriculum and other materials for the

10  purpose of presenting the ACE Surgical Assistant

11  Program at the College, which contains certain

12  confidential and proprietary information".  Do you

13  see that?

14     **A      Yes.**

15     Q      And did you ever have any discussions

16  about the information that ACE was preparing being

17  confidential and proprietary?

18          MR. ROCHE:  With whom?

19          MR. DAVIS:  With you.

20          MR. ROCHE:  Conversations with whom?

21  BY MR. DAVIS:

22     Q      Conversations between you and ACE.

23     **A      No.**

24     Q      Okay.  Let's go to Exhibit M.  This is a

1    new one so review it for a second and then I will

2    ask you some questions.

3            (Deposition Exhibit M was identified.)

4        **A    Yes.**

5        Q    So this email refers to the scanning of

6    the self-study?

7        **A    Correct.**

8        Q    Could you tell me what the scanning of

9    the self-study refers to?

10       **A    Scanning of the self-study.**

11       Q    What is the self-study?

12       **A    Self-study is a mandatory document that**

13   **must be presented to CAAHEP when you go for CAAHEP**

14   **accreditation.**

15       Q    So were they scanning a self-study in

16   relation to CAAHEP accreditation to you?

17       **A    Yes.**

18       Q    At the bottom it indicates that "all of

19   the additional help you can provide will make my

20   life easier".  Do you see that?

21       **A    Yes.**

22       Q    Does this refer to the fact that the

23   self-study they would be scanning you would make

24   your life easier?

1      **A    I thought it would.**

2      Q    Let's look at Exhibit 9A.  This is a new

3    one.  For simplicity sake, I have not copied and

4    given the entire self-study because I wanted to

5    focus on a couple of pages.  But isn't it true that

6    a self-study is actually a very large document that

7    has to be submitted to CAAHEP?

8           (Deposition Exhibit 9A was identified.)

9           MR. ROCHE:  Objection vague.  What do you

10    mean by large?

11           MR. DAVIS:  You can answer the question.

12           MR. ROCHE:  You can answer.

13           THE WITNESS:  CAAHEP provides Program

14    Directors with a document that is approximately 15

15    to 20 pages long that has sections.  Section 1-A,

16    1-B, 1-C, that is data material documentation that

17    must be presented in order to show CAAHEP that all

18    the bases have been covered for offering a CAAHEP

19    accredited program.

20    BY MR. DAVIS:

21      Q    Is it larger than this?

22      **A    Yes.**

23      Q    Did they send you the entire self-study

24    report for the accreditation for CAAHEP for a

```
 1    Surgical Assisting Program?

 2             MR. ROCHE:  Objection.  Who is "they"?

 3    BY MR. DAVIS:

 4        Q    ACE.

 5        A    I don't know.  I never looked at it.

 6        Q    I didn't ask you whether you looked at

 7    it.

 8        A    I don't know.

 9             MR. ROCHE:  The witness said she did not

10    know.

11             THE WITNESS:  I don't know.

12    BY MR. DAVIS:

13        Q    If you will turn to Page 2.  So this is

14    the Commission on Accreditation Request for

15    Accreditation Services.  Do you see that?

16        A    Yes.

17        Q    Then on Page 3, this was the Sponsoring

18    Institution Officials.  It indicates it was Dan

19    Bump, correct?

20        A    Yes.

21        Q    So was this part of what it was that they

22    scanned you referring to the self-study that was

23    scanned to you?

24        A    Don't know.
```

```
 1        Q    Okay.  Let's go to Exhibit N.  So this
 2   was sent to Karen Solt and copied to you indicating
 3   that ACE spoke to Blackboard and that the
 4   Blackboard project was scheduled for mid-August.
 5   Do you see that?
 6             (Deposition Exhibit N was identified.)
 7        A    Yes.
 8        Q    Did you ever have any discussions with
 9   ACE about the implementation of the Blackboard
10   program?
11        A    No.
12        Q    Let's look at Exhibit O.  If you look on
13   Page 2, the bottom of the page, on June 2nd, this
14   is written to you from Keith Bump indicating to
15   confirm that you received the Consortium Agreement
16   from Dan.  Do you see that?
17             (Deposition Exhibit O was identified.)
18        A    Yes.
19        Q    Then on July 8th they wrote to you
20   saying, "Any word on the Consortium Agreement", in
21   the first line.  Do you see that?
22        A    Yes.
23        Q    In line 3, it says, "As you know we are
24   going to be sharing proprietary information in the
```

```
 1    lab and should really have the written agreement in

 2    place before we do that".  Do you see that?

 3         A    Yes.

 4         Q    This an email indicating to you -- is

 5    this an email indicating to you that the

 6    information that you were going to receive in the

 7    lab was proprietary information?

 8         A    Yes.

 9         Q    And does it refresh your recollection

10    about receiving the consortium contract?

11         A    Yes.

12         Q    Did you ever have any discussions with

13    anyone at COD about not having the Consortium

14    Agreement signed after this email?

15         A    I do not recall.

16         Q    If you look on Page 1, on July 8th, it

17    says, "I did talk to Tom and he is not comfortable

18    signing anything without having legal approval nor

19    with Karen out-of-town".  Does that refresh your

20    recollection about having any conversations in

21    regard to the Consortium Agreement?

22         A    Yes.

23         Q    So who is Tom?

24         A    Cameron.
```

1    Q    So that would be the Dean.  Was Tom

2    Cameron the one who was going to sign the

3    Consortium Agreement?

4    **A    No.**

5    Q    It says, "I did talk to Tom and he is not

6    comfortable signing anything without having legal

7    approve".  Was Tom Cameron the one that was

8    supposed to sign the Consortium Agreement?

9    **A    No.**

10   Q    But you indicate here he is not

11   comfortable signing anything without having legal

12   approve it.  Are you saying there that Tom Cameron

13   was the one that was supposed to sign it?

14   **A    No.**

15   Q    Was it another Tom that was supposed to

16   sign it?

17   **A    No, he just wasn't signing anything**

18   **without legal.  Legal is the one that signs stuff.**

19   Q    Without having legal approve?

20   **A    Without having legal read it and Karen**

21   **being out-of-town.**

22   Q    Tell me if you know but was legal's

23   responsibility to approve it and then Tom would

24   sign it?  Tom Cameron would sign it?

1      **A**    **No.**

2      Q    So who was supposed to sign the

3   Consortium Agreement?

4      **A**    **Legal.**

5      Q    Okay.  Let's look at Exhibit P.  Never

6   mind.  Forget P.  It is a duplication.  I wouldn't

7   want to waste anybody's time.

8         Does anybody need to take a break right

9   now?

10         MR. ROCHE:  I can use one.

11         (Whereupon, a short recess in

12          the deposition.)

13   BY MR. DAVIS:

14      Q    This is Exhibit T.  This is a new one.

15         (Deposition Exhibit T was identified.)

16      **A**    **Okay.**

17      Q    So this an email from Keith to you.  I

18   wanted to talk about two things.  So, first of all,

19   it indicates that, "We are targeted to get started

20   on the Blackboard integration this week".  Do you

21   see that?

22      **A**    **Yes.**

23      Q    Did you have any discussions with them

24   about the Blackboard integration at this time?

1      **A    No.**

2      Q    Did you have any discussions with them

3  when you went to the lab about Blackboard

4  integration?

5      **A    No.**

6      Q    In previous emails, they have -- how many

7  times did they ask for a fully executed contract to

8  be -- for you to get a fully executed contract?  Do

9  you recall?

10     **A    Do not.**

11     Q    Was it more than once?

12     **A    I do not recall.**

13     Q    Were you their primary contact for

14  getting the contract signed?

15          MR. ROCHE:  Objection.  Vague.  If you

16  know.

17          THE WITNESS:  I don't know.

18  BY MR. DAVIS:

19     Q    Did you ever have any discussions with

20  them about why they were asking you to get a fully

21  executed contract?

22     **A    I told them at the Suture Lab that that**

23  **was not my responsibility.  That was not my job.**

24     Q    Let's look at Exhibit U.  So this is an

 1    email from Karen Solt dated September 8th.  Copied

 2    to you.  In the fourth paragraph, "Our decision is

 3    to decline to partner with ACE Surgical Assisting

 4    for this program", correct?

 5         **A    Yes.**

 6         Q    In Paragraph 2, it indicates that "during

 7    the call".  Do you recall the call that was made

 8    between ACE and the parties on this email?

 9         **A    Yes.**

10         Q    So, in the third line of the second

11    paragraph, it says, "It would take at the very a

12    full semester for Dan or anyone new to online

13    teaching to have sufficient preparation for this

14    delivery mode".  Who was it that made that

15    assessment?

16         **A    Brett Coup probably in conjunction with**

17    **Karen and Tom.  I don't know.  I didn't write the**

18    **email.**

19         Q    But you were at the meeting, correct?

20         **A    Correct.  I didn't --**

21         Q    At the meeting was the amount of time it

22    would take for Dan to learn how to prepare for

23    online teaching -- was that discussed at the

24    meeting?

1      A      Yes.

2      Q      Let's look at Exhibit V.

3             Just for the record Exhibit U is dated

4   September 8, 2014, correct?

5      A      Yes.

6             **(Deposition Exhibit V was identified.)**

7      Q      And Exhibit V is dated October 1, 2014.

8   It is signed by you at the bottom.  So why don't

9   you just review that for a second.

10     A      **Okay.**

11     Q      Could you tell me what this is?

12     A      **This is a justification letter that was**

13  **written letting people know that we were going to**

14  **rewrite the curriculum.  Because we wanted to**

15  **become CAAHEP approved and we were not going to go**

16  **in conjunction with ACE Surgical Assisting because**

17  **they did not want to become CAAHEP approved.  We**

18  **were going to keep it in alignment with the rest of**

19  **all of the other programs.**

20     Q      Where does it say that the curriculum is

21  going to be rewritten in this?

22     A      **Justification for revision of Surgical**

23  **Assisting courses.  That we were going to follow**

24  **the CAAHEP standard guidelines and core curriculum**

1    **upon receiving initial accreditation from CAAHEP.**

2       Q    Did CAAHEP have a core curriculum for

3    Surgical Assisting?

4       **A    Yes, they do.**

5       Q    Who was this announcement made to?

6       **A    Advisory Committee people and I am not**

7    **sure who else it went out to.**

8       Q    You wrote it, correct?

9       **A    Yes.**

10      Q    And then if you look at Exhibit W.  So

11   this is the request for accreditation dated October

12   2, 2014 from CAAHEP, correct?

13           (Deposition Exhibit W was identified.)

14      **A    Mmm-hmm.**

15      Q    This is the initial accreditation request

16   for the Surgical Assisting Program, correct?

17      **A    Correct.**

18      Q    And let's look at Exhibit Y.  So if you

19   look at the page after the initial page, second

20   page I guess.

21           (Deposition Exhibit Y was identified.)

22      **A    Correct.**

23      Q    It indicates that this was a certificate

24   that you received from the 6 Day Surgical Skill Lab

```
 1    that you took in 2014, correct?
 2         A     Correct.
 3         Q     And you used that as proof of your
 4    professional development, correct, in Surgical
 5    Assisting?
 6         A     No.
 7         Q     Why did you attach it to this?  This is
 8    from the CAAHEP -- this is from the accreditation
 9    Tab 24 Proof of Professional Development.  So you
10    didn't intend to put it on there?
11         A     No, you are correct.  I guess it is Proof
12    of Professional Development, but I misunderstood
13    the question.
14              MR. DAVIS:  No further questions.
15              MR. ROCHE:  What was the question, if you
16    don't mind reading it back?
17              (Read back as requested.)
18              MR. ROCHE:  If I could have a few minutes
19    to go through my notes.
20              (Whereupon, there was a short
21               recess in the deposition.)
22                     EXAMINATION
23                   BY MR. ROCHE:
24         Q     Ms. Cabai, in 2013 and 2014, what were
```

1    the required credentials to teach a CAAHEP approved

2    program?

3         A    **You needed to be a Certified Surgical**

4    **First Assistant.**

5         Q    During this time period, how did one

6    become a Certified Surgical First Assistant?

7         A    **You had to either be a graduate of a**

8    **CAAHEP program and then sit for the NBSCSA**

9    **certification exam and successfully pass it.  Or**

10   **you could actually go out and do 200 cases in the**

11   **field with specific requirements of General Surgery**

12   **and two other specialities and then successfully**

13   **sit for the national certification exam.**

14        Q    Just so I recall correctly, did you just

15   testify that one of the criteria was to graduate

16   from a CAAHEP approved Surgical Assistant Program?

17        A    **Correct.**

18        Q    In 2013 and 2014, do you know if ACE was

19   a CAAHEP approved program?

20        A    **No, they were not.**

21        Q    Could you become a certified -- is it

22   Certified Surgical First --

23        A    **Yes.**

24        Q    CFSA?

1      A     Yes.

2      Q     In 2013 and 2014, could you become a

3 Certified Surgical First Assistant by completing

4 the ACE program?

5      A     No.

6      Q     Ms. Cabai, how did you write the COD

7 Curriculum for the CAAHEP approval process?

8      **A     I purchased the CAAHEP Core Curriculum**

9 **actually through Amazon and took the modules that**

10 **were listed in that manual spiral bound book and**

11 **created -- actually copied the objectives out of**

12 **there and their course content to setup the modules**

13 **for the current CAAHEP accredited program.**

14      Q     Did you use any of the material in the

15 ACE Curriculum that was provided to COD in

16 connection with preparing the curriculum for

17 CAAHEP?

18      A     No.

19      Q     Why not?

20      **A     Because it wasn't written according to**

21 **the CAAHEP Core Curriculum standards.**

22      Q     Were you a Surgical Assistant Certified,

23 SAC, prior to 2013?

24      A     Yes.

1    Q    What type of training did you have to

2  complete to become a SAC before 2013, if you

3  recall?

4    **A    I went through the American Board of**

5  **Surgical Assisting Training.  I was employed with a**

6  **company out of Central DuPage Hospital at the time**

7  **that brought the ABSA faculty to West Chicago.  And**

8  **they spent a weekend with us and did a suture lab**

9  **and the necessary components so that we could sit**

10 **for the ABSA exam.  They checked us off on the**

11 **skill component of that testing process.**

12   Q    You ultimately took the test; is that

13 correct?

14   **A    Yes.**

15   Q    And did you pass?

16   **A    Yes.**

17   Q    And that's how you obtained your

18 certificate from the ABSA; is that correct?

19   **A    Correct.**

20   Q    And thereby became an SAC?

21   **A    Yes.**

22   Q    Do you recall a series of questions by

23 Mr. Davis about self-study that was scanned to you

24 or at least the email -- let's go to the exhibit

1    just for a point of reference.  I believe it is

2    Exhibit M.  Yes, it is.  Do you see that exhibit,

3    Exhibit M?

4         **A    Yes.**

5         Q    It references a discussion about the

6    self-study being scanned.  Do you recall being

7    asked a question by opposing counsel as to whether

8    you thought receiving the self-study from ACE would

9    make your life easier and do you recall your answer

10   being quote "I thought it would"?

11        **A    Yep.**

12        Q    Was the self-study --

13             MR. DAVIS:  Just to correct, I was

14   quoting the email which said it would make her life

15   easier.

16   BY MR. ROCHE:

17        Q    Yes.  My question is simply did it make

18   your life easier, Ms. Cabai?

19             MR. DAVIS:  Asked and answered.

20   BY MR. ROCHE:

21        Q    You can answer.

22        **A    No.**

23        Q    Actually, the answer I believe was "I

24   thought it would".

60

1      A    I thought it would.

2      Q    Let me ask you this question.  Did it

3  make your life easier?

4      A    No.  Because I realized after attending

5  the suture lab in-person that the instruction that

6  was taking place in Colorado was not up to CAAHEP

7  standards and that Dan really was not an educator.

8  That the program was being run as an independent

9  study and the quality of material that I put out at

10  College of DuPage is far superior to what I

11  witnessed.

12     Q    Do you recall when you received the ACE

13  self-study?

14     A    After the suture lab.

15     Q    Do you know if Dan Bump was a Certified

16  Surgical First Assistant in 2013 and 2014?

17     A    The credentials that I have seen on him,

18  no, he was not.

19          MR. ROCHE:  No further questions.

20                    EXAMINATION

21                 BY MR. DAVIS:

22     Q    A couple of follow-up questions.  So the

23  CAAHEP sphere in regard to Surgical Assistants is

24  not uniform across the country, is it?

1      **A      No.**

2      Q      So there are certain states where you can

3   be a Surgical Assistant without going to a CAAHEP

4   certified school, correct?

5      **A      Correct.**

6      Q      And you knew that ACE was not a CAAHEP

7   certified school when you began talking to them,

8   correct?

9      **A      Actually, I was told that they had been**

10  **going through CAAHEP and that they had been CAAHEP**

11  **approved.**

12     Q      But were they approved at the time you

13  began talking to them?

14     **A      That I don't recall.**

15     Q      When did you find out that they weren't

16  CAAHEP approved?

17     **A      After doing further investigation.**

18     Q      When was that?  When did the further

19  investigation take place?

20     **A      After the negotiations kind of took place**

21  **because we had discussed about being CAAHEP**

22  **approved versus ABSA and I was meeting resistance**

23  **by Dan Bump.**

24     Q      Do you recall conversations with Dan Bump

| | |
|---|---|
| 1 | that they couldn't get CAAHEP approval because they |
| 2 | weren't a school or a community college? |
| 3 | **A     No.** |
| 4 | MR. DAVIS:  No further questions. |
| 5 | EXAMINATION |
| 6 | BY MR. ROCHE: |
| 7 | Q   Ms. Cabai, you just testified that you |
| 8 | recall getting resistance by Dan Bump about |
| 9 | becoming CAAHEP approved.  What do you mean by |
| 10 | resistance? |
| 11 | **A     Dan Bump did not feel that we needed to** |
| 12 | **go through CAAHEP accreditation.  That going** |
| 13 | **through ABSA was sufficient.  And we tried to** |
| 14 | **explain to him that in the Chicagoland area our** |
| 15 | **immediate employers and people that would be hiring** |
| 16 | **these folks and allowing students to do their** |
| 17 | **surgical cases there mandated people become CAAHEP** |
| 18 | **approved.** |
| 19 | MR. ROCHE:  No further questions. |
| 20 | Reserved. |
| 21 | THE REPORTER:  Are you ordering any of |
| 22 | the transcripts? |
| 23 | MR. DAVIS:  I will order her. |
| 24 | |

63

1          THE REPORTER:  What format?

2          MR. DAVIS:  Word.

3          THE REPORTER:  A PDF?

4          MR. DAVIS:  Yes.

5          THE REPORTER:  Mr. Roche, are you taking

6  a copy?

7          MR. ROCHE:  Can I let you know by the end

8  of the week?

9          THE REPORTER:  Yes.

10

11

12          (FURTHER DEPONENT SAITH NOT.)

13

14

15

16

17

18

19

20

21

22

23

24

```
 1            IN THE UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION
 3

 4   AMERICAN CENTER FOR          )
     EXCELLENCE IN SURGICAL       )
 5   ASSISTING, INC.,             )
                  Plaintiff,      )
 6                                )  No.
            -vs-                  )  1:15-cv-07290
 7                                )
     COMMUNITY COLLEGE DISTRICT   )
 8   502, et al.,                 )
                  Defendants.     )
 9

10           This is to certify that I have read the

11   transcript of my deposition taken in the

12   above-entitled cause, consisting of Pages 1 through

13   63, inclusive, and that the foregoing transcript

14   accurately states the questions asked and the

15   answers given by me as they now appear.

16       Please check one:

17              I have submitted errata sheets

18              No corrections were noted.

19

20                        KATHERINE CABAI

21   SUBSCRIBED AND SWORN TO
     before me this     day
22   of            , 20     .

23
     NOTARY PUBLIC
24
```

```
 1   STATE OF ILLINOIS  )
                        ) SS.
 2   COUNTY OF DU PAGE  )
```

3             I, DEBORAH TYRRELL, CSR, a notary public

4   within and for the County of DuPage and State of

5   Illinois, do hereby certify that KATHERINE CABAI,

6   was by me first duly sworn to testify to the truth,

7   the whole truth and nothing but the truth, and that

8   the above deposition was recorded stenographically

9   be me, in the presence of said witness, and

10  afterwards reduced to typewriting under my personal

11  direction.

12            I further certify that the said foregoing

13  transcript of the said deposition is a true,

14  correct and complete transcript of the testimony so

15  given by said witness at the time and place

16  specified as aforesaid.

17            I further certify that the signature of

18  the witness to the forgoing deposition was

19  reserved.

20            I further certify that the taking of this

21  deposition was in pursuance of notice and

22  agreement; and that there were present at the

23  taking of this deposition the appearances as

24  heretofore noted.

1          I further certify that I am not a

2    relative or employee or attorney or counsel of any

3    of the parties hereto, nor a relative or employee

4    of such attorney or counsel; nor do I have any

5    interest directly or indirectly in the outcome or

6    events of this action.

7          In witness whereof, I have hereunto set

8    my hand and affixed my notarial seal this 17th day

9    of March, 2017.

10

11

12

13

14

15    _____
      DEBBIE TYRRELL
16    CERTIFIED SHORTHAND REPORTER
      LICENSE NO. 084-001078
      NOTARY PUBLIC
17    DU PAGE COUNTY, ILLINOIS

18

19

20

21

22

23

24