# WITNESS:

## Date: March 13, 2017

## American Center for Excellence v COD

Debbie Tyrrell



**Certified Court Reporters**
*For all your court reporting needs*
*Since 1968*
**www.metroreportingservice.com**

*311 S. County Farm Rd., 2nd Floor, Suite E, Wheaton, IL. 60187*

**630.690.0050** *FAX 630.588.9866*

```
            IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION

AMERICAN CENTER FOR               )
EXCELLENCE IN SURGICAL            )
ASSISTING, INC.,                  )
                                  )
              Plaintiff,          )  Case No.
                                  )  1:15-CV-07290
          -vs-                    )
                                  )
COMMUNITY COLLEGE DISTRICT        )
502, et al.,                      )
                                  )
              Defendants.         )
```

        The deposition of THOMAS CAMERON, called

by the Plaintiff for examination, pursuant to

notice and pursuant to the Rules of Civil Procedure

for the United State District Courts pertaining to

the taking of depositions for the purpose of

discovery, taken before DEBBIE TYRRELL, a Certified

Shorthand Reporter and a Notary Public within and

for the County of DuPage and State of Illinois, at

2777 Finley Road, Suite 12, Downers Grove,

Illinois, on March 13, 2017, at the hour of

10:30 a.m.

1   APPEARANCES:

2

3        DLG Law Group, LLC
         (4100 East Mississippi Avenue
          Suite 420
4         Denver, Colorado  80246
          Telephone:  720-361-6036
5         Email:  Mdavis@bknmurraylaw.com)
         BY:  MR. MICHAEL J. DAVIS
6
         on behalf of the plaintiff;
7

8        SCHULYER, ROCHE & CRISHAM
         (180 North Stetson
9         Chicago, Illinois  60601
          Telephone:  312-565-8333
10        Email:  Mtroche@srcattorneys.com)
         BY:  MR. MICHAEL T. ROCHE
11
         on behalf of the defendants.
12
                      * * * * *
13

14

15

16

17

18

19

20

21

22

23

24

```
 1
 2                          I-N-D-E-X

 3
     WITNESS:
 4        THOMAS CAMERON
                                        PAGE:
 5
     Examination by Mr. Davis            4
 6
     Examination by Mr. Roche           65
 7

 8   EXHIBITS:                   PAGE:

 9   Deposition Exhibit U        57

10   Deposition Exhibit V        61

11   Deposition Exhibit W        63

12

13

14

15     (Exhibits were retained by Mr. Davis.)

16

17

18

19

20

21

22

23

24
```

1      (Witness sworn.)

2      MR. DAVIS:  This is the deposition of

3  Thomas Cameron taken in the case of ACE versus COD,

4  et al.

5      THOMAS CAMERON,

6  a witness herein, having been first duly sworn, was

7  examined and testified as follows:

8      EXAMINATION

9      BY MR. DAVIS:

10     Q    So we discussed it, but you are referred

11  to as Dean Cameron, correct?

12     **A    Yes.**

13     Q    And just for the record, state your name

14  for us.

15     **A    Thomas Cameron.**

16     Q    Where do you live?

17     **A    210-B Kellogg Place, Wheaton, Illinois**

18  **60187.  But I am moving, moving tonight.  This**

19  **afternoon.**

20     Q    Are you currently employed?

21     **A    I retired on March 3rd.**

22     Q    And where did you retire from?

23     **A    College of DuPage.**

24     Q    What was your full title?

1    **A    Dean of Health and Sciences.**

2    Q    Have you ever had your deposition taken

3 before?

4    **A    No.**

5    Q    And did you discuss the deposition with

6 an attorney?

7    **A    Yes.**

8    Q    So you understand that if there is a

9 question that I ask that you don't understand you

10 ask for clarification.  Further, if you are

11 responding to any questions in the deposition, you

12 have to respond verbally and not shake your head or

13 uh-huh or anything like that.  Got it?

14    **A    Yes.**

15    Q    And is there any reason why you feel you

16 can not proceed with this deposition today?

17    **A    No.**

18    Q    Are you under any medication that may

19 interfere with your ability to testify?

20    **A    I don't think so.  I am on medication but**

21 **I don't think it will --**

22    Q    None that would affect your ability to

23 testify?

24    **A    Right.**

1      Q    Just a couple of preliminary questions,

2   these are sort of standard stuff in depositions

3   since you haven't had your deposition taken before.

4   Are you married?

5      **A    No.**

6      Q    Do you have any children?

7      **A    Yes.**

8      Q    How many children?

9      **A    One.**

10      Q    And give me your educational background.

11      **A    I have a Bachelor's Degree from Colorado**

12   **State University.  A Master's Degree from Northern**

13   **Colorado University.  Actually, I have a two-year**

14   **degree before all that, too.  I have a two-year**

15   **degree from Westchester Community College in New**

16   **York.**

17      Q    Okay.  And so the Master's Degree is the

18   highest degree that you have?

19      **A    Mmm-hmm.**

20      Q    So give me a little bit of your job

21   history.

22      **A    My job history.  I was a Professor back**

23   **on the East Coast for I guess close to 17 years and**

24   **then I became -- I left there.**

1      Q    Where?

2      **A    I was at two places.  Pace University and**

3   **Mercy College.  Both in New York.  And I left there**

4   **in 1995 to become a Dean at South Texas Community**

5   **College.  And there I was the Dean of -- geez, I**

6   **forgot now.  Social and Behavioral Sciences.  I was**

7   **the Dean there from 1995 to 2004.  And then from**

8   **there I came to College of Du Page to become Dean**

9   **of -- then it was Dean of Health, Social and**

10  **Behavioral Sciences and then it became Health and**

11  **Sciences and that was from 2004 until 2017, March**

12  **3rd.**

13     Q    When did it become Dean of Health and

14  Sciences?  When did that happen?

15     **A    I think that was -- I am taking the best**

16  **guess I can.  I think it was maybe --**

17          MR. ROCHE:  If you don't know, you don't

18  know.

19          THE WITNESS:  I don't know.  It's been

20  probably the last four years or so.

21  BY MR. DAVIS:

22     Q    Was that the result of like a splitting

23  off of the Behavorial part from the Health and

24  Sciences?

1    **A    No.  It was combining two divisions into**
2    **one.**
3         Q    I'm sorry.  What was the Master's Degree
4    in?
5         **A    Psychology, Counseling and Guidance.**
6         Q    And your Bachelor's?
7         **A    Bachelor's was in Psychology.**
8         Q    So could you describe your
9    responsibilities while you were the Dean of Health
10   and Sciences?
11        **A    My responsibilities are -- I would say,**
12   **overall responsible for the faculty, new programs**
13   **and really running the entire division.  So it was**
14   **personnel as well as financial.  Ultimately I am**
15   **responsible for all.**
16        Q    Were there any other specific
17   responsibilities?  So you have mentioned faculty so
18   that meant that you hired and fired faculty?
19        **A    Mmm-hmm.**
20        Q    New programs.  All new programs had to be
21   done under your approval?  You had to approve all
22   new programs?
23        **A    I didn't have to approve -- that is**
24   **faculty.  I just had to make sure that the**

1    paperwork was done correctly.  Then we have to

2    submit it to -- it actually goes through a lengthy

3    process.  It has to go through our Division

4    Curriculum Committee.  It has to go through the

5    College Curriculum Committee.  Then the paperwork,

6    which is lengthy, has to be submitted to ICCB,

7    which is the Illinois Community College Board.  And

8    then our Board of Trustees has to approve the

9    program.  That is the way -- actually, the Board of

10   Trustees approves it first and then ICCB.  That is

11   the entire process for any program developed at the

12   College of DuPage.

13       Q    Did the personnel include all personnel,

14   other than faculty members?

15       A    I am not sure I understand the question.

16       Q    So there's faculty members and then there

17   is secretaries and janitors and stuff like.

18       A    Right.

19       Q    You had hire and fire authority over

20   anybody that went to work in the Division of Health

21   and Sciences?

22       A    To a degree.  I recommend hiring.

23   Everybody that gets hired -- and I am not sure

24   about fired, honestly.  But whoever gets hired has

1   to be approved by the Board of Trustees.  I

2   recommend those but I don't really make the final

3   decision.  It is the Board of Trustees.

4        Q    To hire everybody?

5        A    Mmm-hmm.  I am not really sure about

6   classified.  Certainly faculty.

7        Q    What about like secretaries?

8        A    They still have to be approved.  They are

9   on -- they are always on the agenda.  I have never

10  seen them say no but they could I guess.  They are

11  on the agenda.

12       Q    Are you the person that recommends to the

13  Board of Trustees whether people get hired and

14  fired?

15       A    I have to prepare all the paperwork so I

16  have to interview them.

17       Q    And in terms of financial, do you have a

18  Budget for the -- for this -- we'll just call it

19  Health and Sciences; the Division.

20       A    Okay.

21       Q    So you have a Budget for the Division?

22       A    Yes.

23       Q    Do you have annual Budget reviews or --

24            MR. ROCHE:  Is the question do you have

```
 1   --
 2   BY MR. DAVIS:
 3        Q    Do you have annual Budget reviews?
 4        A    Yes, we do.
 5        Q    Do you have any other periodic Budget
 6   reviews other than annual?
 7        A    Yeah.  I think -- honestly, I think it is
 8   quarterly and that just probably started I would
 9   say a few years ago with this new board.
10             What they do is they have someone
11   assigned to the Division, who monitors your budget.
12             Let's say I had $12,000 in my Budget.
13   They would expect you to spend $1,000 a month.
14   They want to see that you are spending it down.
15   Otherwise you're not using it properly as far as
16   they are concerned.  They notify you of that all
17   the time.
18        Q    When you have an item that you want to
19   add to the Budget --
20        A    Mmm hmm.
21        Q    Since you have these -- well, let's go
22   back to 2013.
23        A    Okay.
24        Q    And 2014.  Was this before the quarterly
```

```
 1    reviews were implemented?

 2             MR. ROCHE:  Quarterly financial reviews?

 3             MR. DAVIS:  Quarterly financial reviews,

 4    yeah.

 5             MR. ROCHE:  Which year, 2013?

 6    BY MR. DAVIS:

 7        Q    Let's start in 2013.

 8        A    I am not certain when they came out.

 9        Q    When did the new board implement the new

10    procedures?

11        A    I would say probably just about three

12    years ago.  Each year they have gotten tighter and

13    tighter about monitoring budgets.

14        Q    So in 2014 do you recall if that was the

15    year that they implemented any new Budget

16    procedures?

17        A    I would think -- and I am not 100 percent

18    certain.  I would think at that time it certainly

19    was being more carefully looked at in 2014.  It was

20    looked at before, but more carefully looked at in

21    2014.

22             MR. ROCHE:  Mr. Cameron, the question was

23    do you recall if in 2014 --

24             THE WITNESS:  No, I do not recall.
```

```
 1              MR. ROCHE:  Just focus on the question.
 2    The question was do you recall.
 3              THE WITNESS:  Okay.
 4    BY MR. DAVIS:
 5        Q    Were you in charge of putting together
 6    the numbers for all of the programs in your
 7    Division that went into the Budget?
 8        A    No.
 9        Q    Who did that?
10        A    That was Associate Deans in each area.
11    And currently -- well, before March 13th I had four
12    Associate Deans, but at one time I had five.
13        Q    And --
14        A    So they develop their own Budgets.
15        Q    And then would they submit those Budgets
16    to you and you would review them and then submit
17    them to the Board?
18        A    They submit them to me and then it goes
19    to a committee of the Deans, which is -- the
20    committee is called Vice-President of Academic
21    Affairs.  Then we decide if the Budget goes through
22    or not.
23        Q    Do you ever have any input -- strike
24    that.  Let me ask you.  Do you have any input into
```

```
 1    the individual Associate Deans budgetary numbers
 2    that they come up with?
 3         A    Not really.
 4         Q    You just sort of leave it to them?
 5         A    Mmm-hmm.
 6         Q    Because are they the ones that really
 7    know the most about their programs?
 8         A    Yes.
 9         Q    Do you interact with them in terms of
10    constraints that you might have for monies that are
11    allocated to your Division?
12         A    The constraints, if any, might be, to the
13    best of my knowledge, for Capital Budgets.
14    Everybody submits a Capital Budget every year.
15    That is for equipment and stuff like that.  And
16    often -- and this comes in from all the divisions
17    at the school which I am just one of.  They come in
18    most always over budget.  Then it goes back to that
19    VPAA again and then we always have to then withdraw
20    some of the items on there and we have to
21    prioritize those that you really need for the
22    program.  Those that you want or those that can be
23    purchased maybe three, four years down the road.
24         Q    Do you then go back after you receive --
```

1    after you submit the Budget and receive budget cuts

2    for -- let's say budget cuts.  Do you then go back

3    to the Associate Deans and say you have to trim the

4    Budget or this isn't acceptable or something like

5    that?

6        **A    I ask them to go back and prioritize**

7    **carefully again.  And sometimes they leave exactly**

8    **as submitted and sometimes they go back and make a**

9    **Priority 1 or a Priority 2, which means it is not**

10   **going to be looked at this year.**

11       Q    Okay.  What if they just submit the same

12   Budget to you?

13       **A    That has occurred.**

14           MR. ROCHE:  Hold on.  Is this a

15   hypothetical or has it ever happened?

16           THE WITNESS:  It has.

17           MR. ROCHE:  Okay.

18           THE WITNESS:  It has happened and

19   sometimes it goes through and sometimes it doesn't.

20   Then it goes back to that VPAA again and they make

21   the decision.

22   BY MR. DAVIS:

23       Q    Is an Associate Dean who doesn't make

24   budget adjustments considered to be an

1    uncooperative Associate Dean?

2          A      **No.**

3          Q      When is the Budget submitted?

4          A      **Typically in February every year.  That**

5    **is for the Capital Budget.**

6          Q      And what is the other part of the Budget

7    besides the Capital Budget?

8          A      **Operating Budget.**

9          Q      Does that take into consideration

10   salaries and --

11         A      **Yes.**

12         Q      -- things like that?  All right.  And

13   it's submitted in February?

14         A      **Capital Budget.**

15         Q      That Capital Budget is.  When is the

16   Operating Budget submitted?

17         A      **I think, to the best of my knowledge, it**

18   **is March or April because I know they are working**

19   **on it right now.**

20         Q      And then when is the final Budget

21   approved?

22         A      **That has got to be approved by the Board**

23   **of Trustees and I think -- and that is by law I**

24   **think that they have to approve it by a certain**

1　　time.  I am not sure what that date is but I would

2　　say probably some time in April or May.  I am not

3　　certain.

4　　　　Q　　When it is approved in -- let's just say

5　　it is April or May, when it is approved, what time

6　　period is it approved for?

7　　　　A　　July 1st until June 30th.

8　　　　Q　　And that is for lack of a better term the

9　　fiscal year --

10　　　　A　　Right.

11　　　　Q　　-- for College of DuPage?  Okay.  So what

12　　was the position while you were there of Karen

13　　Solt?

14　　　　A　　She was the Associate Dean of Health and

15　　Biological Sciences.

16　　　　Q　　And what were her --

17　　　　A　　Now let me just qualify.

18　　　　Q　　Okay.

19　　　　A　　Remember I told you at one time -- Karen

20　　Solt has been there the same length of time as me,

21　　if not a little bit longer.  When we first started

22　　I became the Dean of Health, Social and Behavioral

23　　Sciences.

24　　　　　　　Remember when I mentioned they merged?

1    At that point when they merged, Karen became the --

2    and she was the Associate Dean of Health Programs

3    originally.  Then when they merged she became the

4    Associate Dean of Health and Biological Sciences.

5        Q    Do you recall when that was?

6        A    No.

7        Q    When she changed, did it change her

8    responsibilities?

9        A    Not for Health Programs but for the

10   Biological Sciences it did because they were

11   transfer programs.  The Health Programs are usually

12   career programs.

13       Q    Was the Surgical Tech Program a Health Or

14   Biological Program?

15       A    Health Program.

16       Q    So she was in charge of that all along?

17       A    From the very beginning.  From the day I

18   arrived.

19       Q    So you have described how -- let's talk

20   about Karen specifically.  So she reports to you,

21   correct?

22       A    Yes.

23       Q    Could you describe sort of the scope of

24   how she reports to you?

1          MR. ROCHE:  Just to point out by way of

2     clarification, I think we need to use the past

3     tense because Mr. Cameron and actually Ms. Solt are

4     no longer COD employees.

5          THE WITNESS:  She retired the same day I

6     did.

7     BY MR. DAVIS:

8          Q    What an incredible coincidence.

9          So you talked about her function in

10    relation to Budget.

11         **A    Mmm-hmm.**

12         Q    What were her other reporting functions

13    to you?  Like what would she report on?

14         **A    Well, as an Associate Dean at College of**

15    **DuPage, she had to hire all of the adjunct faculty.**

16    **She had to give all of the adjunct faculty their**

17    **assignments and she was also in charge of some**

18    **personnel that report to her.  Like Administrative**

19    **Assistants and what we call Specialists.  All of**

20    **that eventually reports to me, but she is in charge**

21    **of the day-to-day operation of it.**

22         Q    When you say it eventually reports to

23    you, if she wants to hire somebody, then she puts

24    it in her Budget and that Budget goes to you?

1      A      **Mmm-hmm.**

2      Q      And it goes to --

3      A      **Yes.**

4      Q      And that is the process?

5      A      **Yes.**

6      Q      What about new programs?

7      A      **New programs are usually the**

8  **responsibility of the faculty.**

9      Q      Okay.  If there is a new program, does

10 the new program have to be approved by the

11 Associate Dean?

12     A      **It doesn't have to be approved, but he or**

13 **she would have to work with the faculty to see if**

14 **there is any faculty on staff that have that**

15 **expertise.**

16     Q      I see.  So in regard to new programs that

17 would really be the province of the faculty working

18 with the Associate Dean, but not you?

19     A      **Tangentially they work with me.  What I**

20 **do and have always done is once we know a new**

21 **program is coming in, I sort of layout the**

22 **timeframe of when it has to be done.**

23             **So, even though faculty are off in the**

24 **summer, they can work on the program if they want**

1    **but I can't require it because they aren't there.**

2    **But if they want to get these programs there, we**

3    **can.**

4    **Certain things they do in the summer and**

5    **then there are fall activities that they have to do**

6    **and then I always want to have it go to the last**

7    **board meeting in December for approval by the**

8    **Board. So it is a pretty length process.**

9    **The reason that we do that is because we**

10    **want the programs to start in the fall so students**

11    **can get in and get through the program.**

12    Q   Okay. So the faculty doesn't get paid

13    during the summer?

14    **A   They get paid if they teach. They don't**

15    **get paid if they are developing programs because**

16    **it's part of their responsibilities.**

17    Q   Just by way of information and background

18    is the college on a trimester or semester?

19    **A   Semester.**

20    Q   It is a semester system. So the summer

21    would really be sort of free time?

22    **A   Extra work for extra pay.**

23    Q   Extra work for extra pay. Got it. Okay.

24    **A   But that is just for teaching.**

```
 1        Q    Right.  I would assume that for students
 2   that the student population also goes down during
 3   this time?
 4        A    It does.
 5             MR. ROCHE:  Mr. Cameron, wait until
 6   there's an actual question pending before you
 7   answer.
 8   BY MR. DAVIS:
 9        Q    And so in regard to the position of Karen
10   Cabai, what was her position?
11        A    Kathy Cabai.
12        Q    Kathy Cabai.  Sorry.
13        A    Kathy Cabai is a full-time faculty member
14   and also the coordinator of the program.
15        Q    She doesn't report to you?  She reports
16   to the Associate Dean, correct?
17        A    She reports -- her immediate supervisor
18   is the Associate Dean Karen Solt, right.
19             MR. ROCHE:  Was.
20             THE WITNESS:  Was.  Right.
21   BY MR. DAVIS:
22        Q    Was.  So her immediate supervisor, but --
23   so did Kathy Cabai report to you?
24        A    Ultimately they all reported to me, but
```

1   **they need to go through the Associate Dean.**

2       Q    Do you have any direct contact,

3   responsibility or accountability with a full-time

4   faculty member?

5       A    **Very little.**

6       Q    So your function is really primary

7   budgetary and relating between the Associate Deans

8   and the Board, correct?

9       A    **Correct.**

10      Q    And in regard to any decisions that are

11  to be made in regard to new programs, those

12  decisions would be between the faculty and the

13  Associate Dean?

14      A    **Yes.**

15      Q    And is the only impact on you whether

16  they fit into the Budget or not?

17      A    **I wouldn't say that is the only one**

18  **because it depends are the programs viable.  If**

19  **they are not viable or we don't have staff to cover**

20  **it, we couldn't develop them.**

21      Q    Right.  But you don't determine the

22  viability of the programs?

23      A    **That is actually determined in the**

24  **paperwork that we submit to ICCB.**

1    Q    So, if there was a new program that you

2  didn't -- so when a new program comes to you, it

3  has gone through this process.  The process you

4  described was -- so Division Curriculum, College

5  Curriculum, ICCB and then the Board of Trustees?

6        **A    The Board of Trustee first and then ICCB.**

7        Q    Describe to me what Division Curriculum

8  is.

9        **A    Division Curriculum is made up entirely**

10  **of faculty.  In fact, they own the Curriculum.**

11        Q    They own the Curriculum?

12        **A    Mmm-hmm.**

13        Q    Would you explain take term "own"?

14        **A    I would say, for instance, we're not**

15  **allowed to sit on there at all as administrators.**

16  **No administrator at the school.  It is determined**

17  **by faculty alone.**

18            **If people want to go through a course**

19  **deactivation or a new program or a change of**

20  **curriculum, change of title, it has to go through**

21  **faculty members.  They all vote on it.**

22        Q    Is that a binding vote?

23        **A    By binding you mean?**

24        Q    If the faculty votes no on a program,

```
 1    that program doesn't move forward, correct?
 2         A    That is correct.
 3         Q    So it has to pass Division Curriculum and
 4    then what is the next step?
 5         A    The next step is then it goes to the
 6    College Curriculum.
 7         Q    Okay.  And describe that process.
 8         A    That is where anything that passes the
 9    Division Curriculum then gets on the College
10    Curriculum Agenda and that is made up of faculty
11    and administrators.
12         Q    And when you say College Curriculum in a
13    particular -- for a particular program in your
14    division that would be Health and Sciences, right?
15         A    Health, Sciences or Social and Behavioral
16    Sciences.
17         Q    So that consists of faculty and
18    administrators.  And when you say faculty and
19    administrators, are the Associate Deans considered
20    to be administrators only or are they also faculty?
21         A    They are administrators.
22         Q    So for your college you would take a new
23    course and you would bring it to the college -- to
24    the administrators and the faculty.  Does it
```

1    include all of the faculty that were involved in

2    the Division Curriculum?

3         **A    No, I don't think -- To the best of my**

4    **knowledge, none of the Division Curriculum faculty**

5    **are on the College Curriculum Committee.  It is a**

6    **lot of work these things.  They wouldn't do both.**

7         Q    I get that sense.  I have seen the

8    documentation so I am aware of that.

9              So who are the faculty that are on the

10   College Curriculum?

11        **A    I think they rotate.  Each division has**

12   **to have representation on the College Curriculum**

13   **Committee.  So it rotates.  I think the length of**

14   **service is three years.**

15        Q    And then they vote on whether a new

16   program will be proposed or implemented?

17        **A    You know, I am not sure that they vote up**

18   **or down.  What they point out are things that might**

19   **be a problem for ICCB.  In other words, too many**

20   **credits in the program.  Let's see, what else do**

21   **they point out?  They get bogged down in verbs.**

22   **You have to say it in a certain way.  That kind of**

23   **stuff.  I think it's more of a cleaning up process.**

24              **But when people go there -- who goes**

1    **there is the faculty that developed the program or**

2    **the Associate Dean go.  They basically go in front**

3    **of this group to answer any questions that they may**

4    **have.**

5        Q    Okay.  And then does the College

6    Curriculum vote?

7        **A    They do.**

8            MR. ROCHE:  I thought that was already

9    answered that you don't know if they vote.

10            MR. DAVIS:  He said the Division

11    Curriculum votes.  I haven't gotten to the College

12    Curriculum.

13            THE WITNESS:  I think I can answer that.

14            They don't necessarily vote a program

15    through, but they do ask for approval, if you know

16    what I mean.  I am not quite sure what the approval

17    means.  If they go around -- somebody nominates a

18    program to go through, there is a second and that

19    is it.

20    BY MR. DAVIS:

21        Q    Okay.  There's a vote by way of -- it

22    seems like there is interaction that goes on and

23    then once the interaction reaches a certain point

24    there is some sort of recommendation made by the

1   College Curriculum Committee?

2       **A    I think that is a fair assumption, yes.**

3       Q    What if they vote -- what if there is no

4   acclamation, do the faculty and Associate Dean just

5   go back to the boards and try and clean up what is

6   going on?

7           MR. ROCHE:  Objection.  What do you mean

8   by boards?  I don't understand the question.

9   BY MR. DAVIS:

10      Q    Do they go back to -- so the faculty and

11  Associate Dean has already been to the Division

12  Curriculum Committee?

13      **A    That is true.**

14      Q    And so now if there is no approval from

15  the College Curriculum, does the faculty member who

16  is proposing the new program and the Associate Dean

17  then go back and rework it or do they just drop it

18  at that point?

19      **A    There has been occasions where they have**

20  **dropped it on occasion.  Although never in my**

21  **division, honestly.  They usually go back and**

22  **rework it.**

23          **They are usually minor tweaks.  Like how**

24  **are you going to assess programs?  They have to go**

1    **back and clarify how they are going to assess**

2    **programs.**

3           **Then it would come back to the College**

4    **Curriculum again and it would go through and then**

5    **it goes through the Board of Trustees.**

6    Q    Okay.  And then the next process is the

7    Board of Trustees, correct?

8    **A**    **Correct.**

9    Q    So how does the Board of Trustees then

10    function in relation to these recommendations for

11    new programs?

12    **A**    **So we have to write-up what is going to**

13    **be on their agenda.  They tend to get it three or**

14    **four days in advance.  What I require is the**

15    **faculty member that developed the program to be at**

16    **the Board of Trustees to answer any questions that**

17    **they may have.  Often they don't.  Often it is a**

18    **consent agenda.  But if they do, the faculty member**

19    **is there to answer the questions.**

20    Q    The Associate Dean also attends?

21    **A**    **At times.  Usually not.  I am usually**

22    **there.**

23    Q    And is the primary consideration of the

24    Board budgetary or is it a wider array of things

1   that they consider?

2          MR. ROCHE:  Objection.  I mean, if you

3   know.  I don't know how he can testify as to

4   whether -- what is in the minds of the Board of

5   Trustees.

6   BY MR. DAVIS:

7      Q    Let me lay some foundation.  Okay.  So if

8   you have a new program, then you're going to want

9   to spend some money, correct?

10     **A    It depends.  Not all programs cost money.**

11     Q    Let's presume that if you have a new

12  program and if you have a new program that you are

13  going to spend some money.  It goes through the

14  Division Curriculum, the College Curriculum and

15  then it goes to the Board.  Does the Board have to

16  approve the allocation of any new funds that a new

17  program would require?

18     **A    No.**

19     Q    Is that done at the College level in

20  terms of funds for new programs?

21     **A    That is done in the budgeting process at**

22  **the beginning.  So it would be my job -- remember I**

23  **talked about February and then maybe April or May.**

24  **It would be my job to anticipate what might be**

1   **coming up.**

2       Q    And then you put it in your Budget and

3   submit it to the Board?

4       **A    Correct.**

5       Q    And then after the Board approves it, it

6   go to ICCB, correct?

7       **A    For new programs, not Budgets.**

8       Q    Right.  For new programs.  Okay.

9            So you understand who ACE is, right?  ACE

10  is the American College --

11      **A    I do understand, yes.**

12      Q    We are going to call them ACE, all right?

13      **A    All right.**

14      Q    It is way easier.  I wish we would have

15  put that in the caption rather than American

16  Surgical.  Whatever it is.

17           So when was the -- well, let's do this.

18  I have a better idea.  I am going to show you

19  what's been marked Exhibit B.

20           MR. ROCHE:  Well, a couple of things.  I

21  don't see any Bates numbers.  Is this exhibit --

22  never mind.  I was wondering if this was Exhibit B

23  to the Complaint.

24           MR. DAVIS:  No, it is not.

```
 1              MR. ROCHE:  Maybe we keep those for Karen
 2    and Kathy as long as I have -- I think that might
 3    be the best way to go.
 4              MR. DAVIS:  Okay.  So he has the witness'
 5    copy and the witness will look at those copies, if
 6    I am using the same exhibit, and you will have like
 7    a master set.
 8              MR. ROCHE:  I will keep a master set for
 9    myself and then we can have the witnesses examine
10    the documents.
11              MR. DAVIS:  Okay.
12    BY MR. DAVIS:
13         Q    This is an email dated November 21, 2013
14    and it was sent from Keith Bump to Karen Solt,
15    Katherine Cabai.  And it is the College of DuPage
16    and their Consortium Agreement.  Okay?
17         A    Mmm-hmm.
18         Q    I want you to turn to the second page.
19    It is the ACE Surgical Assisting Consortium
20    Proposal.  Do you see that?
21         A    Yes.
22         Q    Have you ever seen this before?
23         A    No.
24         Q    Let's turn to Page 5 of the exhibit,
```

1    where it talks about benefits to the college.  Did

2    you ever see benefits -- this detail of the

3    benefits to the college?

4         **A    Did I see it?**

5         Q    Yes.

6         **A    No.**

7         Q    Let's go to that same exhibit.  Let's go

8    to the last page of the exhibit where it says

9    "Proposed cost of the SA Program".  Did you ever

10   see that?

11        **A    No.**

12        Q    Do you ever recall having a conversation

13   with Karen Solt about this consortium proposal

14   regarding paying ACE for assisting in the Surgical

15   Assisting Program?

16        **A    No.**

17        Q    Do you recall -- and I know this is -- I

18   just have to ask the question.  If you ask me what

19   I was doing in 2013, I couldn't tell you either.

20             So in 2013 do you ever -- in November of

21   2013, do you ever recall having a conversation with

22   Karen Solt about ACE and ACE assisting in putting

23   together the Surgical Assistant Program?

24        **A    Yes.**

34

1      Q    What was that conversation?

2      A    To the best of my recollection, I had two

3  conversations about this program.  One was

4  originally with one of the Bumps.  I apologize.  I

5  don't know if it was Dan or Keith.  It was the

6  original conversation.  It was to take place by

7  Skype.  Skype wasn't working so we went to then a

8  phone conversation.

9           And at that point I listened and it

10  sounded like a possibility that we could become

11  partners.  That is what I remember.

12     Q    Okay.

13     A    That lasted 40 minutes at the most.

14     Q    Okay.

15     A    Then that was the first conversation I

16  had with them together.  And then my only other

17  involvement, to the best of my recollection, was

18  after Kathy Cabai returned from their -- I don't

19  want to call it a clinic.

20     Q    It was a lab.

21     A    A lab.  Thank you.  It was the lab in

22  Denver.  When she came back, she wasn't pleased

23  with what she saw.

24     Q    Okay.

```
 1        A    And then we had a phone conversation with
 2   them at that point in time.  I could see that this
 3   was not going well.
 4        Q    Okay.  Did they describe why?
 5             MR. ROCHE:  Which conversation?
 6             MR. DAVIS:  The second conversation.
 7             MR. ROCHE:  Who is "they"?
 8             MR. DAVIS:  Karen and Kathy.
 9             THE WITNESS:  Well, it wasn't Karen.  It
10   was actually Kathy because she was the one that
11   went to the lab.
12   BY MR. DAVIS:
13        Q    Let me ask a question about that.  Would
14   it be typical for Kathy to speak directly with you
15   or would Kathy typically speak to Karen first?
16        A    She would speak to Karen.
17        Q    Had she already spoken to Karen do you
18   know?
19        A    That I don't know.
20        Q    But she went directly to you to talk to
21   you about the -- her dissatisfaction with the lab?
22        A    She went to Karen to speak about her
23   dissatisfaction with it and then I said, well, then
24   I think if I recall correctly, I said it is time to
```

1    **have a phone conversation with them, the Bumps, at**

2    **that point.**

3          Q    Okay.  Let's fill in some of the gaps.  I

4    am going to show you what has been marked as

5    Exhibit C.  This is a November 21st email and you

6    are copied on it.  It says here in the first

7    sentence that Kathy and -- this is an email from

8    Karen Solt to Keith Bump that you are copied on.

9    And it said that "Kathy and I met with the Dean

10    this morning and he had several questions most of

11    which I think we answered".

12          Do you recall what those questions about

13    this program were?

14    **A**    **I do not.**

15          Q    When they talked to you about this, about

16    the program, do you now recall having any

17    information that was contained on Exhibit B about

18    costs and association between ACE and COD?

19          MR. ROCHE:  I am going to object to the

20    extent it mischaracterizes this exhibit.

21          I am not necessarily sure that the Dean

22    referred to in this first sentence is actually the

23    witness.

24

BY MR. DAVIS:

Q    Okay.  Let's clarify that.  So it says, "Kathy and I met with the Dean" and you are copied on this.

Do you recall meeting with Kathy and Karen Solt about the ACE program in November of 2013?

**A    For a point of clarification, this very first one, Exhibit B, was November 21st and this is November 21st, too?**

Q    Correct.  It followed quickly on from the -- so Exhibit B, the email, was sent at 11:26 a.m.

**A    Okay.**

Q    And this was sent at 1:23 p.m. the same day.

**A    Okay.  So what could have occurred, I think, this might have been after that original conversation, the Skype conversation, that became a phone conversation.**

Q    Let's just clarify now because in the second sentence it says, "He would like us to arrange a Skype conference call with the three of us, plus our Academic VP and whoever you feel on your side".

38

```
 1        A     Okay.

 2        Q     It appears that this conversation took

 3   place before the Skype and after their initial

 4   conversation.

 5        A     Right.

 6        Q     So the issue is -- so the question is

 7   that at this point in time you had several

 8   questions about -- it says that you had several

 9   questions about the program most of which were

10   answered.  Do you recall what those questions were?

11        A     I do not.

12        Q     Okay.  And then if you will turn to the

13   second page of that exhibit that you are copied on

14   and it says -- this is December 9, 2013.  "Good

15   morning, Keith.  I think our discussion was a great

16   one and we are at this point ready to move forward

17   on our part".  So this refers to the Skype

18   conversation that was held?

19        A     Mmm-hmm.

20        Q     So was the Skype conversation that you

21   had with Keith Bump a great one?

22              MR. ROCHE:  I object.  I don't think --

23              MR. DAVIS:  In your opinion.

24              MR. ROCHE:  I don't think the witness
```

```
 1   testified that there ever was a Skype conversation.
 2   BY MR. DAVIS:
 3       Q    Okay.  I will clarify.  Was there a
 4   conversation that -- so the November 21st email
 5   indicated that they were going to setup a
 6   conversation.  Was a conversation held after that
 7   point in time?
 8       A    Yes.
 9       Q    And even though she refers to it -- I
10   think she referred to it in the first part as a
11   Skype conference call, but you indicated before
12   that a Skype call didn't occur, correct?
13       A    It occurred for a few minutes and then
14   the system broke down so it became a phone
15   conversation.
16       Q    So the discussion -- and you are copied
17   on this email.  It says, "Our discussion was a
18   great one and we are at this point ready to move
19   forward".  Let's focus on why was the conversation
20   that was held a great conversation?
21       A    I am not sure.  They are not my words.
22   Those are Karen's words.
23       Q    How would you characterize the
24   conversation?
```

1      **A      Ordinary like any conversation I have.**

2   **Really.  It was ordinary.  That is exactly what it**

3   **was because I remember distinctly.  I am not sure**

4   **which Bump it was.  It was Keith I guess.**

5      Q    It was Keith.

6      **A    Okay.  Keith.  At that meeting was Kathy**

7   **Cabai, Karen Solt and our Vice-President was there,**

8   **too because without her approval I couldn't bring**

9   **these programs through anyway.**

10     Q    Who was the Vice-President?

11     **A    Jean Kartje.**

12     Q    What was Jean's responsibility and input

13  into this program?

14     **A    Just to see if this was a possibility and**

15  **if she wanted to move forward with it.**

16     Q    After that conversation was Jean

17  interested in moving forward with this?

18         MR. ROCHE:  If you recall.

19  BY MR. DAVIS:

20     Q    If you recall.

21     **A    I think so because if she didn't it**

22  **wouldn't have gone forward.**

23     Q    But you don't specifically recall any

24  input that she had or anything like that?

1      **A      No.**

2      Q      What was her role in this conversation?

3      **A      More just as a listener.  Because when**

4  **you have partnerships, ultimately she's going to be**

5  **in charge of those things that go to the Board.**

6      Q      In the second sentence, it says, "That

7  consists of putting the Curriculum through our

8  College process and then on to the State's approval

9  system".  That is the system that you described

10 before, correct?  The College level -- I'm sorry.

11 The Division level, the College level, the Board,

12 and then ICCB?

13     **A      Correct.**

14     Q      And when she says the State's approval

15 system that refers to the ICCB, correct?

16     **A      Correct.**

17     Q      It says, "I am meeting with Kathy later".

18 That doesn't have anything to do with you.  Okay.

19          And this conversation that was had with

20 Keith Bump was there any reference or any mention

21 that you recall about the specific Symposium

22 Agreement that they had sent that was part of

23 Exhibit B?

24          MR. ROCHE:  You mean Consortium?

1    BY MR. DAVIS:

2         Q    The Consortium Proposal.  Was there any

3    mention that was made of that, if you recall?

4         **A    I do not recall.**

5         Q    Were there any specific questions about

6    what the cost of the program would be or how ACE

7    would be paid?

8         **A    Not to the best of my knowledge.**

9         Q    Let's look at Exhibit D.  So this is a

10   December 12th email that refers to -- It is from

11   Karen Solt and you are copied on it.  And it

12   discusses actions on our end relative to the

13   classroom management system we may have with the SA

14   Program.

15             And then in the second sentence it refers

16   to Tom Cameron has spoken with VP Jean Kartje and

17   you have heard from Chuck Currier our VP of IT,

18   correct?  Do you see that?

19             What was the conversation that you had

20   with Jean Kartje and Chuck Currier?

21             In the third paragraph, it talks about in

22   essence we would want to be able to use the

23   Blackboard for this course.

24             MR. ROCHE:  Feel free to read the entire

```
1   email.
2            MR. DAVIS:  Yes.
3            THE WITNESS:  I will just read this.
4            Okay.  I don't remember this.
5            MR. ROCHE:  You recall the conversation
6   you had with Mrs. Kartje?
7            THE WITNESS:  Yes.  So our learning
8   management system at College of DuPage is
9   Blackboard.  It is the only one that we use.
10  Whoever we partner with or whoever teaches at the
11  school for that matter has to be familiar with
12  Blackboard because that is the way we communicate
13  to students all the time.
14           If my recollection is correct, I don't
15  think the Bump brothers were using Blackboard at
16  that time and that was a concern.  That is why we
17  brought our specialist in who is Brett Kelp
18  (phonetics).
19       Q    Do you know anything about the Blackboard
20  system?
21       A    A little bit.
22       Q    Is it a difficult system to implement?
23       A    For some people it appears to be because
24  I could tell you what I did.  I was on the
```

```
 1    committee at College of DuPage to make sure -- they

 2    put me in charge of the program because they knew

 3    it would get done.

 4        Q    You mean the Blackboard program?

 5        A    Not the Blackboard program, but the part

 6    I am going to explain to you.

 7        Q    Okay.

 8        A    About four or five years ago, we had what

 9    is called a Reset Program.  They wanted to change a

10    lot of things that were going on at the school.

11             One of the programs I was chair of was

12    for the Blackboard program.  All they asked for was

13    for all faculty, full and part-time, to have their

14    syllabus in Blackboard by the first day of class so

15    students can review what they are getting in for.

16             It seemed like a reasonable request to

17    me.  A pretty easy request.  Not as easy as you

18    think.

19             We have over 300 full-time faculty and

20    probably over 7,800 adjunct faculty.  They didn't

21    know how to do it.

22             So as a result some people would it in

23    there by the first day.  Others were not.  Students

24    were getting upset.  They don't know what they are
```

1    in for.

2            If we were all teaching General

3    Psychology, I have six papers.  You have two.  You

4    have one.  A few tests.  Students want to sort of

5    shop around to see where they can get the best

6    deal.  So when you --

7        Q    When was that?  When was it implemented?

8        A    I think that was about four and a half

9    years ago maybe five.

10           So your question to me was it easy to

11   adjust?  The people don't find it easy at all.

12       Q    Is it fully implemented now?

13       A    Yes.

14       Q    Is everybody interacting with it now?

15       A    They have to.  Different degrees.

16   Different levels of sophistication.

17       Q    Are there any other -- I actually was

18   bothered to look at the Blackboard program.  It is

19   really is a mind blower.

20       A    Yeah, I know.

21       Q    I mean, if you have gone to traditional

22   college, it is amazing because it is virtual.  The

23   whole thing is virtual.  It is has different

24   components to it and all that kind of stuff.

```
 1            Was it difficult because it was --
 2   because you were at that time moving more towards
 3   online curriculum?
 4        A    I don't think so.  I think -- this is
 5   what I have seen.  I think it is generational in my
 6   opinion.  People that are of a certain age are
 7   uncomfortable with technology.
 8        Q    Absolutely.
 9        A    And they are not equipped to do what they
10   need to do in today's market place.  As a result
11   the people we hire now when they do their teaching
12   demonstration they have to use technology.
13        Q    So if you're teaching online is it easier
14   to adapt to the Blackboard program?
15        A    Yeah.  Yes.
16        Q    So on the second page of that, it says,
17   from Keith Bump, "We have setup a conference call
18   with Blackboard for Monday the 16th to find out
19   what we need to do on our end".  You didn't have
20   anything to do with any follow-up that had to do
21   with Blackboard?
22        A    No.
23        Q    So was the extent of your interaction
24   here in regard to the Blackboard issue in relation
```

1    to ACE -- was it to basically put ACE in touch with

2    Jean and Chuck and let them work it out?

3         **A    And Brett Kelp.**

4         Q    And Brett Kelp.  Did you ever get any

5    feedback as to whether they actually worked it out?

6         **A    To the best of my recollection, I didn't**

7    **get feedback.**

8         Q    Okay.  Was that one of the reasons why

9    Karen Cabai didn't like the lab because of the --

10             MR. ROCHE:  Kathy.

11   BY MR. DAVIS:

12        Q    Kathy.  I'm sorry.  Kathy Cabai.  Was

13   because they didn't have Blackboard?

14        **A    I am not certain of that.**

15        Q    Okay.  That is fine.  Let's look at

16   Exhibit F.  And I want to sort of get a sense for

17   where this new program is in relation to the

18   process now.  Okay.

19             So at this point in time, Karen and Kathy

20   have discussed this program with you and they have

21   decided to -- according to the email -- to move

22   forward with it, correct?  The former email.

23        **A    You mean originally when we had the**

24   **conversations?**

1    Q   Yes.  In the email it said -- this is

2    Exhibit C and it says, "And we are at this point

3    ready to move forward on our part".  Okay.  And

4    that is a December 9th email.  So what I want to do

5    is I want to relate this to the process that you

6    described before.

7         So after this December 9th email,

8    describe to me the activity that would have taken

9    place to implement this new program.

10   **A    That is what I described before.  If they**

11   **were going to implement the new program, that means**

12   **they would then start developing it.  The DCC.  The**

13   **CCC.  Then fill out all the paperwork that will**

14   **eventually be submitted to the ICCB but has to go**

15   **to the Board first for approval and then to ICCB**

16   **and then it could be implemented.**

17   Q   Okay.  Let's go to this Exhibit F and

18   this is from Kathy Cabai to Keith Bump.  So in the

19   third sentence, she says, "I went to Division

20   Curriculum Committee last week Thursday".  So that

21   would have been the first step in the process,

22   correct?

23   **A    Correct.**

24   Q   And then she says, "It was raked over the

1 coals".  She says, "I will go to Collegewide

2 Curriculum the first Friday in March".  Do you see

3 that?

4   **A**  **Mmm-hmm.**

5   Q  It is the next sentence.  "It will pass

6 there which means the board meeting in April or

7 May.  Word is already out we are offering it".

8     So could you describe to me how word

9 could have already gotten out that they were

10 offering it?

11     MR. ROCHE:  If you know.

12     MR. DAVIS:  If you know.

13     THE WITNESS:  I don't know for sure.

14     MR. ROCHE:  If you don't know, you don't

15 know, Mr. Cameron.

16     THE WITNESS:  I don't know.

17 BY MR. DAVIS:

18   Q  You don't know.

19     And it indicates that it is slated to

20 begin January of 2015.  So in regard to this

21 process -- and this email is written February of

22 2014.  So is this in conjunction with like a

23 budgetary process, the timing of this?

24   **A**  **No.**

1     Q   It's not.  Don't they have to submit

2  something for the Budget about this time, if they

3  are going to offer the course in January of 2015?

4     **A   No.  Because what you send down to ICCB**

5  **is projections of how many students are going to be**

6  **enrolled in the program and what it might cost.**

7     Q   Let's look at this.  This is Exhibit F1.

8  So this is an email from Kathy Cabai dated February

9  27th.  It says, "Can you folks call Karen and/or

10  Tom to discuss the final amount of money that COD

11  will be charged per student with me teaching the

12  Suture Lab?"

13       Did they call you to discuss the final

14  amount of money that COD will be charged per

15  student with Kathy Cabai teaching the Suture Lab?

16     **A   No.**

17     Q   And in Number 6 down at the bottom, it

18  says -- and this is February 27th -- "We are

19  currently working on next year's Budget and they

20  are due quickly.  I would need any potential Budget

21  items".

22       So would this be in conjunction with the

23  submission of a Budget that would typically go on

24  at this time of the year?

1      **A      It could be.  If you notice the date on**

2  **here, that is usually when we do Budgets in**

3  **February.  But this is not Capital the money they**

4  **are talking about here.  That would be a little bit**

5  **later like we talked about.  So April or May.**

6      Q    I am going to show you what has been

7  marked as Exhibit K.  This is the Consortium

8  Agreement dated May 5, 2013.  Do you see this?  Do

9  you see that?

10      **A      Right in front of me I see it, yes.**

11          MR. ROCHE:  Did you say it was dated May

12  5, 2014?

13          MR. DAVIS:  2013.

14          MR. ROCHE:  Right.  Okay.

15  BY MR. DAVIS:

16      Q    Did you ever see this before?

17      **A      I don't recall seeing this.**

18          MR. DAVIS:  Okay.  And prior to this

19  point in time -- Just for clarification, Mike, I

20  think that May 5, 2013 is the wrong date.  I think

21  it is 2014.

22          MR. ROCHE:  All right.  Okay.

23  BY MR. DAVIS:

24      Q    That is what it says but -- I am going to

1   show you the Nondisclosure Agreement.  I'm sorry.

2   Let's go back to Exhibit K.  So Exhibit K in

3   Paragraph 3 -- it is actually Page 4 in Paragraph

4   B.  That would be 3-B but it is right at the top of

5   Page 4.  It says, "College will pay to ACE the

6   amount of $3,680 immediately upon receiving tuition

7   funds for enrolling a new student".  Do you see

8   that?

9        **A    Yes.**

10       Q    First question.  Is the 3680 that they

11  would have paid is it part of a Capital Budget

12  item?

13       **A    No.**

14       Q    It's not?

15       **A    No.**

16       Q    What would that be?

17       **A    That would be -- that would be Operating**

18  **because Capital --**

19       Q    I'm sorry.  Operating.  I meant to say

20  Operating.  Okay.

21            And then were you -- were they discussing

22  with -- do you recall any discussions at this time

23  that went on with ACE about how much they were

24  going to be paid?

1        **A    I do not.**

2        Q    Would that have been an appropriate

3    discussion for them to have with you?

4            MR. ROCHE:  Who is "them"?

5    BY MR. DAVIS:

6        Q    Karen or Kathy.

7        **A    Not particularly.  Remember I said that**

8    **the faculty member -- their immediate supervisor is**

9    **Karen.  This is not necessarily a great sum of**

10   **money where it would cause real concern.**

11       Q    3680 per student?

12       **A    Yeah.  I don't know if that is -- I mean,**

13   **in the overall scope of things it wouldn't be.  But**

14   **they didn't discuss this with me, no.**

15       Q    And would it have been appropriate for

16   them to discuss it with you?

17       **A    It could be, but it's not inappropriate**

18   **if they didn't.**

19       Q    Is it something they would just put in

20   their Budget?

21       **A    Yes.**

22       Q    My sense about how you operate in

23   relation to the Budget, you're almost a pass

24   through between the Associate Deans and the Board;

```
 1   is that correct?

 2        A    Well, I can tell you under this -- when

 3   this program came in, what my President said to me,

 4   he wants me to take a 30,000 foot view of things,

 5   not to get down in the weeds.  That is exactly what

 6   he told me.

 7        Q    I am going to show you what has been

 8   marked as Exhibit L.  So do you ever recall seeing

 9   this document?

10        A    I do not.

11        Q    And would it have been appropriate for

12   you to have seen this document -- for you to have

13   some responsibility to review a document like this?

14        A    Not particularly.  Who reviews these

15   documents are -- was our Vice-President of -- I

16   think with Finances.  His name was Tom Glaser.  He

17   reviews all of those.

18        Q    If you would have gotten a document like

19   that, you would automatically pass it on to him?

20        A    Right.

21        Q    After the initial Blackboard discussions,

22   you didn't have any further discussions with them

23   about Blackboard?  I'm sorry.  You didn't have any

24   further discussions with Karen and Kathy about
```

1  issues with Blackboard with ACE?

2     **A     I don't recall.**

3     Q     Would that have been typically something

4  that you would have had discussion with them about

5  problems with Blackboard?

6     **A     What I do remember is -- remember I**

7  **started out by saying I only had two conversations**

8  **with them.  The second conversation was after Kathy**

9  **got back from the lab.  She was not pleased at all.**

10 **Then we had a phone conversation at that time.  At**

11 **that time I could see this was not progressing in a**

12 **qualitative way that we are accustomed to.**

13        **At that point in time we decided we're**

14 **not going to move forward with this program.**

15        MR. ROCHE:  Mr. Cameron, you have to

16 answer the question that is put before you.  You

17 were asked about Blackboard and your answer was

18 non-responsive.  So just on a going forward basis,

19 just please try and answer the question that is put

20 before you.

21        THE WITNESS:  Okay.

22 BY MR. DAVIS:

23    Q     Exhibit O.  This is a Tuesday, July 8th

24 email and this refers to -- at the bottom, Kathy

```
 1    Cabai wrote, "I did talk to Tom and he is not

 2    comfortable signing anything without having legal

 3    approve nor with Karen out-of-town".  Do you see

 4    that?

 5         A    I do see that.

 6         Q    So this refers to the Consortium

 7    Agreement that was not signed.  Do you recall at

 8    this point in time talking to Kathy about the

 9    Consortium Agreement?

10         A    I don't recall this particular item.

11         Q    About the Consortium Agreement?

12         A    Correct.

13         Q    Would you have been the one to sign the

14    Consortium Agreement?

15         A    I think when she talks about Tom, I am

16    not sure she's talking about Tom Cameron.  She

17    might be talking about Tom Glaser.  The one that

18    signs these.

19         Q    Who is Tom Glaser?

20         A    He was the Vice-President I think of

21    Finance.

22         Q    Okay.

23         A    He was the one that looks at all these

24    things.
```

1          MR. DAVIS:  Okay.  I am going to show you

2     what we're going to mark as Exhibit U.

3               (Exhibit U was marked.)

4     BY MR. DAVIS:

5          Q    You're copied on this email.  And it

6     says, first sentence, it says, "Thank you again for

7     meeting with us via conference call to discuss the

8     concerns expressed in our email to you regarding

9     the proposed Surgical Assisting Program".

10              Then it says, "Following our conference

11    call, Tom, Kathy and I had a further conversation".

12              Were you on the initial conference call

13    about their concerns that they had?  This was the

14    conference call with Keith and Dan about their

15    concerns.

16         **A    Are you referring to the original Skype?**

17         Q    No.

18         **A    No, then I was not on this call.**

19         Q    And it says, "Tom, Kathy and I had a

20    further conversation.  I wanted to let you know the

21    outcome of that conversation".

22              So after that is this the conversation

23    that you had with Kathy and Karen about whether the

24    program was going to move forward or not?

1       **A      Yes.**

2       Q       It indicates in the second paragraph

3   concerns were lack of preparation.  Do you recall

4   discussing that?

5       **A      With Kathy.**

6       Q       And what did she say?

7       **A      When she returned from the lab in Denver,**

8   **she was not pleased with what she saw and was sort**

9   **of vehement when she came back in telling us that.**

10      Q       Okay.  Did she say exactly why she wasn't

11  happy with what she saw?

12      **A      If I recall, she knew more than the**

13  **presenters in her estimation.**

14      Q       I'm sorry.  Say that again.

15      **A      She knew more than the presenters in her**

16  **estimation.**

17      Q       Okay.

18      **A      They were talking about sutures.  She**

19  **knows sutures like the back of her hand.  She's**

20  **been an OR nurse for numerous, numerous, numerous**

21  **years.  She indicated to me that the other**

22  **participants came to her for knowledge.**

23      Q       Okay.

24      **A      And I vividly recall when they were**

1    **asking questions of the presenters that they didn't**

2    **answer the questions and she was not pleased with**

3    **that at all.  That's not the way she wants to run**

4    **her program.  So her overall experience was not**

5    **very good there at all.**

6         Q    And then in the second paragraph, "We

7    feel very strongly all offerings at the College

8    will have the same quality and rigor no matter the

9    delivery format".  Do you see that?

10        **A    I do.**

11        Q    Did they discuss anything about the

12   delivery format?

13        **A    They did in that one.**

14             MR. ROCHE:  Who is "they"?

15             MR. DAVIS:  Karen and Kathy.  I am

16   referring to the conversation that --

17             MR. ROCHE:  Tom had with Karen --

18             MR. DAVIS:  Tom had with Karen and Kathy.

19             MR. ROCHE:  Okay.

20             THE WITNESS:  They did.  As a matter of

21   fact, I think the words that they used was we have

22   numerous programs that are on online.  Blackboard.

23   That is the system we use.

24             Their program, according to Kathy, was

1    nothing more than correspondence.  That's not what

2    we wanted to get into at all.

3    BY MR. DAVIS:

4        Q    Okay.  Next sentence it says, "It would

5    take at the very a full semester for Dan or anyone

6    new to online teaching to have sufficient

7    preparation for this delivery mode".  Did they

8    discuss that?

9        **A    I think we did because remember I told**

10   **you that I thought it was generational.  Although**

11   **not now.  I don't know anything about their**

12   **program.  But people who teach online for us now**

13   **often have to go through ION, which is I think**

14   **online teaching from Illinois.  They have to get a**

15   **certificate to teach it.  Because it's not just**

16   **responding to a student, you have to know how to**

17   **teach online.  They didn't have any of that so she**

18   **thought it would have been unsuccessful for sure.**

19       Q    And then the final issue that they

20   brought up would be the other issue of a

21   contemporary curriculum in this discipline is also

22   something that we would take a fair amount of time

23   to revise and then prepare.  Do you recall that?

24   Do you recall them talking about that?

1          **A     I do not recall that.**

2               MR. DAVIS:  Okay.  Let's look at Exhibit

3      V.

4               (Exhibit V was marked.)

5      BY MR. DAVIS:

6          Q     This is a memo dated October 1, 2014,

7      that has what appears to be the heading

8      "Justification for revision of Surgical Assisting

9      and Courses 2501 and 2503".  "This letter is to

10     inform you that College of DuPage has decided not

11     to offer the Surgical Assisting Program in

12     conjunction with ACE because they are not

13     accredited through the Commission on Allied Health

14     Education Programs".  Do you see that?

15         **A     Yes.**

16         Q     Did they ever discuss the fact that they

17     couldn't offer the Surgical Assisting Program in

18     conjunction with ACE because they weren't

19     accredited through the Commission on Allied Health

20     Education Program?

21              MR. ROCHE:  Are you referring, Mike, to

22     the conversation Mr. Cameron --

23     BY MR. DAVIS:

24         Q     This is written by Kathy Cabai but -- so

1   let's just stick with Kathy Cabai.  Did she ever

2   discuss with you the fact that ACE -- that they

3   couldn't offer it in conjunction with ACE because

4   they weren't accredited through the Commission on

5   Allied Health Education Program?

6       **A    Not with me, but she probably did with**

7   **Karen Solt.**

8       Q    Why would she have talked to Karen Solt

9   instead of you?

10      **A    Because that is her immediate supervisor.**

11      Q    And then in the second paragraph, it

12  begins with, "That being said, initial

13  accreditation has been received.  Upon receipt of

14  initial accreditation, the program receives CAHEB

15  standards, guidelines and core curriculum".  Do you

16  see that?

17      **A    Yes.**

18      Q    Would that have had anything -- would

19  either Kathy or Karen had any conversations with

20  you about the initial accreditation with CAHEB?

21      **A    No.  But when they give us initial**

22  **accreditations or accreditations, they do copy me**

23  **on that stuff.  Meaning the accrediting agency,**

24  **CAHEB.**

```
 1         Q    Do you recall getting that?
 2         A    I think I did get that, yes.
 3              MR. DAVIS:  Let's look at Exhibit W.
 4              (Exhibit W was marked.)
 5    BY MR. DAVIS:
 6         Q    So let's go back to Exhibit V for a
 7    second.  Within the COD framework, did you have any
 8    conversation with them about why they changed the
 9    reason for not moving forward with ACE from not
10    being prepared to not being accredited?
11         A    No.
12         Q    Would not being accredited be more
13    acceptable to the College rather than not being
14    prepared?
15         A    No.  No.
16         Q    So the fact that -- would the fact that
17    ACE wasn't accredited by CAHEB would that have been
18    a problem with the College?
19              MR. ROCHE:  Objection.  What do you mean
20    by problem?  I don't understand the question.
21    BY MR. DAVIS:
22         Q    Would it have kept the program from
23    moving forward, if they weren't accredited?
24         A    If they weren't accredited, yes, because
```

```
1    we don't want to be involved without programs being

2    accredited.  We don't have any health programs that

3    are not accredited.  If they have an accrediting

4    agency I should say.

5         Q    Right.  Okay.  Let's look like at Exhibit

6    W.  So this is the Request for Accreditation

7    Services Application dated October 22, 2014.  Do

8    you recall seeing this?

9         A    I do not.

10        Q    Would this have been typically something

11   you would have received?

12        A    No.

13        Q    So the only thing you would have received

14   would have been the actual accreditation?

15        A    Mmm-hmm.  Initial accreditation.

16        Q    So is it unusual that on September 9th

17   they are telling ACE they don't want to move

18   forward with them and less than a month later they

19   are asking accreditation for their own program?

20        A    I'm sorry.  Repeat that.

21        Q    Is it unusual that on September 9th they

22   indicate to ACE that they are not going to work

23   with them and that less than a month later they are

24   now asking for accreditation on their own?
```

```
 1        A     I wouldn't say it was unusual.

 2        Q     Is it a little quick?

 3        A     Not necessarily because she's fast

 4   moving.

 5        Q     Who?

 6        A     Kathy Cabai.

 7              MR. DAVIS:  No further questions.

 8              MR. ROCHE:  Okay.  Can we take a five

 9   minute break to go over my notes?

10              MR. DAVIS:  Okay.

11              (Whereupon, there was a brief

12               recess in the deposition.)

13                    EXAMINATION

14                    BY MR. ROCHE:

15        Q     I just have a few followup questions

16   about the December Skype conference.  It's been

17   referred to during Mr. Cameron's deposition.

18              Mr. Cameron, do you recall being asked a

19   series of questions about the Skype conference,

20   which I believe you testified was the first

21   conversation you had between members of the College

22   and also an individual with ACE?  Do you recall

23   that testimony?

24        A     I remember the conversation with Skype,
```

1    **yes.**

2        Q    During that conversation, Mr. Cameron,

3    was there any discussion about the terms of the

4    Consortium Agreement that had been provided to you

5    as an exhibit during your deposition?

6        **A    No.**

7            MR. ROCHE:  I have nothing further.

8            THE REPORTER:  Signature?

9            MR. ROCHE:  Reserved.

10

11

12            (FURTHER DEPONENT SAITH NOT.)

13

14

15

16

17

18

19

20

21

22

23

24

```
 1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
 2                       EASTERN DIVISION

 3   AMERICAN CENTER FOR              )
     EXCELLENCE IN SURGICAL           )
 4   ASSISTING, INC.,                 )
                                      )
 5                  Plaintiff,        )  Case No.
                                      )  1:15-CV-07290
 6            -vs-                     )
                                      )
 7   COMMUNITY COLLEGE DISTRICT       )
     502, et al.,                     )
 8                                    )
                    Defendants.       )
 9

10           This is to certify that I have read the

11   transcript of my deposition taken in the

12   above-entitled cause, consisting of Pages 1 through

13   66, inclusive, and that the foregoing transcript

14   accurately states the questions asked and the

15   answers given by me as they now appear.

16        Please check one:

17              I have submitted errata sheets

18              No corrections were noted.

19

20                       THOMAS CAMERON

21   SUBSCRIBED AND SWORN TO
     before me this       day
22   of            , 20      .

23
     NOTARY PUBLIC
24
```

68

```
 1   STATE OF ILLINOIS  )
                        ) SS.
 2   COUNTY OF DU PAGE  )
```

3             I, DEBORAH TYRRELL, CSR, a notary public

4    within and for the County of DuPage and State of

5    Illinois, do hereby certify that THOMAS CAMERON was

6    by me first duly sworn to testify to the truth, the

7    whole truth and nothing but the truth, and that the

8    above deposition was recorded stenographically be

9    me, in the presence of said witness, and afterwards

10   reduced to typewriting under my personal direction.

11            I further certify that the said foregoing

12   transcript of the said deposition is a true,

13   correct and complete transcript of the testimony so

14   given by said witness at the time and place

15   specified as aforesaid.

16            I further certify that the signature of

17   the witness to the forgoing deposition was

18   reserved.

19            I further certify that the taking of this

20   deposition was in pursuance of notice and

21   agreement; and that there were present at the

22   taking of this deposition the appearances as

23   heretofore noted.

24            I further certify that I am not a

1  relative or employee or attorney or counsel of any

2  of the parties hereto, nor a relative or employee

3  of such attorney or counsel; nor do I have any

4  interest directly or indirectly in the outcome or

5  events of this action.

6          In witness whereof, I have hereunto set

7  my hand and affixed my notarial seal this 7th day

8  of June, 2017.

9

10

11

12

13



14  DEBBIE TYRRELL
    CERTIFIED SHORTHAND REPORTER
15  LICENSE NO. 084-001078
    NOTARY PUBLIC
16  DU PAGE COUNTY, ILLINOIS

17

18

19

20

21

22

23

24